UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT
RECORD TRANSMITTAL FORM

Date: 6/19/2006

To: United States Court of Appeals         ATTN: (X) CIVIL
    For the Ninth Circuit
    Office of the Clerk                    ( ) CRIMINAL
    95 Seventh Street
    San Francisco, California 94103        ( )JUDGE

From: U.S. District Court
      101 12th Ave Room 332
      Fairbanks, AK 99701

DC No: 4:97-cv-00068-RRB                    Appeal No: 04-35447

Short title: Raad v Fairbanks North Star

Composition of Record

Clerk's Files in 35 volumes          (X) original    ( ) certified copy

   Bulky docs. 2 volumes, docket # 528 and 544
                         (folders)

Reporter's in ____ volumes    ( ) original    ( )certified copy
Transcripts

Exhibits:   in ____ envelopes    ( ) under seal

            in ____ boxes        ( ) under seal

Other: Sealed Pink files
_____
_____
(please note any documents filed under seal)


Acknowledgement:_____      Date:_____
"record.app" [11/21/97]

5 Boxes Sent for This Case