UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| NADA RAAD,<br><br>　　　Plaintiff - Appellant,<br><br>　V.<br><br>FAIRBANKS NORTH STAR BOROUGH, SCHOOL DISTRICT,<br><br>　　　Defendant - Appellee. | No. 04-35447<br>D.C. No. CV-97-00068-F-RRB<br><br>**JUDGMENT** RECEIVED<br><br>OCT 1 0 2006<br><br>CLERK, U.S. DISTRICT COURT<br>ANCHORAGE, ALASKA |
| NADA RAAD,<br><br>　　　Plaintiff - Appellant,<br><br>　V.<br><br>FAIRBANKS NORTH STAR BOROUGH, SCHOOL DISTRICT,<br><br>　　　Defendant - Appellee. | No. 04-35624<br>D.C. No. CV-97-00068-F-RRB<br><br>**JUDGMENT** |
| NADA RAAD,<br><br>　　　Plaintiff,<br><br>　V.<br><br>FAIRBANKS NORTH STAR BOROUGH, SCHOOL DISTRICT,<br><br>　　　Defendant - Appellee, | No. 04-35990<br>D.C. No. CV-97-00068-F-RRB<br><br>**JUDGMENT** |

ROBERT A. SPARKS,

    Real-party-in-interest -
Appellant.

Appeal from the United States District Court for the District of Alaska (Fairbanks).

This cause came on to be heard on the Transcript of the Record from the United States District Court for the District of Alaska (Fairbanks) and was duly submitted.

On consideration whereof, it is now here ordered and adjudged by this Court, that the judgment of the said District Court in this cause be, and hereby is **DISMISSED in part and AFFIRMED** in part.

Filed and entered 08/24/06

A TRUE COPY  10/5/06
ATTEST

CATHY CATTERSON
Clerk of Court

by: _____
    Deputy Clerk

This certification does constitute the mandate of the court.