# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

<u>  NADA RAAD  </u>   v.   <u>  FAIRBANKS NORTH STAR BOROUGH SCHOOL DISTRICT  </u>

IDA ROMACK, CLERK OF COURT

Deputy Clerk                                      CASE NO.  <u>  4:97-CV-00068-RRB  </u>

<u>  CAROLYN BOLLMAN  </u>

<u>PROCEEDINGS</u>: **CLERK'S NOTICE**                     DATE: July 9, 2007


      The Court is holding the sum of $10,000.00 in the Court's Registry Fund, which was posted by Nada Raad pursuant to Judge Beistline's order of August 24, 2004 at docket 585 with the U.S. District Court at Fairbanks. It appears from a review of the file that the Ninth Circuit Court of Appeals has returned the record, and the petition filed with the U.S. Supreme Court has been denied. There is no longer any reason to continue holding this appeal bond.

      Plaintiff is requested to file with the Court a motion for exoneration of the bond, and proposed order for return of the funds no later than August 10, 2007.

[ ]{CLERKNOT.WPD*Rev.12/97}