Peter C. Partnow, ASBA No. 7206029
Lane Powell LLC
301 W. Northern Lights Blvd., Suite 301
Anchorage, Alaska 99503-2648
Tel: 907-277-9511
Fax: 907-276-2631
PartnowP@LanePowell.com

Counsel for Defendant Fairbanks
North Star Borough School District

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| NADA I. RAAD,<br><br>                     Plaintiff,<br><br>v.<br><br>FAIRBANKS NORTH STAR BOROUGH SCHOOL DISTRICT,<br><br>                     Defendant. | Case No. F97-0068 CV (RRB)<br><br>[proposed]<br>**<u>ORDER</u>** |

      Pursuant to the motion of Defendant Fairbanks North Star Borough School District and any opposition thereto, and the writ of execution served by the Defendant Fairbanks North Star Borough School District,

      IT IS HEREBY ORDERED that the bond previously established pursuant to this court's January 10, 2005 order, and established by plaintiff's payment to the court of $10,000 on or about January 19, 2005, is hereby exonerated, and that the underlying moneys, and any interest which may have been earned thereon while held by the court, shall be released to the Fairbanks North Star

LANE POWELL LLC
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone 907.277.9511  Facsimile 907.276.2631

Borough School District pursuant to the writ of execution submitted by the School District, in partial satisfaction of this Court's Final Judgment of March 19, 2004.

    ORDERED this ___ day of _____, 2007.

                                                                      Honorable Ralph R. Beistline
                                                                        United States District Court Judge

I certify that on July 26, 2007, a copy of the foregoing was served by mail on:

Nada Raad, 1300 Viewpointe Dr.
Fairbanks, AK 99709

s/ Peter C. Partnow
119496.0001/161249.1

**LANE POWELL LLC**
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone 907.277.9511  Facsimile 907.276.2631

**Order**
*Raad v. Fairbanks North Star Borough School District* **(Case No. F97-0068 CV (RRB))**     Page 2 of 2