Peter C. Partnow, ASBA No. 7206029
Lane Powell LLC
301 W. Northern Lights Blvd., Suite 301
Anchorage, Alaska 99503-2648
Tel:  907-277-9511
Fax:  907-276-2631
PartnowP@LanePowell.com

Counsel for Defendant Fairbanks
North Star Borough School District

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| NADA I. RAAD,<br><br>                        Plaintiff,<br><br>v.<br><br>FAIRBANKS NORTH STAR BOROUGH<br>SCHOOL DISTRICT,<br><br>                        Defendant. | Case No. 4:97-cv-0068-RRB<br><br>**DECLARATION AND REQUEST FOR**<br>**ISSUANCE OF WRIT OF EXECUTION** |

I, Peter C. Partnow, hereby declare and state under oath as follows:

1. Judgment for $173,274.26 was entered on March 19, 2004 in the docket of the above-entitled court and action, in favor of as judgment creditor defendant Fairbanks North Star Borough School District and against as judgment debtor plaintiff Nada I. Raad.

2. I am the attorney for said judgment creditor defendant Fairbanks North Star Borough School District, and request issuance of a Writ of Execution on the judgment.

3. The judgment debtor was represented by Counsel through trial.

4. The judgment entered was not a default judgment.

**LANE POWELL LLC**
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone 907.277.9511  Facsimile 907.276.2631

5.   ACCRUED since the entry of judgment are the following sums: $6,734.81 accrued interest, computed at 1.16%.

6.   CREDIT must be given for payments and partial satisfaction in the total amount of $0.00 which is to be first credited against the total accrued interest and accrued costs, with any excess credited against the judgment as entered, leaving a net balance of $180,009.07 ACTUALLY DUE on this date. Of this total, $173,274.26 is the amount of the original judgment as entered still remaining due and bearing interest at 1.16% in the amount of $5.51 per day from this date.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

DATED at Anchorage, Alaska, this 26th day of August, 2007.

s/ Peter C. Partnow

I certify that on July 26, 2007, a copy of the foregoing was served by mail on:

Nada Raad, 1300 Viewpointe Dr.
Fairbanks, AK 99709

s/ Peter C. Partnow
119496.0001/161254.1

**LANE POWELL LLC**
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone 907.277.9511  Facsimile 907.276.2631

**Declaration and Request for Issuance of Writ of Execution**
*Raad v. Fairbanks North Star Borough School District* **(Case No. 4:97-cv-0068-RRB)**   Page 2 of 2