Peter C. Partnow, ASBA No. 7206029
Lane Powell LLC
301 W. Northern Lights Blvd., Suite 301
Anchorage, Alaska 99503-2648
Tel: 907-277-9511
Fax: 907-276-2631
PartnowP@LanePowell.com

Counsel for Defendant Fairbanks
North Star Borough School District

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| NADA I. RAAD,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>FAIRBANKS NORTH STAR BOROUGH SCHOOL DISTRICT,<br><br>　　　　　　　Defendant. | Case No. 4:97-cv-0068-RRB<br><br>**WRIT OF EXECUTION** |

TO: THE UNITED STATES MARSHAL FOR THE DISTRICT OF ALASKA:

On March 19, 2004, a judgment was entered in the docket of the above-entitled court and action, in favor of Defendant, Fairbanks North Star Borough School District, ("School District") as judgment creditor, and against Plaintiff Nada I. Raad as judgment debtor, for:

$　　　0　　　Principal

$　150,000.00　　Attorneys Fees

$　　　0　　　interest, and

$　23,274.26　　costs, for a total mount of

$　173,274.26　　JUDGMENT AS ENTERED

LANE POWELL LLC
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone 907.277.9511 Facsimile 907.276.2631

WHEREAS, according to an affidavit or memorandum of costs after judgment filed herein, it appears that further sums have accrued since the entry of judgment, to-wit:

$ __6,734.81__ accrued interest, and

$ __0__ accrued costs, for a total amount of

$ __6,734.81__ ACCRUED INTEREST AND COSTS

CREDIT must be given for payments and partial satisfactions in the amount of $0.00 which is to be first credited against the total accrued costs and accrued interest, with any excess credited against the judgment as entered, leaving a net balance of $180, 009.07, ACTUALLY DUE ON July 25, 2007, the date of the request for issuance of this writ, of which $173,274.26 is due on the judgment as entered, and bears interest at 1.16% per annum in the amount of $6,734.81, $5.51 PER DAY, from the date of the request for issuance of this writ, to which must be added the commissions and costs of the officer executing this writ.

THEREFORE, IN THE NAME OF THE UNITED STATES OF AMERICA, you are hereby commanded to levy upon and seize and take into execution the personal property of the said debtor in your district, sufficient, subject to execution, to satisfy said judgment, interest and increased interests, costs and increased costs, and make sale thereof according to law; and if sufficient personal property cannot be found, then you are further commanded to make the amount of said judgment, interest, and increased costs out of his real property.

HEREIN FAIL NOT, and have you then and there this writ.

DATED this _____ day of _____, 2007.

**LANE POWELL** LLC
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone 907.277.9511  Facsimile 907.276.2631

I certify that on July 26, 2007, a copy of the foregoing was served by mail on:

Nada Raad, 1300 Viewpointe Dr.
Fairbanks, AK 99709

s/ Peter C. Partnow
119496.0001/161253.1

By _____
   Deputy Clerk

**Writ of Execution**
*Raad v. Fairbanks North Star Borough School District* **(Case No. 4:97-cv-0068-RRB)**                    Page 2 of 2