Peter C. Partnow, ASBA No. 7206029
Lane Powell LLC
301 W. Northern Lights Blvd., Suite 301
Anchorage, Alaska 99503-2648
Tel: 907-277-9511
Fax: 907-276-2631
PartnowP@LanePowell.com

Counsel for Defendant Fairbanks
North Star Borough School District

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| NADA I. RAAD,<br><br>        Plaintiff,<br><br>v.<br><br>FAIRBANKS NORTH STAR BOROUGH SCHOOL DISTRICT,<br><br>        Defendant. | Case No. 4:97-cv-0068-RRB<br><br>**CREDITOR'S DECLARATION** |

  I, Peter C. Partnow, hereby declare and state under oath as follows:

  1. I am the attorney for the judgment creditor, Defendant Fairbanks North Star Borough School District.

  2. The judgment creditor has obtained a judgment against judgment debtor Plaintiff Nada I. Raad in the total amount of $173,274.26.

  3. I have knowledge of the facts of the collection efforts made to date by the judgment creditor on the judgment.

LANE POWELL LLC
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone 907.277.9511   Facsimile 907.276.2631

4. The judgment creditor has attempted to satisfy the judgment in part by levying against the following property, which the creditor believes is not exempt and is <u>not</u> property of a type subject to value limitations under AS 09.38.020.

<u>Description of Property</u>:

$10,000 deposited with the Clerk of Court, U.S. District of Alaska

5. The judgment creditor believes the above-listed property is not exempt.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

DATED at Anchorage, Alaska, this 26th day of July, 2007.

s/ Peter C. Partnow

I certify that on July 26, 2007, a copy
of the foregoing was served by mail on:

Nada Raad, 1300 Viewpointe Dr.
Fairbanks, AK 99709

s/ Peter C. Partnow

119496.0001/161255.1

**LANE POWELL LLC**
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone 907.277.9511  Facsimile 907.276.2631