FROM 08/13/93  TO  08/13/93  HRS:  09:57  -  09:57        PAGE    1

```
93039529    DC       520/5THAV.           L5        C=          Tr=0957 Ta=1007
93/08/13    HALLBERG,PAM    4522000 C  NRP Ct=GJC  Dp=GJC   Td=1005 Tc=1035
Unit D26    Ofcr1 JFB      Ofcr2      W/Tm  8    T/Tm  8    N/Tm  2B
```

R LEBANESE WOMAN WAS REJECTED AS AN APPLICANT AT 1, PERS. OFC, 3RD
FLOOR ROOM 320, REFUSED TO LEAVE AND SAYS SHE IS GOING TO BLOW THE
BLDG UP
SHE LEFT

REPORT TYPE:        Daily Activity Log

FROM 08/13/93  TO  08/13/93  HRS:  10:09  -  10:09       "        PAGE    1

```
93039531    DC       520/5THAV            L5        C=          Tr=1009 Ta=1009
93/08/13    HALLBERG,PAM    4522000 A  NRP Ct=GJC  Dp=GJC   Td=1009 Tc=1034
Unit 019    Ofcr1 GXK      Ofcr2      Q/Tm  0    T/Tm  0    W/Tm  25
```

RECEIVED
JUN 2 2 1998
LPSL

PLAINTIFF'S
EXHIBIT

EXHIBIT  94

309

000072

Exhibit 4 page   1