```
 1                IN THE UNITED STATES DISTRICT COURT

 2                        DISTRICT OF ALASKA

 3   NADA RAAD,                        )
                                       )
 4                  Plaintiff,         )
                                       )
 5        vs.                          )
                                       )
 6   FAIRBANKS NORTH STAR BOROUGH      )
     SCHOOL DISTRICT and JOHN MONAHAN, )
 7   in his capacity as Superintendent )
     of the FAIRBANKS NORTH STAR       )
 8   BOROUGH SCHOOL DISTRICT,          )
                                       )
 9                  Defendants.        )
                                       )
10   Case No. F97-0068 Civil

11              VIDEO DEPOSITION OF SHARON LOVELL

12   APPEARANCES:

13        FOR THE PLAINTIFF:    MR. ROBERT A. SPARKS
                                Law Offices of Robert A. Sparks
14                              Attorneys at Law
                                1552 Noble Street
15                              Fairbanks, Alaska  99701
                                (907)  451-0875
16

17        FOR THE DEFENDANT:    MR. PETER C. PARTNOW
                                Rubini & Reeves
18                              Attorneys at Law
                                601 West Fifth Avenue
19                                Suite 500
                                Anchorage, Alaska  99501
20                              (907)  277-7100

21
          ALSO PRESENT:         Ms. Nada Raad
22                              Ms. Bett Schaffhauser
                                Ms. Kris Hall
23

24                              * * * *

25
```

R & R COURT REPORTERS
709 Second Avenue
Fairbanks, Alaska 99701
(907) 452-3589

Exhibit 5 page 1

| | | |
|---|---|---|
| 1 | A | We were basically inter- -- inter-trained. We tried to |
| 2 | | watch over everybody's desk a little bit while we worked |
| 3 | | there. I mean, it wasn't like she didn't know anything |
| 4 | | about my desk. |
| 5 | Q | Did -- did she ever -- did you ever show her the cutoff |
| 6 | | score sheet or make her aware of that before you left? |
| 7 | A | I can't remember that I did specifically, but probably |
| 8 | | more than likely I would have. I would have shown her |
| 9 | | that book. |
| 10 | Q | When you say a book, what do you -- what are you talking |
| 11 | | about? |
| 12 | A | It was just a pink folder that I had that was -- had |
| 13 | | sort of vacations, phone numbers, certification, types; |
| 14 | | like if -- if it was elementary, it would have had an |
| 15 | | abbreviation that said ELM. It had everything, |
| 16 | | everything; phone numbers to schools, secretaries' |
| 17 | | names, just had everything. It was just kind of a quick |
| 18 | | reference book that I had. |
| 19 | Q | Do you recall during 1991 if you had any communication |
| 20 | | with Ms. Raad about her application for employment as a |
| 21 | | teacher? |
| 22 | | MR. PARTNOW: Objection. |
| 23 | A | I did not .... |
| 24 | | MR. PARTNOW: Go ahead. |
| 25 | A | I did not work for the district in 1991. |

| | | |
|---|---|---|
| 1 | Q | Oh, I'm sorry, in 1992. |
| 2 | A | I'm sorry, can you .... |
| 3 | Q | Do you know if you had any communication with Ms. Raad |
| 4 | | about her -- the status of her application for |
| 5 | | employment during 1992 with the school district? |
| 6 | A | I'm sure I did. Nada was -- had a file with our office |
| 7 | | and I talked to several applicants. |
| 8 | Q | Did anyone tell you that Ms. Raad had made a bomb threat |
| 9 | | at any time while you worked for the Fairbanks North |
| 10 | | Star Borough School District? |
| 11 | A | I did hear about it at the school district office. |
| 12 | Q | Who did you hear that from? |
| 13 | A | I don't remember who I heard it from, to tell you the |
| 14 | | truth. I don't remember. |
| 15 | Q | Do you know if it was Anita? |
| 16 | A | It more than likely may have been Anita, but I can't say |
| 17 | | with a hundred percent whether it was Anita or -- or |
| 18 | | someone else. |
| 19 | Q | Do you know if she told you about that on the day it |
| 20 | | happened? |
| 21 | | MR. PARTNOW: Objection. Assumes facts not in |
| 22 | | evidence. You can go ahead and answer. |
| 23 | A | I don't remember when I heard it. |
| 24 | Q | And what do you recall hearing about it? |
| 25 | A | Well, the only thing I kind of remember hearing is that |

