```
 1              personnel -- in her applicant file or her confidential

 2              file?

 3    A    I don't know where I saw it.  I remember seeing it.  I

 4              knew at the time in September that there was this memo

 5              on file for Mrs. Raad.

 6    Q    September of the year of the memo?

 7    A    Of 1993.  That's correct.

 8    Q    Did you get it at Ryan?

 9    A    I might have.

10    Q    And do you know if documents that -- was there any

11              custom or practice as to how the personnel office would

12              send documents to your -- to you at Ryan?  Was it --

13              would it -- was -- did they send it in the mail, or did

14              they have inter- -- interschool delivery system, or can

15              you recall?

16    A    Most documents, almost all of them come through

17              interschool mail every day to the schools from the

18              central office.

19    Q    And who would -- would receive a document such as

20              Exhibit 4 to Ms. Lovell -- Lovell's deposition at

21              your -- at Ryan?

22    A    I would, if it was addressed to the principal or

23              building administrator.

24    Q    Are you aware -- was there any letter ever, that you can

25              recall when you were the principal at Ryan, that said
```

R & R COURT REPORTERS
709 Second Avenue
Fairbanks. Alaska  99701
(907) 452-3589

Exhibit 5 page   16

1            that you would be authorized to hire Ms. Raad?

2    A    I understood that it was a one-year restriction.

3    Q    And what -- how did you gain that understanding?

4    A    I don't know.

5    Q    Did you see any documents that said that it was only the

6            one-year restriction?

7    A    My memory is that I did, that it was not a conversation,

8            that it was a document that said for one year, ....

9    Q    Do ....

10    A    .... or at the end of the year I saw a document

11            saying -- from Anita Gallentine saying the restriction

12            is now lifted.  I remember having that information, it

13            was one year, but I don't know where the document is.  I

14            don't know where I saw it.

15    Q    Are you sure you saw a document such as that?

16    A    I'm not sure of anything from this long ago, but I

17            believe I did.

18    Q    Do you know if that might have been something that you

19            may have heard at the personnel office?

20    A    It may have been.  I believe I saw a document.

21    Q    Do you recall if there were any other documents in

22            Ms. Raad's file that said that she'd made a bomb threat?

23            MR. PARTNOW:  Objection.  Mischaracterizes the

24    testimony.

25    A    I have never seen such a document until I've read this

1          quickly.  I have not ....

2                MR. PARTNOW:  When you say "this," you're

3     referring to Exhibit 5?

4     A     I am referring to Exhibit 5, which I testified I had not

5           seen before.

6     Q     Had you heard from anyone that Ms. Raad had made a bomb

7           threat?

8     A     I had heard that she had made a threat.

9     Q     What kind of threat?

10    A     A threat to hurt someone.

11    Q     Do you know who?

12    A     Yeah, I heard that she made a threat to hurt or get or

13          something Jerry Hartsock.

14    Q     And who did you hear that from?

15    A     I heard it from a conversation with Jerry Hartsock.

16    Q     Did he say that Ms. Raad had made that threat to him

17          personally?

18    A     No, he did not.

19    Q     What did he say about it?

20    A     He said he had received a telephone call from the

21          superintendent telling him to be careful because it --

22          it was possible that there was a threat against him.

23    Q     Did he say what kind of a threat?

24    A     No, not to my memory.

25    Q     Where were you when you heard that?

Exhibit 5 page   18

1    A    I was in a gathering, a meeting, with several Lathrop

2         employees.

3    Q    And was that after the interviews had taken place?

4    A    That's correct.

5    Q    Do you know how long after the interviews?

6    A    I wouldn't have known without seeing the dates that have

7         been put before me here today.  If you would have asked

8         me that before I'd seen these documents, I would have

9         said after.  I don't know how long after.

10   Q    What kind of a meeting was it?

11   A    It was after school.  It was meant to be largely social.

12        It was just a get-together after school.  It was not an

13        agenda.

14   Q    Where was it held at?

15   A    Zach's Restaurant, or one of the restaurants on South

16        University to the left.

17   Q    Was that the Sophie Plaza Hotel?

18   A    Sophie Plaza Hotel.  Thank you.

19   Q    Who else was there?  Do you know?

20   A    I would just be guessing.  I do not know.  There were

21        probably five or six people.

22   Q    Was this some kind of a formal get-together or informal?

23   A    No, it was very informal.

24   Q    Do you know if it was a class or not?

25   A    It was not a class.

51

1   Q    Did anyone contact your school in 1993 to inform you not

2        to call Ms. Raad for substitute teaching?

3   A    Did anyone call my school?

4   Q    Uh-huh (affirmative).

5        MR. PARTNOW:  When you say "your school," you're

6   referring to Ryan ....

