```
 1    to give Mr. Morgan Gray the life science position
 2    at Tanana Middle School?
 3         A.    I don't recall.
 4         Q.    Do you recall if the team objected to
 5    hiring Morgan Gray for the seventh grade life
 6    science position?
 7         A.    I can't recall because I don't even
 8    remember if he was a finalist for the position.
 9         Q.    On Exhibit 1 it shows he was
10    interviewed; correct?
11         A.    Yes.
12         Q.    Do you recall if he was selected for a
13    lesson plan?
14              MR. PARTNOW:  Objection.  Asked and
15    answered.
16              THE WITNESS:  No.  I can't recall who
17    the finalists were for that position.
18    BY MR. SPARKS:
19         Q.    Did you fill out any document
20    selecting Mr. Gray for the seventh grade life
21    science position?
22         A.    His name might have been included in an
23    interview report, but that's all I can recall at this
24    point not having that information in front of me.
```

1    Q.   What are you referring to, the
2  interview report?
3    A.   Well, listed on the applicant flow
4  chart required filling out a report for each of
5  the candidates.  And so without that in front of
6  me I can't really say what was filled out and
7  what I said because I don't recall.
8    Q.   Do you know of any reason you wouldn't
9  have prepared an interview report for Mr. Morgan
10 Gray for his interview for the seventh grade life
11 science position?
12   A.   No.  I can't really say.  I don't
13 know.
14        MR. SPARKS:  Madam Court Reporter,
15 could you mark the next document, the next
16 exhibit, the document that's numbered 103896.
17              (Discussion off the record.)
18              (Deposition Exhibit No. 3
19              marked for identification.)
20        MR. SPARKS:  Is it Exhibit 3 that you
21 just marked, Madam Court Reporter?
22        THE WITNESS:  Yes, I have it.
23   Q.   Would you identify that document for
24 us.

66

1   A.    Employment recommendation for Morgan
2   Gray for the Fairbanks North Star Borough School
3   District.
4       Q.    Is that a document signed by you?
5       A.    Yes, it is.
6       Q.    And I represent to you on there where
7   it's scratched out it says life science. Do you
8   know why that was wrote in?
9       A.    Yeah. It does look like that, yeah.
10  Uh-huh.
11      Q.    Why?
12      A.    After looking at this document I
13  recall we had a last-minute opening in the Gifted
14  and Talented area as well as the life science
15  area.
16      Q.    Why was Exhibit 3 changed from
17  seventh grade life science to Gifted and
18  Talented?
19      A.    Because of notice of an opening in the
20  Gifted and Talented area we changed our mind on
21  who would be placed in this position.
22      Q.    Who was originally supposed to be
23  hired for the position?
24      A.    I believe -- and I can't recall

```
 1   completely.  I believe that it was between Morgan
 2   Gray and Sarah Swift for the life science
 3   position and we had decided that the Gifted and
 4   Talented position would be a better fit knowing
 5   that we had this last-minute opening.
 6        Q.    You initially had selected Mr. Gray
 7   for this seventh grade life science position?
 8        A.    It certainly appears that way.
 9        Q.    You don't have any recollection at
10   this time?
11        A.    I'm sorry.  I can't recall.
12        Q.    And did the team interfere in your
13   selection of Mr. Gray for the life science
14   position, if you recall?
15        A.    No, they did not.
16        Q.    They didn't have any involvement in
17   the selection of Sarah Swift for the life science
18   position?
19        A.    Yes, they did.
20        Q.    What involvement did they have?
21        A.    They were part of the interview process,
22   and they helped evaluate the lesson that was
23   presented from each of the teachers.
24        Q.    After that point --
```

68

1       A.    Could you repeat that again.

2       Q.    After the lesson plan had already
3 been -- cancel that.

4             You filled out this form,
5 Ms. Carpenter, indicating you wanted to select
6 Mr. Gray for the seventh grade life science
7 position after you had discussed with the
8 interview committee the qualifications of all the
9 individuals in their performance on the lesson
10 plan preparation; correct?

11       A.    I did not say when I had discussed
12 this information with the interview team. The
13 interview team and I participated together in
14 interviewing all of the candidates and in making
15 the decision on how to place the individuals in
16 the best possible situation for the school.
17 That's all I can say about that.

