**FAIRBANKS POLICE DEPARTMENT**
**FAIRBANKS, ALASKA**

(21) CROSS REFERENCE CASE NUMBER
(31) CASE OFFICER: King  FPOIN: CAR

I, **Anita R. Gallentine** (PRINT FULL NAME), make the following voluntary signed statement at: time **11:05** date **8-13-93**

NOTE: BLOCKS (19) THROUGH (32) ONLY NEED TO BE COMPLETED ONCE ON FORM 5 OR 6.

| (17) ROLE | (19) LAST NAME, FIRST NAME, MI | (20) RACE | (21) SEX | (22) AGE | (23) DATE OF BIRTH | (24) DRIVERS LICENSE NO. |
|---|---|---|---|---|---|---|
| W | Gallentine, Anita | W | F | 38 | 06/29/55 | AK |

(25) ALIASES
(26) RESIDENCE ADDRESS: 353 Droz Drive Fbks (26a) ZIP: 99701  (27) RESIDENCE PHONE NO.: 452-4799  (28) PLACE OF BIRTH: Lima  (29) CH
(30) TITLE/OCCUPATION: Personnel Dir.  (31) PLACE OF EMPLOYMENT/SCHOOL: Fairbanks NSB School District  (32) EMP/SCHOOL PHONE: 452-4799  HOURS WORKED: 40  SSN: 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

**STATEMENT**

On Friday, August 13, 1993, at approximately 7:45am, I observed a teacher applicant by the name of Nada Raad in ~~Dr.s~~ Charles Moore's office very distraught & crying. An hour later, I met with Charles & was told that Ms Raad was very upset because she was not hired for a teaching vacancy at Lathrop High School. She claimed that Charles had promised her a teaching position for the 1993-94 school year. Charles stated that he told her that he never promised her a job, only that she would have a fair opportunity to a position she was qualified to teach.

About 1½-2 hours later I came out of a meeting & noticed 2 police officers in the ~~co~~ hallway to the EEO office. Prior to that, I had called to Superintendent office to warn him that an unhappy applicant stated that she was going to demand a meeting with the Supt.

At approximately 11:00AM, I was called to the Superintendent's office and was told that Pam Hallberg & Lynda Sather overheard Ms. Raad say that ~~ca~~ she was going to blow up the building. (Adm Center) Both Hallberg & Sather work in the Superintendent's office.

I have read the above and foregoing statement consisting of _____ page(s). I have been given an opportunity to make any corrections or changes that I might want to make. The changes which I have made are initialed by me in my own handwriting.

I now sign this statement in the presence of _____ and _____ to certify that the same is true and voluntarily made.

Signed at Fairbanks, Alaska, this ____ day of ____ 19__

Signed: X _Anita R Gallentine_

Page ____ of a ____ Page Statement.

| FPD USE ONLY | (35) STATMENT RECEIVED BY: King | FPOIN: CAR | (36) NAMES INDEXED BY: | FPOIN | (37) DIST COPY BY: |

FPD FORM 6 REV 2/89
THIS REPORT IS CONFIDENTIAL & FOR OFFICIAL USE ONLY
PAGE ___ OF ___

PLAINTIFFS EXHIBIT
Exhibit 14 page 1
007894   ~~325~~

# STATEMENT
## FAIRBANKS POLICE DEPARTMENT
## FAIRBANKS, ALASKA

I, Charles E. Moore, make the following voluntary signed statement at: time 11:06 date August 13, 1993

| Field | Value |
|---|---|
| Role | W |
| Last Name, First Name, MI | Moore, Charles E |
| Race | B |
| Sex | M |
| Age | 46 |
| DOB | 4/4/47 |
| Residence Address | 2434 Poppy Dr |
| Zip | 99705 |
| Residence Phone | 488-9742 |
| Place of Birth | Mobile, AL |
| Title/Occupation | Coord CEO |
| Place of Employment | FBKS School District |
| Emp Phone | 452-2000 ext 395 |
| Hours Worked | 8-4:30 |
| SSN | 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 |

**STATEMENT:**

"I was visited by Nada Radd in my office at 520 5th Ave, to hear her displeasure with [CEM] because she had not been selected to teach Chemistry at Lathrop High School. I informed mrs. Radd that the process was fair and that a very qualified person had been selected. (this contact was made at approximately 7:30-45 a.m.)

After two hours or so [CEP] had expired mrs. Radd told me she was going to speak to Superintendent Rick Cross to get him to correct an injustice that had occurred.

Finally, she announcing my office and I informed her that the superintendents office had called the police to escort her out of the building. She asked me "who does he think he is?" then, she said "Someone might get hurt", "calling the police only makes things worst!"

I have read the above and foregoing statement consisting of ___1___ page(s). I have been given an opportunity to make any corrections or changes that I might want to make. The changes which I have made are initialed by me in my own handwriting.

Signed: X Charles E Moore

FPD FORM 6 REV 2/89

THIS REPORT IS CONFIDENTIAL FOR OFFICIAL USE ONLY
PLAINTIFF'S EXHIBIT
007895   326
Exhibit 14 page 2

93-4224

WALTER J. HICKEL, GOVERNOR

## DEPARTMENT OF LAW

CRIMINAL DIVISION/FOURTH JUDICIAL DISTRICT

OFFICE OF THE DISTRICT ATTORNEY

REPLY TO:

☐ P.O. BOX 755
BETHEL, ALASKA 99559-0755
PHONE: (907) 543-2055

☒ 604 BARNETTE ST., RM 247
STATE COURT & OFFICE BLDG.
FAIRBANKS, ALASKA 99701-4573
PHONE (907) 452-1565

August 18, 1993

Fairbanks School District Office
520 Fifth Ave.
Fairbanks, AK 99701

ATT: Charles Moore

RE: Declined Case

DA File #: FA11-345-93
Charges Referred: Terroristic Threats
Agency Case #: 93-4224

Dear Mr. Moore:

This letter is to inform you that the District Attorney's Office has declined to prosecute Nade Raad because of insufficient evidence.

You may disregard any subpoenaes you may have received to appear in court in reference to this case.

If you have any questions, please feel free to contact me at the number checked above. Our office hours are 8:00 to 4:30, Monday through Friday.

Sincerely,

CHARLES E. COLE
ATTORNEY GENERAL

HARRY L. DAVIS
DISTRICT ATTORNEY

By: _____
Terri M. Nault
Paralegal Assistant

9/02/93
Per Pat Duogan —
D/A has no
objection to a
copy sent to
Chief of Police
and District
T. Nault.

328

008259

Exhibit 14 page 3