ase read instructions carefully before ___ ng this form. The instructions must be ___ le during completion of s form. ANTI-DISCRIMINATION ___ s illegal to discriminate against ___ individuals ___ NNOT specify which document(s) they ___ ccept from an employee. The refusal to ___ an individual because of a ___ ure expiration date may also constitute illegal discrimination.

### :tion 1. Employee Information and Verification. To be completed and signed by employee at the time employment begins

| Name: Last | First | Middle Initial | Maiden Name |
|---|---|---|---|
| Raad | Nada | I | Itani |

| Address (Street Name and Number) | Apt. # | Date of Birth (month/day/year) |
|---|---|---|
| 1300 Viewpoint | | 10/01/56 |

| City | State | Zip Code | Social Security # |
|---|---|---|---|
| Fairbanks | AK | 99709 | 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 |

I am aware that federal law provides for imprisonment and/or fines for false statements or use of false documents in connection with the completion of this form.

I attest, under penalty of perjury, that I am (check one of the following):
☐ A citizen or national of the United States
☒ A Lawful Permanent Resident (Alien # A ___)
☐ An alien authorized to work until ___/___/___
(Alien # or Admission # ___)

Employee's Signature: *[signed]*   Date (month/day/year): ___

**Preparer and/or Translator Certification.** (To be completed and signed if Section 1 is prepared by a person other than the employee.) I attest, under penalty of perjury, that I have assisted in the completion of this form and that to the best of my knowledge the information is true and correct.

Preparer's/Translator's Signature | Print Name
Address (Street Name and Number, City, State, Zip Code) | Date (month/day/year)

### :tion 2. Employer Review and Verification. To be completed and signed by employer. Examine one document from List A OR examine one document from List B and one from List C as listed on the reverse of this form and record the title, number and expiration date, if any, of :ocument(s)

| List A | OR | List B | AND | List C |
|---|---|---|---|---|
| Document title: Certificate of Naturalization | | | | |
| Issuing authority: Dept of Justice | | | | |
| Document #: 30226864 | | | | |
| Expiration Date (if any): __/__/__ | | __/__/__ | | __/__/__ |
| Document #: | | | | |
| Expiration Date (if any): __/__/__ | | | | |

CERTIFICATION - I attest, under penalty of perjury, that I have examined the document(s) presented by the above-named employee, that the above-listed document(s) appear to be genuine and to relate to the employee named, that the employee began employment on (month/day/year) ___/___/___ and that to the best of my knowledge the employee is eligible to work in the United States. (State employment agencies may omit the date the employee began employment).

Signature of Employer or Authorized Representative | Print Name | Title
Business or Organization Name | Address (Street Name and Number, City, State, Zip Code) | Date (month/day/year)

### :ion 3. Updating and Reverification. To be completed and signed by employer

A. New Name (if applicable) | B. Date of rehire (month/day/year) (if applicable)

If employee's previous grant of work authorization has expired, provide the information below for the document that establishes current employment eligibility.

Document Title: ___  Document #: ___  Expiration Date (if any): ___/___/___

I attest, under penalty of perjury, that to the best of my knowledge, this employee is eligible to work in the United States, and if the employee presented document(s), the document(s) I have examined appear to be genuine and to relate to the individual.

Signature of Employer or Authorized Representative: *[signed]*   Date (month/day/year): 8-7-92

I-9 (Rev. 11-21-91) N

Exhibit 15 page 1

165