1106

# INCIDENT REPORT
**FAIRBANKS POLICE DEPARTMENT**
**FAIRBANKS, ALASKA**

**RELATED REPORTS:** ☐ INCI  ☒ SUPP  ☐ DWI  ☐ IMPOUND  ☐ ID/PROP  ☒ SUBJ  ☐ CIT. ARR.  ☐ CR ANALYSIS  ☐ STMT.  ☐ DEATH

(1) CASE NUMBER: 93 6 0 4 2 2 4
(2) CROSS REFERENCE CASE NUMBER:
(3) JUV | ALCO | DRUG | COMP | CITY:X | MIL | DV | RSVP

## INCIDENTS

| NO. 1 | (4) INCIDENT CODE | (5) TITLE OF PRIMARY INCIDENT: TERR. THREATS | (5A) STATUS: A (C) | (6) LOCATION OF INCIDENT: 520 5TH AVE. FNSB SCHOOLS | (6A) LOC. CODE: 11 |
| (7) DAY(S) OF INCIDENT: FR | (8) DATE(S) OF INCIDENT: 93-08-13 | (9) HOUR(S) OF INCIDENT: | (10) TEMP.—WEATHER AT TIME OF INCIDENT: +60 CLOUDY |

| NO. 2 | (11) INCIDENT CODE | (12) TITLE OF SECONDARY INCIDENT | (12A) STATUS: A C | (13) LOCATION OF INCIDENT | (13A) LOC. CODE |

## INDIVIDUALS

NO. 1 — (18) ROLE: C — (19) LAST NAME, FIRST NAME, M.I.: GALLENTINE, ANETA R.
(26) RESIDENCE ADDRESS: (Form 6)

NO. 2 — (33) ROLE: C — (34) LAST NAME, FIRST NAME, M.I.: MOORE, CHARLES E.
(41) RESIDENCE ADDRESS: (Form 6)

NO. 3 — (48) ROLE: W — (49) LAST NAME, FIRST NAME, M.I.: HALLBERG, PAMELA L.
[redacted]

NO. 4 — (63) ROLE: W — (64) LAST NAME, FIRST NAME, M.I.: SATHER, LYNDA B.
[redacted]

## VEHICLE
(all boxes empty)

## EVIDENCE / PROPERTY
(92) PROPERTY STOLEN  (93) PROPERTY RECOVERED  (94) PROPERTY DAMAGE  (95) VEHICLE 1 ENTERED ☐ APSIN / ☐ NCIC

### SOLVABILITY FACTORS
1. IS A SUSPECT NAMED? [10]
2. CAN THE SUSPECT BE IDENTIFIED? [10]
3. IS THE SUSPECT'S LOCATION KNOWN? [10]
4. IS THE SUSPECT VEHICLE LICENSE KNOWN? [10]
5. ARE THERE ANY UNCONTACTED WITNESSES? [10]
6. IS THERE A USEFUL SUSPECT DESCRIPTION? [5]
7. IS THERE A USEFUL SUSPECT VEHICLE DESCRIPTION? [5]
8. ARE THERE A LIMITED NUMBER OF POSSIBLE SUSPECTS? [5]
9. ARE THERE RELATED/SIMILAR INCIDENTS? [5]
10. IS THERE USEFUL PHYSICAL EVIDENCE? [2]
11. IS THE STOLEN PROPERTY TRACEABLE? [2]
12. IS THERE A SIGNIFICANT M.O.? [2]

(106) TOTAL SCORE: ___
(111) RECOMMENDED ACTION:
☐ INITIAL SUSPENSION
☐ EVID. PROCESS ONLY
☐ PATROL FOLLOW-UP
☐ INVEST. FOLLOW-UP
☐ OTHER

(97) DATE: 93-08-13  TIME PREPARED: 1140  (98) REPORTING MEMBER: Rim  TITLE: PTM  FP# CAN  (99) APPROVING SUPERVISOR: [signature]  TITLE: KTJ  (100) DATE APPROVED: 930813

