43

1    Q.   And the call to the police occurred after the

2    threat of blowing up the building?

3    A.   Definitely.  I'm not in the habit of calling the

4    police because people are upset or because they want to

5    see the superintendent.  It was the threat and the manner

6    in which it seemed that she really might mean it that

7    made us call the police.

8        MS. GALLENTINE:  Okay.  That's all I have.

9        MR. HOUTS:  Anything else?  Okay.  Thanks.

10       MS. GALLENTINE:   I have one more witness.

11       MR. HOUTS:  Okay.

12       (Pause.)

13                 PAM HALLBERG,

14   called as a witness on behalf of the School District,

15   testified as follows:

16                 DIRECT EXAMINATION

17   BY MS. GALLENTINE:

18   Q.   Pam, for the sake of everyone in the room, if

19   you could just give your name for the record.  And tell

20   us your position with the District and how long you've

21   been employed by the District.

22   A.   It's Pam Hallberg, H-A-L-L-B-E-R-G.  And I'm the

23   secretary to the Board of Education, and I've worked here

24   for 18 years.

25   Q.   Pam, were you in the superintendent's -- were

HEARTLAND COURT REPORTERS 907-452-6727

3-80

Exhibit 18 page  1



1   you working on Friday, August 13th?

2       A.    Yes.

3       Q.    That you recall?

4       A.    Uh-huh.

5       Q.    And were you working in your office area that

6   particular morning?

7       A.    I was sort of working between both because the

8   superintendent didn't have a secretary and I was

9   alternating, but I was in the office, yes.

10      Q.    Do you specifically recall Lynda Sather calling

11  you to ask you to come over to help with a situation that

12  was occurring in the outer office of the superintendent's

13  area?

14      A.    Yes.  She walked into my office.

15      Q.    Was Miss Nada Raad in that office area?

16      A.    Yes.  When I walked over to the superintendent's

17  office, she was there.

18      Q.    Can you tell me what you remember that happened

19  that morning, and why Lynda Sather had called you over?

20      A.    Lynda called me over because she wasn't exactly

21  sure, you know, how to handle Ms. Raad.  And so I went

22  over there and asked her, you know, what her name was and

23  if I could help her.  And she said she wanted to see the

24  superintendent.

25            And I said what's the -- I asked her her name,

HEARTLAND COURT REPORTERS 907-452-6727

Exhibit 18 page  2      381

45

1    and the nature of her -- you know, why she wanted to see

2    the superintendent. And she gave me her name. And she

3    said that she wasn't going to tell me what it was about,

4    and that it was an emergency.

5            And I said an emergency is a matter of life and

6    death. And she said this is a matter of life and death

7    to me. And that she would wait in the building all day

8    long if she had to to see the superintendent, and if she

9    didn't get to see him, she would blow up the building.

10   Q.    Was it real clear to you that she said she was

11   going to blow up the building?

12   A.    Yes.

13   Q.    Could you possibly have misunderstood her to

14   where she might have said she was going to blow her

15   temper?

16   A.    No.

17   Q.    It was blow up the building?

18   A.    Yes.

19   Q.    What happened then?

20   A.    I told her that she would have to wait a while

21   because the superintendent was on the telephone, and when

22   he was off the phone, I would see what I could do. She

23   didn't wait for him to get off the phone, and she left

24   the office.

25   Q.    Did she leave agitated?

HEARTLAND COURT REPORTERS 907-452-6727

Exhibit 18 page  3

382

46

1    A.   I -- yeah, she was very physically upset.

2    Q.   Did you feel threatened in any way by her

3  presence and her actions?

4    A.   Well, I have to say for the first time in 18

5  years, yes, I felt very threatened, I was for the first

6  time ever concerned for my life.  I was very worried.

7    Q.   Did she get into your face?  Did she get close

8  to you?

9    A.   As close as possible.  There's a counter, if you

10  look at the superintendent's office, there's kind of a

11  work station and there's a higher counter and she leaned

12  over the counter to talk to me.

13    Q.   And you were sitting down?

14    A.   And then I stood up after that.

15    Q.   Yes.

16    A.   And she kind of straightened up, too.

17    Q.   Did you then call the police?

18    A.   I informed Mr. Cross what the conversation was,

19  and he said to, you know, call the police.

