# FAIRBANKS NORTH STAR BOROUGH SCHOOL DISTRICT

P.O. Box 71250   Fairbanks, Alaska 99707-1250   (907) 452-2000

---

November 5, 1993

Ms. Nada L Raad
1300 View Pointe
Fairbanks, Alaska 99709

Dear Ms. Raad:

On September 29, 1993, the Fairbanks North Star Borough School District ("the District") conducted a hearing pursuant to School Board Policy 277 regarding your complaint that you have been improperly rejected for employment. I was designated by the Superintendent of Schools to act as the hearing officer for this appeal. You were represented by attorney William B. Schendel. The District was represented by its Director of Personnel and Employee Relations, Anita R. Gallentine. At the hearing, both sides had an opportunity to make opening statements, submit documentary evidence, examine and cross-examine witnesses, and argue the matters in dispute. The hearing was tape recorded. Following the completion of testimony, the parties made closing arguments and the hearing was thereupon closed.

The issue in this appeal concerns the District's decision, contained in a letter to you from the District's Director of Personnel dated September 3, 1993, that the District "will not offer you a position as a full-time teacher or employ you as a substitute teacher during the 1993-94 school term." Ms. Gallentine's letter indicated that this decision was based on your actions on August 13, 1993, when you threatened to blow up a building and made a threatening statement to a District employee. In your letter of appeal, you contended that the District's decision was based on wrong factual conclusions.

After careful consideration of all arguments and evidence presented in the hearing, I have reached findings, as follows:

1. That on August 13, 1993, you met with the District's Employment and Educational Opportunity Coordinator, Charles Moore. Following that meeting, you went into the Superintendent's office area. Once in that area of the District's Administrative Center, you insisted on seeing the Superintendent immediately. When you were informed that this was not possible, you were highly emotional and displayed a great deal of agitation through your actions. Two District employees, Lynda Sather and Pam Hallberg, perceived your behavior to be threatening. You also made





000055

Exhibit 21 page 1

statements to these same employees that you would not accept an appointment for a later time, and that it was a "matter of life and death."

2. That while exhibiting anger and agitation, you stated to Lynda Sather and Pam Hallberg that if you could not see the Superintendent, you would blow up the building. While acknowledging that you speak English with an accent, both employees testified credibly that they heard your statement clearly and distinctly. You repeated this statement more than one time to Lynda Sather.

3. That after these statements were made, you again met with Charles Moore, who tried to calm you down. After he informed you that the police had been called, you stated that, "Calling the police will make matters worse—someone is going to get hurt." These words were reasonably perceived as threatening by Charles Moore.

4. That, although Charles Moore asked you to leave the building voluntarily during a conversation in his office, you refused to do so. You only departed once the Fairbanks police arrived and escorted you from the District's Administrative Center.

5. That the District's decision not to offer you any opportunities for employment as a teacher or as a substitute teacher for the 1993-94 school year was based on your behavior and statements during this incident, and was not based on "erroneous facts" or misinterpretations of your statements.

In operating the public schools in this community, the District must act to ensure the safety of school children, District employees and members of the public who are present in its buildings. The District therefore does not take lightly any threats aimed at the destruction of its facilities or statements of potential harm that may befall individuals. The District acted reasonably on August 13, 1993, when it took seriously your intimidating and threatening statements, and sought your removal from the building. Your hostile and volatile behavior and your threatening statements on this occasion are sufficient grounds for the District's decision not to offer you employment as a teacher or substitute teacher for the 1993-94 school year.

For the reasons set forth above, I am denying your appeal of the District's decision.

Sincerely,

Percy W. Houts
Associate Superintendent

cc: William B. Schendel, Esq.

000056

Exhibit 21 page 2