# RECOMMENDATION TO HIRE

## (FOR CERTIFIED VACANCY)

NAME: _Patricia Cromer_  Tanana

**Initial if you have reviewed this recommendation**

_____  **APPROVING OFFICIAL**

_/s/_    Personnel Director

_/s/_    EEO/AA Coordinator

_/s/_    Asst. Superintendent

_____   Beth, Personnel

000292

Exhibit 23 page 1

~~121513~~
402

# RECOMMENDATION TO HIRE

## (FOR CERTIFIED VACANCY)

_Ken Cole_
NAME

**APPROVING OFFICIAL**

_[signature]_ — Personnel Director

_[signature]_ — EEO/AA Coordinator

_[signature]_ — Assoc/Asst. Superintendent

_S. Lovell_ — Personnel

Exhibit 23 page 2

403
120656