```
 1                IN THE UNITED STATES DISTRICT COURT
 2                        DISTRICT OF ALASKA
 3   NADA RAAD,                        )
                                       )
 4                  Plaintiff,         )
                                       )
 5   vs.                               )
                                       )
 6   FAIRBANKS NORTH STAR BOROUGH      )
     SCHOOL DISTRICT,                  )
 7                                     )
                    Defendant.         )
 8   _____)
     Case No. F97-0068 CV (HRH)
 9
                DEPOSITION OF GWENDOLYN J. HOFFMAN
10
     APPEARANCES:
11
       FOR THE PLAINTIFF:          MR. ROBERT SPARKS
12                                 Attorney at Law
                                   1552 Noble Street
13                                 Fairbanks, AK  99701
                                   (907) 451-0875
14
       FOR THE DEFENDANT:          MR. PETER PARTNOW
15                                 Foster, Pepper, Rubini
                                     & Reeves
16                                 601 W. 5th Avenue, Ste. 500
                                   Anchorage, AK  99501
17                                 (907) 222-7100

18     ALSO PRESENT (for Deponent): MR. PAUL EWERS
                                   Office of the City Attorney
19                                 800 Cushman Street
                                   Fairbanks, Alaska  99701
20                                 (907) 459-6758

21                       *  *  *  *  *  *
22
23
24
25
```

Exhibit 25 page   1

R & R COURT REPORTERS
709 Second Avenue
Fairbanks, Alaska 99701
(907) 452-3589



550
000748

|   |   |   |
|---|---|---|
| 1 |   | Those are all questions we ask when someone calls us |
| 2 |   | and, you know, obviously this call is transferred to |
| 3 |   | dispatch for an officer to respond.  So we get the |
| 4 |   | person's name, what's going on, where is it at, what's |
| 5 |   | your phone number, and that information taken from the |
| 6 |   | caller is all captured in those different locations. |
| 7 | Q | Do you know if Exhibit 2 is a true and accurate copy of |
| 8 |   | information that's contained in the Fairbanks Police |
| 9 |   | Department 911 computer system? |
| 10 | A | It looks as -- it's familiar, it looks as if it is, |
| 11 |   | yes. |
| 12 | Q | And do you know who prepared -- who entered this -- |
| 13 |   | does the log, Exhibit 2, indicate who -- what |
| 14 |   | dispatcher en -- entered this information into the |
| 15 |   | computer? |
| 16 | A | Well, my initials are there, but I don't remember |
| 17 |   | specifically this call, so I couldn't say it was me or |
| 18 |   | another dispatcher, but I couldn't say it wasn't mine, |
| 19 |   | because it was a long time ago. |
| 20 | Q | And would it be your custom or practice if you prepared |
| 21 |   | a -- a record such as the statement a Lebanese woman |
| 22 |   | was rejected as an applicant at, and then there is an |
| 23 |   | up arrow sign comma, it looks like PERS, period, OFC |
| 24 |   | comma 3rd floor, room 320 comma, refuses to leave, and |
| 25 |   | says she's going to blow the -- it looks like building |

R & R COURT REPORTERS
709 Second Avenue
Fairbanks, Alaska 99701
(907) 452-3589

Exhibit 25 page 2



|   |   |   |
|---|---|---|
| 1 |   | up, and then it says underneath that she left -- is -- |
| 2 |   | would that have been information that you obtained from |
| 3 |   | the caller? |
| 4 | A | Yes. |
| 5 | Q | And after you -- wou -- would your custom or practice |
| 6 |   | to be to enter that information on the computer, and |
| 7 |   | then it would -- would stay the same or would that |
| 8 |   | information ever be changed? |
| 9 | A | That information would stay as the dispatcher typed it |
| 10 |   | in. When the -- when this is printed out, the shift |
| 11 |   | commander looks at everything and have block-out -- |
| 12 |   | it's at his discretion, I'm not sure what they block |
| 13 |   | out -- they block out information. I know some |
| 14 |   | juvenile information is blocked out if there are names |
| 15 |   | in there. When we take the call we have to get -- if |
| 16 |   | there is a disorderly person, we try to get the name of |
| 17 |   | the person, we try to run wants and warrants on the |
| 18 |   | person before the officer leaves the station so they |
| 19 |   | know, you know, what kind of -- what they're going to, |
| 20 |   | what to expect on the call. But apparently it doesn't |
| 21 |   | look like anything was changed on this synopsis. |
| 22 | Q | If -- if there was something changed, were there be an |
| 23 |   | indication there that it -- that it had been changed on |
| 24 |   | the record itself? |
| 25 | A | Well, if the shift commander looks at what's in there, |

|   |   |   |
|---|---|---|
| 1 |   | and doesn't, you know, wants names or anything |
| 2 |   | recorded, very rarely do they come and say change what |
| 3 |   | you put in there. They will take a marker and block it |
| 4 |   | out. And I see it looked like on Exhibit 1 where that |
| 5 |   | -- there is a little slash mark, it looks like they |
| 6 |   | blocked that out there..... |
| 7 | Q | And..... |
| 8 | A | .....it's like an example. |
| 9 | Q | .....can you tell you us what time Exhibit -- Exhibit |
| 10 |   | 2, what time that call came in? |
| 11 | A | This call was stacked in the computer at 9:57. |
| 12 | Q | So what's that indicate to you? |
| 13 | A | At 9:57 is what time you tap the computer and it would |
| 14 |   | record the time and it -- this call started to be ta -- |
| 15 |   | taken in. It looks like it was dispatched at 10:05, |
| 16 |   | and an officer arrived at 10:07, and completed at |
| 17 |   | 10:35. |
| 18 | Q | If there had been a -- what did you call it, a wants |
| 19 |   | and warrants check..... |
| 20 | A | Uh-hum (affirmative). |
| 21 | Q | .....would that information be reflected on this |
| 22 |   | computer log someplace? |
| 23 | A | It would if there was a name of the person in the |
| 24 |   | synopsis. If there was a person's name other than it |
| 25 |   | just saying the woman. It would be recorded in there |

R & R COURT REPORTERS
709 Second Avenue
Fairbanks, Alaska 99701
(907) 452-3589



Exhibit 25 page 4