| | | |
|---|---|---|
| 1 | A | Not anything specific that I recall now. |
| 2 | Q | Did she say whether she was the one that had asked the |
| 3 | | other people to call the police? Well, cancel that |
| 4 | | question. Did she say whether she was the one that had |
| 5 | | originally called the police or not? |
| 6 | A | I don't think so. |
| 7 | Q | And based on your knowledge of the Fairbanks Police |
| 8 | | Department procedures, do you know if Exhibit 1 or 2 |
| 9 | | indicates that Ms. Gallantine was the one that called |
| 10 | | the police regarding the incident involving Ms. Raad? |
| 11 | A | No, it looks -- looks as if Pam Hallberg initially |
| 12 | | called the police. Anita Gallantine came to the |
| 13 | | station. I don't believe this is a phone call. I |
| 14 | | believe she was at the station, and I was dispatched to |
| 15 | | meet her at the front counter there. |
| 16 | Q | And did you tape record any conversations with Ms. |
| 17 | | Gallantine? |
| 18 | A | I don't think so. |
| 19 | Q | Why not? |
| 20 | A | There was no reason to. I believe she made a |
| 21 | | statement, a written statement. |
| 22 | Q | How about Mr. Moore? |
| 23 | A | Any tape recording? |
| 24 | Q | Any tape recorded..... |
| 25 | A | No, he was there with Ms. Gallantine. |

R & R COURT REPORTERS
709 Second Avenue
Fairbanks, Alaska 99701
(907) 452-3589



000753

Exhibit 26 page 2

```
 1  Q    Do you h  e any idea where the information on Exhibit 2
 2       to Ms. Hoffman's deposition, that says a Lebanese woman
 3       was rejected as an applicant, came from?
 4  A    I assume that must have come from the person that
 5       called in, Pam Hallberg.
 6  Q    And you didn't add that to the log notes, did you?
 7  A    I don't believe I did, no.
 8  Q    Do you know if Officer Stepp would have added that to
 9       the log notes or not?
10  A    No, I don't know.
11  Q    Turn back to the second page of the incident report.
12       It says -- I don't know, I might have those out of
13       order -- but the page that says subject report.....
14  A    Yes.
15  Q    .....at the top.  You have some information there about
16       Nada Raad.....
17  A    Yes.
18  Q    .....and, for example, like it says drivers license
19       number, there is like a U, what -- why -- do you know
20       why there is a U there?
21  A    It was unknown to me at the time.
22  Q    And what about the information about her address, where
23       would you have gotten that at, you know?
24  A    Possibly from her, possibly it was in APSIN -- Alaska
25       Public Safety Information Network.  There's a phone
```

R & R COURT REPORTERS
709 Second Avenue
Fairbanks, Alaska  99701
(907) 452-3589





Exhibit 26 page  3