

AUG 9 2007

CLERK, U.S. DISTRICT COURT
FAIRBANKS, AK

Nada Raad
1300 Viewpointe
Fairbanks, Alaska 99709
Tel: 907-479-9122


IN THE UNITED STATES DISTRICT COURT OF ALASKA


NADA I. RAAD )
 )
    Plaintiff )
v. )
 )
FAIRBANKS NORTH STAR )
BORROUGH SCHOOL )
DISTRICT )
 ) United States District Court
Defendant ) of Alaska
 ) Case No. 97-0068CV (RRB)
_____ )


### ORDER GRANTING RELIEF FROM JUDGMENT


PLANINTIFF Nada Raad, pro se, having moved this Court

for To Grant Relief from Judgment Docket 524 IT IS

HEREBY ORDERED that granting relief from Judgment

Docket 524

DATED THIS ___ DAY OF _____, 2007

_____
THE HONORABLE Ralph R. Beistline
United States District Court Judge


Page 1 of 1
Nada Raad v. Fairbanks North Star Borough School District