

Nada Raad
1300 Viewpointe
Fairbanks, Alaska 99709
Tel: 907-479-9122

IN THE UNITED STATES DISTRICT COURT OF ALASKA

| | |
|---|---|
| NADA I. RAAD ) | |
| Plaintiff ) | |
| v. ) | |
| ) | |
| FAIRBANKS NORTH STAR ) | |
| BOROUGH SCHOOL ) | |
| DISTRICT ) | United States District |
| ) | Court of Alaska |
| Respondent ) | Case No. 97-0068CV (RRB) |

### MOTON FOR EXONERATION OF THE BOND

Hereby Come Plaintiff Raad, Pro se, respectfully asking the court for exoneration of the bond to Plaintiff Nada Itani Raad in response to Docket 531 dated July 9, 2007. Plaintiff needed the bond money

Page 1 of 3

that was a debt that needed to be paid. Plaintiff was and still in dept. Plaintiff needed the bond money back to pay for her debt that accumulated over the years. District Court was harsh on Plaintiff on ruling to pay attorney fees and cost to Defendant and to depose bond of an amount of $10,000 instead of ruling on her favor. On august 9, 2007 Plaintiff filed for a motion for relief from Judgment in Docket 524 due to clerical error upon FRCP 60 (a).

 To prevent duplication, Plaintiff is also referring this Court to look at the brief filed on August 9, 2007 for relief from Judgment Docket 524 due to clerical error upon FRCP 60(a) made by this Court.

 With all Plaintiff's respect to this court, this case was not a frivolous case; it has the merit and foundation. The Ninth Circuit dissented order dated <u>August 24, 2006</u> explained why the attorney fees should not be awarded to Defendant (EX. 1 pages 6-10). A timely petition for rehearing and rehearing en banc was denied by the United States Court of Appeals for the Ninth Circuit on the following Date <u>September 28, 2006</u>. The US Supreme Court denied the writ of certiorari <u>on February</u> 26, 2007. On <u>April 30, 2007</u>, the U.S. Supreme Court denied petition of rehearing for <u>Writ of certiorari.</u> The Ninth Circuit dissented unpublished memorandum cited cases indicating attorneys fees should be denied against plaintiff (EX. 1 pages 6-10). Plaintiff should not be punished because she was represented by counselor who argued this case. At no

point during the litigation of this case there was any indication from the Court that the case was frivolous or had no foundation. The bond that the District Court imposed on Plaintiff caused hardship was unreasonable. Plaintiff went in more debt when she deposed the bond and needed to pay the debt that accumulated over the years for not being employed for full time job. Plaintiff is unable to pay the attorney fees or any other fees. (See affidavit of Nada Raad).
Plaintiff is asking this Court for exoneration of the bond to Plaintiff Nada Itani Raad in response to Docket 531 dated July 9, 2007. Order is attached.
Respectfully submitted.

DATED THIS 9 DAY OF August, 2007

_____
Nada Raad, pro se

CERTIFICATE OF SERVICE
I hereby certify that a true copy of
the above document and attachments were [x] mailed
[ ] faxed [] hand delivered to:
Peter C. Partnow at:
Lane Powell Spears Lubersky LIP
301 W. Northern Lights Blvd., Suite 301
Anchorage, Alaska 99503-2648
and a courtesy copy was mailed to Robert Sparks
at 1552 Noble Street
Fairbanks, Alaska 99701
this _____ day of August, 2007.
_____
Nada Raad, pro se