

Nada Raad
1300 Viewpointe
Fairbanks, Alaska 99709
Tel: 907-479-9122

IN THE UNITED STATES DISTRICT COURT OF ALASKA

| | |
|---|---|
| NADA I. RAAD )<br>)<br>    Plaintiff )<br>v. )<br>)<br>FAIRBANKS NORTH STAR )<br>BORROUGH SCHOOL )<br>DISTRICT )<br>) <br>Defendant )<br>)<br>)<br>)<br>_____ ) | United States District Court<br>of Alaska<br>Case No. 97-0068CV (RRB) |

**ORDER GRANTING EXONERATION OF THE BOND**

PLANINTIFF Nada Raad, having moved this Court for

Page 1 of 2
Nada Raad v. Fairbanks North Star Borough School District

exoneration of the bond to Plaintiff NaDA Itani Raad in response to Docket 531 dated July 9, 2007.

IT IS HEREBY ORDERED that exoneration of the bond to plaintiff is granted.

DATED THIS ___ DAY OF _____, 2007

_____
THE HONORABLE Ralph R. Beistline
United States District Court Judge