

AUG  9 2007

**CLERK, U.S. DISTRICT COURT**
**FAIRBANKS, AK**

Nada Raad
1300 Viewpointe
Fairbanks, Alaska 99709
Tel: 907-479-9122


IN THE UNITED STATES DISTRICT COURT OF ALASKA


| | |
|---|---|
| NADA I. RAAD ) | |
| ) | |
| Plaintiff ) | |
| v. ) | |
| ) | |
| FAIRBANKS NORTH STAR ) | |
| BORROUGH SCHOOL ) | |
| DISTRICT ) | |
| ) United States District Court | |
| Defendant ) of Alaska | |
| ) Case No. 97-0068CV (RRB) | |
| ) | |
| ) | |
| ) | |
| _____ ) | |


**REQUEST FOR A HEARING FOR GRANTING RELIEF FROM JUDGMENT**


PLANINTIFF Nada Raad, pro se, is asking this Court for

an oral evidence hearing regarding motion granting

relief from Judgment Docket 524.

DATED THIS **9** DAY OF August , 2007

_____
Nada Raad, pro se

CERTIFICATE OF SERVICE
I hereby certify that a true copy of
the above document and attachments was [x] mailed
[ ] faxed [] hand delivered to:
Peter C. Partnow at:
Lane Powell Spears Lubersky LIP
301 W. Northern Lights Blvd., Suite 301
Anchorage, Alaska 99503-2648
and a courtesy copy was mailed to Robert Sparks
at 1552 Noble Street
Fairbanks, Alaska 99701
this **9** day of August, 2007.
_____
Nada Raad, pro se