

AUG 9 2007

CLERK, U.S. DISTRICT COURT
FAIRBANKS, AK

Nada Raad
1300 Viewpointe
Fairbanks, Alaska 99709
Tel: 907-479-9122


IN THE UNITED STATES DISTRICT COURT OF ALASKA


NADA I. RAAD                    )
                                )
        Plaintiff               )
    v.                          )
                                )
 FAIRBANKS NORTH STAR           )
 BOROUGH SCHOOL                 )
 DISTRICT                       )
                                ) United States District Court
Defendant                       ) of Alaska
                                ) Case No. 97-0068CV (RRB)
_____     )


**ORDER GRANTING HEARING REGARDING RELIEF FROM JUDGEMENT**


PLANINTIFF Nada Raad, pro se, having moved this Court

for To Grant Oral Hearing Regarding Relief from

Judgment Docket 524 IT IS HEREBY ORDERED that granting

Oral Hearing regarding relief from Judgment Docket 524

on the date of _____.


DATED THIS ____ DAY OF _____, 2007

_____

THE HONORABLE Ralph R. Beistline
United States District Court Judge