RECEIVED

AUG 1 0 2007

CLERK, U.S. DISTRICT COURT
FAIRBANKS, AK

Peter C. Partnow, ASBA No. 7206029
Lane Powell LLC
301 W. Northern Lights Blvd., Suite 301
Anchorage, Alaska 99503-2648
Tel: 907-277-9511
Fax: 907-276-2631
PartnowP@LanePowell.com

Counsel for Defendant Fairbanks
North Star Borough School District

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| NADA I. RAAD,<br><br>                      Plaintiff,<br><br>v.<br><br>FAIRBANKS NORTH STAR BOROUGH<br>SCHOOL DISTRICT,<br><br>                      Defendant. | Case No. 4:97-cv-0068-RRB<br><br>**APPLICATION AND AFFIDAVIT FOR<br>ISSUANCE OF WRIT OF EXECUTION ON<br><u>PERMANENT FUND DIVIDEND</u>** |

STATE F ALASKA          )
                                   ) ss.
THIRD JUDICIAL DISTRICT   )

      I, Peter C. Partnow, hereby states on oath:

      1.     Judgment for $173,274.26 was entered on March 18, 2004, in the docket of the above-entitled court and action, in favor of the Fairbanks North Star Borough School District as judgment creditor and against NADA I. RAAD as judgment debtor.

      2.     I am the attorney for said judgment creditor and I request issuance of a Writ of Execution on the judgment.

      3.     The judgment debtor was represented through trial by counsel Robert A. Sparks.

4.  The judgment entered is not a default judgment.

5.  ACCURED since the entry of judgment is the following sums:

    $1,476.39 accrued interest on the judgment computed at 1.16%,

    $0 Accrued costs.

6.  CREDIT must be given for payments and partial satisfaction in the total amount of $0.00 which is to be first credited against the total accrued interest and accrued costs, with any excess credited against the judgment as entered, leaving a net balance of $180,106.66 ACTUALLY DUE on this date. Of this total, $173,274.26 is the amount of the original judgment as entered still remaining due and bearing interest at 1.16% in the amount of $5.51 per day from this date.

7.  Lane Powell LLC seeks to satisfy the balance owing on the judgment by levying against the Alaska Permanent Fund Dividend which is to be issued to the above-named plaintiff.

8.  The Alaska Permanent Fund dividend is subject to attachment pursuant to the provisions of Alaska Statue 43.23.065.

9.  This levy may attach a maximum of 80% of the annual Permanent Fund Dividend payable to this debtor, pursuant to AS 43.23.065.

**LANE POWELL LLC**
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone 907.277.9511  Facsimile 907.276.2631

DATED at Anchorage, Alaska this 9th day of August, 2007.

          LANE POWELL LLC
          Attorneys for Defendant

By _____
    Peter C. Partnow, ASBA No. 7206029
    301 W. Northern Lights Blvd., Suite 301
    Anchorage, Alaska 99503-2648
    Tel: 907-277-9511
    Fax: 907-276-2631
    Email: PartnowP@LanePowell.com

SUBSCRIBED AND SWORN TO before me this 9th day of August, 2007, at Anchorage, Alaska.

          _____
          NOTARY PUBLIC
          State of Alaska
          My Commission Expires: 2/14/09

I certify that on August 9th, 2007, a copy of the foregoing was served by mail on:

Nada Raad, 1300 Viewpointe Dr.
Fairbanks, AK 99709

_____

119496.0001/161287.1

LANE POWELL LLC
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone 907.277.9511   Facsimile 907.276.2631

**Application and Affidavit for Issuance of Writ of Execution on Permanent Fund Dividend**
*Raad v. Fairbanks North Star Borough School District* (Case No. 4:97-cv-0068-RRB)    Page 3 of 3