

AUG 1 3 2007

CLERK, U.S. DISTRICT COURT
FAIRBANKS, AK

Nada Raad

1300 Viewpointe

Fairbanks, Alaska 99709

Tel: 907-479-9122

IN THE UNITED STATES DISTRICT COURT OF ALASKA

| | |
|---|---|
| NADA I. RAAD ) | |
| Plaintiff ) | |
| v. ) | |
| FAIRBANKS NORTH STAR ) | |
| BOROUGH SCHOOL ) | |
| DISTRICT ) | United States District |
| ) | Court of Alaska |
| Defendant ) | Case No. 97-0068CV (RRB) |
| ) | |

## MOTION FOR OVERLENGTH RESPOND TO DEFENDANT MOTION TO RELEASE FUNDS TO DEFENDANT PURSUANT TO DEFENDANT'S WRIT OF EXECUTION

Hereby Come Plaintiff Raad, Pro se, respectfully asking this Court to grant Plaintiff OVERLENGTH RESPOND TO DEFENDANT MOTION TO RELEASE FUNDS TO DEFENDANT PURSUANT TO DEFENDANT'S WRIT OF EXECUTION.

Plaintiff filed a motion for a relief from Judgment Docket 524 on August 9, 2007. Plaintiff had in her Relief from Judgment the same argument as Respond To Defendant Motion To Release Funds To Defendant Pursuant

To Defendant's Writ Of Execution. Plaintiff is confused whether to refer the Respond To Defendant Motion To Release Funds To Defendant Pursuant To Defendant's Writ Of Execution to Plaintiff motion to relief from judgment or she had to argue again.

Total number of pages is 20 and total number of words is 4676 words in Plaintiff Respond To Defendant Motion To Release Funds To Defendant Pursuant To Defendant's Writ Of Execution.

Plaintiff is asking this Court to grant over length motion to Respond To Defendant Motion To Release Funds To Defendant Pursuant To Defendant's Writ Of Execution.

Affidavit and Order are attached

Respectfully submitted.

DATED THIS 13 DAY OF August, 2007

Nada Raad, pro se

CERTIFICATE OF SERVICE
I hereby certify that a true copy of
the above document and attachments were [x] mailed
[ ] faxed [] hand delivered to:
Peter C. Partnow at:
Lane Powell Spears Lubersky LIP
301 W. Northern Lights Blvd., Suite 301
Anchorage, Alaska 99503-2648
and a courtesy copy excluding exhibits
that are the same as motion for relief from
Judgment was mailed to Robert Sparks
at 1552 Noble Street
Fairbanks, Alaska 99701
this 13 day of August, 2007.

Nada Raad, pro se