

RECEIVED

AUG 1 3 2007

CLERK, U.S. DISTRICT COURT
FAIRBANKS, AK

Nada Raad
1300 Viewpointe
Fairbanks, Alaska 99709
Tel: 907-479-9122


IN THE UNITED STATES DISTRICT COURT OF ALASKA

NADA I. RAAD )
      Plaintiff )
   v. )
              )
FAIRBANKS NORTH STAR )
BORROUGH SCHOOL )
DISTRICT )
        Defendant ) United States District Court
              ) of Alaska
              ) Case No. 97-0068CV (RRB)
              )


## ORDER GRANTING OVER LENGTH MOTION TO REPLY TO MOTION TO RELEASE FUNDS TO DEFENDANT PURSUANT TO DEFENDANT'S WRIT OF EXECUTION


PLANINTIFF Nada Raad, pro se, having moved this Court for granting over length Plaintiff replying motion to Defendant Motion To Release Funds To Defendant Pursuant To Defendant's Writ Of Execution. IT IS HEREBY ORDERED that over length Plaintiff replying motion to Defendant

Motion To Release Funds To Defendant Pursuant To

Defendant's Writ Of Execution is granted.

DATED THIS ___ DAY OF _____, 2007


_____

THE HONORABLE Ralph R. Beistline
United States District Court Judge