

Nada Raad
1300 Viewpointe
Fairbanks, Alaska 99709
Tel: 907-479-9122

IN THE UNITED STATES DISTRICT COURT OF ALASKA

NADA I. RAAD              )
                          )
    Plaintiff-Appellant   )
v.                        )
                          )
FAIRBANKS NORTH STAR      )
BOROUGH SCHOOL            )
DISTRICT                  ) United States District
                          ) Court of Alaska
    Defendant-Appellee    ) Case No. 97-0068CV (RRB)
                          )
_____)

## AFFIDAVIT OF NADA RAAD

State of Alaska           )

Fourth Judicial District  )

Nada Raad being first duly sworn upon oath deposes and states as follow:

1- I filed a motion for a relief from Judgment Docket 524 on August 9, 2007. Plaintiff had in her Relief from Judgment close to the same argument as Respond To Defendant Motion To Release Funds To Defendant Pursuant

Page 1 of 2

Nada Raad vs. Fairbanks North Star Borough School District

To Defendant's Writ Of Execution. I am confused whether to refer the Respond To Defendant Motion To Release Funds To Defendant Pursuant To Defendant's Writ Of Execution to Plaintiff motion to relief from judgment or she had to argue again.

DATED THIS 13 DAY OF August, 2007

Nada Raad, pro se

---

State of Alaska

County of NorthStarBorough

Subscribed and sworn to (affirmed) before me this 13 day of August, 2017 By Nada Raad



Notary Public

My Commission expires 09/10/2010

---

Page 2 of 2

Nada Raad vs. Fairbanks North Star Borough School District