# HERO SOURCE DOCUMENT

INTAKE UNIT **2** INV'S INITIALS **EL** ASCHR # **C-93-246** EEOC # **38A9303226** REC # **2061**

INITIAL INQUIRY **082793** RCVD OFF **9/20/93** 1st ALLEGED VIOLATION **081393**

LAST ALLEGED VIOLATION **090893**

**COMPLAINANT INFORMATION:**

LAST NAME (Mr/Ms/Mrs): **Raad**   FIRST: **Nada**   M/I: **I**

ADDRESS: **1300 Viewpointe**

ADDRESS: _____

CITY, STATE, ZIP: **F'banks  AK  99709**

HOME PHONE: **(907) 479-9122**  WORK: **—**   S/S #: **345-66-283**

**RESPONDENT INFORMATION:**

ORGANIZATION: **Fairbank North Star Borough School District**

ADDRESS: **Box 71250**

ADDRESS: _____

CITY, STATE, ZIP: **F'banks  99707**   PHONE: **(907) 452-200**

CP'S DATE OF BIRTH: **10 01 54** (MM/DD/YY)

(CIRCLE ONE)

CP'S SEX: M (**F**)

CP'S RACE:
- B - Black
- W - White
- A - Asian/Pacific Islander
- I - American Indian/AK Native
- (**O**) - Other

CP'S NAT'L ORIGIN:
- M - Mexican
- H - Hispanic
- E - East Indian
- (**O**) - Other
  *Lebanese*

RESPONDENT TYPE:
- B - Elected Official/State Loc
- C - Elected Official/Fed. Govt.
- E - Private Employer
- F - Federal Government
- G - State/Local Government
- J - Joint Apprentice Comm.
- U - Union
- S - State/Local Employ. Agency
- P - Private Employ. Agency
- (**K**) - Public Elem/Secondary School
- I - Public College/University
- M - Private Elem/Secondary Sch
- N - Private College/University
- O - Other

RESPONDENT SIZE:
- A - 15 - 100
- B - 101 - 200
- C - 201 - 500
- (**D**) - 501+
- N - Under 15
- U - Unknown

*COUNTY: **090**

SMSA: 03~~8~~0 (circle for Anchorage Area Borough - leave blank for all others)

IC: **821**

000238

Exhibit 3 page 1

ALASKA STATE COMMISSION FOR HUMAN RIGHTS

COVER SHEET

RE: _Raul v EBNSBSD_

ASCHR No. _C-93-246_

The attached information was obtained from _Cp_
on _9-293_ by _Sharon Bro___.
The document name or nature of the attached information is _____

The attached information shows _____
_intake docs_

Investigator: _Sharon E Bro___  Date: _June 30 1994_

EXHIBIT 100

Exhibit 3 page 2

Questionnaire sent by: _____ _____ on _____.             SEP 2

> PLEASE ANSWER ALL THE FOLLOWING QUESTIONS TELLING US BRIEFLY WHY YOU BELIEVE YOU HAVE BEEN DISCRIMINATED AGAINST. IF A QUESTION DOES NOT APPLY, ANSWER N/A. IF YOU ARE UNSURE INDICATE THAT YOU ARE UNSURE AND AN INVESTIGATOR WILL DISCUSS IT WITH YOU AT A LATER DATE. AFTER YOU HAVE COMPLETED THIS QUESTIONNAIRE AND RETURNED IT TO THE ASCHR OFFICE AN INVESTIGATOR WILL CONTACT YOU TO DISCUSS THE ANSWERS AND/OR TO SCHEDULE AN APPOINTMENT TO COMPLETE THE INTAKE PROCESS. RETURN THIS COMPLETED QUESTIONNAIRE TO: Alaska State Commission for Human Rights, 800 A Street, Suite 204, Anchorage AK 99501.

1. Name: Nada (first) Itani (middle) Raad (last)   Date of Birth: 10/01/56
   Social Security #: 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   Home Phone: 907-4799122
   Address: 1300 Viewpointe   Work Phone: _____
   City: Fairbanks   State: AK   Zip: 99709

2. I BELIEVE I WAS DISCRIMINATED AGAINST BECAUSE OF MY: (Please check box that applies. On the line below the box checked, identify your race, sex, age, etc.)

