```
FROM 08/13/93 TO 08/13/93 HRS: 09:57 - 09:57                PAGE   1
======================================================================
93039529   DC                520/5THAV        L5    C*         Tr=0957 Ta=1007
93/08/13   HALLBERG,PAM                       NRP Ct=GJC Dp=GJC Td=1005 Tc=1035
Unit 026   Ofcr1 JF9   Ofcr2       4522000 C  Q/Tm  8   T/Tm  2    N/Tm  28

    R LEBANESE WOMAN WAS REJECTED AS AN APPLICANT AT $, PERS. OFC, 3RD
    FLOOR ROOM 320, REFUSES TO LEAVE AND SAYS SHE IS GOING TO BLOW THE
    BLDG UP
    SHE LEFT

REPORT TYPE:      Daily Activity Log

FROM 08/13/93 TO 08/13/93 HRS: 10:09 - 10:09                PAGE   1
======================================================================
93039531   DC                520/5THAV        L5    C*         Tr=1009 Ta=1009
93/08/13   HALLBERG,PAM                       NRP Ct=GJC Dp=GJC Td=1009 Tc=1034
Unit 019   Ofcr1 CGR   Ofcr2       4522000 A  Q/Tm  0   T/Tm  0    W/Tm  25
```

RECEIVED
JUN 2 2 1998
LPSL

EXHIBIT 94

1-309

000072

Exhibit 4 page 1