```
                IN THE UNITED STATES DISTRICT COURT
                        DISTRICT OF ALASKA

NADA RAAD,                           )
                                     )
              Plaintiff,             )
                                     )
      vs.                            )
                                     )
FAIRBANKS NORTH STAR BOROUGH         )
SCHOOL DISTRICT and JOHN MONAHAN,    )
in his capacity as Superintendent    )
of the FAIRBANKS NORTH STAR          )
BOROUGH SCHOOL DISTRICT,             )
                                     )
              Defendants.            )
_____)
Case No. F97-0068 Civil
```

## VIDEO DEPOSITION OF SHARON LOVELL

APPEARANCES:

FOR THE PLAINTIFF:    MR. ROBERT A. SPARKS
                      Law Offices of Robert A. Sparks
                      Attorneys at Law
                      1552 Noble Street
                      Fairbanks, Alaska  99701
                      (907) 451-0875

FOR THE DEFENDANT:    MR. PETER C. PARTNOW
                      Rubini & Reeves
                      Attorneys at Law
                      601 West Fifth Avenue
                        Suite 500
                      Anchorage, Alaska  99501
                      (907) 277-7100

ALSO PRESENT:         Ms. Nada Raad
                      Ms. Bett Schaffhauser
                      Ms. Kris Hall

* * * *

R & R COURT REPORTERS
709 Second Avenue
Fairbanks, Alaska  99701
(907) 452-3589

Exhibit 5 page 1

| | | |
|---|---|---|
| 1 | A | We were basically inter- -- inter-trained.  We tried to |
| 2 | | watch over everybody's desk a little bit while we worked |
| 3 | | there.  I mean, it wasn't like she didn't know anything |
| 4 | | about my desk. |
| 5 | Q | Did -- did she ever -- did you ever show her the cutoff |
| 6 | | score sheet or make her aware of that before you left? |
| 7 | A | I can't remember that I did specifically, but probably |
| 8 | | more than likely I would have.  I would have shown her |
| 9 | | that book. |
| 10 | Q | When you say a book, what do you -- what are you talking |
| 11 | | about? |
| 12 | A | It was just a pink folder that I had that was -- had |
| 13 | | sort of vacations, phone numbers, certification, types; |
| 14 | | like if -- if it was elementary, it would have had an |
| 15 | | abbreviation that said ELM.  It had everything, |
| 16 | | everything; phone numbers to schools, secretaries' |
| 17 | | names, just had everything.  It was just kind of a quick |
| 18 | | reference book that I had. |
| 19 | Q | Do you recall during 1991 if you had any communication |
| 20 | | with Ms. Raad about her application for employment as a |
| 21 | | teacher? |
| 22 | | MR. PARTNOW:  Objection. |
| 23 | A | I did not .... |
| 24 | | MR. PARTNOW:  Go ahead. |
| 25 | A | I did not work for the district in 1991. |

```
1   Q    Oh, I'm sorry, in 1992.
2   A    I'm sorry, can you ....
3   Q    Do you know if you had any communication with Ms. Raad
4        about her -- the status of her application for
5        employment during 1992 with the school district?
6   A    I'm sure I did.  Nada was -- had a file with our office
7        and I talked to several applicants.
8   Q    Did anyone tell you that Ms. Raad had made a bomb threat
9        at any time while you worked for the Fairbanks North
10       Star Borough School District?
11  A    I did hear about it at the school district office.
12  Q    Who did you hear that from?
13  A    I don't remember who I heard it from, to tell you the
14       truth.  I don't remember.
15  Q    Do you know if it was Anita?
16  A    It more than likely may have been Anita, but I can't say
17       with a hundred percent whether it was Anita or -- or
18       someone else.
19  Q    Do you know if she told you about that on the day it
20       happened?
21            MR. PARTNOW:  Objection.  Assumes facts not in
22  evidence.  You can go ahead and answer.
23  A    I don't remember when I heard it.
24  Q    And what do you recall hearing about it?
25  A    Well, the only thing I kind of remember hearing is that
```

