IN THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

NADA RAAD,                              )
                                        )
                    Plaintiff,          )
                                        )
        vs.                             )
                                        )
FAIRBANKS NORTH STAR BOROUGH            )
SCHOOL DISTRICT and JOHN                )
MONAHAN, in his capacity as            )
Superintendent of the FAIRBANK         )
NORTH STAR BOROUGH SCHOOL              )
DISTRICT,                               )
                                        )
                    Defendants.         )
---------------------------------

Case No. F97-0068 CV (HRH)


        The telephonic video evidence deposition of

DEBORAH KERR, called by the Defendant, for

examination, pursuant to notice, and pursuant to the

provisions of the Federal Code of Civil Procedure and

the Rules of the Supreme Court pertaining to the

taking of depositions for the purpose of evidence,

taken before Debra L. Zeit, CSR, RMR, at 128 North

West Street, Waukegan, Illinois, on the 26th day of

October, 1998, at the hour of 11:31 a.m.

EXHIBIT 63

000090

15

1      Q.   Do you know if there was a separate

2   pool at that central office for applicants that

3   were certified in life science?

4      A.   I don't know if there was a separate pool,

5   but there were individuals that I would be able to

6   look at in terms of to be considered for the

7   interview pool.

8      Q.   And what documents would there be?

9           What documents would be in the

10  folders that you looked at?

11     A.   Resumes, recommendations, other

12  artifacts containing work experiences or other

13  experiences that lent well to the field of

14  teaching.  And also the applicant's completed

15  application to the school district.  It was a

16  pretty elaborate application as I recall, several

17  pages.  And perhaps a writing sample.  I can't

18  recall everything but that's the gist of it.

19     Q.   Was there any preliminary interviews?

20     A.   Would there be any preliminary interviews,

21  is that what you're asking?

22     Q.   My understanding is the preliminary

23  interview process where people were interviewed

24  by principals from the school district is part of

16

1    a screening process.

2              And my question is, in your

3    review of the files when you were doing hiring

4    for teaching positions at Tanana Middle School

5    whether there was -- any of the files you

6    reviewed had copies of the documents from the

7    preliminary screening interviews?

8        A.    Yeah.  I believe so.  I can't, you

9    know, answer for sure but I believe so.  There

10   were some documentation of that and so forth.

11   But not all candidates always had that

12   information I believe.  So I can't answer for

13   sure.

14              (Discussion off the record.)

15   BY MR. SPARKS:

16       Q.    And was it your -- in working at

17   Tanana Middle School did you ever meet a person

18   named Nada Raad?

19       A.    Yes.  I came to know her as a parent

20   first.

21       Q.    Okay.  And she had children in school?

22       A.    Yes.  I believe she had a son in the

3    school.

4        Q.    And at some point did you hire

46

1      Q.      Is Sarah Swift also Caucasian?

2      A.      Yes.

3      Q.      She's also blond, isn't she?

4      A.      I don't recall.

5      Q.      And in Exhibit 1 it says that the

6   reason for her selection was content area of

7   expertise?

8      A.      Yes.

9      Q.      What did you mean "content area of

10  expertise?"

11     A.      Working with students in the arena of

12  life science or science experiment curriculum.

13     Q.      And how was it different than the

14  other applicants?

15     A.      Middle school specialists take more of a

16  generalist approach and a more integrated approach to

17  life science or physical science or earth sciences.

18  And also Ms. Swift had experience in teaching middle

19  school, and I thought that was a criteria for the job

20  as we were making the transition from traditional

21  junior high to middle school.  And in fact we were

22  the last school in the district to make that change.

23     Q.      Did Ms. Swift have any experience with

24  team teaching?

47

1          A.     I don't recall but I believe she did

2     work in a middle school.   And so most middle

3     schools, the major element of the middle school

4     philosophy is working with a team of teachers.

5          Q.     And the next thing it says,

6     consortium or consortium?   What is that in

7     reference to?

