IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

NADA RAAD,                              )
                                        )
            Plaintiff,                  )
                                        )
    vs.                                 )
                                        )
FAIRBANKS NORTH STAR BOROUGH            )
SCHOOL DISTRICT and JOHN MONAHAN,       )
in his capacity as Superintendent       )
of the FAIRBANKS NORTH STAR             )
BOROUGH SCHOOL DISTRICT,                )
                                        )
            Defendants.                 )
_____)

Case No. F97-0068 CV

### VIDEO DEPOSITION OF LYNDA SATHER

APPEARANCES:

        FOR THE PLAINTIFF:      MR. ROBERT A. SPARKS
                                Law Offices of Robert A. Sparks
                                Attorneys at Law
                                1552 Noble Street
                                Fairbanks, Alaska  99701
                                (907)  451-0875


        FOR THE DEFENDANT:      MS. ANN STOLOFF BROWN
                                Lane Powell Spears Lubersky
                                Attorneys at Law
                                250 Cushman Street
                                  Suite 4H
                                Fairbanks, Alaska  99701
                                (907)  457-8001

        Also present:          Ms. Bett Schaffhauser
                                Ms. Nada Raad


                        *   *   *   *



8

1   A   Yes, I do.

2   Q   And how do you know her?

3   A   I first met her when she came into our office in 1993.

4   Q   And that was the first time you'd ever met her?

5   A   Yes.

6   Q   And was this the August 13th time that she was at the

7       office, or prior to that?

8   A   That was the time.

9   Q   And what happened that day?

10  A   I was working, and we had no secretary at the time in

11      the outer office, so when she came -- Nada Raad came in,

12      I left my office to see if I could help her, or to see

13      what she needed.  And she was insisting that she needed

14      to see the superintendent right away, right then and

15      there.  And I tried to ask her why or what she needed,

16      what the problem was, was there somebody else that could

17      help her.  And she kept insisting, no, she needed to see

18      the superintendent.  He was on a long-distance call at

19      the time.  You know, I checked.  I asked if we could

20      make an appointment.  She was welcome to come back.  She

21      wasn't getting me any more information or telling me

22      what the problem was so I could refer her to someone

23      that could help her.  And since I wasn't making any

24      headway with her, I went and got Pam Hallberg, who is

25      the school board secretary, but also has a lot of



Exhibit 10 page  2

experience as the superintendent's secretary, to see if
maybe Pam could help her out.  So Pam came back over
into the area and, you know, was asking Nada what she
wanted, what we could do.  That she couldn't see the
superintendent right away, but we'd make an appointment.
And she was just very upset and wouldn't make an
appointment.  I believe she said she'd wait until he
could see her.  So she waited for a while.  I went back
to my office and Pam stayed out in the outer office.
Nada Raad came back and started getting very hostile and
belligerent with Pam.  So I came back out of my office
and I stood at the end of the counter.  And Pam was
saying that, you know, we'd be happy to make an
appointment but she couldn't see the superintendent
right that minute.  And Nada said, well, it's an
emergency.  And Pam said, what do you mean, an
emergency?  You know, life and death?  Is that what you
mean?  And she said, yes, it's a matter of life and
death.  If I can't see the superintendent right now,
I'll blow up the building.  And we were both just very
shocked.  And we were trying to find out still what she
was so upset about, what she wanted.  You know, could we
help her.  And she ended up leaving the office.  And we
went and talked to Rick and told him what she had said.
And he said, well, then you need to call the police.  So



Exhibit 10 page  3

13

Q    There nowhere in that statement that you say that she
     was yelling at anyone, is there?

A    No, I didn't say that she was yelling at anyone.

Q    One of the statements you'd made was, talked -- she'd
     talked about seeing an attorney and taking legal action,
     wasn't it?

A    Yes.

Q    She didn't have anything with her that -- that you
     considered to be a possibility she could have a bomb
     with her, did she?

A    No, and I checked to make sure the second time when she
     came back in the office.

Q    You never asked her to leave -- to leave the building,
     did you?

A    I personally did not.  I believe others asked her to.

Q    You weren't present when they asked her to, though, were
     you?

A    No.

Q    Do you recall if Ms. Raad speaks with an accent?

A    I recall that she does.

Q    And did you state in your statement of
     September 2nd, 1993 that she was difficult to understand
     at that time?

A    Yes, I said that.

Q    I was wondering if you could draw us a little drawing of



Exhibit 10 page  4

1   A   From this outer office around the corner, 20 feet.

2   Q   And did you tell Ms. Hallberg why -- why you were -- why

3       she needed to come out and help you?

4   A   Oh, I probably said there was a woman out here that

5       insisted on seeing the superintendent, and I couldn't

6       help her, and maybe Pam could.

