1    FOUNDATION.
2            COURT REPORTER: WE'RE WORKING ON GETTING THE
3    TAPE TO PLAY.
4            MS. BROWN: I HAVE ANOTHER OBJECTION, BUT I'LL
5    REGISTER IT AFTER YOU GET YOURSELVES SET UP.
6            MS. STEPP: WE ARE GETTING THE TAPE READY.
7            MS. BROWN: RIGHT, AND RIGHT BEFORE YOU PLAY IT
8    FOR THE WITNESS PURSUANT TO COUNSEL'S REQUEST, IF YOU COULD
9    JUST LET ME MAKE MY OBJECTION.
10           MR. SPARKS: WELL, MAKE IT NOW, ANN; WHY WAIT?
11           MS. STEPP: YES, WE'RE READY TO PLAY IT, SO GO
12   AHEAD.
13           MS. BROWN: THE OBJECTION I HAD WAS THAT I
14   BELIEVED THAT WE REQUESTED ORIGINAL TAPES IN DISCOVERY AND
15   THIS ONE WAS NOT PRODUCED. THANKS.
16           MS. STEPP: OKAY, HERE'S THE TAPE.
17           MS. STEPP: CALLS BY OFFICER RING TO THE
18   FAIRBANKS NORTH STAR SCHOOL DISTRICT REGARDING FPD CASE
19   NUMBER 93-4224. THIS CALL WAS MADE ON 8-13-93 AT 11:21 A.M.
20   REGARDING TERRORISTIC THREATS BY NADA RAAD, R-A-A-D.
21           OPERATOR: OPERATOR, SWITCHBOARD.
22           OFFICER RING: GOOD MORNING, THIS IS OFFICER
23   RING AT THE FAIRBANKS POLICE DEPARTMENT, AND I NEED TO SPEAK
24   WITH EITHER PAM HALLBERG OR LINDA SATHER.
25           OPERATOR: OKAY, THANK YOU.



ANN PATRICIA STEPP

1   PAM HALLBERG: SCHOOL DISTRICT, THIS IS PAM.

2   OFFICER RING: HI PAM, THIS IS OFFICER RING OF
3   THE FAIRBANKS POLICE DEPARTMENT?

4   PAM HALLBERG: YES.

5   OFFICER RING: CAN YOU TELL ME WHAT YOU OVERHEAD
6   MRS. RAAD SAY THIS MORNING THAT UPSET THE LADY ABOUT HER
7   TEACHING POSITION?

8   PAM HALLBERG: YES. SHE CAME IN HERE AND SHE
9   TALKED TO ME DIRECTLY.

10  OFFICER RING: OKAY.

11  PAM HALLBERG: AND SHE WANTED TO SEE THE
12  SUPERINTENDENT--

13  OFFICER RING: UH-HUH?

14  PAM HALLBERG: AND--WELL, SHE CAME IN HERE TWICE
15  ACTUALLY. THE FIRST TIME SHE CAME IN HERE SHE WANTED TO SEE
16  THE SUPERINTENDENT AND HE WAS ON THE PHONE; AND I ASKED HER
17  WHAT IT WAS THAT SHE WANTED, AND SHE SAID THAT SHE WOULDN'T
18  TALK TO ME AND THAT IT WAS AN EMERGENCY. I SAID, "DOES THAT
19  MEAN IT'S A MATTER OF LIFE OR DEATH," AND SHE SAID, "YES."
20  AND THEN SHE WAS PACING BACK AND FORTH AND SHE WAS PRETTY
21  AGITATED. THEN SHE CAME AND SHE SAID, "WELL, WHAT DID HE
22  SAY?" AND I SAID, "WELL, HE'S STILL ON THE PHONE, AND I
23  HAVEN'T HAD A CHANCE TO ASK HIM IF HE CAN SEE YOU." AND THEN
24  SHE SAID, WELL THAT--SHE SAID THAT SHE WOULD STAY HERE, AND
25  THAT SHE HAD TO SEE HIM, AND THAT IT WAS AN EMERGENCY AND

