ase read instructions carefully before ...ng this form. The instructions mu... be ...le during completion of s form. ANTI-DISCRIMINATION NOTICE. Illegal to discriminate against individuals ... labor...s ...NNOT specify which document(s) they ... ccept from an employee. The refusal to ... an individual because of a ...ure expiration date may also constitute illegal discrimination.

### ction 1. Employee Information and Verification. To be completed and signed by employee at the time employment begins

| Name: Last | First | Middle Initial | Maiden Name |
|---|---|---|---|
| Raad | Nada | I | Itani |

| (Street Name and Number) | Apt # | Date of Birth (month/day/year) |
|---|---|---|
| 1300 Viewpoint | | 10/01/56 |

| City | State | Zip Code | Social Security # |
|---|---|---|---|
| Fairbanks | AK | 99709 | 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 |

am aware that federal law provides for prisonment and/or fines for false statements or e of false documents in connection with the mpletion of this form.

I attest, under penalty of perjury, that I am (check one of the following):
☐ A citizen or national of the United States
☒ A Lawful Permanent Resident (Alien # A _____)
☐ An alien authorized to work until __/__/__
(Alien # or Admission #:

loyee's Signature: Nada Itani Raad

Date (month/day/year):

**Preparer and/or Translator Certification.** (To be completed and signed if Section 1 is prepared by a person other than the employee.) I attest, under penalty of perjury, that I have assisted in the completion of this form and that to the best of my knowledge the information is true and correct.

Preparer's/Translator's Signature | Print Name
Address (Street Name and Number, City, State, Zip Code) | Date (month/day/year)

### ction 2. Employer Review and Verification. To be completed and signed by employer. Examine one document from List A OR mine one document from List B and one from List C as listed on the reverse of this form and record the title, number and expiration date, if any, of ocument(s)

| List A | OR | List B | AND | List C |
|---|---|---|---|---|
| ment title: Certificate of Naturalization | | | | |
| ng authority: Dept of Justice | | | | |
| ment #: 30526864 | | | | |
| Expiration Date (if any): __/__/__ | | __/__/__ | | __/__/__ |
| ment #: | | | | |
| iration Date (if any): __/__/__ | | | | |

TIFICATION - I attest, under penalty of perjury, that I have examined the document(s) presented by the above-named loyee, that the above-listed document(s) appear to be genuine and to relate to the employee named, that the loyee began employment on (month/day/year) __/__/__ and that to the best of my knowledge the employee igible to work in the United States. (State employment agencies may omit the date the employee began oyment).

ure of Employer or Authorized Representative | Print Name | Title
ss or Organization Name | Address (Street Name and Number, City, State, Zip Code) | Date (month/day/year)

### ion 3. Updating and Reverification. To be completed and signed by employer

w Name (if applicable) | B. Date of rehire (month/day/year) (if applicable)

employee's previous grant of work authorization has expired, provide the information below for the document that establishes current employment igibility.

Document Title: _____ Document #: _____ Expiration Date (if any): __/__/__

t, under penalty of perjury, that to the best of my knowledge, this employee is eligible to work in the United States, and if the employee ited document(s), the document(s) I have examined appear to be genuine and to relate to the individual.

re of Employer or Authorized Representative | Date (month/day/year): 8-7-92

-9 (Rev. 11-21-91) N

Exhibit 15 page 1

H65