|   |   |   |
|---|---|---|
| 1 |   | there was -- some -- something had happened with Nada, |
| 2 |   | and I wasn't really sure what it was at the beginning. |
| 3 |   | I don't even know that I remember that for certain, |
| 4 |   | looking back at it now, it's been so long, if -- if it |
| 5 |   | was a bomb threat then or there's just something was |
| 6 |   | going on with Nada and that the police were involved |
| 7 |   | at .... |
| 8 | Q | Well, to your knowledge, were the police called on any |
| 9 |   | other occasions to the borough administrative offices |
| 10 |   | when you worked for them at the -- downtown? |
| 11 | A | For drunks and things in the building they were called. |
| 12 | Q | Were they ever called for -- do you recall if there was |
| 13 |   | some persons there that were upset about the Impression |
| 14 |   | series of books that had the police called on them? |
| 15 | A | Not that I remember. |
| 16 | Q | Do you know if there was any other teaching applicants |
| 17 |   | that had the police called to have them removed from the |
| 18 |   | building? |
| 19 | A | Not that I know of. |
| 20 | Q | Did you ever talk with Charles Moore about Ms. Raad's |
| 21 |   | application for employment with the school district? |
| 22 | A | I don't remember specifically, but I may have.  We |
| 23 |   | talked about a lot of applicant files. |
| 24 | Q | Do you recall if anyone ever mentioned to you that |
| 25 |   | Ms. Raad had had a -- had made a complaint during 1992 |

**In The Matter Of:**

*Raad v.
Fairbanks North Star*

---

*Jerry Hartsock
June 11, 1998*

---

*Patricia Murray & Associates
The Difference we make ... makes all the Difference
10524 East Grand River
Suite 101
Brighton, MI 48116
(800) 875-8238    FAX: (810) 229-5789*

*Original File jb9179-2.asc, 57 Pages
Min-U-Script® File ID: 1027465908*

**Word Index included with this Min-U-Script®**

Exhibit 5 page 5

Page 41

[1] the Copper House UAF. I tell you what, strike that.
[2] Do you recall being present at a meeting at the
[3] Copper House at the University of Alaska Fairbanks
[4] with education students where the students
[5] introduced themselves and explained their
[6] background?
[7]   A: I must have done that 100 times. I don't recall a
[8] specific one, but I have done that – I did that at
[9] least 100 times.
[10]   Q: Testimony at the time of the interview for the
[11] Lathrop High School science position during August
[12] of 1993 that you are not aware of Ms. Raad's
[13] national origin?
[14]   A: I mean, I just didn't – I didn't recall. I mean,
[15] it's not something that was remarkable to me. I
[16] probably had been told, but, yeah, it wasn't
[17] remarkable to me at the time.
[18]   Q: Were you aware of her religion at the time of the
[19] interviews?
[20]   A: Not that I recall.
[21]   Q: Do you recall if she ever discussed in class her
[22] background and growing up in Lebanon and going to
[23] high school there?
[24]   A: It's possible. Students did discuss their
[25] backgrounds in virtually all the classes, and

Page 42

[1] students came from enormously diverse backgrounds in
[2] those classes. And they all shared something about
[3] them. I certainly don't recall what each of them
[4] said.
[5]   Q: In your experience with Ms. Raad did you form an
[6] opinion about her character?
[7]   A: I mean I always felt she was a real neat person, a
[8] wonderful person. That's all I remember about her.
[9] Not beyond that. I didn't know her very well, but I
[10] thought she was a really, a really fine person.
[11]   Q: You have never seen Mrs. Raad in a situation where
[12] you believed she was behaving inappropriately, did
[13] you?
[14]   MS. BROWN: Object to the leading question.
[15]   THE WITNESS: I personally never saw Ms.
[16] Raad act inappropriately that I recall.
[17]        BY MR. SPARKS:
[18]   Q: Did you hear from anyone else about an alleged
[19] incident that occurred at the Fairbanks North Star
[20] Borough administrative offices?
[21]   MS. BROWN: Objection. Calls for hearsay.
[22] Foundation.
[23]   THE WITNESS: I am not certain. I read
[24] something about that in these things, but I don't
[25] really recall that.

Page 43

[1]        BY MR. SPARKS:
[2]   Q: Were you ever contacted by Charles Moore about the
[3] Lathrop High School science position hiring during
[4] August of 1993?
[5]   A: As I mentioned earlier, I don't recall specifically.
[6] I spoke to Charles often. I spoke to Charles about
[7] virtually every hire that I made. But I don't
[8] recall specifically.
[9]   Q: Were you given any training by the school district
[10] when you assumed your responsibility as the
[11] principal at Lathrop for the responsibility for
[12] hiring teachers? Did you receive any training on
[13] that?
[14]   A: We received – I received training regarding hiring
[15] regularly throughout my career.
[16]   Q: Did you ever receive any from the – that was
[17] conducted by – either conducted by or directed by
[18] the Fairbanks North Star Borough School District?
[19]   A: I don't recall specifically, but I do know that
[20] training occurred on a regular basis at the
[21] Fairbanks North Star Borough School District. But I
[22] don't recall.
[23]   Q: Do you recall if you had any guidelines or
[24] procedures that they needed – that they required
[25] you to follow in doing the interviews?