7        MR. SPARKS:  Uh-huh (affirmative).

8        MR. PARTNOW:  .... or Lathrop?

9        MR. SPARKS:  Ryan, during 1993.

10  A    I don't recall.  I -- I knew there was a restriction.

11  Q    What -- what's your recollection of the restriction?

12  A    I received a memorandum.  I saw a memorandum showing a

13       restriction of Ms. Raad's employment.

14  Q    And is that Exhibit 4 to Ms. Lovell's deposition?

15  A    I am not sure.  I don't know at what point I became

16       aware.  It was a one-year restriction.  I'm not positive

17       it was this.  It was short, it had this information.

18       What I saw may or may not have said a one-year

19       restriction, but I knew there was a restriction.

20  Q    Do you know if Lou Bates at the personnel office told

21       you that it was a one-year restriction?

22  A    I don't know.

23  Q    Do you know who Lou Bates is?

24  A    Is Lou Bates Lou Rager?

25  Q    Yes.

| | | |
|---|---|---|
| 1 | A | Then I know who that is. |
| 2 | Q | Do you know Patrice Lee? |
| 3 | A | Yes, I do. |
| 4 | Q | Was there a problem in your school where there was |
| 5 | | students that were fighting in her classroom? |
| 6 | A | I think that happened several times. |
| 7 | Q | Can you recall any of those incidents? |
| 8 | A | Vaguely.  I don't remember the names of students.  I |
| 9 | | don't remember the dates. |
| 10 | Q | What -- would you turn back to Exhibit 4 to your |
| 11 | | deposition?  And can you tell us -- do you have any |
| 12 | | understanding -- it says in the last paragraph: |
| 13 | | Therefore I have transferred Sandy McGill from assistant |
| 14 | | principal at Lathrop High School to principal at Ryan |
| 15 | | Middle School.  And then it states:  Administrative |
| 16 | | transfers do not require action by the board.  Do you |
| 17 | | know what an administrative transfer is? |
| 18 | A | An administrative transfer would be when an employee who |
| 19 | | is already currently employed in a certain level or |
| 20 | | position receives another assignment within that general |
| 21 | | level. |
| 22 | Q | How's that different from a hiring? |
| 23 | A | A hiring would be when a person whose not working for |
| 24 | | the school district, for instance, becomes employed or |
| 25 | | unemployed by the school district, requiring board |

## In The Matter Of:

*Raad   v.*
*Fairbanks North Star*

---

*Carol Evans*
*June 11, 1998*

---

*Patricia Murray & Associates*
*The Difference we make ... makes all the Difference*
*10524 East Grand River*
*Suite 101*
*Brighton, MI  48116*
*(800) 875-8238    FAX: (810) 229-5789*

*Original File jb9179-1.asc, 68 Pages*
*Min-U-Script® File ID: 2486356788*

## Word Index included with this Min-U-Script®

Exhibit 5 page   22

Page 37

[1] contract for a while it is kind of cloudy. But you
[2] do have rights, if you are tenured and there is a
[3] position you qualify for, as I recall, you would
[4] have transfer rights so you could move to another
[5] building if your position is eliminated in one
[6] building.
[7]    **Q:** What about a teacher that was nontenured and their
[8] position's eliminated, was it your understanding
[9] that that teacher would have any transfer rights?
[10]    **A:** No. If a person was nontenured and dismissed, they
[11] did not have rights to transfer, as I recall.
[12]    **MS. BROWN:** I'll object as to form of the
[13] question.
[14]    **THE WITNESS:** Could you explain to me what
[15] that objection means?
[16]    **MS. BROWN:** Not right now, ma'am.
[17]    **THE WITNESS:** Okay, thanks. I am kind of
[18] confused when you say that as to whether I should go
[19] on or what you mean.
[20]    **MS. BROWN:** No, I think Mr. Sparks told
[21] you earlier in the deposition that I am making
[22] objections for the record and that you are to answer
[23] the question irrespective of whether I object or
[24] not.
[25]    **THE WITNESS:** Okay, I've got it. I've got

Page 38

[1] it.
[2]    **BY MR. SPARKS:**
[3]    **Q:** Did you ever speak with Ms. Raad about an incident
[4] where she was accused of making a bomb threat at the
[5] Fairbanks North Star Borough administrative offices?
[6]    **A:** I don't recall ever speaking with her about that.
[7]    **Q:** Do you recall in January of '94 you might have had a
[8] conversation with her about that and she became very
[9] emotional?
[10]    **A:** Oh, my. It sounds like something I should remember.
[11] I am not remembering that. I don't remember where
[12] it would have been.
[13]    **Q:** Do you recall if there was – did you ever hear
[14] about an incident of that type where it was alleged
[15] that Ms. Raad had made a bomb threat at the school
[16] district administrative office?
[17]    **A:** I did hear of that, yes. We were made aware of that
[18] in the building.
[19]    **Q:** And how were you made aware of that?
[20]    **A:** There was a call from central office. Not to me.
[21] To the principal saying that that had happened and
[22] kind of alerting us that there was a problem.
[23]    **Q:** And what did you hear about the call – do you know
[24] who made the call from the central office?
[25]    **A:** I understood it was the superintendent. But I don't