18       Q.    Did Mr. Gray interview with other
19 applicants for the teaching position or was he
20 selected based on his interview for the life science
21 position?

22       A.    Due to the late nature of this job
23 opening, I believe he was selected based upon the
24 information that we had gathered from the life

1   science interview.
2       Q.   Was there any reason Ms. Raad wasn't
3   considered for the Gifted and Talented position?
4       A.   I can't recall.  I don't have
5   Mr. Gray's paperwork in front of me.
6       Q.   Was Ms. Raad considered for the Gifted
7   and Talented position?
8       A.   No.  I do not believe so.
9       Q.   Why not?
10      A.   I don't know.
11      Q.   Did she have the necessary
12  qualifications to -- did Ms. Raad have the
13  necessary qualifications to fill the teaching
14  position?
15      A.   No.  I do not believe she did.
16      Q.   What qualification do you think that
17  she did not meet?
18      A.   Again, I don't have the job posting in
19  front of me to list out specifically.  But again,
20  probably some of the same reasons that she was
21  not selected for the life science job.
22      Q.   Other than the person that you
23  interviewed for the seventh grade life science
24  position did you interview any other applicant

70

1  for the GT position you eventually selected
2  Mr. Gray to fill?
3      A.  I do not recall.  I don't have
4  interview notes or questions in front of me at
5  this time.
6      Q.  If you would have interviewed other
7  applicants you would have prepared interview
8  notes for the position?
9      A.  That's correct.
10     Q.  So do you know whether the position
11 Mr. Gray was hired for was from the posting or
12 not?
13     A.  I don't recall.  All I do know is that
14 this was quickly approaching the opening day of
15 school and needed to be taken care of as soon as
16 possible.
17     Q.  Do you know if that was in accordance
18 with the school district's policy on hiring?
19     A.  I believe so.
20     Q.  Was there anyone else involved in the
21 decision to select Mr. Morgan Gray for the
22 teaching position?
23     A.  I believe I did discuss it with the
24 interview team.

1  pick the people off of the list whose files you
2  wanted to review.
3      A.   Right.  It's my recollection that I
4  was given a list of names of people who were
5  certified in the area I was looking for and who
6  had completed the application process.  That's my
7  recollection.
8      Q.   Did it have their score on the
9  preliminary screening or anything to help you
10 select who you wanted to interview?
11     A.   Absolutely not.  Like I had just said,
12 I have no idea what those numbers mean.  I have
13 never seen this form before.
14          MR. SPARKS:  All right.  I need to go
15 off record for a moment so that the court
16 reporter can pull out document number 116552
17 through 116560 and mark that as the next
18 exhibit.
19                    (Deposition Exhibit No. 7
20                    marked for identification.)
21 BY MR. SPARKS:
22     Q.   Represent to you that these were
23 produced by the school district as represented to
24 be questions that were asked during the interview

1      for the life science position at Tanana.
2                      Do you recognize any of the
3      documents that are marked as Exhibit 7?
4           A.   Yes.  This document was used in the
5      interview process.
6           Q.   There weren't any questions about
7      ability to coach these extracurricular
8      activities, were there?
9           A.   No, there was not.
10          Q.   If there was no questions that
11     wouldn't have been one of your concerns in hiring
12     for this position, would it be?
13               MR. PARTNOW:  Objection.  Vague and
14     ambiguous.
15               THE WITNESS:  Again, I'll tell you
16     that I did glean information off the applicant's
17     information packet in the file that I reviewed.
18     And we were always looking for people who could
19     sponsor other activities but I did not ask a
20     particular question, can you coach cross-country
21     skiing.  No, I did not.
22     BY MR. SPARKS:
23          Q.   That wasn't a criteria that you used
24     to select people that were going to be

1     A.    He was asking me why Ms. Raad was not
2 hired for the job. And I was very honest with him
3 and said that I felt one of her weaknesses were as
4 stated on the confidential interview report.
5     Q.    And that was her speech?
6     A.    In regard to her articulation and
7 enunciation of words, yes. And her ability to
8 communicate with middle school kids.
9     Q.    Did you state to Mr. Moore that there
10 was any other concerns or reasons that you had
11 for not hiring Ms. Raad for that position?
12     A.    No. I don't recall. I believe that
13 was the gist of our conversation.
14     Q.    Did Mr. Moore ever get back to you?
15     A.    He might have but I don't know for a
16 fact.
17     Q.    Did you tell Mr. Moore in any way that you
18 were concerned that the parents might complain about
19 Ms. Raad's accent if she was hired for the life
20 science position at Tanana in 1992?
21     A.    No. I don't recall that.
22     Q.    Did Mr. Moore contact you regarding
23 any of the other applicants for the position?
24     A.    I don't recall.