PLAINTIFFS EXHIBIT 30

FORM 1 — THIS REPORT IS CONFIDENTIAL & FOR OFFICIAL USE ONLY — PAGE ___ OF ___

Exhibit 16 page 1

# SUBJECT REPORT
## FAIRBANKS POLICE DEPARTMENT
## FAIRBANKS, ALASKA

**ROLE CODE**
- SUSPECT
- DEFENDANT
- RUNAWAY (ONE PER CASE NUMBER)
- MISSING PERSON (ONE PER CASE NUMBER)

**(1) CASE NUMBER:** 93004214
**(2) CROSS REFERENCE CASE NUMBER:**
**(2A) USE RAD NO. FOR FPD WARRANTS:** R-1

### REPORT HEADINGS
- **(3) PRIMARY INCIDENT TITLE:** TERRORISTIC THREAT
- **(4) COMPLAINANT (LAST NAME, FIRST, M.I.):** GALLENTINE, ANITA R
- **(4A) PHONE:** 457-2000
- **(3A) WARRANT ARREST:** ☐
- **LOCATION OF ARREST:**
- **(4A) DATE & TIME OF ARREST:**
- USE NEW CASE NUMBER FOR OTHER AGENCY'S ARREST

### SUBJECTS

**NO. 1**
- (5) ROLE: S
- (6) LAST NAME, FIRST NAME, M.I.: RAAD, NADA
- (7) RACE: W
- (8) SEX: F
- (9) APX AGE: 37
- (10) DATE OF BIRTH: 8-1-56
- (11) DRIVERS LICENSE I.D. NO.: U
- STATE: /
- (12) AKA:
- (13) RESIDENCE ADDRESS: 1300 VIEWPOINT
- (14) ZIP: 94709
- (14) RESIDENCE PHONE NO.: 479-9122
- (15) PLACE OF BIRTH: LEBANON
- STATE: /
- (16) TITLE OCCUPATION: TEACHER
- (17) PLACE OF EMPLOYMENT/SCHOOL:
- (18) EMP/SCH PHONE NO.:
- (19) SHIFT: DSM
- (20) SSN: 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
- (21) APX HT: 66"
- (22) APX WT: 130
- (23) HAIR COL: BLK
- (24) EYE COL: BRO
- (25) PHY HCP:
- (26) MTL HCP:
- (27) ARMED:
- (28) POSS. DESTINATION LOCATION:
- (29) WARRANT ISSUED: YES / NO
- (30) CHARGES: AS 11.56.810(a) TERRORISTIC THREATENING
- **ATN:**

**NO. 2**
- (31) ROLE:
- (32) LAST NAME, FIRST NAME, M.I.:
- (33) RACE:
- (34) SEX:
- (35) APX AGE:
- (36) DATE OF BIRTH:
- (37) DRIVERS LICENSE I.D. NO.:
- (55) CHARGES:
- **ATN:**

### ADDITIONAL SUBJECT DESCRIPTORS (CIRCLE ONE NO. FOR EACH SUBJECT)

| (56) HAIR LENGTH | (57) HAIR STYLE | (58) FACIAL HAIR | (59) GLASSES | (60) TATTO | (61) GEN'L APPEARANCE | (62) SPEECH |
|---|---|---|---|---|---|---|
| 1 LONG ① | 1 AFRO | 1 FULL BEARD | 1 SUNGLASSES | 1 EXTREMITY | 1 NEAT ① | 1 PROFANE/ABUSIVE |
| 2 MEDIUM | 2 WAVY | 2 GOATEE | 2 GLASSES | 2 BODY | 2 WELL DRESSED | 2 SOFT/POLITE |
| 3 SHORT | 3 SHAG | 3 MUSTACHE | 3 CONTACTS | 3 FACE | 3 DIRTY/RAGGED | 3 APOLOGETIC |
| 4 BALD/BALDING | 4 STRAIGHT ④ | 4 SIDEBURNS | 4 OTHER/UNK. | 4 PICTURES | 4 UNIFORMED | 4 ACCENT ④ |
| 5 OTHER | 5 BRAIDED | 5 OTHER/UNK. (UNUSUAL) | 5 NONE ⑤ | 5 NAME/INITIALS | 5 MOD/UNUSUAL | 5 STUTTER |
| 6 UNK. | 6 OTHER | 6 NONE ⑥ | | 6 OTHER | 6 UNUSUAL JEWELRY | 6 DEEP/RASPY |
| | 7 UNK. | | | 7 UNK./NONE ⑦ | 7 OTHER | 7 HIGH |
| | | | | | 8 UNK. | 8 EFFEMINATE |
| | | | | | | 9 LISP |
| | | | | | | 10 OTHER ⑩ |
| | | | | | | 11 UNK. |