20    Q.   Did you specifically call them?

21    A.   Yes, I did.

22    Q.   Did I ask you to provide a written statement as

23  to what occurred that particular morning?

24    A.   Uh-huh.  Yes.

·25    Q.   This is the statement that you provided me?



Exhibit 18 page  4

47

1   A.   Yes.

2   Q.   It has your signature at the bottom?

3   A.   Yes.

4        MS. GALLENTINE:  I would like to introduce this

5   to the record.

6        MR. HOUTS:  We'll call that Exhibit 2.

7   BY MS. GALLENTINE:

8   Q.   Do you recall Miss Nada Raad coming into the

9   office more than once that morning?

10  A.   Yes, she did.  Yes, she did come back a second

11  time.

12  Q.   Okay.  So she was in the office the first time?

13  A.   Uh-huh.  She asked to see the superintendent.

14  He was not off the phone and she left, but she did come

15  back.

16  Q.   When she came back the second time, is that when

17  she made the threat?

18  A.   No.  The first time.

19  Q.   She made the threat the first time?

20  A.   Yes.

21  Q.   So in between the first and second time that she

22  was in the office, the police had been called?

23  A.   Right.

24       MS. GALLENTINE:  That's all the questions I

25  have.

384

Exhibit 18 page  5

48

```
 1            MR. HOUTS:  Would you like to time to read that?

 2            MR. SCHENDEL:  Yeah, please.

 3            (Pause.)

 4                        CROSS-EXAMINATION

 5   BY MR. SCHENDEL:

 6       Q.    Miss Hallberg, to the best of your recollection

 7   today, what words do you recall Mrs. Raad using when you

 8   believed that she threatened to blow up the building?

 9       A.    That she was going to wait in the building all

10   day long until she could see the superintendent, and if

11   she didn't get to see him, she would blow up the

12   building.

13       Q.    But she, of course, didn't say "she"?

14       A.    Right.  "I."  She used a proper noun.

15       Q.    So to rephrase it to the way you recall

16   Mrs. Raad saying it --

17       A.    I will blow up the building.

18       Q.    All right.  And she preceded that by saying that

19   she would wait in the building all day long?

20       A.    Right.

21       Q.    All right.  So as best as you can, say that

22   whole sentence for us, the way that you remember

23   Mrs. Raad saying that whole thing.

24       A.    I will wait in the building all day long in

25   order to see the superintendent, and if I do not get to,
```

385

Exhibit 18 page  6

49

1    I will blow up the building.

2         Q.   What kind of accent, if any, does Mrs. Raad

3    have?

4         A.   I guess it would be like East Indian.

5         Q.   All right.  Do you recall Mrs. Raad repeating

6    herself at all during any part of her conversation that

7    you had with her, or that you heard?

8         A.   Not repeating that phrase, no.

9         Q.   All right.  Do you recall her repeating any part

10   of the conversation that she had, either with you or with

11   Lynda Sather?

12        A.   Not to me.

13        Q.   Okay.  Did you hear her repeat any part of her

14   conversation with Lynda Sather, though?

15        A.   I guess I don't understand your question.  You

16   mean before when she was talking to Lynda alone?

17        Q.   Right.  Well, I mean did Mrs. Raad talk to Lynda

18   Sather in your presence?

19        A.   No.

20        Q.   The only thing you heard Mrs. Raad say was words

21   that she was speaking directly to you?

22        A.   Correct.

23        Q.   All right.  About how much time passed between

24   when Mrs. Raad left and when she returned?

25        A.   (Inaudible) yeah, I mean not too terribly long,

HEARTLAND COURT REPORTERS 907-452-6727

Exhibit 18 page  7



50

1    but I mean it was maybe about that. I don't -- I can't

2    remember how many minutes. I didn't really -- I don't

3    look at clocks very often, but it was a little while but

4    not a long time.

5         Q.   And when she returned for the second and last

6    time that you heard her that day, about how long was she

7    in the superintendent's area office?

8         A.   A very short time, probably five minutes.

9         Q.   All right. Tell us again when it was that you

10   called the police department.