   [ ] Race:   [ ] Sex:   [X] National Origin: Middle East-Lebanon   [ ] Age:
   
   [ ] Color:   [ ] Marital Status:   [ ] Physical Disability:   [ ] Mental Disability:
   
   [ ] Pregnancy:   [ ] Parenthood:   [X] Religion: Moslem   [X] Retaliation:
   
   [ ] Other: _____

3. I WAS DISCRIMINATED AGAINST IN:
   [X] Employment   [ ] Housing   [ ] Public Accommodations   [ ] Financial Institutions
   [ ] Practices by the State   [ ] Other (Specify) _____

4. I WAS DISCRIMINATED AGAINST BY:
   a) Name: Fairbanks North Star Borough School District
      (Company or Organization)    (Individual)
      Address: P.O. Box 71250
      City: Fairbanks   State: AK   Zip: 99707   Phone: 907-452-2000
   b) *FOR EMPLOYMENT COMPLAINTS ONLY:* THE EMPLOYER EMPLOYS [ ] 1 – 14   [ ] 15 – 19
      [ ] 20 – 24   [ ] 25 or more   [ ] Don't know, but estimate _____

ASCHR FORM NO. 90-27                                                              11/19/92

Exhibit 3 page 3

6. WHAT ACTION WAS TAKEN AGAINST YOU THAT YOU BELIEVE TO BE DISCRIMINATORY? WHAT HARM, IF ANY, WAS CAUSED TO YOU OR OTHERS AS A RESULT OF THAT ACTION. (If more space is required, use additional sheets).

*See attached sheets*

7. HAVE YOU SOUGHT ASSISTANCE FROM ANY OTHER GOVERNMENTAL AGENCY WHICH HANDLES DISCRIMINATION COMPLAINTS (i.e. Equal Employment Opportunity Commission, Department of Housing and Urban Development, Anchorage Equal Rights Commission) OR FROM A PRIVATE ATTORNEY?

[ ] No   [X] Yes (if answer is yes, complete below)

Name of source of assistance: **William Schendel**   Date: 8/16/93-8/25/

Result, if any: *See the Human Rights Commission*

8. PLEASE PROVIDE THE NAME OF AN INDIVIDUAL *AT A DIFFERENT ADDRESS* WHO IS IN THE LOCAL AREA AND WHO WOULD KNOW HOW TO REACH YOU.

Name **Lutfi Raad**   Relationship: **Husband**

Address **UAF P.O. Box 900130**   Phone: 907-479-9122/ 907/474-749 (home) (work)

City **Fairbanks**   State **AK**   Zip **99775**

9. I HAVE RECEIVED AND READ A COPY OF THE ASCHR INFORMATIONAL HANDOUT ENTITLED *"WHAT YOU SHOULD KNOW ABOUT FILING A COMPLAINT OF DISCRIMINATION."*

Signature *Nadi Tkin Rur*   Date: Aug 31, 1993

---

ASCHR USE ONLY
Reviewed by: _____   Date: 9/3/93
Investigator assigned: *Landers*   Date: 9
Comments: _____

332 ~~00041~~

Exhibit 3 page 4

# NADA RAAD

P.O. Box 900130
University of Alaska Fairbanks
Fairbanks, Alaska 99775
Tel: (907) 479-9122 (Home)
(907) 474-7497 (Office/Dr. Raad)

## EDUCATION

| | |
|---|---|
| Teaching Certification | University of Alaska, June 1993. Interdisciplinary Math/Science |
| Teaching Certification | University of Alaska, December 1990. Biological Sciences (GPA 4.0/4.0) |
| M.S. | University of Illinois at Urbana-Champaign, December 1981. Major: Biology (GPA 4.0/5.0) |
| B.S. | University of Illinois at Urbana-Champaign, December 1980. Major: Biology (GPA 4.0/5.0) |
| Lab. Technician Degree | American University of Beirut, Beirut, Lebanon, June 1976 (GPA 4.3/5.0) |

## WORK EXPERIENCE

| | |
|---|---|
| 4/93-6/93 | Science Teacher, Ryan Middle School, Fairbanks, AK |
| 12/90-Present | Substitute Teacher, Fairbanks North Star Borough School District |
| Spring 1991 | **Coordinator of office of Certification and Advising, UAF** |
| 8/90-11/90 | Student Teacher (grade seven), Tanana Junior High, Fairbanks, AK |
| 5/90 | Substitute Teacher, Fairbanks North Borough School District |
| 1/90-4/90 | Practicum Student (grade seven), Ryan Junior High, Fairbanks, AK |

333

Exhibit 3 page 5

*1981-1989*        **Research Assistant** in Biology, American University of Beirut.