|    |   |                                                                          |
|----|---|--------------------------------------------------------------------------|
| 1  |   | there was -- some -- something had happened with Nada,                   |
| 2  |   | and I wasn't really sure what it was at the beginning.                   |
| 3  |   | I don't even know that I remember that for certain,                      |
| 4  |   | looking back at it now, it's been so long, if -- if it                   |
| 5  |   | was a bomb threat then or there's just something was                     |
| 6  |   | going on with Nada and that the police were involved                     |
| 7  |   | at ....                                                                  |
| 8  | Q | Well, to your knowledge, were the police called on any                   |
| 9  |   | other occasions to the borough administrative offices                    |
| 10 |   | when you worked for them at the -- downtown?                             |
| 11 | A | For drunks and things in the building they were called.                  |
| 12 | Q | Were they ever called for -- do you recall if there was                  |
| 13 |   | some persons there that were upset about the Impression                  |
| 14 |   | series of books that had the police called on them?                      |
| 15 | A | Not that I remember.                                                     |
| 16 | Q | Do you know if there was any other teaching applicants                   |
| 17 |   | that had the police called to have them removed from the                 |
| 18 |   | building?                                                                |
| 19 | A | Not that I know of.                                                      |
| 20 | Q | Did you ever talk with Charles Moore about Ms. Raad's                    |
| 21 |   | application for employment with the school district?                     |
| 22 | A | I don't remember specifically, but I may have. We                        |
| 23 |   | talked about a lot of applicant files.                                   |
| 24 | Q | Do you recall if anyone ever mentioned to you that                       |
| 25 |   | Ms. Raad had had a -- had made a complaint during 1992                   |

## In The Matter Of:

*Raad   v.*
*Fairbanks North Star*

---

*Jerry Hartsock*
*June 11, 1998*

---

*Patricia Murray & Associates*
*The Difference we make ... makes all the Difference*
*10524 East Grand River*
*Suite 101*
*Brighton, MI  48116*
*(800) 875-8238    FAX: (810) 229-5789*

*Original File jb9179-2.asc, 57 Pages*
*Min-U-Script® File ID: 1027465908*

**Word Index included with this Min-U-Script®**

Exhibit 5 page   5

Page 41

[1] the Copper House UAF. I tell you what, strike that.
[2] Do you recall being present at a meeting at the
[3] Copper House at the University of Alaska Fairbanks
[4] with education students where the students
[5] introduced themselves and explained their
[6] background?
[7]   A: I must have done that 100 times. I don't recall a
[8] specific one, but I have done that – I did that at
[9] least 100 times.
[10]   Q: Testimony at the time of the interview for the
[11] Lathrop High School science position during August
[12] of 1993 that you are not aware of Ms. Raad's
[13] national origin?
[14]   A: I mean, I just didn't – I didn't recall. I mean,
[15] it's not something that was remarkable to me. I
[16] probably had been told, but, yeah, it wasn't
[17] remarkable to me at the time.
[18]   Q: Were you aware of her religion at the time of the
[19] interviews?
[20]   A: Not that I recall.
[21]   Q: Do you recall if she ever discussed in class her
[22] background and growing up in Lebanon and going to
[23] high school there?
[24]   A: It's possible. Students did discuss their
[25] backgrounds in virtually all the classes, and

Page 42

[1] students came from enormously diverse backgrounds in
[2] those classes. And they all shared something about
[3] them. I certainly don't recall what each of them
[4] said.
[5]   Q: In your experience with Ms. Raad did you form an
[6] opinion about her character?
[7]   A: I mean I always felt she was a real neat person, a
[8] wonderful person. That's all I remember about her.
[9] Not beyond that. I didn't know her very well, but I
[10] thought she was a really, a really fine person.
[11]   Q: You have never seen Mrs. Raad in a situation where
[12] you believed she was behaving inappropriately, did
[13] you?
[14]   MS. BROWN: Object to the leading question.
[15]   THE WITNESS: I personally never saw Ms.
[16] Raad act inappropriately that I recall.
[17]   BY MR. SPARKS:
[18]   Q: Did you hear from anyone else about an alleged
[19] incident that occurred at the Fairbanks North Star
[20] Borough administrative offices?
[21]   MS. BROWN: Objection. Calls for hearsay.
[22] Foundation.
[23]   THE WITNESS: I am not certain. I read
[24] something about that in these things, but I don't
[25] really recall that.