8          A.     I believe that was a teacher training

9     program that Ms. Swift had participated in that I

10    thought would lend well to the varied strategies

11    that I thought were required of middle school

12    teachers to possess.

13         Q.     Do you recall what type of class it

14    was?

15         A.     I can't recall what type of class, if

16    it was from the university or some -- something

17    from field experiences.   I can't recall.

18         Q.     Is there any other reason you hired

19    Ms. Swift other than the content area of

20    expertise and consortium training and her

21    experience in middle school?

22         A.     Like I said previously, I thought she

23    would be the best person for the job knowing the

24    position she needed to fill in with the team and

48

1    how her strategies would complement the other

2    teachers on her team, and looking at my entire

3    staff in general.  So that's why she was selected

4    for the job.

5         Q.    Is there anything specific you can say

6    that was better about her qualifications than

7    Ms. Raad?

8         A.    Only those that are listed.

9         Q.    Ms. Raad didn't have any content area

10   of expertise?

11            MR. PARTNOW:  Objection.

12   Mischaracterizes testimony.

13            THE WITNESS:  Like I said, her

14   content area of expertise was a better fit for

15   our school in our situation working with the

16   adults on the team and with the rest of my staff.

17            MR. SPARKS:  Tell you what, can you go

18   off the record for a second and, Madam Court

19   Reporter, can you get a document that's numbered

20   6131, Fairbanks North Star Borough School

21   District, interview report, confidential at the

22   top.  The number in the lower left-hand corner is

23   006131.  Looking at my stack it looks like it's

24   kind of in the middle towards the front.

58

1    school district but also there was a like a central

2    office bulletin board that would list different

3    postings that came open throughout the year.  And as

4    a principal I got those all throughout the year for

5    different positions such as clerical staff,

6    non-certified staff, custodians, cafeteria workers,

7    et cetera.

8        Q.    So it's your testimony that the school

9    district maintained some central location where

10   job applicants could find out what positions were

11   available or would be -- were going to become

12   available in schools in the Fairbanks North Star

13   Borough School District?

14       A.    Yes.  That's my understanding because

15   that's how I find out about a teaching job

16   available in the district myself, so yes.

17       Q.    What teaching job would that be that

18   you found out about?

19       A.    It was a physical education position

20   that became open when I first moved to Fairbanks.

21       Q.    Where did you get that information?

22       A.    By going to the personnel office and

23   finding out about a possible opening.  There had

24   been a last minute transfer done by the

59

1    superintendent at that time.

2         Q.    The bulletin board or something?

3         A.    Yeah.  There was a -- I'm not sure

4    what they have now or exactly the location but

5    there was a board listing all job vacancies in

6    the district.

7         Q.    Other than the time that you reviewed

8    it is there any other time that you have specific

9    personal knowledge that there was this listing of

10   jobs that were available at the central office

11   for teaching positions?

12        A.    Yes.  I mean, I think it was our

13   procedure to not only post these but, you know,

14   central office played a part in that too in

15   posting vacancies.

16        Q.    Do you have any specific personal

17   knowledge that there was someplace at central

18   office during let's say 1992 that positions such

19   as your life science teaching, seventh grade life

20   science teaching position would be posted for job

21   applicants to learn of the opening?

22        A.    I did not personally observe any posting

23   at that time.  But I also wasn't in central office

24   looking so.

60

1      Q.    The only time you were in central office

2    looking was when you saw the PE position?

3      A.    Yeah.  That was, you know, eight years

4    ago when I first moved to Alaska.

5      Q.    So that would have been in about 1981

6    or so?

7      A.    No.  I think it's a little later than

8    that.  I would have to look on my calendar.

9      Q.    What year was it, can you recall,

10    that you saw this posting?

11      A.    Give me a minute.  I will map it out

12    here.  I believe it was in 1983.

13      Q.    1983.  Would that have been the only

14    time that you had personal knowledge that that

15    posting existed there?

16      A.    Yes.  Because I would go to the personnel

17    office and inquire about any vacancies open.  Yes.