7   Q   And she'd indicated she was -- she was not happy with

8       being rejected for a job?

9   A   No, I didn't even understand that that was what her

10      problem was at the time. She wasn't communicating. She

11      wasn't telling us why she wanted to see the

12      superintendent. She was just insisting on seeing him.

13  Q   It's my understanding at one -- one point she -- she

14      maintains that she was told that the superintendent

15      wouldn't see unsuccessful applicants. Do you remember

16      if anyone made a statement like that to her?

17          MS. BROWN:  I'll object to the form of the

18  question.

19  A   Could you repeat it?

20  Q   It's my understanding that at one point someone told her

21      that superintendent -- the superintendent would not see

22      unsuccessful applicants  Do you recall if anyone made a

23      statement like that to Ms. Raad?

24  A   No, I don't recall that.

25  Q   So after she made the statement in the office, what



Exhibit 10 page  5

back in my office, but I know the whole thing took place

before 11 in the morning, when she said she had her

meeting with the lawyer.

Q    At no time did you -- did you tell her to leave the

administration building, did you?

A    No.

Q    And Ms. Hallberg didn't tell Ms. Raad to leave while you

were there, did she?

A    Not that I heard, no.

Q    Did you make a statement to the police, Fairbanks Police

Department, about the incident?

A    They called afterwards, if that's what you mean.

Q    Uh-huh.  Do you know who you talked to?

A    No, I don't.

MR. SPARKS:  Would you mark that as the next

exhibit?

COURT REPORTER:  The diagram is Number 2?  Is that

correct?

MR. SPARKS:  Yeah.  This -- you can mark this 2.

(Deposition Exhibits 2 and 3 marked)

MS. BROWN:  I didn't see what Exhibit 3 is.

MR. SPARKS:  I'll show you.  There should be a

copy.  Maybe we could go off the record just for a minute so

she can look over that.

(Off record)



Exhibit 10 page  6

28

Q    I'd like to ask you some questions about your part of
     this tape.  I think -- so let me -- I'm just going to
     play the rest of this tape and ask you -- ask you if you
     can identify your voice on the tape.

     (Whereupon, a portion of a cassette tape of a telephone
conversation was played.)

Q    (By Mr. Sparks)  I don't think that that's part of
     that -- part of that interview.  Did you recognize
     either of those voices on the second part of the tape
     that we've played as your voice?

A    Well, your voice never sounds like it does to yourself
     on a tape, but that's my voice.

Q    So the time Ms. Raad came up to the administrative
     offices, you'd already been told by Ms. Gallentine that
     she was an unsuccessful applicant, correct?

A    That she was unhappy, yeah.  And actually, I don't know
     that Anita told me her name in the morning.  I think we
     were just alerted that somebody might be coming up.
     I -- and a while passed, so I didn't necessarily
     associate the two right away.  I did later.

Q    Would you look at page 41 of the transcript, at the
     question on line 13, Mr. Schendel asked:  Did you have
     any difficulty understanding her at all at any time on
     August 13th?  And your answer was:  She repeated herself
     several times so that I was able to understand her.



Exhibit 10 page  7

1    Question:  Did you ask her to repeat herself?  Answer:
2    I asked her to spell her name, I know, at one point.
3    Question:  But do you remember asking her to repeat any
4    of the substance of what she was saying at that time?
5    Answer:  No.  What I was repeating was asking her to
6    provide us with some information, but I wasn't asking
7    her to repeat what she said.  I was repeating what I was
8    asking her, not asking her to repeat herself.  And then
9    the question was:  Was there any part of what she told
10   you at any time during August 13th that was difficult
11   for you to understand?  Answer:  I don't remember having
12   any difficulty understanding her, and I remember
13   clearly -- clearly hearing her say that she would blow
14   up the building and that it was a matter of life and
15   death.  Was that your testimony at the prior hearing,
16   ma'am?
17  A   Yes.

18       MS. BROWN:  Object to the form of the question.
19  Q   But she didn't say it was a matter of life and death.
20   She didn't state it in that manner, that she would blow
21   up the building and that it was a matter of life and
22   death, did she?  Ms. Raad didn't make that statement,
23   did she?
24  A   Yes.  I testified that I heard Ms. Raad say that it was
25   a matter of life and death, and if she couldn't see the



superintendent, she was going to blow up the building.

Q    Well, didn't she say that it was a matter of life and
death because Ms. Hallberg had explained that when
Ms. Raad said it was an emergency, that Ms. Hallberg
said, oh, an emergency is a matter of life and death?

A    I don't know why.  I don't know the -- you asked why
they said that.  I don't know why they said that.

Q    You can't remember Ms. Hallberg making that statement to
Ms. Raad?