30

Carolina Court Reporters, Inc.
Greenville, North Carolina


304

ANNE STEPP

Exhibit 11 page 2

ANN PATRICIA STEPP

1  THAT IF SHE DIDN'T GET TO SEE HIM THAT SHE WOULD--SHE SAID
2  THAT SHE WOULD BLOW UP THE BUILDING.
3           OFFICER RING: OKAY, SHE SAID THAT DISTINCTLY?
4           PAM HALLBERG: YES.
5           OFFICER RING: I KNOW THAT SHE HAD SOMEWHAT OF
6  AN ACCENT, AND WHAT SHE HAD TOLD THE OFFICER WAS THAT SHE HAD
7  SAID SOMETHING ABOUT HERSELF BLOWING UP, MEANING HER TEMPER.
8           PAM HALLBERG: NO. THAT WASN'T THE IMPRESSION I
9  GOT, BECAUSE SHE JUST SAID EITHER I'LL BLOW UP THIS PLACE, OR
10 I'LL BLOW UP THIS BUILDING.
11          OFFICER RING: WELL, WHICH?
12          PAM HALLBERG: WELL I REMEMBER--YEAH--I REMEMBER
13 THAT SHE WOULD BLOW UP THIS BUILDING. AND I KIND OF LEFT IT
14 AT--YOU KNOW--I MEAN, SHE DIDN'T HAVE ON A JACKET; SHE DIDN'T
15 HAVE ANYTHING ELSE ON; THAT'S HOW I WASN'T IMMEDIATELY
16 WORRIED ABOUT MY SAFETY BUT--AND THEN SHE DID LEAVE HERE, AND
17 THEN SHE CAME BACK, AND SHE WAS EVEN MORE AGITATED.
18          OFFICER RING: OKAY. DID SHE SAY ANYTHING
19 FURTHER LIKE THAT?
20          PAM HALLBERG: NO, NOTHING THREATENING LIKE
21 THAT; SHE JUST--JUST HER BODY LANGUAGE WAS THREATENING, BUT
22 THAT WAS ALL. I HAVE A COUNTER HERE AND SHE KIND OF LEANED
23 ACROSS IT, YOU KNOW, TO TALK TO ME AND STUFF LIKE THAT; BUT
24 SHE DIDN'T--YOU KNOW, SHE DIDN'T THREATEN WITH ANY OTHER KIND
25 OF WEAPON OR ANYTHING.



ANN PATRICIA STEPP

1  OFFICER RING: OKAY, IS LYNDA THERE, WHERE I
2  COULD SPEAK WITH HER?
3  PAM HALLBERG: UH-HUH. HANG ON. IF I CUT YOU
4  OFF, BECAUSE WE HAVE A NEW PHONE SYSTEM, JUST CALL RIGHT
5  BACK.
6  OFFICER RING: OKAY.
7  PAM HALLBERG: HANG ON.
8  OFFICER RING: HELLO.
9  LYNDA SATHER: HI, THIS IS LYNDA.
10  OFFICER RING: HI, THIS IS OFFICER RING WITH THE
11  FAIRBANKS POLICE DEPARTMENT.
12  LYNDA SATHER: UH-HUH.
13  OFFICER RING: I WAS CALLING TO SPEAK WITH YOU
14  ABOUT MRS. RAAD, WHO CAME IN THIS MORNING UPSET ABOUT THE
15  TEACHING POSITION?
16  LYNDA SATHER: UH-HUH?
17  OFFICER RING: WHAT HAPPENED WITH THAT?
18  LYNDA SATHER: WELL, WE HAD A CALL FROM ANITA
19  GALLANTINE EARLIER IN THE MORNING, THAT THERE WAS A LITTLE
20  UPSET APPLICANT WHO HAD SEEN HER AND CHARLES AND STILL WASN'T
21  SATISFIED AND WAS SAYING THAT SHE WANTED TO COME UP AND SEE
22  THE SUPERINTENDENT. AND THEN A WHILE LAPSED, AND I KIND OF
23  DIDN'T THINK ABOUT IT ANYMORE. AND THEN THE WOMAN CAME HERE
24  AND SAID SHE HAD TO SEE THE SUPERINTENDENT; I SAID, HE WAS
25  BUSY, HAD APPOINTMENTS, WOULD SHE LIKE TO MAKE AN