Page 44

[1]   A: Yeah, I mean, every school district I ever worked
[2] for has guidelines and procedures, and I'm certain
[3] they did.
[4]   Q: Do you recall if those required you to turn in any
[5] documents as far as the notes of the interviews?
[6]   A: I believe that they did, although I don't recall
[7] specifically.
[8]   Q: Do you recall if Nada Raad brought any documents in
[9] at the time of her interview, such as a transcript,
[10] resume'?
[11]   A: That would be standard practice, but I don't recall.
[12]   Q: If Ms. Raad had the understanding that somebody had
[13] said that Rise Roy had attended medical school or
[14] something is a reason that she was more qualified,
[15] do you recall anything about that aspect of her
[16] experience or education?
[17]   MS. BROWN: Object as to form, foundation,
[18] and hearsay.
[19]   THE WITNESS: I do not recall that
[20] specifically.
[21]        BY MR. SPARKS:
[22]   Q: Do you recall if any of the other applicants that
[23] you interviewed for the science position at Lathrop
[24] high school were of a protected class?
[25]   A: No, I do not.

```
 1                  IN THE UNITED STATES DISTRICT COURT
 2                           DISTRICT OF ALASKA
 3    NADA RAAD,                          )
                                          )
 4                   Plaintiff,           )
                                          )
 5          vs.                           )
                                          )
 6    FAIRBANKS NORTH STAR BOROUGH        )
      SCHOOL DISTRICT and JOHN MONAHAN,   )
 7    in his capacity as Superintendent   )
      of the FAIRBANKS NORTH STAR         )
 8    BOROUGH SCHOOL DISTRICT,            )
                                          )
 9                   Defendants.          )
                                          )
10    Case No. F97-0068 Civil
11                    VIDEO DEPOSITION OF LOU BATES
12    APPEARANCES:
13         FOR THE PLAINTIFF:     MR. ROBERT A. SPARKS
                                  Law Offices of Robert A. Sparks
14                                Attorneys at Law
                                  1552 Noble Street
15                                Fairbanks, Alaska  99701
                                  (907)  451-0875
16
17         FOR THE DEFENDANT:     MR. PETER C. PARTNOW
                                  Rubini & Reeves
18                                Attorneys at Law
                                  601 West Fifth Avenue
19                                  Suite 500
                                  Anchorage, Alaska  99501
20                                (907)  222-7100
21
           ALSO PRESENT:          Ms. Nada Raad
22                                Ms. Bett Schaffhauser
                                  Ms. Kris Hall
23
24                                * * * *
25
```