Page 39

[1] know that that's – I mean, that's what I thought at
[2] the time.
[3]    **MS. BROWN:** Well, I'll object as to
[4] foundation and the question is calling for hearsay.
[5]    **Q:** Who did you talk to about – who told you about
[7] this situation, then?
[8]    **MS. BROWN:** Object as to hearsay.
[9]    **THE WITNESS:** We were – we, and I don't
[10] even remember who else, I remember that I was told
[11] that there had been a call from central office that
[12] Nada had – was upset and had threatened to blow up
[13] the central office building because she hadn't
[14] received the position. So we, you know, we were
[15] alerted because we were the ones responsible for her
[16] not having received the position so we were being
[17] alerted that there was a problem.
[18]    **BY MR. SPARKS:**
[19]    **Q:** Was there any other explanation as far as what had
[20] happened at the central office?
[21]    **MS. BROWN:** I'll object. The question
[22] calls for hearsay.
[23]    **THE WITNESS:** No, I just remember that we
[24] were alerted that there was that problem. That's
[25] all I remember.

Page 40

[1]    **BY MR. SPARKS:**
[2]    **Q:** Did anyone say there had been any threats against
[3] Mr. Hartsock?
[4]    **A:** I don't remember that.
[5]    **MS. BROWN:** I am sorry. I just want to
[6] make sure the court reporter got the same objection.
[7]    **BY MR. SPARKS:**
[8]    **Q:** And what was your answer, ma'am?
[9]    **A:** I don't remember. That's not what stands out in my
[10] memory. I do remember the thing about central
[11] office.
[12]    **Q:** Were you surprised when – were you surprised to
[13] hear about this alleged bomb threat?
[14]    **A:** Yes.
[15]    **MS. BROWN:** Same objection.
[16]    **THE WITNESS:** The answer is yes.
[17]    **Q:** You were surprised, ma'am?
[18]    **A:** Yes.
[20]    **Q:** And why were you surprised?
[21]    **A:** Well, that's – surprised and alarmed that Nada
[22] would have been that upset about what had happened.
[23] You know, if that, in fact, was happening, I was
[24] surprised and upset that it had escalated to that
[25] level.

Exhibit 5 page   23

## Gaberdiel and Warren
### COURT REPORTERS

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

CASE NO.:  F97-0068 CV (HRH)

NADA RAAD,

    Plaintiff,

vs.

FAIRBANKS NORTH STAR BOROUGH
SCHOOL DISTRICT and JOHN MONAHAN,
in his capacity as Superintendent of
the FAIRBANKS NORTH STAR BOROUGH SCHOOL
DISTRICT,

    Defendants.

_____/

VIDEO DEPOSITION OF ANITA GALLENTINE

**Pages 100-150**

**September 14, 1998**

Patricia A. Gaberdiel
Mary F. Warren

444 Seabreeze Boulevard, Suite 735
Daytona Beach, Florida  32118
Phone 904-255-1263  Fax 904-255-9387

P.O. Box 263154
Daytona Beach, F
32126-31

Exhibit 5 page  24

# Gaberdiel and Warren
## COURT REPORTERS

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

CASE NO.:  F97-0068 CV (HRH)

NADA RAAD,

    Plaintiff,

vs.

FAIRBANKS NORTH STAR BOROUGH
SCHOOL DISTRICT and JOHN MONAHAN,
in his capacity as Superintendent of
the FAIRBANKS NORTH STAR BOROUGH SCHOOL
DISTRICT,

    Defendants.

_____/

VIDEO DEPOSITION OF ANITA GALLENTINE

**Pages 151-234**

**September 14, 1998**

Patricia A. Gaberdiel
Mary F. Warren

444 Seabreeze Boulevard, Suite 735
Daytona Beach, Florida  32118
Phone 904-255-1263  Fax 904-255-9387

P.O. Box 263154
Daytona Beach, FL
32126-3154

Exhibit 5 page  25

1        Q    Were you involved in contacting the police

2    regarding this incident in anyway -- the incident regarding

3    Ms. Raad in anyway?

4        A    Yes.  After she left -- after she was escorted from

5    the building, Charles and I -- Charles Moore and I went over

6    to the police department and filed a written report.

7        Q    Do you recall if you called -- that you may have

8    made a telephone call to Victor Gunn or Mike Pollis

9    (phonetic) to report the alleged incident involving the bomb

10   threat by Ms. Raad?

11       A    No, I don't recall.

12       Q    What -- what time did you go over to the police

13   department?