1    enrollment.

2        Q.   Describe the process that you went

3    through in filling that health position.

4        A.   I'm assuming it was similar to the

5    other positions that I had filled at the school.

6    But I don't recall the exact procedure I took.

7        Q.   Okay.  Do you know if you interviewed any

8    other applicants as well as Ms. Cromer for that

9    position other than the interview that you conducted

10   for the life science position?

11       A.   I don't recall.  I don't have that

12   paperwork in front of me.

13            MR. SPARKS:  Madam Court Reporter, can

14   you mark as the next exhibit document 117666 near

15   the end of the packet of exhibits.

16                    (Deposition Exhibit No. 9

17                     marked for identification.)

18            MR. PARTNOW:  The attorney doesn't

19   have it and so let's get me a copy of it.

20            MR. SPARKS:  Let me know when you're

21   ready.

22                    (Discussion off the record.)

23   BY MR. SPARKS:

24       Q.   Can you identify Exhibit 9 for us,

103

1   Ms. Carpenter.
2        A.   Yes. It's an employment
3   recommendation for the Fairbanks North Star
4   Borough School District for Patricia Cromer for
5   the position of health.
6        Q.   At Tanana Middle School?
7        A.   Right.  Tanana Middle School.
8        Q.   Dated September 24, 1992?
9        A.   Yes.  Dated September 24, 1992 and
10  signed by myself.
11       Q.   Ms. Cromer was hired after Sarah Swift
12  and Mr. Gray; correct?
13       A.   Yes.  That seems to be the train of
14  events.
15       Q.   Previously in your --
16       A.   Could you repeat the question.  I
17  didn't hear it all because it was breaking up.
18       Q.   When you previously hired --
19            MR. PARTNOW:  Couldn't hear your
20  question.  You broke up the whole way.
21  BY MR. SPARKS:
22       Q.   Your prior testimony in your
23  deposition, Ms. Carpenter, was that when you
24  selected Mr. Gray for the GT position that you



INDEPENDENT COURT REPORTERS   WAUKEGAN, IL
(847) 244-81?

Exhibit 7 page 24

1   were in a hurry because school was starting and
2   you didn't you go through the normal interview
3   process?
4       A.   Yes.  That's the case as I recall with
5   Patrick Cromer.
6       Q.   It was with Ms. Cromer also that was an
7   expedited position?
8       A.   Yes.  Because of the late transfer of
9   Conrad Gonzales.
10      Q.   What do you mean "late transfer of
11  Conrad Gonzales"?
12      A.   Well, I don't recall exactly why he left
13  us.  But there was an opening that needed to be
14  filled immediately and Ms. Cromer was selected
15  because she was an experienced middle school teacher.
16      Q.   It was my understanding that Conrad
17  Gonzales had filled this position during the spring
18  of '92 and that he had been non-retained; is that not
19  your recollection?
20      A.   I can't recall that without the
21  paperwork in front of me of the certain dates and
22  times of everything.  I can't recall.
23      Q.   If Mr. Gonzales had been non-retained
24  for the health position at Tanana Middle School

```
 1   under the union contract he should have had the
 2   right to be recalled to that position, wouldn't
 3   he?
 4        A.    Possibly under the contract language.
 5        Q.    Ms. Raad's recollection is that during
 6   the '92-93 school year that Mr. Gonzales had
 7   another position where he was hired to be a
 8   teacher for something called the school within a
 9   school?
10        A.    That could well be.  I don't recall
11   exactly the title of the program but I do recall
12   that there was a special program for him that I
13   think came available.
14        Q.    Do you know why he wasn't rehired for
15   the health position?
16        A.    I don't recall right now.  It might
17   have been due to lack of certification.  I just
18   don't recall.
19        Q.    Did you consider Ms. Raad for the
20   health position at Tanana?
21        A.    Again, I hired an experienced middle
22   school teacher which I felt was needed at this
23   late time of hiring process.  That's why Patricia
24   Cromer was hired.
```