| (63) TEETH | (64) COMPLEXION | (65) SCARS-BIRTHMARKS | (66) EYES | (67) SUBJECT WORE | (68) R-L HANDED |
|---|---|---|---|---|---|
| 1 GOLD | 1 LIGHT | 1 HEAD | 1 MISSING | 1 SKI MASK | 1 RIGHT |
| 2 GOLD DESIGN | 2 MEDIUM ② | 2 NECK | 2 CROSSED | 2 STOCKING MASK | 2 LEFT |
| 3 MISSING/CAPS | 3 DARK | 3 HAND | 3 BULGING | 3 CAP/HAT | 3 UNK. ③ |
| 4 PROTRUDING | 4 ACNE | 4 ARM | 4 SQUINT | 4 COAT/JACKET | |
| 5 DECAYED/DIRTY | 5 FRECKLED | 5 BODY | 5 BLINK | 5 BAND-AIDS | (69) BUILD |
| 6 BROKEN | 6 RUDDY | 6 OTHER | 6 AFFLICTED EYE | 6 WIG | 1 2 |
| 7 VERY WHITE | 7 OTHER | 7 UNK. ⑦ | 7 OTHER | 7 GLOVES | 1 LIGHT |
| 8 OTHER ⑧ | 8 UNK. | | 8 UNK. | 8 OTHER ⑧ | 2 MEDIUM ② |
| | | | | 9 UNK. | 3 HEAVY |
| | | | | | 4 UNK. |

☐ SUBJECT NO. 1 HAS BEEN   ☐ ENTERED   ☐ REMOVED FROM   ☐ APSIN   ☐ NCIC   FPDIN   DATE AND TIME   ATTACH PRINTOUTS TO SERVICE'S COPY

### NARRATIVE

Synopsis:
On 8-13-93 Officers Ring and Stepp responded to the FNSB School District offices on complaint that a woman, Nada Raad, was refusing to leave and had possibly made a threat to blow up the

*EXPLAIN DETAILS; ADDITIONAL DESCRIPTIONS INCLUDING SPECIFIC CLOTHING, DATE, TIME AND LOCATION LAST SEEN.*   ☒ CONTINUED ON SUPPLEMENTAL REPORT FORM 2A

- (70) DATE-TIME PREPARED: 93-08-13 1150
- (71) REPORTING MEMBER - TITLE - FPDIN: C.A. RING/PTMLCAR
- (72) APPROVING SUPERVISOR - TITLE - FPDIN: [signature] 1LT IKJJ
- (73) DATE APPROVED: 930813

### ADMIN. ACTION

**CASE STATUS:** ( ) UNCHANGED
- (74) OPEN: ✓ PATROL — CITY ATTY. — INVEST — DIST. ATTY. — SERVICE — JUV. INTK. — ADMIN. — CORONER — LAB — OTHER
- (75) SUSPENDED: — INACTIVE — INDEFINITE
- (76) CLOSED: — UNFOUNDED — PROS. DECL — ARREST — EXCEPTIONAL — SERVICE RENDERED — TOT

**(77) DISTRIBUTION:** ORIGINAL TO RECORDS
COPIES TO: — PATROL   ✓ INVEST   — SERVICES   — ADMIN.
— CITY ATTY.   — DIST. ATTY.   — CORONER   — JUV. INTK.
— METRO   — AST   — DFYS   — ABC
— FBI   — MIL   — ANIMAL CONTROL   — EVIDENCE
— PRESS
✓ OTHER: DAO/SCREENING

- (78) STATUS UPDATED BY: FPDIN
- (79) NAMES INDEXED BY: FPDIN
- (80) DIST COPY BY: FPDIN

THIS REPORT IS CONFIDENTIAL & FOR OFFICIAL USE ONLY   PAGE ___ OF ___

Exhibit 16 page 2

# SUPPLEMENTAL REPORT
FAIRBANKS POLICE DEPARTMENT
FAIRBANKS, ALASKA

(1) CASE NUMBER: 93 001 4214
(2) CROSS REFERENCE CASE NUMBER:
(2A) USE RAD NO. FOR FPD WARRANTS: R-1

(3) PRIMARY INCIDENT TITLE: TERRORISTIC THREAT
(4) COMPLAINANT (LAST NAME, FIRST, M.I.): GALLENTINE, ANETA

BUILDING. UPON ARRIVAL RAAD WAS FOUND IN THE OFFICE OF FNSB E.E.O. OFFICER, CHARLES MOORE. RAAD WAS NOT IN POSSESSION OF ANY EXPLOSIVE DEVICE AND STATED THAT SHE HAD ONLY MADE MENTION OF HER "ANGER BLOWING UP". RAAD SPEAKS IN ACCENTED ENGLISH.