11        A.   After her first visit.

12        Q.   Did you call from the lobby area or did you go

13   into an office or --

14        A.   The superintendent's secretary's desk.

15        Q.   I'm not familiar with that layout. Is that an

16   open area?

17        A.   Yes.

18        Q.   Who else would have been present during that

19   phone call to the police department?

20        A.   The two people who could have overheard me

21   calling would have been the superintendent and Lynda

22   Sather.

23        Q.   All right. Okay. When you -- let's see. Did

24   you later talk with the police officers when -- when

25   Gunn, for instance, came to the building? Did he

HEARTLAND COURT REPORTERS 907-452-6727

Exhibit 18 page  8



51

1    interview you then?

2        A.    No.  An officer called me on the telephone.

3        Q.    Okay.  When?

4        A.    I don't know.  It was the same day.

5        Q.    And did you give a written statement to the

6    police department?

7        A.    No, I gave a statement (inaudible).

8        Q.    Right.  And the police department decided not to

9    press the matter, didn't they?

10       A.    I don't know.

11       Q.    All right.  Do you know of any criminal

12   prosecution that's ever been brought against Mrs. Raad?

13       A.    I don't know.

14            MS. SCHENDEL:  All right.  Thank you.  I have no

15   further questions.

16            MR. HOUTS:  Anything else?

17            MS. GALLENTINE:  Just one question, Pam.

18                      REDIRECT EXAMINATION

19   BY MS. GALLENTINE:

20       Q.    Do you have any idea why Miss Raad left the

21   superintendent's office area the first time?  Did she say

22   I'm leaving and then came back or --

23       A.    No, she didn't say.  She just left.

24       Q.    She just left and then came back a few minutes

25   later, five or ten minutes later?

HEARTLAND COURT REPORTERS 907-452-6727

Exhibit 18 page  9

388

52

1      A.    Right.

2            MS. GALLENTINE:  Okay.  Thank you.

3            MR. HOUTS:  All right.  Thanks.

4            (Pause.)

5            (End of Side 1 of Tape 2.)

6            (Beginning of Side 2 of Tape 1.)

7            MR. SCHENDEL:  Part of the record is Mrs. Raad's

8      letter stating that she intended to confess the September

9      3rd --

10            MR. HOUTS:  I have a copy of that here also.

11            MR. SCHENDEL:  Then there's my September 20th

12     letter to you.

13            MR. HOUTS:  Let me see.  I have a letter dated

14     from September 14th.

15            MR. SCHENDEL:  Right.

16            MR. HOUTS:  From Mrs. Gallen -- it's dated

17     September 14th up here but it says I received --

18            MR. SCHENDEL:  Right.

19            MR. HOUTS:  Okay.

20            MR. SCHENDEL:  From Mrs. Raad.  Then there's

21     your September 15th letter and my September 20th

22     response.

23            MR. HOUTS:  Correct.  I have the September 20th

24     response here.

25                    MRS. NADA RAAD,

HEARTLAND COURT REPORTERS 907-452-6727

*389*

## Exhibit 18 page   10

32

```
 1                    REDIRECT EXAMINATION

 2   BY MS. GALLENTINE:

 3     Q.    Charles, in the years that you've been doing

 4   your position and you stated that you've met with

 5   hundreds of applicants in various states of emotion, have

 6   you ever had an applicant threaten to do bodily harm or

 7   harm to the facility to where the police had to be

 8   called?

 9     A.    No.  No.

10          MR. HOUTS:  For my purposes of clarification,

11   Ms. Raad came to your building, to your office, she left

12   to go somewhere, the superintendent's office, came back

13   to your office, left to go somewhere else.

14          THE WITNESS:  And came back.

15          MR. HOUTS:  And came back again.

16          THE WITNESS:  Yes.

17          MR. HOUTS:  And then at that point is when --

18          THE WITNESS:  Yes.

19          MR. HOUTS:  Do you want to ask anything else?

20          MR. SCHENDEL:  No.  Thank you.

21          MR. HOUTS:  At this point, do you have anyone

22   else?

23          MS. GALLENTINE:  Yes.  My next witness is Lynda

24   Sather.

25   /
```