Worked as a curator of the Biology Museum. Conducted projects and exhibits on the evolution, classification and identification of birds, insects, reptiles and plants. Other work included study the evolution of the skull in mammal and human evolution. Worked on exhibiting and presenting these projects to University students, high school students, and other members of the community including Boy Scouts, Red Cross and YMCA.

*1979-1980*        **Lab Technician**, Mckinley Hospital, University of Illinois, Urbana-Champaign

## Special Skills

### Tutoring
Six "At-Risk" students, age 12-13 for one semester (Tanana Junior High, Fall 1990).

### Writing Process
Certification of participation in writing process short course (University of Alaska Fairbanks, Spring 1990).

### Volunteer
Taught 35 students, age 6-12 for one year, gave private lessons age 15-16 for one year (Public Schools, Beirut, 1975).

### Language
English, Arabic (excellent), French (average).

### Typing
40 wpm

### Computer
Familiar with word processing, spreadsheet application and mailing. Familiar with MS DOS and Macintosh.

### Exhibition
Lecturer and supervisor for all ages for eight years.

### Plays Production
Directional production 25 students, age 3-9.

### High School Organization
Organized activities age 14-18 for two years (Beit Al-Atfal School, Beirut, 1972).

~~334~~
000243

Exhibit 3 page 6

### Honors

| | | |
|---|---|---|
| | 1975-1976 | Honor's list, American University of Beirut |
| | 1980-1981 | Tuition Waiver, University of Illinois at Urbana-Champaign ( GPA 4.0/5.0 ) |

## RELEVANT RESEARCH

### American University of Beirut

| | |
|---|---|
| 1988-1989 | Reptiles-Evolution, Classification characteristics. Corals-Types, Nutrients and Reef Structure. |
| 1987-1988 | Classification and identification of snakes. Adaptation of animals to desert life. |
| 1986-1987 | Classification and identification of famous families of fish in the Mediterranean. Evolution and classification of plants. |
| 1985-1986 | Classification and identification of insects. Human evolution with particular emphasis on "LUCY" fossil. |
| 1984-1985 | Classification of most important birds in Lebanon. |
| 1983-1984 | The defensive mechanism of animals. |
| 1982-1983 | Evolution development of the skull in mammals. |
| 1981-1982 | Echinodermata-classification and evolutionary relationship. |

### University of Illinois at Urbana-Champaign

| | |
|---|---|
| 1980-1981 | "Toluidine Blue Sensitivity in presence of Light on E. coli." Special study with Professor R. Tuvenson, University of Illinois at Urbana-Champaign, USA. The research describes the isolation of an E. coli mutant which is sensitive to inactivation by visible light in the presence of Toluidine Blue ( TB). Experiments were designed to map the mutations. This research resulted in three papers that were submitted for publication. |

### Professional Organizations

| | |
|---|---|
| 1989-Present | UWA, University Women's Organization, member |



000244

Exhibit 3 page 7

| | |
|---|---|
| 1990-1992 | **NSTA,** National Science Teachers Association, member |
| 1992-Present | **Alumni,** University of Illinois |



Exhibit 3 page 8

**NADA RAAD**
P.O. Box 900130
University of Alaska Fairbanks
Fairbanks, Alaska 99775
Tel: (907) 479-9122 (Home)
(907) 474-7497 (Office/Dr. Raad)

## EDUCATION

| | |
|---|---|
| Teaching Certification | University of Alaska, June 1993. Interdisciplinary Math/Science |
| Teaching Certification | University of Alaska, December 1990. Biological Sciences (GPA 4.0/4.0) |
| M.S. | University of Illinois at Urbana-Champaign, December 1981. Major: Biology (GPA 4.0/5.0) |
| B.S. | University of Illinois at Urbana-Champain, December 1980. Major: Biology (GPA 4.0/5.0) |
| Lab. Technician Degree | American Universitry of Beirut, Beirut, Lebanon, June 1976 (GPA 4.3/5.0) |

## WORK EXPERIENC

| | |
|---|---|
| 4/93-6/93 | Science Teacher, Ryan Middle School, Fairbanks, AK |
| 12/90-Present | Substitute Teacher, Fairbanks North Star Borough School District |
| Spring 1991 | **Coordinator of office of Certification and Advising, UAF** |
| 8/90-11/90 | Student Teacher ( grade seven), Tanana Junior High, Fairbanks, AK |
| 5/90 | Substitute Teacher, Fairbanks North Borough School District |
| 1/90-4/90 | Practicum Student ( grade seven ), Ryan Junior High, Fairbanks, AK |

337
000246

Exhibit 3 page 9

*1981-1989*    **Research Assistant** in Biology, American University of Beirut.