Page 43

[1]   BY MR. SPARKS:
[2]   Q: Were you ever contacted by Charles Moore about the
[3] Lathrop High School science position hiring during
[4] August of 1993?
[5]   A: As I mentioned earlier, I don't recall specifically.
[6] I spoke to Charles often. I spoke to Charles about
[7] virtually every hire that I made. But I don't
[8] recall specifically.
[9]   Q: Were you given any training by the school district
[10] when you assumed your responsibility as the
[11] principal at Lathrop for the responsibility for
[12] hiring teachers? Did you receive any training on
[13] that?
[14]   A: We received – I received training regarding hiring
[15] regularly throughout my career.
[16]   Q: Did you ever receive any from the – that was
[17] conducted by – either conducted by or directed by
[18] the Fairbanks North Star Borough School District?
[19]   A: I don't recall specifically, but I do know that
[20] training occurred on a regular basis at the
[21] Fairbanks North Star Borough School District. But I
[22] don't recall.
[23]   Q: Do you recall if you had any guidelines or
[24] procedures that they needed – that they required
[25] you to follow in doing the interviews?

Page 44

[1]   A: Yeah, I mean, every school district I ever worked
[2] for has guidelines and procedures, and I'm certain
[3] they did.
[4]   Q: Do you recall if those required you to turn in any
[5] documents as far as the notes of the interviews?
[6]   A: I believe that they did, although I don't recall
[7] specifically.
[8]   Q: Do you recall if Nada Raad brought any documents in
[9] at the time of her interview, such as a transcript,
[10] resume'?
[11]   A: That would be standard practice, but I don't recall.
[12]   Q: If Ms. Raad had the understanding that somebody had
[13] said that Rise Roy had attended medical school or
[14] something is a reason that she was more qualified,
[15] do you recall anything about that aspect of her
[16] experience or education?
[17]   MS. BROWN: Object as to form, foundation,
[18] and hearsay.
[19]   THE WITNESS: I do not recall that
[20] specifically.
[21]   BY MR. SPARKS:
[22]   Q: Do you recall if any of the other applicants that
[23] you interviewed for the science position at Lathrop
[24] high school were of a protected class?
[25]   A: No, I do not.

```
 1                    IN THE UNITED STATES DISTRICT COURT

 2                            DISTRICT OF ALASKA

 3    NADA RAAD,                        )
                                        )
 4                 Plaintiff,           )
                                        )
 5         vs.                          )
                                        )
 6    FAIRBANKS NORTH STAR BOROUGH      )
      SCHOOL DISTRICT and JOHN MONAHAN, )
 7    in his capacity as Superintendent )
      of the FAIRBANKS NORTH STAR       )
 8    BOROUGH SCHOOL DISTRICT,          )
                                        )
 9                 Defendants.          )
      _____)
10    Case No. F97-0068 Civil

11                    VIDEO DEPOSITION OF LOU BATES

12    APPEARANCES:

13         FOR THE PLAINTIFF:      MR. ROBERT A. SPARKS
                                   Law Offices of Robert A. Sparks
14                                 Attorneys at Law
                                   1552 Noble Street
15                                 Fairbanks, Alaska  99701
                                   (907)  451-0875
16

17         FOR THE DEFENDANT:      MR. PETER C. PARTNOW
                                   Rubini & Reeves
18                                 Attorneys at Law
                                   601 West Fifth Avenue
19                                   Suite 500
                                   Anchorage, Alaska  99501
20                                 (907)  222-7100

21
           ALSO PRESENT:           Ms. Nada Raad
22                                 Ms. Bett Schaffhauser
                                   Ms. Kris Hall
23

24                                * * * *

25
```