18      Q.    After you were hired by the school

19    district you didn't have any reason to go down

20    and look and see if this job posting was still

21    available, did you?

22      A.    No.  But I had frequently seen job

23    postings, you know, on the board.  But no, I

24    didn't go and check every time I had a job

61

1    opening, no.

2        Q.    You testified you had frequently seen job

3    openings.  And my question is, are you saying

4    teaching job openings or just job openings?

5        A.    Any job openings in the district were

6    posted.

7        Q.    That's your understanding of this

8    board that they had in the central office?

9        A.    That's my understanding, yes.

10       Q.    Do you have any personal knowledge

11   that the teaching positions were also posted on

12   this board during the time period from 1990 to

13   1993?

14       A.   I believe all positions were posted

15   whether they were teaching, clerical, non-certs

16   or whatever.

17       Q.    Looking at the time period from 1990

18   to 1993, how would you know that teaching job

19   positions were posted on this board during that

20   time period?

21       A.    I might have observed them.  But I can't

22   recall, you know, going there to specifically look at

23   the board.  But principals did receive openings, you

24   know, that were listed through the personnel office.

62

1      So it was another means of communication, I think, to

2      the district and general public about the vacancies

3      listed.

4          Q.    You can't recall looking at a job

5      posting in the central office during 1990 to 1993

6      that would have included any teaching jobs;

7      correct?

8          A.    I can't recall.

9          Q.    You are speculating about that based

10     on your earlier experience?

11         A.    I can't recall.  I assumed that all

12     district -- or all jobs were posted in the

13     district.  It was not a requirement of me to go

14     check the board.

15         Q.    Do you recall if another teacher

16     named Morgan Gray was hired at Tanana Middle

17     School during 1992?

18         A.    I'm not sure of the date that Morgan Gray

19     was hired, but I believe he was my Gifted and

20     Talented teacher that was hired for the school.

21         Q.    And were there any other persons

22     interviewed for that position?

23         A.    I assume there were but I can't recall

24     those individuals at this time.

63

1      Q.    Do you recall if it was -- well, did

2    you go to central office and review files for

3    applicants for the teaching position?

4      A.    I can't recall.

5      Q.    Can you recall if you looked at a pool

6    of applicants for teaching positions at any time

7    during 1992 before you hired Mr. Morgan Gray?

8      A.    I really can't recall.

9      Q.    Can you look at Exhibit 1.

10     A.    The applicant flow chart?

11     Q.    Yeah.

12     A.    Okay.

13     Q.    It says Mr. Gray on it, doesn't it?

14     A.    Yes, it does.

15     Q.    He was interviewed for the seventh

16   grade life science position?

17     A.    Yes, he was.

18     Q.    Was he selected for that position?

19     A.    For the life science job, no, he was

20   not selected for the life science job.

21     Q.    Did you want to select him for the

22   life science job?

23     A.    No.  Sarah Swift was selected.

24     Q.    Is there any time that you had decided

64

1    to give Mr. Morgan Gray the life science position

2    at Tanana Middle School?

3        A.    I don't recall.

4        Q.    Do you recall if the team objected to

5    hiring Morgan Gray for the seventh grade life

6    science position?

7        A.    I can't recall because I don't even

8    remember if he was a finalist for the position.

9        Q.    On Exhibit 1 it shows he was

10    interviewed; correct?

11        A.    Yes.

12        Q.    Do you recall if he was selected for a

13    lesson plan?

14            MR. PARTNOW:    Objection.    Asked and

15    answered.

16            THE WITNESS:    No.    I can't recall who

17    the finalists were for that position.

18    BY MR. SPARKS:

19        Q.    Did you fill out any document

20    selecting Mr. Gray for the seventh grade life

21    science position?

22        A.    His name might have been included in an

23    interview report, but that's all I can recall at this

24    point not having that information in front of me.

65

1    Q.    What are you referring to, the

2    interview report?