A    I remember Ms. Hallberg making that statement to
Ms. Raad.

Q    And you didn't -- you didn't ask Ms. Raad to clarify
herself about what she meant?

A    It was pretty clear.

Q    But you went back in your office and continued working,
correct?

A    After Ms. Raad left?

Q    Uh-huh (affirmative).

A    Yes.

Q    Do you keep a diary and notes of events that occur at
your work?

A    No, I don't.

Q    Is there any reason you didn't prepare a written
statement on August 13th, the day that the incident was
alleged to have happened, instead of more than two weeks



Exhibit 10 page  9

1      later?

2  A    I had no idea at the time that one would be needed.

3  Q    And who told you that one was needed?

4  A    When I wrote this one that's dated September 2nd, 1993,

5      I can't recall if Anita or Rick Cross asked me to, but

6      one of them asked me to jot down my impressions of the

7      incident in case we needed it later.

8  Q    Didn't Ms. Gallentine tell you that she needed that

9      statement because she wanted to keep Ms. Raad from

10      obtaining employment with the school district?

11  A    No, she did not tell me that.

           MR. SPARKS:  Mark that as the next exhibit.

    Here's a copy of it.

           MS. BROWN:  This is 6?

           COURT REPORTER:  Yes, it is.

                          (Deposition Exhibit 6 marked)

16  Q    (By Mr. Sparks)  Have you seen that before?

17  A    No, I haven't.

18  Q    I'll represent to you that that's a memorandum that

       Ms. Gallentine sent out to all building administrators

       in the Fairbanks North Star Borough School district on

       September 3rd, 1993.  Did she tell you that she was

       going to take any action against Ms. Raad, and that's

       what she needed a statement for?

    A    No, she did not.



Exhibit 10 page  10

32

Q    Were you aware that Ms. Raad had been banned by the --
      by the school district from employment after -- well, on
      September 3rd?

A    No.

Q    Do you recall if Ms. Raad made a statement that
      somebody -- that somebody is going to get hurt during
      the incident at the school district office?

A    No.  I recalled her saying that she was going to blow up
      the building.  She did not say, quote, I'm going to hurt
      somebody.

           MS. BROWN:  Object to 602.

           MR. SPARKS:  Okay, mark this as the next exhibit.

           MS. BROWN:  7?

           COURT REPORTER:  Yes.

                              (Deposition Exhibit 7 marked)

Q    (By Mr. Sparks)  In the next to the last sentence in
      that letter, it says, Furthermore, you made a
      threatening statement to a district employee that,
      quote, somebody is going to get hurt, close quote.  Does
      that refresh your recollection?

           MS. BROWN:  Object to improper refreshment and
      object to lack of personal knowledge.

A    What's the question?

Q    It's your testimony that Ms. Raad didn't make a
      statement in your presence on August 13th that, quote,



Exhibit 10 page  11

33

A    No.

Q    Did you ever find out that she was Lebanese after this
incident occurred?

A    Since then, yes.

Q    Who -- how did you find out?

A    When I read a transcript of the school district's
hearing, and Mrs. Raad's testimony was that she was born
in Beirut, Lebanon.

Q    And when did you read that transcript?

A    Yesterday.

Q    Did -- did you mention to someone else that -- did you
ever make the statement to someone at the Human Rights
Commission that you believed Ms. Raad was from Lebanon
prior to yesterday?

A    I don't recall.

Q    Were you interviewed by someone from the Alaska Human
Rights Commission?

A    Yes.

Q    Do you know who it was?

A    No.

Q    Do you know how long ago it was?

A    A couple of years.

Q    How well do you know Anita Gallentine?

A    Anita Gallentine.

Q    Gallentine.

496
000527

Exhibit 10 page   12

34

A    No, I didn't.

Q    And you continue to maintain that you didn't speak with Anita Gall- -- Gallentine that morning either, other than the -- ....

A    Well, I ....

Q    .... other than the call where she told you that -- to expect an unsuccessful applicant to come and see Charles Moore?

MS. BROWN:  I'll object.  If we're calling for the testimony that we've never ever talked to Anita and Charles before, but as long as it pertains to this incident.

Q    (By Mr. Sparks)  So your testimony is that after Ms. Gallentine called you in the morning and told you to expect an unsuccessful applicant, that you didn't talk with her the rest of that morning about Ms. Raad?

A    I don't recall talking to her.  I recall some phone calls going back and forth as people were trying to find out where she was and let folks know that the police had been called, but I can't recall this long ago if I talked to Anita or talked to someone in personnel or -- or what it was.  I can't recall.

Q    Did anyone tell you that Ms. Raad was -- was from the Middle East?

A    No.

Q    Are you aware of an incident where a lady named Ruth