Carolina Court Reporters, Inc.
Greenville, North Carolina

ANNE STEPP

Exhibit 11 page 4

ANN PATRICIA STEPP

1  APPOINTMENT? BUT NO, SHE HAD TO SEE HIM RIGHT NOW, SHE'D SIT
2  HERE AND WAIT; AND I SAID, "WELL, I'M NOT SURE HE'LL SEE YOU,
3  IF YOU WANT TO HAVE A SEAT OVER THERE I'LL SEE WHAT I CAN
4  DO." AND SHE WOULDN'T SIT DOWN, BUT I WENT AND GOT PAM--YOU
5  KNOW, RICK WAS ON THE PHONE; I GOT PAM, THE SECRETARY, AND
6  SHE CAME BACK AND TALKED TO THE LADY. AND THEN I CAME OUT OF
7  MY OFFICE AGAIN, BECAUSE THE LADY WASN'T CALMING DOWN OR
8  GOING AWAY; AND SHE SAID IT WAS AN EMERGENCY; AND PAM SAID,
9  "WELL DO YOU MEAN IT'S A LIFE AND DEATH EMERGENCY"; AND SHE
10 SAID, "YES, IT'S A MATTER OF LIFE AND DEATH," AND SHE WAS
11 GOING TO STAY HERE UNTIL THE SUPERINTENDENT SEES HER; AND IF
12 HE DOESN'T, THEN SHE WAS GOING TO BLOW UP THE BUILDING. AND
13 THAT SNAPPED MY HEAD UP AND I SAID, "WELL, THIS WOMAN IS OUT
14 OF CONTROL."
15        OFFICER RING: WHAT WORDS DID SHE USE EXACTLY?
16        LYNDA SATHER: WELL, I REMEMBER HER SAYING SHE
17 WAS GOING TO BLOW UP THE BUILDING, IF SHE DIDN'T SEE THE
18 SUPERINTENDENT, SHE WAS GOING TO BLOW UP THE BUILDING;
19 BECAUSE UP UNTIL THEN--I MEAN, WE GET UPSET PEOPLE HERE ALL
20 THE TIME, BUT I THOUGHT IT WAS A THREAT, BUT SHE DIDN'T HAVE
21 ANY PACKAGES IN HER HAND OR ANYTHING, SO I WASN'T WORRIED
22 ABOUT IT IMMEDIATELY. BUT THEN SHE TURNED AND LEFT, AND I
23 THOUGHT, GEEZ, (SIC) IS THIS A WACKO THAT'S GOING TO COME
24 BACK AND START, YOU KNOW, BLASTING AWAY WITH A GUN OR
25 SOMETHING. AND THEN A WHILE LATER SHE RETURNED, AND SHE WAS

33

Carolina Court Reporters, Inc.
Greenville, North Carolina



ANNE STEPP

Exhibit 11 page 5

ANN PATRICIA STEPP

1 STILL UPSET; WE TOLD HER SHE COULDN'T SEE THE SUPERINTENDENT,
2 THAT SHE WOULD HAVE TO GO AWAY AND CALM DOWN; SHE COULD MAKE
3 AN APPOINTMENT FOR LATER. RAAD SAID SHE WAS GONG TO SEE A
4 LAWYER; I SAID I THINK THAT'S A GOOD IDEA; HAVE YOUR LAWYER
5 CALL US. YOU KNOW, YOU SHOULD BE TALKING TO CHARLES--SHE
6 FELT LIKE IT WAS A MATTER OF BEING DISCRIMINATED AGAINST,
7 WELL THEN YOU NEED TO TALK TO CHARLES. AND SHE LOOKS UPSET,
8 A LOT OF CRYING AND START THAT AGAIN.
9     MR. RING: OKAY, I APPRECIATE IT, THANK YOU.
10     LYNDA SATHER: ALL RIGHT.
11     POLICE DEPARTMENT: FAIRBANKS POLICE AND FIRE.
12     CALLER: COULD I TALK TO TOM BRUCE, PLEASE? I
13 THINK HE'S THERE; HE JUST CALLED ME.
14     POLICE DEPARTMENT: YOU THINK HE'S HERE, YOU
15 THINK HE JUST CALLED YOU?
16     CALLER: YES. WELL, MAYBE HE CALLED ME FROM
17 SOMEWHERE ELSE; I DON'T KNOW.
18     POLICE DEPARTMENT: I DON'T SEE HIM. HE'S ON
19 HIS WAY HERE, BUT HE HASN'T GOTTEN HERE YET.
20     ANN STEPP: THAT APPEARS TO BE THE END OF THE
21 TAPE.
22     Q. WHY DON'T WE STOP THE TAPE THEN?
23     A. I DID.
24     Q. DO YOU RECOGNIZE THAT TAPE, ANN?
25     A. ALTHOUGH I WAS SPEAKING IN A MUCH HIGHER VOICE



```
FROM 08/13/93 TO 08/13/93 HRS: 09:57 - 09:57

REPORT TYPE:    Daily Activity Log

FROM 08/13/93 TO 08/13/93 HRS: 10:09 - 10:09                    PAGE  1

93039529   DC                 520/STHWY
93/08/13   HALLBERG,PAM       4522000 C  NR?  Ct=GJC  Dp=GJC  Tr=09:7  Ta=1007
Unit 026   Ofcr1 JFG  Ofcr2              Q/Tm       8   T/Tm    8   N/Tm  28    Td=1005 Tc=1036

R LEBANESE WOMAN WAS REJECTED AS AN APPLICANT AT 4, PERS. OFC, 3RD
FLOOR ROOM 320, REFUSED TO LEAVE AND SAYS SHE IS GOING TO ALLOW THE
BLDG UP
SHE LEFT

93039531   DC                 520/STHWY                                 Tr=1009 Ta=1009
93/08/13   HALLBERG,PAM       4522000 A  NR?  Ct=GJC  Dp=GJC  Td=1009 Tc=1034
Unit 019   Ofcr1 CAR  Ofcr2              Q/Tm       0   T/Tm    0   W/Tm  25
```

RECEIVED
JUN 2 2 1998
LPSL

EXHIBIT 94

309

00007

Exhibit 11 page 7