|    |   |   |
|----|---|---|
| 1  |   | position at Tanana Middle School during 19- -- during |
| 2  |   | August of -- August of 1992? |
| 3  | A | I don't recall any -- anything. |
| 4  | Q | Ms. Cromer was eventually inter- -- interviewed and |
| 5  |   | hired for -- well, she was eventually hired for a health |
| 6  |   | position during either September or October of 1992.  Do |
| 7  |   | you know -- were you involved in the hiring process for |
| 8  |   | Ms. Cromer's health position? |
| 9  | A | I don't recall if I was involved in anything, I saw her |
| 10 |   | paperwork as it was coming through, or -- or not. |
| 11 | Q | Were you at work on August 13th, 1993 when Ms. Raad |
| 12 |   | was -- claimed to have made a bomb threat at the school |
| 13 |   | district administrative office? |
| 14 | A | I believe I was at work that day.  I remember someone |
| 15 |   | saying something, and I remember thinking that it was |
| 16 |   | that -- that same day.  That would be the -- well, I'm |
| 17 |   | trying to remember who (indiscernible), and I think it |
| 18 |   | was that same day.  I think I was there. |
| 19 | Q | Do you think it was Anita that told you about that? |
| 20 | A | That's what I said earlier.  I thought it was Anita that |
| 21 |   | had mentioned it. |
| 22 | Q | Were you aware the police were called on that occasion? |
| 23 | A | I -- I heard something about that.  I heard that they -- |
| 24 |   | they were called. |
| 25 | Q | To your knowledge, have the police been called any time |

```
 1          prior to that while you worked for the school district
 2          to respond to anyone that was either disruptive or
 3          creating any kind of a risk at the school district
 4          administrative office at any time?
 5     A    I don't have any knowledge of ....
 6     Q    Were there some persons that came to review documents
 7          regarding, I think it was the Impressions series of
 8          books that the police were -- do you know if the police
 9          were called when -- on -- on an occasion when they were
10          there?
11     A    I have no knowledge on that at all.
12     Q    Were you ever present with any other school district
13          employees on August 13th when Ms. Raad was alleged to
14          have made the bomb threat, and where that matter was
15          discussed?
16     A    I don't recall exactly where I was, except that I was in
17          the personnel office.
18     Q    Do you know Ms. Deborah Kerr-Carpenter, don't you?
19     A    Yes.
20     Q    Do you know whether there were any complaints of
21          discrimination against her during 1991 or 1992?
22     A    I'm not aware of any.
23     Q    You don't have personal knowledge of them, or -- or
24          you're not aware of -- you haven't heard anything.
25     A    I don't have personal knowledge, nor am I aware.
```

```
                  IN THE UNITED STATES DISTRICT COURT
                          DISTRICT OF ALASKA

NADA RAAD,                          )
                                    )
          Plaintiff,                )
                                    )
     vs.                            )
                                    )
FAIRBANKS NORTH STAR BOROUGH        )
SCHOOL DISTRICT and JOHN MONAHAN,   )
in his capacity as Superintendent   )
of the FAIRBANKS NORTH STAR         )
BOROUGH SCHOOL DISTRICT,            )
                                    )
          Defendants.               )
_____)

Case No. F97-0068 Civil
```

## VIDEO DEPOSITION OF KATHY HARROD

APPEARANCES:

| | |
|---|---|
| FOR THE PLAINTIFF: | MR. ROBERT A. SPARKS<br>Law Offices of Robert A. Sparks<br>Attorneys at Law<br>1552 Noble Street<br>Fairbanks, Alaska   99701<br>(907)   451-0875 |
| FOR THE DEFENDANT: | MR. PETER C. PARTNOW<br>Rubini & Reeves<br>Attorneys at Law<br>601 West Fifth Avenue<br>  Suite 500<br>Anchorage, Alaska   99501<br>(907)   277-7100 |
| ALSO PRESENT: | Ms. Nada Raad<br>Ms. Bett Schaffhauser<br>Ms. Kris Hall |