14       A    It was sometime that morning, but I couldn't tell

15   you.

16       Q    I'll represent to you that the Fairbanks Police

17   Department in response to a records deposition stated that

18   they do not have a copy of a 911 call that was made to their

19   office from the School District reporting this incident; and

20   there was a lady that was the evidence custodian named Ann

21   Stepp that testified at her deposition that there's a police

22   log report that shows your name that indicates that at 11:06

23   or 11:08 you went to the Fairbanks Police Department to

24   report this incident.

25       A    Okay.

Exhibit 5 page  26

1    Q    Do you know if you went to the police department to

2    report the incident prior to the police escorting Ms. Raad

3    from the building?

4    A    No, she had already been escorted from the

5    building.

6    Q    Did you ever see Ms. Raad during the morning of

7    August 13th, or did you just hear her speaking in Mr. Moore's

8    office?

9    A    No, I saw her in passing in the hallway going

10   between the main door to Personnel and Charles' door.

11   Q    So, after Ms. Raad was taken out of the -- was

12   escorted out of the building by the police, was there -- was

13   there any discussion or -- or meetings that you were present

14   for involving the incident that had occurred?

15   A    Yes, there was.

16   Q    Okay, and who was present at that meeting?

17   A    Charles Moore, myself, Rick Cross, the

18   Superintendent; and I believe Pam Hallberg and Lynda Sather

19   were both there for maybe part of it.

20   Q    What was discussed at that meeting?

21   A    What had taken place in the Superintendent's

22   office, what had taken place prior to Ms. Raad going up to

23   the Superintendent's office.

24   Q    Did you ask Ms. Hallberg and Ms. Sather to prepare

25   their witness statements that were subsequently faxed to your

Exhibit 5 page  27

184

1       Attorney?

2            A    Yes, I did.

3            Q    Was it that day, or did you do it later on in the

4       month of August?

5            A    I believe I did it that day, but I'd have to check

6       the records to -- to see.

7            Q    What records would you need to check?

8            A    The dates on the statement forms.

9                 I mean it's important to identify your statement

10      as soon after the incident.  So, I would -- you know, I'd

11      have to check to see -- what is that?  Exhibit --

12           Q    I represent to you that from the records deposition

13      of the Fairbanks Police Department, the only written

14      statements that they received were from you and Mr. Moore,

15      and they have a telephone interview with Ms. Sather and Ms.

16      Hallberg.

17           A    Well, that was the police investigation.  I mean

18      they determine how they run their investigation, and I guess

19      we determine how we run ours.

20                If they didn't want a written statement from Ms.

21      Hallberg or Ms. Sather, that's certainly their prerogative.

22           Q    Do you know if they didn't want a statement from

23      Ms. Hallberg or Ms. Sather?

24           A    I don't know.  I didn't do their investigation.

25           Q    Did you also request a copy of the -- the police

Exhibit 5 page  28

1    report and the investigation report from the police

2    department later on during the month of August?

3         A    I believe I did, yes.

4         Q    Why did you request that?

5         A    Because it was going to be -- become a part of our

6    record.

7         Q    Why was that?

8         A    Cause the School District was going to take some

9    action.

10        Q    So, did you actually believe that Ms. Raad had made

11   a bomb threat?

12        A    Yes, I did.

13        Q    She wasn't carrying anything when you saw her that

14   morning; was she?

15        A    As far as I know -- I mean I don't know what she

16   was carrying.

17        Q    Ms. Raad speaks with an accent; doesn't she?

18        A    Yes, she does.

19        Q    When she was talking to Mr. Moore in his office,

20   she was -- you said she was agitated, correct?

21        A    Yes.

22        Q    Did she have difficulty expressing herself when she

23   was upset speaking with Mr. Moore, or did you hear?

24        A    I didn't hear specific conversations.  I just heard

25   loud voices and -- and crying.

Exhibit 5 page  29

1    Q    If you actually believed she was making a bomb

2    threat, did you have the building evacuated?

3    A    No, we did not.

4    Q    Why not?

5    A    We called Public Safety.  We called the police

6    department to come over and diffuse the situation and to

7    conduct an investigation.

8    Q    They didn't do any search for a bomb or anything;

9    did they?

10    A    You're going to have to ask the police that.  They

11    did their investigation.

12    Q    Did you talk to them?

13    A    Excuse me?

14    Q    Did you talk to the police about what they had

15    done?

16    A    Did --

17         MR. PARTNOW:  Are you asking a question?

18         MR. SPARKS:  I'm asking her if she asked the --

19    asked the police about whether they had done anything besides

20    taking Ms. Raad out of the building.

21         THE WITNESS:  Specifically, no.

22         At one point, I probably asked them what's the

23    status of the case and what were they planning on doing,

24    whether it was filing charges against her or not.

25         BY MR. SPARKS:

Exhibit 5 page  30