MOORE STATED THAT HAD DONE ALL HE COULD FOR RAAD AND NOW WANTED HER TO LEAVE.

OFFICER STEPP ASKED RAAD TO LEAVE AND SHE DID SO. IT WAS EXPLAINED TO THE OFFICERS THAT RAAD HAD APPLIED FOR A HIGH SCHOOL TEACHING POSITION AND WAS UPSET WHEN SHE WAS NOT SELECTED.

A SHORT TIME LATER CHARLES MOORE AND THE PERSONNEL DIRECTOR, ANETA GALLENTINE, RESPONDED TO F.P.D. TO FILE CHARGES AGAINST RAAD BECAUSE AFTER TALKING TO THE SUPERINTENDANT'S SECRETARY AND RECEPTIONIST WHERE THE THREAT WAS MADE THEY DETERMINED IT WAS POSSIBLY A SERIOUS THREAT.

OFFICER RING THEN SPOKE WITH BOTH PAMELA HAILBERG AND LYNDA SATHER. BOTH STATED THAT RAAD HAD COME UP TO RICK CROSS'S OFFICE DEMANDING TO SEE HIM. RAAD STATED THAT IT WAS AN EMERGENCY. WHEN TOLD THAT SHE COULD NOT SEE CROSS BUT COULD MAKE AN APPOINTMENT, RAAD STATED THAT IF SHE DID NOT GET TO SEE CROSS SHE WOULD BLOW UP THE BUILDING. RAAD EVENTUALLY DID LEAVE AND ACCORDING TO HAILBERG SHE WAS NOT CARRYING ANY BAGS OR PACKAGES. BOTH

CONTINUED ON ADDITIONAL SUPPLEMENTAL REPORT FORM 2A

(12) DATE AND TIME PREPARED: 93-08-13 1200
(13) REPORTING MEMBER - TITLE - FPDIN: Ring / PTMLEAR
(14) APPROVING SUPERVISOR - TITLE - FPDIN: [signature] / LT 1KJ
(15) DATE APPROVED: 930823

FORM 2A    THIS REPORT IS CONFIDENTIAL & FOR OFFICIAL USE ONLY    PAGE ___ OF ___

Exhibit 16 page 3

**SUPPLEMENTAL REPORT**
FAIRBANKS POLICE DEPARTMENT
FAIRBANKS, ALASKA

(1) CASE NUMBER: 93 10 4 2 2 7

(3) PRIMARY INCIDENT TITLE: TERRORISTIC THREATS
(4) COMPLAINANT (LAST NAME, FIRST, M.I.): GALLENTINE, ANITA

HAUSBERG AND SATTLER STATED THAT RAAD SPECIFICALLY STATED SHE WOULD BLOW UP THE BUILDING AND THAT THEY DID NOT MISUNDERSTAND HER.

GALLENTINE EXPRESSED SOME CONCERN THAT BECAUSE OF RAAD'S KNOWLEDGE OF CHEMISTRY, (SHE WAS APPLYING FOR A H.S. CHEMISTRY TEACHING POSITION) SHE COULD POSSIBLY HAVE THE KNOWLEDGE NECESSARY TO CONSTRUCT AN EXPLOSIVE DEVICE.

REQUEST D.A.O. SCREENING.

(12) DATE AND TIME PREPARED: 93-08-13 1205
(15) DATE APPROVED: 930813

THIS REPORT IS CONFIDENTIAL & FOR OFFICIAL USE ONLY

Exhibit 16 page 4



# SUPPLEMENTAL REPORT
## FAIRBANKS POLICE DEPARTMENT
### FAIRBANKS, ALASKA

**(1) CASE NUMBER:** 9 3 0 0 4 2 2 4
**(2) CROSS REFERENCE CASE NUMBER:**

**(3) PRIMARY INCIDENT TITLE:** Suspicious Threats
**(4) COMPLAINANT (LAST NAME, FIRST, M.I.):** Gallentine, A

SHORT FORM:
- (5) CONTACTED COMPLAINANT. NO ADDITIONAL INFO/LEADS. DATE / TIME
- (6) CONTACTED WITNESSES LISTED. NO ADDITIONAL INFO/LEADS. DATE / TIME
- (7) UNABLE TO CONTACT COMPLAINANT AND/OR WITNESSES LISTED. DATE / TIME
- (8) UNABLE TO CONTACT SUSPECT. LOCATE/WARRANT ISSUED (COPY ATTACHED). DATE / TIME
- (9) ACCEPTED FOR PROSECUTION. COPY OF SIGNED COMPLAINANT ATTACHED. DATE / TIME
- [X] (10) PROSECUTION DECLINED. COMPLAINANT NOTIFIED. DATE 9-20-93 / TIME 0830
- (11) THE INDIVIDUALS/ITEMS SPECIFICALLY IDENTIFIED BELOW HAVE BEEN REMOVED FROM ☐ APSIN / ☐ NCIC (PRINTOUTS ARE ATTACHED TO THE SERVICE'S COPY) DATE / TIME