HEARTLAND COURT REPORTERS 907-452-6727

390

Exhibit 18 page 11

```
 1                    LYNDA SATHER,

 2  called as a witness on behalf of the School District,

 3  testified as follows:

 4                    DIRECT EXAMINATION

 5  BY MS. GALLENTINE:

 6     Q.   Linda, for the sake of others who are in the

 7  room, could you just give your name for the record and

 8  what your position is and how long you've been with the

 9  District.

10     A.   My name is Linda Sather.  I'm executive

11  assistant to the superintendent, and I've been working

12  for the Fairbanks School District since 1986.

13     Q.   Were you in your office on Friday, August 13th,

14  when Miss Raad arrived and demanded to see the

15  superintendent?

16     A.   Yes, I was.

17     Q.   What actually occurred when she came to the

18  office that you can remember from that date?

19     A.   Rick's secretary was not there so I came out of

20  my office to see if I could help her.  She was demanding

21  to see the superintendent, but she wouldn't give me her

22  name or tell me why she wanted to see the superintendent.

23          I tried to get some information out of her.  She

24  was clearly distraught and upset and would not cooperate

25  with giving me the information that I could use to assist
```

391

Exhibit 18 page 12



1   her.

2          I told her that the superintendent was busy,

3   which he was, and could somebody else help you, what was

4   the problem, that kind of thing, that I normally ask

5   people when they come in.  And she was not willing to

6   give me any information.

7          So I thought well, I'll see if Pam Hallberg can

8   help her.  She's had experience in being the

9   superintendent's secretary and whatnot, maybe she can

10  make more progress with her than I could.  So I went and

11  got Pam.

12         Pam came out and tried to talk with her, again

13  she was not giving any information but she said she

14  insisted upon seeing the superintendent right then and

15  there.  We offered to make an appointment later,

16  whatever, try to help her, and she wouldn't have anything

17  to do with that.

18         She stormed out of the office and she came in

19  later, reiterated her demands and she said that she

20  was -- she couldn't -- first Pam asked, she said it was a

21  matter of life and death and Pam asked her, you know, if

22  it was an emergency, she said it was an emergency, she

23  had to see the superintendent, and Pam said well, an

24  emergency is life and death, was she saying it was life

25  and death.  And she said yes, it was, and that kind of

392

Exhibit 18 page   13

1    shocked me that she would answer that way.

2            And then later she said if she couldn't see the

3    superintendent, she would blow up the building, and that

4    also took me aback.  And she left.  I was rather shaken

5    by the whole thing and surprised by it.

6        Q.    What did you do after she left the office, I

7    take it, the second time when she -- after she had made

8    the threat of blowing up the building and left the

9    office, then what did you do?

10       A.    I talked to the superintendent and told him that

11    she had made this threat, and he told us to call the

12    police, which we did.  It took them a while to respond.

13    Meanwhile, she had left our office, but I was seriously

14    concerned of what she might do in the interim.

15       Q.    Did you have any problem understanding the

16    statement when she said she was going to blow up the

17    building?  Was it clear to you that she was going to blow

18    up the building?

19       A.    It was clear to me because I was so shocked that

20    she would say that.

21       Q.    You've had other jobs prior to the School

22    District and I take it you've worked with the general

23    public in some capacity for a number of years.

24       A.    Yeah.  Before I came to work for the School

25    District I worked for the Legislative Information Office

393

Exhibit 18 page  14

1  for two and a half years, and we get a lot of upset

2  people there, too.  And I've been in this position since

3  then, I'm used to dealing with people that are upset or

4  angry or, you know, whatever --

5      Q.   Do you think --

6      A.   -- strong feelings about things.

7      Q.   Do you think this particular incident was

8  different than others you've encountered?

9      A.   I'm really used to people that are mad or angry

10  or upset, and I've never before actually feared for the

11  safety of the -- of myself or of Pam who was also trying

12  to deal with her.

13     Q.   Did you fear for your safety that particular day

14  when Miss Raad was in the office?