Worked as a curator of the Biology Museum. Conducted projects and exhibits on the evolution, classification and identication of birds, insects, reptiles and plants. Other work included study the evolution of the skull in mammal and human evolution. Worked on exhibiting and presenting these projects to University students, high schol students, and other members of the community including Boy Scouts, Red Cross and YMCA.

*1979-1980*    **Lab Technician**, Mckinley Hospital, University of Illinois, Urbana-Champaign

## Special Skills

### Tutoring
Six "At-Risk" students, age 12-13 for one semester (Tanana Jnior High, Fall 1990).

### Writing Process
Certification of participation in writing process short course (University of Alaska Fairbanks, Spring 1990).

### Volunteer
Taught 35 students, age 6-12 for one year, gave private lessons age 15-16 for one year (Public Schools, Beirut, 1975).

### Language
English, Arabic (excellent), French (average).

### Typing
40 wpm

### Computer
Familiar with word processing, spreadsheet application and mailing. Familair with MS DOS and Macintosh.

### Exhibition
Lecturer and supervisor for all ages for eight years.

### Plays Production
Directional production 25 students, age 3-9.

### High School Organization
Organized activities age 14-18 for two years (Beit Al-Atfal School, Beirut, 1972).


338
000247

Exhibit 3 page 10

### Honors

| | |
|---|---|
| 1975-1976 | Honor's lost, American University of Beirut |
| 1980-1981 | Tuition Waiver, Universty of Illinois at Urbana-Champaign (GPA 4.0/5.0) |

## RELEEVANT RESEARCH

### American University of Beirut

| | |
|---|---|
| 1988-1989 | Reptiles-Evolution, Classification characteristics. Corals-Types, Nutrients and Reef Structure. |
| 1987-1988 | Classification and identification of snakes. Adaptation of animals to desert life. |
| 1986-1987 | Classification and identification of famous families of fish in the Miditerranean. Evolution and classification of plants. |
| 1985-1986 | Classification and identification of insects. Human evolution with particular emphasis on "LUCY" fossil. |
| 1984-1985 | Classification of most important birds in Lebanon. |
| 1983-1984 | The defensive mechanism of animals. |
| 1982-1983 | Evolution development of the skull in mammals. |
| 1981-1982 | Echinodermata-classification and evolutionary relationship. |

### University of Illinois at Urbana-Champaign

| | |
|---|---|
| 1980-1981 | "Toluidine Blue Sensitvity in presence of Light on E. coli." Special study with Professor R. Tuvenson, University of Illinos at Urbana-Champaign, USA. The research describes the isolation of an E. coli mutant which is sensitive to inactivation by visible light in the presence of Toluidine Blue (TB). Experiments were designed to map the mutations. This research resulted in three papers that were submitted for publication. |

## Professional Organizations

| | |
|---|---|
| 1989-Present | UWA, Univerity Women's Organization, member |



339
000248

Exhibit 3 page 11

| | | |
|---|---|---|
| *1990-1992* | NS. | National Science Teachers Association, member |
| *1992-Present* | Alumni, | University of Illinois |



Exhibit 3 page 12

*This Document is prepared to the best of my knowledge; there is no intention to hide or misuse any information or facts:*

<u>Nada I. Raad:</u>

*NADA I. RAAD; Female; Minority (National origin/ Middle East-Lebanon); Religion (Moslem); Naturalized US Citizen.*

*B.S. and M.S., University of Illinois at Urbana-Champaign*
*Teacher Certification in Science (Biology, Chemistry, Physics, and Geology) and Mathematics.*

<u>Incident 1:</u>

1. Nada completed her certification requirements in science (Biology) in December 1990. She worked as a substitute teacher for one semester (mainly at Tanana Jr. High), interviewed the principals in the School District, and asked for recommendations from the principals of Tanana Jr. High and Ryan Jr. High in order to complete her file for possible job interviews in the Summer of 1990-1991.

2. The Personnel Office informed Nada that she would be receiving feedback concerning the status of her file by mail. Nada waited but did not receive that information. Three weeks before the beginning of the school year, she checked again but was also informed that she had to wait to receive the feedback by mail.