| | | |
|---|---|---|
| 1 | | position at Tanana Middle School during 19- -- during |
| 2 | | August of -- August of 1992? |
| 3 | A | I don't recall any -- anything. |
| 4 | Q | Ms. Cromer was eventually inter- -- interviewed and |
| 5 | | hired for -- well, she was eventually hired for a health |
| 6 | | position during either September or October of 1992. Do |
| 7 | | you know -- were you involved in the hiring process for |
| 8 | | Ms. Cromer's health position? |
| 9 | A | I don't recall if I was involved in anything, I saw her |
| 10 | | paperwork as it was coming through, or -- or not. |
| 11 | Q | Were you at work on August 13th, 1993 when Ms. Raad |
| 12 | | was -- claimed to have made a bomb threat at the school |
| 13 | | district administrative office? |
| 14 | A | I believe I was at work that day. I remember someone |
| 15 | | saying something, and I remember thinking that it was |
| 16 | | that -- that same day. That would be the -- well, I'm |
| 17 | | trying to remember who (indiscernible), and I think it |
| 18 | | was that same day. I think I was there. |
| 19 | Q | Do you think it was Anita that told you about that? |
| 20 | A | That's what I said earlier. I thought it was Anita that |
| 21 | | had mentioned it. |
| 22 | Q | Were you aware the police were called on that occasion? |
| 23 | A | I -- I heard something about that. I heard that they -- |
| 24 | | they were called. |
| 25 | Q | To your knowledge, have the police been called any time |

Case 4:97-cv-00068-RRB   Document 544-6   Filed 08/13/2007   Page 9 of 15

130

| | | |
|---|---|---|
| 1 | | prior to that while you worked for the school district |
| 2 | | to respond to anyone that was either disruptive or |
| 3 | | creating any kind of a risk at the school district |
| 4 | | administrative office at any time? |
| 5 | A | I don't have any knowledge of .... |
| 6 | Q | Were there some persons that came to review documents |
| 7 | | regarding, I think it was the Impressions series of |
| 8 | | books that the police were -- do you know if the police |
| 9 | | were called when -- on -- on an occasion when they were |
| 10 | | there? |
| 11 | A | I have no knowledge on that at all. |
| 12 | Q | Were you ever present with any other school district |
| 13 | | employees on August 13th when Ms. Raad was alleged to |
| 14 | | have made the bomb threat, and where that matter was |
| 15 | | discussed? |
| 16 | A | I don't recall exactly where I was, except that I was in |
| 17 | | the personnel office. |
| 18 | Q | Do you know Ms. Deborah Kerr-Carpenter, don't you? |
| 19 | A | Yes. |
| 20 | Q | Do you know whether there were any complaints of |
| 21 | | discrimination against her during 1991 or 1992? |
| 22 | A | I'm not aware of any. |
| 23 | Q | You don't have personal knowledge of them, or -- or |
| 24 | | you're not aware of -- you haven't heard anything. |
| 25 | A | I don't have personal knowledge, nor am I aware. |

R & R COURT REPORTERS
709 Second Avenue
Fairbanks, Alaska 99701
(907) 452-3589

Exhibit 5 page 9

```
           IN THE UNITED STATES DISTRICT COURT
                   DISTRICT OF ALASKA
```

NADA RAAD,                              )
                                        )
            Plaintiff,                  )
                                        )
      vs.                               )
                                        )
FAIRBANKS NORTH STAR BOROUGH            )
SCHOOL DISTRICT and JOHN MONAHAN,       )
in his capacity as Superintendent       )
of the FAIRBANKS NORTH STAR             )
BOROUGH SCHOOL DISTRICT,                )
                                        )
            Defendants.                 )
_____)

Case No. F97-0068 Civil

### VIDEO DEPOSITION OF KATHY HARROD

APPEARANCES:

FOR THE PLAINTIFF:   MR. ROBERT A. SPARKS
                     Law Offices of Robert A. Sparks
                     Attorneys at Law
                     1552 Noble Street
                     Fairbanks, Alaska  99701
                     (907) 451-0875

FOR THE DEFENDANT:   MR. PETER C. PARTNOW
                     Rubini & Reeves
                     Attorneys at Law
                     601 West Fifth Avenue
                       Suite 500
                     Anchorage, Alaska  99501
                     (907) 277-7100

ALSO PRESENT:        Ms. Nada Raad
                     Ms. Bett Schaffhauser
                     Ms. Kris Hall

                        * * * *

R & R COURT REPORTERS
709 Second Avenue
Fairbanks, Alaska 99701
(907) 452-3589

Exhibit 5 page 10

| | | |
|---|---|---|
| 1 | Q | Has anyone ever told you that Ms. Raad threatened to |
| 2 | | blow up a building? |
| 3 | A | Yes. |
| 4 | Q | Who told you that? |
| 5 | A | Jerry Hartsock. |
| 6 | Q | When did he tell you that? |
| 7 | A | At a meeting sometime shortly after the incident. |
| 8 | Q | Are you referring to the -- the incident in 1993 where |
| 9 | | Ms. Raad is alleged to have threatened to blow up a |
| 10 | | building? |
| 11 | A | Yes. |
| 12 | Q | Do you know how -- how -- what month that was? |
| 13 | A | All I know, it was in the fall. |
| 14 | Q | I think the -- Ms. Raad would testify I think, and the |
| 15 | | records are going to show, that that accusation occurred |
| 16 | | on August 13th, 1993.  And do you know how long after -- |
| 17 | | after that date that Jerry Hartsock may have mentioned |
| 18 | | to you that Ms. Raad threatened to blow up a building? |
| 19 | A | All -- I can't remember the date.  I can remember where |
| 20 | | I was at.  We were at an in-service meeting at Sophie's |
| 21 | | Plaza. |
| 22 | Q | And what did Mr. Hartsock say about that? |
| 23 | A | He just said that there had been an incident.  And I |
| 24 | | can't remember the exact wording, but he said something |
| 25 | | about she had threatened. |

24

| | | |
|---|---|---|
| 1 | Q | Did Mr. Hartsock say that Ms. Raad had threatened him? |
| 2 | A | I can't remember the exact incident. I just know he mentioned something about an incident that had occurred. |
| 4 | Q | Was it -- that -- that in-service, was it before school started or was it during school? |
| 6 | A | I would have to say it was probably before, but I'm not sure whether it was like an in-service or an accredited class or -- we were in a group, and so I can't remember what quite -- I just remember where I was at. |
| 10 | Q | Okay. And if I understand -- understand your testimony, Mr. Hartsock told you that Ms. Raad had threatened to blow up a building and that she had made some kind of threat against him? |
| 14 | A | No. |
| 15 | | MR. PARTNOW: Objection. Mischaracterizes the testimony. |
| 17 | A | I don't know if she made a threat against him. He just said she had made a threat. She didn't -- he didn't refer to who, as far as I can remember. |
| 20 | Q | And that was in addition to him telling you that she -- she'd threatened to blow up a building? |
| 22 | | MR. PARTNOW: Objection. Mischaracterizes the testimony. |
| 24 | A | All I can remember is he said there was an incident where she had threatened, and something about blowing |