3    A.    Well, listed on the applicant flow

4    chart required filling out a report for each of

5    the candidates.  And so without that in front of

6    me I can't really say what was filled out and

7    what I said because I don't recall.

8    Q.    Do you know of any reason you wouldn't

9    have prepared an interview report for Mr. Morgan

10    Gray for his interview for the seventh grade life

11    science position?

12    A.    No.  I can't really say.  I don't

13    know.

14    MR. SPARKS:  Madam Court Reporter,

15    could you mark the next document, the next

16    exhibit, the document that's numbered 103896.

17    (Discussion off the record.)

18    (Deposition Exhibit No. 3

19    marked for identification.)

20    MR. SPARKS:  Is it Exhibit 3 that you

21    just marked, Madam Court Reporter?

22    THE WITNESS:  Yes, I have it.

23    Q.    Would you identify that document for

24    us.

66

1       A.    Employment recommendation for Morgan

2   Gray for the Fairbanks North Star Borough School

3   District.

4       Q.    Is that a document signed by you?

5       A.    Yes, it is.

6       Q.    And I represent to you on there where

7   it's scratched out it says life science.  Do you

8   know why that was wrote in?

9       A.    Yeah.  It does look like that, yeah.

10  Uh-huh.

11      Q.    Why?

12      A.    After looking at this document I

13  recall we had a last-minute opening in the Gifted

14  and Talented area as well as the life science

15  area.

16      Q.    Why was Exhibit 3 changed from

17  seventh grade life science to Gifted and

18  Talented?

19      A.    Because of notice of an opening in the

20  Gifted and Talented area we changed our mind on

21  who would be placed in this position.

22      Q.    Who was originally supposed to be

23  hired for the position?

24      A.    I believe -- and I can't recall

67

1     completely.  I believe that it was between Morgan

2     Gray and Sarah Swift for the life science

3     position and we had decided that the Gifted and

4     Talented position would be a better fit knowing

5     that we had this last-minute opening.

6          Q.    You initially had selected Mr. Gray

7     for this seventh grade life science position?

8          A.    It certainly appears that way.

9          Q.    You don't have any recollection at

10    this time?

11         A.    I'm sorry.  I can't recall.

12         Q.    And did the team interfere in your

13    selection of Mr. Gray for the life science

14    position, if you recall?

15         A.    No, they did not.

16         Q.    They didn't have any involvement in

17    the selection of Sarah Swift for the life science

18    position?

19         A.    Yes, they did.

20         Q.    What involvement did they have?

21         A.    They were part of the interview process,

22    and they helped evaluate the lesson that was

23    presented from each of the teachers.

24         Q.    After that point --

68

1          A.    Could you repeat that again.

2          Q.    After the lesson plan had already

3    been -- cancel that.

4                You filled out this form,

5    Ms. Carpenter, indicating you wanted to select

6    Mr. Gray for the seventh grade life science

7    position after you had discussed with the

8    interview committee the qualifications of all the

9    individuals in their performance on the lesson

10   plan preparation; correct?

11         A.    I did not say when I had discussed

12   this information with the interview team.  The

13   interview team and I participated together in

14   interviewing all of the candidates and in making

15   the decision on how to place the individuals in

16   the best possible situation for the school.

17   That's all I can say about that.

18         Q.    Did Mr. Gray interview with other

19   applicants for the teaching position or was he

20   selected based on his interview for the life science

21   position?

22         A.    Due to the late nature of this job

23   opening, I believe he was selected based upon the

24   information that we had gathered from the life

69

1    science interview.

2         Q.    Was there any reason Ms. Raad wasn't

3    considered for the Gifted and Talented position?

4         A.    I can't recall.  I don't have

5    Mr. Gray's paperwork in front of me.

6         Q.    Was Ms. Raad considered for the Gifted

7    and Talented position?

8         A.    No.  I do not believe so.

9         Q.    Why not?

10        A.    I don't know.

11        Q.    Did she have the necessary

12   qualifications to -- did Ms. Raad have the

13   necessary qualifications to fill the teaching

14   position?