* * * *

R & R COURT REPORTERS
709 Second Avenue
Fairbanks, Alaska  99701
(907) 452-3589

Exhibit 5 page   10

| | | |
|---|---|---|
| 1 | Q | Has anyone ever told you that Ms. Raad threatened to |
| 2 | | blow up a building? |
| 3 | A | Yes. |
| 4 | Q | Who told you that? |
| 5 | A | Jerry Hartsock. |
| 6 | Q | When did he tell you that? |
| 7 | A | At a meeting sometime shortly after the incident. |
| 8 | Q | Are you referring to the -- the incident in 1993 where |
| 9 | | Ms. Raad is alleged to have threatened to blow up a |
| 10 | | building? |
| 11 | A | Yes. |
| 12 | Q | Do you know how -- how -- what month that was? |
| 13 | A | All I know, it was in the fall. |
| 14 | Q | I think the -- Ms. Raad would testify I think, and the |
| 15 | | records are going to show, that that accusation occurred |
| 16 | | on August 13th, 1993.  And do you know how long after -- |
| 17 | | after that date that Jerry Hartsock may have mentioned |
| 18 | | to you that Ms. Raad threatened to blow up a building? |
| 19 | A | All -- I can't remember the date.  I can remember where |
| 20 | | I was at.  We were at an in-service meeting at Sophie's |
| 21 | | Plaza. |
| 22 | Q | And what did Mr. Hartsock say about that? |
| 23 | A | He just said that there had been an incident.  And I |
| 24 | | can't remember the exact wording, but he said something |
| 25 | | about she had threatened. |

```
 1   Q    Did Mr. Hartsock say that Ms. Raad had threatened him?
 2   A    I can't remember the exact incident.  I just know he
 3        mentioned something about an incident that had occurred.
 4   Q    Was it -- that -- that in-service, was it before school
 5        started or was it during school?
 6   A    I would have to say it was probably before, but I'm not
 7        sure whether it was like an in-service or an accredited
 8        class or -- we were in a group, and so I can't remember
 9        what quite -- I just remember where I was at.
10   Q    Okay.  And if I understand -- understand your testimony,
11        Mr. Hartsock told you that Ms. Raad had threatened to
12        blow up a building and that she had made some kind of
13        threat against him?
14   A    No.
15            MR. PARTNOW:  Objection.  Mischaracterizes the
16   testimony.
17   A    I don't know if she made a threat against him.  He just
18        said she had made a threat.  She didn't -- he didn't
19        refer to who, as far as I can remember.
20   Q    And that was in addition to him telling you that she --
21        she'd threatened to blow up a building?
22            MR. PARTNOW:  Objection.  Mischaracterizes the
23   testimony.
24   A    All I can remember is he said there was an incident
25        where she had threatened, and something about blowing
```

```
 1              up, but I don't know who, what, when, or where.  I just
 2              remember that he had said something.
 3       Q      Okay.  Who else was present at that time?  Do you know?
 4              MR. PARTNOW:  Objection.  Vague as to ....
 5       Q      When -- when Mr. Hartsock made this statement to you.
 6       A      I'm not sure.  There was a whole group of teachers, but
 7              I'm not sure who.
 8       Q      Can you name even one person that was there?
 9       A      Well, I'm trying to think.  I just know there was a
10              group of us, but who exactly was in that group, I'm not
11              sure.  I know Jerry Hartsock was there.  I can't say for
12              sure who else was there.  There was several people, but
13              which teachers exactly I can't see them -- I mean,
14              picture who they are.
15       Q      Do you know if there was any other administrators there?
16       A      No, I can't -- I know there were teachers, but I'm not
17              sure who.
18       Q      Did Mr. Hartsock say -- act like he was surprised in any
19              way about the -- did he -- cancel that.  Did
20              Mr. Hartsock express to you in any way that he was
21              surprised that Ms. Raad had threatened to blow up a
22              building?
23       A      No.  He -- no.
24       Q      Did -- did he say it was unusual?
25       A      Not ....
```

```
 1              MR. PARTNOW:  Objection.  Vague.
 2   A    Not that I can remember.
 3   Q    Do you remember what the purpose of the in-service was?
 4   A    I don't -- I'm not sure if we'd call it an in-service or
 5        whether it was a class we were taking, but somehow I
 6        think it was on restructuring - I'm not even sure - of
 7        the school.  We were having so many meetings throughout
 8        those years, I'm not sure what exactly the topic was.  I
 9        just know we were there and had name tags and in groups.
10   Q    Okay.  You got paid for it?
11   A    I have not a clue.
12   Q    Okay.
13   A    If it was a class, I doubt it.
14   Q    In your experience with the hiring process, do you know
15        whether the -- the personnel office has a pool of
16        applicants that they provide the files to the
17        principals?
18              MR. PARTNOW:  Objection.  Lack of foundation.
19   A    All I know is I get files to look at.  I would -- I know
20        they do interview and screening, but how they do it,
21        what they ask, I'm not sure.
22   Q    When did you first meet Nada Raad?  Can you recall that?
23   A    I can't remember if it was a friend that introduced us
24        or whether I met her through student -- where she was
25        subbing in the building, I've had dinner with her.  I
```

```
 1                IN THE UNITED STATES DISTRICT COURT

 2                         DISTRICT OF ALASKA

 3   NADA RAAD,                          )
                                         )
 4              Plaintiff,               )
                                         )
 5       vs.                             )
                                         )
 6   FAIRBANKS NORTH STAR BOROUGH        )
     SCHOOL DISTRICT and JOHN MONAHAN,   )
 7   in his capacity as Superintendent   )
     of the FAIRBANKS NORTH STAR         )
 8   BOROUGH SCHOOL DISTRICT,            )
                                         )
 9              Defendants.              )
                                         )
10   Case No. F97-0068 Civil

11            VIDEO DEPOSITION OF SANDRA McGILL

12   APPEARANCES:

13        FOR THE PLAINTIFF:    MR. ROBERT A. SPARKS
                                Law Offices of Robert A. Sparks
14                              Attorneys at Law
                                1552 Noble Street
15                              Fairbanks, Alaska  99701
                                (907) 451-0875
16

17        FOR THE DEFENDANT:    MR. PETER C. PARTNOW
                                Rubini & Reeves
18                              Attorneys at Law
                                601 West Fifth Avenue
19                                Suite 500
                                Anchorage, Alaska  99501
20                              (907) 277-7100

21
          ALSO PRESENT:         Ms. Nada Raad
22                              Ms. Bett Schaffhauser
                                Ms. Kris Hall
23

24                            * * * *

25
```

R & R COURT REPORTERS
709 Second Avenue
Fairbanks, Alaska 99701
(907) 452-3589

Exhibit 5 page 15