**NARRATIVE:**

CASE DECLINED AT DAO

---

**(12) DATE-TIME PREPARED:** 93-09-20 0830
**(13) REPORTING MEMBER - TITLE - FPDIN:** C. A. Ring / PTM / CAR
**(14) APPROVING SUPERVISOR - TITLE - FPDIN:** Baus / Sgt / JEB
**(15) DATE APPROVED:** 930920

**CASE STATUS:** ( ) UNCHANGED
- (16) OPEN: PATROL — CITY ATTY., INVEST — DIST. ATTY., SERVICE — JUV. INTK., ADMIN. — CORONER, LAB, OTHER
- (17) SUSPENDED: INACTIVE, INDEFINITE
- (18) CLOSED: [X] UNFOUNDED, PROS. DECL, ARREST, EXCEPTIONAL, SERVICE RENDERED, TOT

**(19) DISTRIBUTION:** ORIGINAL TO RECORDS
COPIES TO: PATROL, CITY ATTY., METRO, FBI, PRESS, INVEST, DIST. ATTY., AST, MIL, SERVICES, CORONER, DFYS, ANIMAL CONTROL, ADMIN., JUV. INTK., ABC, EVIDENCE, OTHER:

(20) STATUS UPDATED BY:  FPDIN  (21) NAMES INDEXED BY: FPDIN  (22) DIST COPY BY: FPDIN

THIS REPORT IS CONFIDENTIAL & FOR OFFICIAL USE ONLY      PAGE ___ OF ___

Exhibit 16 page 5

# INCIDENT REPORT
**FAIRBANKS POLICE DEPARTMENT**
FAIRBANKS, ALASKA

**(1) CASE NUMBER:** 93-04214

RELATED REPORTS: ☐ INCI ☒ SUPP ☐ COLL ☐ DWI ☐ IMPOUND ☐ EVID/PROP ☒ SUBJ ☐ CIT. ARR ☐ CR ANALYSIS ☐ STMT ☐ DEATH

## INCIDENTS

**No. 1**
- (14) Incident Code: FR-1
- (15) Title of Primary Incident: TERR. THREATS
- (15A) Status: A C
- (16) Location of Incident: 520 5TH AVE. FNSB SCHOOLS
- (16A) Loc Code: 11
- (18) Date(s) of Incident: 93-08-13
- (19) Hours of Incident: /
- (20) Temp./Weather at Time of Incident: 1T60 CLOUDY

**No. 2**
- Status: A C

## INDIVIDUALS

**No. 1**
- Role: C
- Last Name, First Name: GALLENTINE, ANETA R.
- Residence Address: (FORM 6)

**No. 2**
- Role: C
- Last Name, First Name: MOORE, CHARLES E.
- Residence Address: (FORM 6)

**No. 3**
- Role: W
- Last Name, First Name: HALLBERG, PAMELA L.
- Race: W   Sex: F   Age: 43   DOB: 6-5-50   DL/ID No: 0476516   State: AK
- Residence Address: 850 RESE LA.
- ZIP: 99705
- Place of Birth: GRANTSBURG, WI
- Title/Occupation: SECRETARY
- Place of Employment/School: FNSB SCHOOL DISTRICT
- Empsch Phone: 452-2000
- SSN: 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

**No. 4**
- Role: W
- Last Name, First Name: SATHER, LYNDA B.
- Race: W   Sex: F   Age: 40   DOB: 7-24-53   DL/ID No: 0654694   State: AK
- Residence Address: 453 VALLEY VIEW DR.
- ZIP: 99712
- Place of Birth: LOS ANGELES, CA
- Place of Employment/School: FNSB SCHOOL DISTRICT
- Empsch Phone: 452-2000
- SSN: 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

## VEHICLE
(blank)

## PROPERTY & EVIDENCE
- (92) Property Stolen: 
- (93) Property Recovered: 
- (94) Property Damage Est Loss: 0
- (95) Vehicle 1 Entered: ☐ APSIN / ☐ NCIC