15     A.   When she came back the second time, I seriously

16  wondered if the desk between me and her would offer

17  adequate protection if she had something in her hands.  I

18  also checked to see if she was wearing a coat because I

19  was so freaked by her threat and by her behavior that she

20  might carry it out, and I'm not easily shaken.  I deal

21  with upset people all the time, but it really caused my

22  mind to wonder what she might be carrying or what she

23  might plan on doing next.

24     Q.   A couple of weeks ago did I ask you to write up

25  a statement on what occurred that particular day?

394

Exhibit 18 page  15

37

1     A.     Yes.

2     Q.     This is the statement I asked you to write and

3     is that your signature at the bottom?

4     A.     Yes, it is.

5            MS. GALLENTINE:   I would like to enter this as

6     our District evidence Exhibit 1, if you need to mark

7     exhibits.

8     BY MS. GALLENTINE:

9     Q.     Is there anything that you would like to add,

10    other than entering this exhibit as what occurred on, on

11    the 13th of August?

12    A.     No.

13           MS. GALLENTINE:   Those are all the questions I

14    have.

15           MR. SCHENDEL:   We'll need an opportunity to read

16    this.

17           (Pause.)

18                         CROSS-EXAMINATION

19    BY MR. SCHENDEL:

20    Q.     Miss Sather, can we start at the beginning of

21    August 13th, as it relates to Mrs. Raad.  Do you recall

22    about what time it was when she first came to your

23    office?

24    A.     I want to say it was around ten o'clock.

25    Q.     10:00 in the morning?  Okay.  And about how long

HEARTLAND COURT REPORTERS 907-452-6727



Exhibit 18 page  16

1    was she there that first time she visited you?

2        A.    I didn't look at my -- at the clock.

3        Q.    Was it something like 2 minutes or 20 minutes

4    or --

5        A.    I would say in the range of 10 minutes.

6        Q.    Okay.  And in that first time, did she talk to

7    just you or did she talk to you and Pam Hallberg?

8        A.    Me and -- Pam and I.

9        Q.    Okay.  Pardon?

10       A.    It may have been longer because she did wait for

11   a little while and then she left.

12       Q.    And then I understand that she left; is that

13   right?

14       A.    Uh-huh.

15       Q.    About how long was she gone for?

16       A.    It's hard to say because I was doing other work

17   in between times.  But I know it all occurred before

18   lunch.

19       Q.    Yeah.  But do you think that she was gone for as

20   long as the time that she had spent there, or was it just

21   a couple of minutes or --

22       A.    No.  It was 10, 15 minutes, 20 minutes.

23       Q.    Okay.

24       A.    I mean I went back in my office and did some

25   work.

HEARTLAND COURT REPORTERS 907-452-6727   

Exhibit 18 page  17

39

1    Q.   Okay.  So she was gone for 10 to 20 minutes; is
2    that right?  Pardon?
3    A.   To the best of my recollection, keeping in mind
4    I was doing other work.
5    Q.   Right.  All right.  And you don't know where she
6    went during that period, do you?
7    A.   She went to some other part -- I know she was
8    still in the building and I think she talked to Charles
9    Moore at the personnel office.  I know she was going
10   between personnel and the EEO and us.
11   Q.   And then after that 10 to 20 minute absence from
12   your office, she returned; is that right?
13   A.   Right.
14   Q.   And how long was that second conversation, then,
15   that you had with her?
16   A.   It seemed 5 to 10 minutes.
17   Q.   Now, you mentioned that, as you put it in your
18   next to the last paragraph, we had already called the
19   police.  Who is -- who actually called the police?  Which
20   one of you?
21   A.   I believe it was Pam.
22   Q.   You would have remembered if it had been you,
23   wouldn't you?
24   A.   This was a long time ago and at the time I
25   didn't give it a whole lot of importance.  I had no idea

397

Exhibit 18 page  18

40

1     that six weeks later I would be testifying.

2         Q.    And when was it that Pam made that phone call to

3     the police?  Were you present when she made the phone

4     call?

5         A.    I don't recall.

6         Q.    Do you know if it was before or after

7     the -- Mrs. Raad had been gone for 10 to 20 minutes?  And

8     if you can answer the questions without looking at your

9     statement, I would appreciate it.