3. One week later, Nada checked again with the Personnel Office. They also mentioned that she had to wait to receive their feedback by mail. However, upon Nada's continuous insistence and argument that she needed to know her status as soon as possible, they gave her a copy of the letter they claimed to have sent by mail. That letter was dated June 7, 1991. The letter indicated that Nada's name could not be interviewed for openings in science because her file was not complete.

4. When Nada checked with Personnel Office about that incompletion, she was told that they could not tell her the reasons because it was not standard procedure to disclose such information to potential applicants. Upon Nada's insistence, a staff member informed Nada unofficially (that person was not supposed to disclose that information) that some recommendations from the principals were missing and that she needed to work on that in order for her file to be complete. However by that time it was the end of August and there was no time to get the recommendations and interview for the science positions in the School District. Had Nada known ahead of time about the reasons her file was not complete she could have worked with the principals to send their recommendations.

\* *Was the delay in letting her know intentional? or was it a mistake? That delay resulted in a lost opportunity to interview that Summer.*

<u>Incident 2:</u>

1. Nada continued to work as a substitute teacher in 1991-1992. She was teaching nearly every day at Tanana Jr. High. Her student contact hours per day was about 700 student hours. She built an excellent rapport with the students and the teachers. She received excellent recommendations from many colleagues who worked with her (copies are available at the ATP office).

Exhibit 3 page 13

2. In April 1992 Nada learned that one of the science teachers at Tanana Jr. High will be leaving. She talked with the Principal about the position and indicated strong interest in being considered for that vacancy.

3. Nada asked the principals of Tanana Jr. High and Ryan Jr. High to send their recommendations so that her file would be complete. These recommendations were supposed to be filled on special forms according to instructions by the Personnel Office, otherwise they would not be considered. The principals informed her that they had already sent her recommendations to the School District.

4. Towards the end of June, Nada received notification from the Personnel Office that she was not chosen for possible interviews for science positions in the School District (no reasons were mentioned). When she checked with them, she was told that her file was not complete. Upon Nada's insistence to know why her file was not complete, a staff member informed her unofficially (that staff member was not supposed to give the information) that the Principal of Tanana Jr. High did not send the recommendation on the official form required by the Personnel Office. Nada indicated to that staff member if it would be possible to contact that Principal so that the recommendation would be copied on the right form. The staff member made the contact and the Principal promised to correct the mistake. The recommendation was finally received on August 5, 1992 and Nada's file was complete. It should be emphasized that had that staff member in the Personnel Office not informed my wife about the cause of incompletion, she would have never had a chance to interview for any position that Summer.

5. Nada was interviewed for the science position at Tanana Jr. High on August 13, 1992. At the end of the interview, she was informed by the Principal that the top three candidates would be asked to prepare lesson plans, after which the appropriate candidate would be selected. On August 16, 1992, Nada was informed by the Principal that she was not selected for the position (she did not even make the first cut to prepare lesson plans).

6. On September 21, 1992, Nada learned by chance the qualifications of the new science teacher who was selected for the job. This information was available in the agenda of the School Board Meeting. Nada was surprised to learn that the selected candidate for the *Science position* had a *Bachelor of Arts* degree and is therefore much less qualified than her. At that time she decided to discuss the issue with the Equal Opportunity Office in the School District.

7. On June 1, 1993, the hire person for the Science position was placed on the list that the School District intended to issue notice of non-renewable of contract to teachers (non-tenured). The week of June 7, 1993, Nada was informed by a teacher at Tanana that the new hire will not be teaching Science next year but will be teaching English.

Incident 3:

1. Concurrent with incident 2, Nada learned from a colleague in the School District on August 27, 1992 that a Science position at Howard Luke High School was open and that she should probably check with the Principal of that School about details. Keeping in mind that Nada was not asked for an official interview regarding that position.

2. Nada met the Principal of Howard Luke on August 31, 1992 and told him that she would be interested in that position. The Principal told her that she was very qualified for that position but he picked someone else because that person had experience in doing outdoor activities with students.

342

000251

Exhibit 3 page 14

\* It is interesting to note that Nada was not even given a chance for a fair interview. She knew later that the person picked for the job was a teacher in Anchorage and a close friend of the Principal.