|    |   |                                                                        |
|----|---|------------------------------------------------------------------------|
| 1  |   | up, but I don't know who, what, when, or where. I just                 |
| 2  |   | remember that he had said something.                                   |
| 3  | Q | Okay. Who else was present at that time? Do you know?                  |
| 4  |   | MR. PARTNOW: Objection. Vague as to ....                               |
| 5  | Q | When -- when Mr. Hartsock made this statement to you.                  |
| 6  | A | I'm not sure. There was a whole group of teachers, but                 |
| 7  |   | I'm not sure who.                                                      |
| 8  | Q | Can you name even one person that was there?                           |
| 9  | A | Well, I'm trying to think. I just know there was a                     |
| 10 |   | group of us, but who exactly was in that group, I'm not                |
| 11 |   | sure. I know Jerry Hartsock was there. I can't say for                 |
| 12 |   | sure who else was there. There was several people, but                 |
| 13 |   | which teachers exactly I can't see them -- I mean,                     |
| 14 |   | picture who they are.                                                  |
| 15 | Q | Do you know if there was any other administrators there?               |
| 16 | A | No, I can't -- I know there were teachers, but I'm not                 |
| 17 |   | sure who.                                                              |
| 18 | Q | Did Mr. Hartsock say -- act like he was surprised in any               |
| 19 |   | way about the -- did he -- cancel that. Did                            |
| 20 |   | Mr. Hartsock express to you in any way that he was                     |
| 21 |   | surprised that Ms. Raad had threatened to blow up a                    |
| 22 |   | building?                                                              |
| 23 | A | No. He -- no.                                                          |
| 24 | Q | Did -- did he say it was unusual?                                      |
| 25 | A | Not ....                                                               |

|   |   |   |
|---|---|---|
| 1 |   | MR. PARTNOW: Objection. Vague. |
| 2 | A | Not that I can remember. |
| 3 | Q | Do you remember what the purpose of the in-service was? |
| 4 | A | I don't -- I'm not sure if we'd call it an in-service or whether it was a class we were taking, but somehow I think it was on restructuring - I'm not even sure - of the school.  We were having so many meetings throughout those years, I'm not sure what exactly the topic was.  I just know we were there and had name tags and in groups. |
| 10 | Q | Okay.  You got paid for it? |
| 11 | A | I have not a clue. |
| 12 | Q | Okay. |
| 13 | A | If it was a class, I doubt it. |
| 14 | Q | In your experience with the hiring process, do you know whether the -- the personnel office has a pool of applicants that they provide the files to the principals? |
| 18 |   | MR. PARTNOW: Objection. Lack of foundation. |
| 19 | A | All I know is I get files to look at.  I would -- I know they do interview and screening, but how they do it, what they ask, I'm not sure. |
| 22 | Q | When did you first meet Nada Raad?  Can you recall that? |
| 23 | A | I can't remember if it was a friend that introduced us or whether I met her through student -- where she was subbing in the building, I've had dinner with her.  I |

```
 1                    IN THE UNITED STATES DISTRICT COURT
 2                           DISTRICT OF ALASKA
 3      NADA RAAD,                        )
                                          )
 4                     Plaintiff,         )
                                          )
 5           vs.                          )
                                          )
 6      FAIRBANKS NORTH STAR BOROUGH      )
        SCHOOL DISTRICT and JOHN MONAHAN, )
 7      in his capacity as Superintendent )
        of the FAIRBANKS NORTH STAR       )
 8      BOROUGH SCHOOL DISTRICT,          )
                                          )
 9                     Defendants.        )
        _____)
10      Case No. F97-0068 Civil

11                 VIDEO DEPOSITION OF SANDRA McGILL

12      APPEARANCES:

13           FOR THE PLAINTIFF:     MR. ROBERT A. SPARKS
                                    Law Offices of Robert A. Sparks
14                                  Attorneys at Law
                                    1552 Noble Street
15                                  Fairbanks, Alaska  99701
                                    (907)  451-0875
16

17           FOR THE DEFENDANT:     MR. PETER C. PARTNOW
                                    Rubini & Reeves
18                                  Attorneys at Law
                                    601 West Fifth Avenue
19                                    Suite 500
                                    Anchorage, Alaska  99501
20                                  (907)  277-7100

21
             ALSO PRESENT:          Ms. Nada Raad
22                                  Ms. Bett Schaffhauser
                                    Ms. Kris Hall
23

24                                * * * *

25
```