15        A.    No.  I do not believe she did.

16        Q.    What qualification do you think that

17   she did not meet?

18        A.    Again, I don't have the job posting in

19   front of me to list out specifically.  But again,

20   probably some of the same reasons that she was

21   not selected for the life science job.

22        Q.    Other than the person that you

23   interviewed for the seventh grade life science

24   position did you interview any other applicant

329

Exhibit 7 page 18

70

1    for the GT position you eventually selected

2    Mr. Gray to fill?

3        A.    I do not recall.  I don't have

4    interview notes or questions in front of me at

5    this time.

6        Q.    If you would have interviewed other

7    applicants you would have prepared interview

8    notes for the position?

9        A.    That's correct.

10       Q.    So do you know whether the position

11   Mr. Gray was hired for was from the posting or

12   not?

13       A.    I don't recall.  All I do know is that

14   this was quickly approaching the opening day of

15   school and needed to be taken care of as soon as

16   possible.

17       Q.    Do you know if that was in accordance

18   with the school district's policy on hiring?

19       A.    I believe so.

20       Q.    Was there anyone else involved in the

21   decision to select Mr. Morgan Gray for the

22   teaching position?

23       A.    I believe I did discuss it with the

24   interview team.

90

1    pick the people off of the list whose files you

2    wanted to review.

3         A.    Right.    It's my recollection that I

4    was given a list of names of people who were

5    certified in the area I was looking for and who

6    had completed the application process.    That's my

7    recollection.

8         Q.    Did it have their score on the

9    preliminary screening or anything to help you

10   select who you wanted to interview?

11        A.    Absolutely not.    Like I had just said,

12   I have no idea what those numbers mean.    I have

13   never seen this form before.

14             MR. SPARKS:    All right.    I need to go

15   off record for a moment so that the court

16   reporter can pull out document number 116552

17   through 116560 and mark that as the next

18   exhibit.

19                       (Deposition Exhibit No. 7

20                       marked for identification.)

21   BY MR. SPARKS:

22        Q.    Represent to you that these were

23   produced by the school district as represented to

24   be questions that were asked during the interview

1    for the life science position at Tanana.

2              Do you recognize any of the

3    documents that are marked as Exhibit 7?

4         A.    Yes.   This document was used in the

5    interview process.

6         Q.    There weren't any questions about

7    ability to coach these extracurricular

8    activities, were there?

9         A.    No, there was not.

10        Q.    If there was no questions that

11   wouldn't have been one of your concerns in hiring

12   for this position, would it be?

13             MR. PARTNOW:   Objection.   Vague and

14   ambiguous.

15             THE WITNESS:   Again, I'll tell you

16   that I did glean information off the applicant's

17   information packet in the file that I reviewed.

18   And we were always looking for people who could

19   sponsor other activities but I did not ask a

20   particular question, can you coach cross-country

21   skiing.   No, I did not.

22   BY MR. SPARKS:

23        Q.    That wasn't a criteria that you used

24   to select people that were going to be

1      A.    He was asking me why Ms. Raad was not

2    hired for the job.  And I was very honest with him

3    and said that I felt one of her weaknesses were as

4    stated on the confidential interview report.

5      Q.    And that was her speech?

6      A.    In regard to her articulation and

7    enunciation of words, yes.  And her ability to

8    communicate with middle school kids.

9      Q.    Did you state to Mr. Moore that there

10    was any other concerns or reasons that you had

11    for not hiring Ms. Raad for that position?

12      A.    No.  I don't recall.  I believe that

13    was the gist of our conversation.

14      Q.    Did Mr. Moore ever get back to you?

15      A.    He might have but I don't know for a

16    fact.

17      Q.    Did you tell Mr. Moore in any way that you

18    were concerned that the parents might complain about

19    Ms. Raad's accent if she was hired for the life

20    science position at Tanana in 1992?