## SOLVABILITY FACTORS
1. Is a suspect named? [10] ___
2. Can the suspect be identified? [10] ___
3. Is the suspect's location known? [10] ___
4. Is the suspect vehicle license known? [10] ___
5. Are there any uncontacted witnesses? [10] ___
6. Is there a useful suspect description? [5] ___
7. Is there a useful suspect vehicle description? [5] ___
8. Are there a limited number of possible suspects? [5] ___
9. Are there related/similar incidents? [5] ___
10. Is there useful physical evidence? [2] ___
11. Is the stolen property traceable? [2] ___
12. Is there a significant M.O.? [2] ___

(96) Total Score: ___
(97) Recommended Action: ☐ Initial Suspension ☐ Evid Process Only ☐ Patrol Follow-up ☐ Invest Follow-up ☐ Other

**ADM**
- Date: 93-08-13
- Time Prepared: 1140
- Reporting Member: Rine
- Title: 1 PTM 1 CAN
- Approving Supervisor: (signature)
- Date Approved: 930813

007889

THIS REPORT IS CONFIDENTIAL & FOR OFFICIAL USE ONLY

Exhibit 16 page 6

# SUBJECT REPORT
**FAIRBANKS POLICE DEPARTMENT**
**FAIRBANKS, ALASKA**

**ROLE CODE**
S – SUSPECT
D – DEFENDANT
R – RUNAWAY ONE PER CASE NUMBER
M – MISSING PERSON ONE PER CASE NUMBER

(1) CASE NUMBER: 93-00-422
(2) CROSS REFERENCE CASE NUMBER:
(2A) USE RAD NO. FOR FPD WARRANTS: R –

## REPORT HEADINGS
(3) PRIMARY INCIDENT TITLE: TERRORISTIC THREAT
(4) COMPLAINANT (LAST NAME, FIRST, M.I.): BALLENTINE, ANITA R.
(4A) PHONE: 452-2000
(3A) WARRANT / ARREST
LOCATION OF ARREST:
(4A) DATE & TIME OF ARREST:
USE NEW CASE NUMBER FOR OTHER AGENCY'S ARREST

## SUBJECTS
NO. 1  (5) ROLE: S  (6) LAST NAME, FIRST NAME, M.I.: RAAD, NADA
(12) RACE: W  (13) SEX: F  (19) APP. AGE: 37  (10) DATE OF BIRTH: 8-1-56
(11) DRIVERS LICENSE / JVC: U
(9) AKA:
(10) RESIDENCE ADDRESS: 1300 VIEWPOINT
(13A) ZIP: 99709  (14) RESIDENCE PHONE NO.: 479-9122
(15) PLACE OF BIRTH: LEBANON
(17) TITLE OCCUPATION: TEACHER
(17) PLACE OF EMPLOYMENT/SCHOOL:
(18) EMP SCH PHONE NO.:
(19) SMT: JSV
(20) SSN: 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
(21) APX HT: 66"  (22) APX WT: 130  (23) HAIR COL: BLK  (24) EYE COL: BRO
(28) AFFIDAVIT ISSUED: 1
(30) CHARGES: AS 11.56.810(a) TERRORISTIC THREATENING   ATN

## ADDITIONAL SUBJECT DESCRIPTORS
(CIRCLE ONE NO. FOR EACH SUBJECT)

(56) HAIR LENGTH: ①1 LONG
(57) HAIR STYLE: ④4 STRAIGHT
(58) FACIAL HAIR: ⑥6 NONE
(59) GLASSES: ⑤5 NONE
(60) TATTOO: ⑦7 UNK. NONE
(61) GEN'L APPEARANCE: ①1 NEAT; ⑩10 OTHER
(62) SPEECH: (unclear)

(63) TEETH: ⑧8 OTHER
(64) COMPLEXION: ②2 MEDIUM
(65) SCARS-BIRTHMARKS: ⑦7 UNK.
(66) EYES: ⑦7 OTHER
(67) SUBJECT WORE: ⑧8 OTHER
(68) RT. HANDED: ③3 LEFT
(69) BUILD: ②2 MEDIUM

## NARRATIVE
- Synopsis:
ON 8-13-93 OFFICERS RING AND STEM RESPONDED TO THE FNSB SCHOOL DISTRICT OFFICES ON COMPLAINT THAT A WOMAN, NADA RAAD, WAS REFUSING TO LEAVE AND HAD POSSIBLY MADE A THREAT TO BLOW UP THE