10              MS. GALLENTINE:  Well, you're referring to the

11    statement to ask her questions.

12              MR. SCHENDEL:  I'm trying to establish whether

13    or not she presently recalls things or if she has to look

14    at her statement.

15    BY MR. SCHENDEL:

16        Q.    Do you recall now when that call to the police

17    department was made?

18        A.    It was after the first time she was in our

19    office when it was clear that she wasn't going to be

20    willing to make another appointment.

21        Q.    Was it during the time that she made the first

22    visit or was it after she had left?

23        A.    It was after she had left.  It was after she had

24    threatened to blow up the building.

25        Q.    And do you now recall whether or not it was you

HEARTLAND COURT REPORTERS 907-452-6727



Exhibit 18 page   19

41

1   or Pam who had made the phone call?

2       A.    No, I don't.

3       Q.    Had you met Mrs. Raad before?

4       A.    (No audible response).

5       Q.    Can you describe her manner of speaking, her

6   accent, her diction, her pronunciation?

7       A.    Describe it?

8       Q.    Uh-huh.  Does Mrs. Raad have any kind of accent?

9       A.    She has an accent, I didn't know and I still

10  don't know what it was --

11      Q.    Do you --

12      A.    -- or is.

13      Q.    Did you have any difficulty understanding her at

14  all at any time on August 13th?

15      A.    She repeated herself several times so that I was

16  able to understand her.

17      Q.    Did you ask her to repeat herself?

18      A.    I asked her to spell her name, I know, at one

19  point.

20      Q.    But do you remember asking her to repeat any of

21  the substance of what she was saying at any time?

22      A.    No.  What I was repeating was asking her to

23  provide us with some information, but I wasn't asking her

24  to repeat what she said.  I was repeating what I was

25  asking her, not asking her to repeat herself.

HEARTLAND COURT REPORTERS 907-452-6727  

Exhibit 18 page  20

42

1    Q.   Was there any part of what she told you at any

2    time during August 13th that was difficult for you to

3    understand?

4    A.   I don't remember having any difficulty

5    understanding her, and I remember clearly hearing her say

6    that she would blow up the building and that it was a

7    matter of life and death.

8    Q.   Okay.  Do you see in the first paragraph the

9    third to the last sentence where you say she was

10   difficult to understand?

11   A.   Yes, I do.

12   Q.   Now, when you understood her to say that she had

13   threatened to blow up the building, what do you recall to

14   the best of your recollection now being the particular

15   words that she used?

16   A.   She said, if I can't see the superintendent, I'm

17   going to blow up the building.

18       MR. SCHENDEL:  Okay.  Thank you.

19       MR. HOUTS:  Do you have any other questions?

20               REDIRECT EXAMINATION

21   BY MS. GALLENTINE:

22   Q.   Was Miss Raad crying when she was outside the

23   office area?  When she was outside your area, was she

24   crying?

25   A.   No.



Exhibit 18 page  21

43

1    Q.    And the call to the police occurred after the

2    threat of blowing up the building?

3    A.    Definitely.  I'm not in the habit of calling the

4    police because people are upset or because they want to

5    see the superintendent.  It was the threat and the manner

6    in which it seemed that she really might mean it that

7    made us call the police.

8            MS. GALLENTINE:  Okay.  That's all I have.

9            MR. HOUTS:  Anything else?  Okay.  Thanks.

10           MS. GALLENTINE:  I have one more witness.

11           MR. HOUTS:  Okay.

12           (Pause.)

13                        PAM HALLBERG,

14    called as a witness on behalf of the School District,

15    testified as follows:

16                    DIRECT EXAMINATION

17    BY MS. GALLENTINE:

18    Q.    Pam, for the sake of everyone in the room, if

19    you could just give your name for the record.  And tell

20    us your position with the District and how long you've

21    been employed by the District.

22    A.    It's Pam Hallberg, H-A-L-L-B-E-R-G.  And I'm the

23    secretary to the Board of Education, and I've worked here

24    for 18 years.

25    Q.    Pam, were you in the superintendent's -- were

HEARTLAND COURT REPORTERS 907-452-6727



# Exhibit 18 page  22