Incident 4:

1. For the school year 1992-1993, ten positions opened in the School District for which Nada was eligible to teach. These positions include: 4 positions at Tanana (Science, Health, GT, Bilingual). Nada was interviewed only for one, and was not selected (Incident 2); 1 Science position at Lathrop; 1 GT position at Ryan; 1 Science position at West Valley; 1 Bilingual position at North Pole; 1 National Standard Field Test Coordinator position for which Nada applied but never received an invitation for interview or any answer. She wanted to check with the School District about her status but new from the Board Meeting Agenda that the position was filled. The same position was opened again during the school but Nada was not contacted. This position was open after Nada's complaint to the EEO officer concerning Incident 2.

Follow-Up on Incident 2:

1. As a follow-up of incident 2, Nada met the EEO officer in the School District on September 23, 1992 and complained about the hiring procedure and the qualifications of the hired person. The EEO officer told Nada that he will check her file and will discuss the issue with the Principal of Tanana Jr. High.

2. On September 25, 1992 Nada met the EEO officer who informed her that he checked her file and compared it with that of the selected applicant. He informed her that she was very qualified and that he was surprised that she did not get the job. He also indicated that the justification given by the Principal of Tanana Jr. High was that the selected candidate had skiing experience and had two years teaching experience in the bush. Nada indicated that she had about 2 years experience as a substitute teacher dealing with about 120 students a day in comparison about 20 students for teachers in the bush. In addition she stressed that she had 8 years experience as the curator of the biology museum of the American University of Beirut and that her job involved extensive lecturing to students of different age groups. she also stressed that she had been substituting daily nearly all that period in Tanana Jr. High and that she had received outstanding recommendations on her performance from colleagues in that School. The EEO officer indicated that Nada was treated unfairly and the EEO officer did not check carefully into the case of the selected applicant prior to approval due to overload. The EEO officer indicated that he needed to consult with the School District Superintendent and other principals to see how to rectify this mistake. The EEO officer However, the EEO officer during that meeting never mentioned anything about the standard procedures and time limits for official complaints. He also never indicated that Nada qualifies as a minority based on national origin. It should also be noted in this regard that Nada did not know that she qualifies as a minority and her only option on the ethnic background card provided by the School District for job applicants was to classify under "white". The card did not have a category of "others".

3. On October 2, the EEO officer met with Nada and informed her that she had been treated unfairly and based upon his consultations the mistake would be rectified as follows:

\* *The EEO officer told Nada that the Principal of Lathrop will "take her next year". When Nada asked what guarantees did she have and how could she trust the School*



Exhibit 3 page 15

*District, the EEO officer told her that she should "take his word for this". Nada then told him that he would be the last person to trust in the School District.*

*\* The EEO officer told Nada that meanwhile, he would help her get a long-term substitute teacher position should such a position become available.*

4. Nada believed the EEO officer and met with him a number of times to follow-up on her complaint: end of October, end of February, March 5, end of March, April 2, May 22, May 28, June 23, June 28 (?), August 3, August 5, August 12, and August 15. Nada maintained a summary of the details of those meetings for record.

5. On March 5, 1993, Nada met with the EEO officer and pointed out that it was a strange coincidence that the two other members on the interview committee at Tanana Jr. High, had their close friend and wife respectively hired to fill new teaching positions in the School District for 1992-1993 academic year. It should be noted that the wife of the EEO officer, the wife of the Assistant Principal at Tanana (a member of the interview commitee), and a close friend of the Head of the Science Department at Tanana (also member of the interview committee) all were hired in the School District. The hiring was announced in the Board Meeting Agendas on September 1, 1993 and September 15, 1993. The new hire for the Science position at Tanana was also announced on September 1, 1993.

6. During 1992-1993, Nada worked as a substitute teacher at Lathrop High School, Ryan Jr. High, and Tanana Jr. High. She also completed all the requirements for her teaching certification in all sciences (Biology, chemistry, physics, and geology), and mathematics. In April 8, 1993, she was hired as a long-term substitute teacher at Ryan Jr. High until June 2, 1993.

7. On June 23, 1993, Nada met the EEO officer to follow-up her case. During that meeting Nada told the EEO officer that she heard of a number of science and mathematics positions that might open for next year. He confirmed this, but also mentioned that there were a number of layoff teachers or teachers with leave of absence that would fill most of these positions. Nada then asked if it were possible not to have any open position the fits her qualifications. He answered that this would not happen.