21      A.    No.  I don't recall that.

22      Q.    Did Mr. Moore contact you regarding

23    any of the other applicants for the position?

24      A.    I don't recall.



102

1    enrollment.

2         Q.    Describe the process that you went

3    through in filling that health position.

4         A.    I'm assuming it was similar to the

5    other positions that I had filled at the school.

6    But I don't recall the exact procedure I took.

7         Q.    Okay.  Do you know if you interviewed any

8    other applicants as well as Ms. Cromer for that

9    position other than the interview that you conducted

10   for the life science position?

11        A.    I don't recall.  I don't have that

12   paperwork in front of me.

13             MR. SPARKS:  Madam Court Reporter, can

14   you mark as the next exhibit document 117666 near

15   the end of the packet of exhibits.

16                       (Deposition Exhibit No. 9

17                       marked for identification.)

18             MR. PARTNOW:  The attorney doesn't

19   have it and so let's get me a copy of it.

20             MR. SPARKS:  Let me know when you're

21   ready.

22                       (Discussion off the record.)

23   BY MR. SPARKS:

24        Q.    Can you identify Exhibit 9 for us,

103

1    Ms. Carpenter.

2         A.    Yes.  It's an employment

3    recommendation for the Fairbanks North Star

4    Borough School District for Patricia Cromer for

5    the position of health.

6         Q.    At Tanana Middle School?

7         A.    Right.  Tanana Middle School.

8         Q.    Dated September 24, 1992?

9         A.    Yes.  Dated September 24, 1992 and

10   signed by myself.

11        Q.    Ms. Cromer was hired after Sarah Swift

12   and Mr. Gray; correct?

13        A.    Yes.  That seems to be the train of

14   events.

15        Q.    Previously in your --

16        A.    Could you repeat the question.  I

17   didn't hear it all because it was breaking up.

18        Q.    When you previously hired --

19             MR. PARTNOW:  Couldn't hear your

20   question.  You broke up the whole way.

21   BY MR. SPARKS:

22        Q.    Your prior testimony in your

23   deposition, Ms. Carpenter, was that when you

24   selected Mr. Gray for the GT position that you



104

1    were in a hurry because school was starting and

2    you didn't you go through the normal interview

3    process?

4         A.    Yes.   That's the case as I recall with

5    Patrick Cromer.

6         Q.    It was with Ms. Cromer also that was an

7    expedited position?

8         A.    Yes.   Because of the late transfer of

9    Conrad Gonzales.

10        Q.    What do you mean "late transfer of

11   Conrad Gonzales"?

12        A.    Well, I don't recall exactly why he left

13   us.  But there was an opening that needed to be

14   filled immediately and Ms. Cromer was selected

15   because she was an experienced middle school teacher.

16        Q.    It was my understanding that Conrad

17   Gonzales had filled this position during the spring

18   of '92 and that he had been non-retained; is that not

19   your recollection?

20        A.    I can't recall that without the

21   paperwork in front of me of the certain dates and

22   times of everything.  I can't recall.

23        Q.    If Mr. Gonzales had been non-retained

24   for the health position at Tanana Middle School

1    under the union contract he should have had the

2    right to be recalled to that position, wouldn't

3    he?

4         A.    Possibly under the contract language.

5         Q.    Ms. Raad's recollection is that during

6    the '92-93 school year that Mr. Gonzales had

7    another position where he was hired to be a

8    teacher for something called the school within a

9    school?

10        A.    That could well be.  I don't recall

11   exactly the title of the program but I do recall

12   that there was a special program for him that I

13   think came available.

14        Q.    Do you know why he wasn't rehired for

15   the health position?

16        A.    I don't recall right now.  It might

17   have been due to lack of certification.  I just

18   don't recall.

19        Q.    Did you consider Ms. Raad for the

20   health position at Tanana?

21        A.    Again, I hired an experienced middle

22   school teacher which I felt was needed at this

23   late time of hiring process.  That's why Patricia

24   Cromer was hired.