☒ CONTINUED ON SUPPLEMENTAL REPORT FORM

(70) DATE-TIME PREPARED: 93-08-13 1150
(71) REPORTING MEMBER - TITLE - FPDIN: C.A. RING / PTM / CAR
(72) APPROVING SUPERVISOR - TITLE - FPDIN: (signature) / LT / KJS
(73) DATE APPROVED: 930813

## ADMIN. ACTION
CASE STATUS: ( ) UNCHANGED
(74) OPEN: ✓ PATROL — CITY ATTY. / INVEST — DIST. ATTY. / SERVICE — JUV. INTX. / ADMIN. — CORONER / LAB / OTHER:
(75) SUSPENDED: INACTIVE / INDEFINITE
(76) CLOSED: UNFOUNDED / PROS. DECL / ARREST / EXCEPTIONAL / SERVICE RENDERED / TOT

(77) DISTRIBUTION: ORIGINAL TO RECORDS
COPIES TO: PATROL / ✓ INVEST / CITY ATTY. / ✓ DIST. ATTY. / METRO / AST / FBI / MIL / PRESS / ✓ OTHER: DAO / SCREENING
— SERVICES / CORONER / DFYS / ANIMAL CONTROL
— ADMIN / JUV. / ABC / EVIDE

(78) STATUS UPDATED BY:
(79) NAMES INDEXED BY:
(80) DIST COPY BY:

FPD FORM 2   007890   THIS REPORT IS CONFIDENTIAL & FOR OFFICIAL USE ONLY   PAGE ___ OF ___

321

Exhibit 16 page 7

# SUPPLEMENTAL REPORT
## FAIRBANKS POLICE DEPARTMENT
## FAIRBANKS, ALASKA

(2) CROSS REFERENCE CASE NUMBER
(2A) USE RAD NO. FOR FPD WARRANTS
R-

(3) PRIMARY INCIDENT TITLE: TERRORISTIC THREAT
(4) COMPLAINANT LAST NAME, FIRST, M.I.: GALLENTINE, ANETA

**NARRATIVE**

BUILDING. UPON ARRIVAL RAAD WAS FOUND IN THE OFFICE OF FNSB E.E.O. OFFICER, CHARLES MOORE. RAAD WAS NOT IN POSSESSION OF ANY EXPLOSIVE DEVICE AND STATED THAT SHE HAD ONLY MADE MENTION OF HER "ANGER BLOWING UP." RAAD SPEAKS IN ACCENTED ENGLISH.

MOORE STATED THAT HAD DONE ALL HE COULD FOR RAAD AND NOW WANTED HER TO LEAVE.

OFFICER STEPP ASKED RAAD TO LEAVE AND SHE DID SO. IT WAS EXPLAINED TO THE OFFICERS THAT RAAD HAD APPLIED FOR A HIGH SCHOOL TEACHING POSITION AND WAS UPSET WHEN SHE WAS NOT SELECTED.

A SHORT TIME LATER CHARLES MOORE AND THE PERSONNEL DIRECTOR, ANETA GALLENTINE, RESPONDED TO F.P.D. TO FILE CHARGES AGAINST RAAD BECAUSE AFTER TALKING TO THE SUPERINTENDANT'S SECRETARY AND RECEPTIONIST WHERE THE THREAT WAS MADE THEY DETERMINED IT WAS POSSIBLY A SERIOUS THREAT.

OFFICER RING THEN SPOKE WITH BOTH PAMELA HALLBERG AND LYNDA SATHER. BOTH STATED THAT RAAD HAD COME UP TO RICK CROSS'S OFFICE DEMANDING TO SEE HIM. RAAD STATED THAT IT WAS AN EMERGENCY. WHEN TOLD THAT SHE COULD NOT SEE CROSS BUT COULD MAKE AN APPOINTMENT, RAAD STATED THAT IF SHE DID NOT GET TO SEE CROSS SHE WOULD BLOW UP THE BUILDING. RAAD EVENTUALLY DID LEAVE AND ACCORDING TO HALLBERG SHE WAS NOT CARRYING ANY BAGS OR PACKAGES. BOTH

CONTINUED ON ADDITIONAL SUPPLEMENTAL REPORT FORM.