8. On June 28, 1993(?), Nada met with the EEO officer again. She asked specifically about the commitment made by the Principal of Lathrop High School. The EEO officer indicated to Nada that he talked with the Principal and he was informed that the Principal's wish is to get Nada into Lathrop specifically because of her multicultural background. The EEO officer told Nada that according to the Head of the Personnel Office, there would two science positions in the School District. He told Nada to relax and have a good summer vacation.

9. On August 3, 1993, The EEO officer informed Nada of a science position at Lathrop and told her that there were three applicants including her in the pool, two of them with science certification (biology). Both of these applicants in the pool were layoff faculty from other schools.

10. Nada was interviewed for the science position at Lathrop High School. The position would involve teaching one course in chemistry and one course in biology.

11. Nada was informed by the Principal of Lathrop on August 11, 1993, that Nada was tied with another woman for the position. He also told Nada that he would try to hire both if another position opened up at Lathrop.

344

000253

Exhibit 3 page 16

12. On August 13, 1993, Nada was informed by the Principal of Lathrop that she did not get the job. He also mentioned that the other person was selected because of her background in chemistry and her teaching experience.

13. On August 13, 1993, Nada met the EEO officer and told him what happened. When she asked about the commitment, he indicated that there was no commitment to hire Nada this year, the commitment in his opinion was to rectify the mistake made last year in the hiring process at Tanana Jr. High, by making sure that Nada is treated fairly in any new subsequent hiring in the School District. During that meeting, Nada indicated that she would seek legal advise on the issue since she strongly believes that the mistake of last year should be corrected. The EEO officer indicated his willingness to deal with the attorney.

14. During the August 13, 1993 visit to the EEO office, Nada was very angry and upset specifically after the EEO officer denied any commitment he made for hiring her to correct the previous Tanana hire. Nada requested to meet the School District Superintendent to explain her case to him and told the his secretary that it is an emergency and that she was very angry and on the verge of "blowing up". The secretary answered sarcastically "is it a matter of life and death". Nada answered "yes, it is a matter of life and death", and indicated that the Superintendent does not meet unsuccessful applicants. She suggested that Nada should see the EEO officer and he will handle her case. Nada went downstairs to inform the EEO officer that she was not given the opportunity to meet the Superintendent. During our meeting he received a phone call and told Nada that the police was coming to evict her from the building. She was shocked and when asked the police officer why, he answered that she threatened to blow-up the building. When she told him that she never said that, he indicated that there might have been a misunderstanding but that she still had to leave the building.

* *Although the EEO officer admits the unfairness and the injustice done to Nada Raad in the hiring process that occurred in Tanana Jr. High in August 1992, the School District does not seem to be willing to do anything about it.*

* *The other incidents in addition to that of Tanana Jr. High, the unwillingness of the School District to correct that mistake, and the denial of the EEO office of any commitment to hire Nada have caused Nada stress, trauma, and extreme anxiety. This was augmented by the fact that a number of other positions were opened for other applicants, and the rules and regulations followed in the hiring process were not applied uniformly in most cases. This has lead to the denial of Nada of fair treatment, which if intentional is a clear case of discrimination because of her ethnic background (She was asked by the EEO officer if she wears the traditional dress in Fairbanks and whether she wears the veil or not). All of this is definitely jeopardizing the future career of Nada Raad, who worked very hard over the last 20 years to be an excellent and qualified teacher.*

* *It should be emphasized that while Nada was denied a position at Tanana she was qualified to get even after substitute teaching and student teaching for two years, other positions were filled by two persons who just finished their student teaching at Tanana in Spring 1992 prior to any substitute teaching.*

* *In another previous incident, a science substitute teacher at Tanana was hired in July 1990 after substitute teaching in the building for two years. Nada who was substitute teaching for two years with excellent recommendations for her fellow colleagues was not hired for a similar position, although she was highly qualified for the job.*

345

Exhibit 3 page 17

*The Principal of Tanana Jr. High who interviewed Nada for the job was subject to a number of previous discriminatory complaints. Nada knows specifically of two such incidents (she learned about these incidents on September 22, 1992, and September 11, 1993).*

Incident 5:

1. On August 6, 1993, Nada was asked to interview for a Science position at Lathrop. Nada heard on August 7, 1993 from a friend that the Principal of Lathrop announced in a meeting held on August 9, 1993 that he already chose the person to fill the position. Nada was recommended by the Head of the Science Department at Lathrop and by another Science teacher for the position. On August 11, 1993, the Principal of Lathrop told Nada that she was tied with another person and that she deserved a job. He indicated that another position might open up if another science teacher at Lathrop who was a layoff will move to middle school. On August 13, 1993 the Principal of Lathrop told Nada the she was not selected for the position. He justified his decision by indicating that the hired person has a "better" Chemistry background than Nada.