(12) DATE AND TIME PREPARED: 93-09-13 1200
(13) REPORTING MEMBER - TITLE - FPO#: Ring / Ptrlman
(14) APPROVING SUPERVISOR - TITLE - FPO#: 
(15) DATE APPROVED: 93-09-13

FPD FORM
2A    007891    THIS REPORT IS CONFIDENTIAL & FOR OFFICIAL USE ONLY    322    PAGE ___ OF ___

Exhibit 16 page 8

# SUPPLEMENTAL REPORT
## FAIRBANKS POLICE DEPARTMENT
## FAIRBANKS, ALASKA

**(3) PRIMARY INCIDENT TITLE:** TERRORISTIC THREATS
**(4) COMPLAINANT (LAST NAME, FIRST, M.I.):** GALLENTINE, ANITA

**NARRATIVE:**

HAUBERG AND SATHER STATED THAT RAAD SPECIFICALLY STATED SHE WOULD BLOW UP THE BUILDING AND THAT THEY DID NOT MISUNDERSTAND HER.

GALLENTINE EXPRESSED SOME CONCERN THAT BECAUSE OF RAAD'S KNOWLEDGE OF CHEMISTRY, (SHE WAS APPLYING FOR A H.S. CHEMISTRY TEACHING POSITION) SHE COULD POSSIBLY HAVE THE KNOWLEDGE NECESSARY TO CONSTRUCT AN EXPLOSIVE DEVICE.

REQUEST D.A.O. SCREENING.

32-3

(12) DATE AND TIME PREPARED: 93-04-13 1204
007892

THIS REPORT IS CONFIDENTIAL & FOR OFFICIAL USE ONLY

Exhibit 16 page 9

# SUPPLEMENTAL REPORT
## FAIRBANKS POLICE DEPARTMENT
### FAIRBANKS, ALASKA

(2) CROSS REFERENCE CASE NUMBER

(3) PRIMARY INCIDENT TITLE: Suspicious Threats
(4) COMPLAINANT (LAST NAME, FIRST, M.I.): GALLENTINE, A

**SHORT FORM**

- [ ] (5) CONTACTED COMPLAINANT. NO ADDITIONAL INFO/LEADS. DATE / TIME
- [ ] (6) CONTACTED WITNESSES LISTED. NO ADDITIONAL INFO/LEADS. DATE / TIME
- [ ] (7) UNABLE TO CONTACT COMPLAINANT AND/OR WITNESSES LISTED. DATE / TIME
- [ ] (8) UNABLE TO CONTACT SUSPECT. LOCATE/WARRANT ISSUED (COPY ATTACHED). DATE / TIME
- [ ] (9) ACCEPTED FOR PROSECUTION. COPY OF SIGNED COMPLAINANT ATTACHED. DATE / TIME
- [X] (10) PROSECUTION DECLINED. COMPLAINANT NOTIFIED. 9-20-93 / 0830
- [ ] (11) THE INDIVIDUALS/ITEMS SPECIFICALLY IDENTIFIED BELOW HAVE BEEN REMOVED FROM [ ] APSIN / [ ] NCIC. (PRINTOUTS ARE ATTACHED TO THE SERVICE'S COPY) DATE / TIME

**NARRATIVE**

CASE DECLINED AT DAO

324

C CONTINUED ON ADDITIONAL SUPPLEMENTAL REPORT FORM 2

(12) DATE-TIME PREPARED: 93-01-20 0830
(13) REPORTING MEMBER - TITLE - FPOIN: C. A. RINGLPM ICAR
(14) APPROVING SUPERVISOR - TITLE - FPOIN: Bains 1Sgt IJEB
(15) DATE APPROVED: 930920

**ADMIN. ACTION**

CASE STATUS: ( ) UNCHANGED

(16) OPEN
- PATROL — CITY ATTY.
- INVEST — DIST. ATTY.
- SERVICE — JUV. INTK.
- ADMIN. — CORONER
- LAB
- OTHER:

(17) SUSPENDED
- INACTIVE
- INDEFINITE

(18) CLOSED
- UNFOUNDED
- PROS. DECL
- ARREST
- EXCEPTIONAL
- SERVICE RENDERED
- TOT

(19) DISTRIBUTION: ORIGINAL TO RECORDS
COPIES TO:
- PATROL — INVEST — SERVICES — ADMIN.
- CITY ATTY. — DIST. ATTY. — CORONER — JUV. INT
- METRO — AST — DFYS — ABC
- FBI — MIL — ANIMAL CONTROL — EVIDENC
- PRESS
- OTHER:

(20) STATUS UPDATED BY: FPOIN
(21) NAMES INDEXED BY: FPOIN
(22) DIST COPY BY: FPOIN

FPD FORM 2  007893  THIS REPORT IS CONFIDENTIAL & FOR OFFICIAL USE ONLY  PAGE ___ OF ___

Exhibit 16 page 10