2. On September 7, 1993, Nada learned from the Board Meeting Agenda that the person chosen had a BS with 3 years teaching experience and that she was hired to teach Chemistry. However, Nada learned that the hired person is not teaching Chemistry only, but is also teaching 3 hours of Biology in addition to 2 hours of Chemistry contrary to what has been disclosed in the Board Meeting Agenda. In comparison, Nada has MS, is a minority, is certified in all sciences (Biology, Chemistry, Physics, and Geology) in addition to Math. Nada has also substitute taught for the Chemistry and Biology courses that she would have taught had she been chosen for the position. She did a great job to the testimony of her colleagues in Lathrop.

3. Nada also learned on September 7, 1993 from the Board Meeting Agenda that another Science position that opened at West Valley was filled by a male with a Bachelor of Education degree and no experience! Nada was not interviewed for this position.

4. During the April 1993, at Lathrop open house, the Principal of Lathrop told Nada's son (who was applying for Lathrop) in the presence of Nada, that she was an excellent teacher and that he would try his best to get her in Lathrop.

Incident 6:

1. After the incident on August 13, 1993, and according to the advice of Nada's attorney, she applied to the School District on August 30, 1993 to be on the substitute teacher list. Nada received a certified letter on September 8, 1993 from the Director of the Personnel and Employee relations of the School District indicating that the District will not offer her a full time employment or employ her as a substitute teacher because she threatened to "blow-up" the building, in addition to other accusations (See enclosed letter). These accusations were based on words and sentences taken out of context and on a stereotype image of moslems from the Middle East. On August 13, 1993, Nada was angry but was never threatening and never threatened to blow up the building. She was referring to her anger (i.e. blowing up of anger). In addition, she did not say that "somebody is going to get hurt". What she told the EEO officer was referring to her intention to "see a lawyer and that she did not want to see anyone hurt" meaning that she did not want her action of consulting a lawyer to result in anyone already hired instead of her to lose their job. In addition, Nada did not show any outburst outside the



346

000233

Exhibit 3 page   18

Superintendent's office. Although, she was angry and assertive in trying to meet with him. She was simply seeking help. But instead, she was accused unfairly and unjustly based on stereotyping which in itself is very discriminatory. Particularly since this will seriously ruin her reputation and future career, in addition to the possibility of subjecting her family (i.e. Her three sons and husband) to harassment, discrimination, and potential injury.

2. A case in point is an incident that occurred to a child in one of the elementary schools in Fairbanks, where the band teacher hit the child with the band stick and caused him bleeding in his mouth. The mother of the child told the story and indicated that no serious action was taken against the band teacher by the School District!

### References:

The following could provide information relevant to my case:

Alexander Mcfarlane 457-4532, FEA 456-4435
William Schendel 456-1136
Patrice Lee 467-8797



347

Exhibit 3 page 19

August 25, 1993

Further details on Nada's case:

**1992 Tanana Position**

* After Nada's complaint to Charles Moore on possible unfairness and discrimination in the selection procedure (September 23, 1992), Pat Cromer (a black female applicant to the same position who was also denied) was contacted, the same day (September 23), by Tanana Jr. High to fill a new hiring position to teach Health Science. This was done inspite of the fact that Conrad Gonzalez, a Health Science teacher at Tanana was laid off before the appointment of Pat Cromer. Conrad Gonzalez was shifted to another Program (School within a school) at Tanana.

* Pat Cromer never complained about not getting the original Life Science position. She moved to Fairbanks in the Summer of 1992. She told Nada that she did not expect to get a job in the School District that year because she was new to the area.

* Nada Raad, Pat Cromer, Sarah Swift, Morgan Gray and may be others were interviewed for the Life Science position. Sarah Swift was selected for the position. Morgan Gray, a very close friend of Gary Bender (Head of Science at Tanana), got a GT position (That position was held by Carol Evans; she was moved to an English position).

**Lathroop Position**

* Risa Roy was selected for the position. She was not in the original pool of applicants, and never substituted or worked in the School District before (?).

* Nada had a temporary teaching contract with the School District to teach at Ryan Jr. High until June 1993. Nada learned recently that she might have priority for hire for that position (other than lay off Science teachers in the School District).



Exhibit 3 page 20