17006

RELATED REPORTS: ☐ INCI ☒ SUPP ☐ DWI ☐ IMPOUND ☒ SUBJ ☐ CIT. ARR. ☐ STMT. ☐ DEATH

# INCIDENT REPORT

FAIRBANKS POLICE DEPARTMENT
FAIRBANKS, ALASKA

(1) CASE NUMBER: 93 6014224
(2) CROSS REFERENCE CASE NUMBER:
CITY: X

## INCIDENTS

NO. 1 (4) INCIDENT CODE | (5) TITLE OF PRIMARY INCIDENT: TERR. THREATS | (5A) STATUS: A (C) | (6) LOCATION OF INCIDENT: 520 5TH AVE. FNSB SCHOOLS | (6A) LOC. CODE: 11

(7) DAY(S) OF INCIDENT: FR / | (8) DATE(S) OF INCIDENT: 93-0813 / | (9) HOUR(S) OF INCIDENT: / | (10) TEMP.—WEATHER AT TIME OF INCIDENT: / +60 ; CLOUDY

NO. 2 (11) INCIDENT CODE | (12) TITLE OF SECONDARY INCIDENT | (12A) STATUS: A C | (13) LOCATION OF INCIDENT | (13A) LOC. CODE

(14) DAY(S) OF INCIDENT: / | (15) DATE(S) OF INCIDENT: / | (16) HOUR(S) OF INCIDENT: / | (17) TEMP.—WEATHER AT TIME OF INCIDENT: /

## INDIVIDUALS

NO. 1 (18) ROLE: C | (19) LAST NAME, FIRST NAME, M.I.: GALLENTINE ANITA R. | (20) RACE | (21) SEX | (22) AGE | (23) DATE OF BIRTH | (24) DRIVERS LICENSE / I.D. NO. / STATE
(25) AKA | (26) RESIDENCE ADDRESS: (FORM 6) | (26A) ZIP | (27) RESIDENCE PHONE NO. | (28) PLACE OF BIRTH / STATE
(29) TITLE/OCCUPATION | (30) PLACE OF EMPLOYMENT/SCHOOL | (31) EMP/SCH PHONE NO. | SHIFT D S M | (32) SSN
LINKING

NO. 2 (33) ROLE: C | (34) LAST NAME, FIRST NAME, M.I.: MOORE CHARLES E. | (35) RACE | (36) SEX | (37) AGE | (38) DATE OF BIRTH | (39) DRIVERS LICENSE / I.D. NO. / STATE
(40) AKA | (41) RESIDENCE ADDRESS: (FORM 6) | (41A) ZIP | (42) RESIDENCE PHONE NO. | (43) PLACE OF BIRTH / STATE
(44) TITLE/OCCUPATION | (45) PLACE OF EMPLOYMENT/SCHOOL | (46) EMP/SCH PHONE NO. | SHIFT D S M | (47) SSN
LINKING

NO. 3 (48) ROLE: W | (49) LAST NAME, FIRST NAME, M.I.: HALLBERG PAMELA L. | (50) RACE | (51) SEX | (52) AGE | (53) DATE OF BIRTH | (54) DRIVERS LICENSE / I.D. NO. [redacted]
(55) AKA | (56) RESIDENCE ADDRESS [redacted]
(58) TITLE/OCCUPATION | (60) PLACE OF EMPLOYMENT/SCHOOL [redacted]

NO. 4 (63) ROLE: W | (64) LAST NAME, FIRST NAME, M.I.: SATHER LYNDA B. | (65) RACE | (66) SEX | (67) AGE | (68) DATE OF BIRTH [redacted]
(70) AKA | (71) RESIDENCE ADDRESS [redacted] RESIDENCE PHONE NO.
(74) TITLE/OCCUPATION [redacted]
LINKING

## VEHICLE

NO. 1 (78) VEHICLE STATUS: ☐ OBJECT OF ATTACK ☐ RECOVERED ☐ IMPOUNDED (REPORT ATTACHED) (ONE PER CASE NO.) ☐ STOLEN ☐ SUSPECT ☐ LOCATE ☐ ABANDONED ☐ INVOLVED VEHICLE
(79) YEAR | (80) MAKE | (81) MODEL | (82) STYLE | (83) LICENSE NO. / STATE / YEAR | (84) COLOR CODE TOP/SOLID: | (85) SECOND COLOR CODE: | (86) EST. VALUE $
(87) VIN | (88) OTHER DESCRIPTORS
(89) LOCATION OF RECOVERY/IMPOUND | (90) CONDITION OF RECOVERY ☐ DAMAGED X - 0 ☐ NO VISIBLE DAMAGE NOTED ☐ BURNED ☐ STRIPPED ☐ UNKNOWN LIST MISSING/STRIPPED ITEMS IN NARRATIVE
(91) DISPOSITION OF RECOVERY ☐ IMPOUNDED ☐ RELEASED TO | PERS NO. | DATE / / | TIME : | BY AUTHORITY OF:

## PROPERTY / EVIDENCE

(92) PROPERTY STOLEN $ | (93) PROPERTY RECOVERED $ | (94) PROPERTY DAMAGE EST. LOSS $ 0 | (95) VEHICLE 1 ENTERED ☐ APSIN / ☐ NCIC FROM / / DATE AND TIME BY : ATTACH PRINTOUTS TO SERVICE'S COPY

EVIDENCE SEIZED? Y/N (N) | PROCESSING REQUIRED? Y/N (N) | PHOTOS TAKEN? Y/N (N) | PHOTO PRINTS REQUIRED? Y/N | COMMENTS:

## SOLVABILITY FACTORS

1. IS A SUSPECT NAMED? [10] ____
2. CAN THE SUSPECT BE IDENTIFIED? [10] ____
3. IS THE SUSPECT'S LOCATION KNOWN? [10] ____
4. IS THE SUSPECT VEHICLE LICENSE KNOWN? [10] ____
5. ARE THERE ANY UNCONTACTED WITNESSES? [10] ____
6. IS THERE A USEFUL SUSPECT DESCRIPTION? [5] ____
7. IS THERE A USEFUL SUSPECT VEHICLE DESCRIPTION? [5] ____
8. ARE THERE A LIMITED NUMBER OF POSSIBLE SUSPECTS? [5] ____
9. ARE THERE RELATED/SIMILAR INCIDENTS? [5] ____
10. IS THERE USEFUL PHYSICAL EVIDENCE? [2] ____
11. IS THE STOLEN PROPERTY TRACEABLE? [2] ____
12. IS THERE A SIGNIFICANT M.O.? [2] ____

(96) TOTAL SCORE:
(111) RECOMMENDED ACTION
☐ – INITIAL SUSPENSION
☐ – EVID. PROCESS ONLY
☐ – PATROL FOLLOW-UP
☐ – INVEST. FOLLOW-UP
☐ – OTHER

PLAINTIFF'S EXHIBIT 30

## ADM.

(97) DATE AND TIME PREPARED: 93-08-13 1140 | (98) REPORTING MEMBER: Ring | TITLE: PTM | FPD# CAN | (99) APPROVING SUPERVISOR: [signature] | TITLE: Sgt | FPD# IKJT | (100) DATE APPROVED: 930813

31

FORM 1

THIS REPORT IS CONFIDENTIAL & FOR OFFICIAL USE ONLY

PAGE ____ OF ____

ROLE CODE
- SUSPECT
- DEFENDANT
- RUNAWAY (ONE PER CASE NUMBER)
- MISSING PERSON (ONE PER CASE NUMBER)

# SUBJECT REPORT

FAIRBANKS POLICE DEPARTMENT
FAIRBANKS, ALASKA

(1) CASE NUMBER: 93-010-4224
(2) CROSS REFERENCE CASE NUMBER:
(2A) USE RAD NO. FOR FPD WARRANTS: R—

**REPORT HEADINGS**

(3) PRIMARY INCIDENT TITLE: TERRORISTIC THREATS
(4) COMPLAINANT (LAST NAME, FIRST, M.I.): GALLENTINE ANITA R.
(4A) PHONE: 452-2000
(3A) WARRANT ☐ ARREST
LOCATION OF ARREST
(4A) DATE & TIME OF ARREST
USE NEW CASE NUMBER FOR OTHER AGENCY'S ARREST

**SUBJECTS**

NO. 1
(5) ROLE: S
(6) LAST NAME, FIRST NAME, M.I.: RAAD NADA
(7) RACE: W
(8) SEX: F
(9) APX AGE: 37
(10) DATE OF BIRTH: 8-1-56
(11) DRIVERS LICENSE I.D. NO.: u
STATE: /
(12) AKA:
(13) RESIDENCE ADDRESS: 1300 VIEWPOINT
(13A) ZIP: 99709
(14) RESIDENCE PHONE NO.: 479-9122
(15) PLACE OF BIRTH: LEBANON
STATE: /
(16) TITLE OCCUPATION: TEACHER
(17) PLACE OF EMPLOYMENT SCHOOL:
(18) EMP SCH PHONE NO.:
(19) SHIFT: D S M
(20) SSN: 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
(21) APX HT: 66"
(22) APX WT: 130
(23) HAIR COL: BLK
(24) EYE COL: BRO
(25) PHY HCP *
(26) MTL HCP *
(27) ARMED *
(28) POSS. DESTINATION LOCATION *
(29) WARRANT ISSUED: YES * / NO
(30) CHARGES: AS 11.56.810(a) TERRORISTIC THREATENING
ATN

NO. 2
(31) ROLE
(32) LAST NAME, FIRST NAME, M.I.
(33) RACE
(34) SEX
(35) APX AGE
(36) DATE OF BIRTH
(37) DRIVERS LICENSE I.D. NO.
STATE: /
(38) AKA
(39) RESIDENCE ADDRESS
(39A) ZIP
(40) RESIDENCE PHONE NO.
(41) PLACE OF BIRTH
STATE: /
(42) TITLE OCCUPATION
(43) PLACE OF EMPLOYMENT SCHOOL
(44) EMP SCH PHONE NO.
SHIFT: D S M
(45) SSN
(46) APX HT
(47) APX WT
(48) HAIR COL
(49) EYE COL
(50) PHY HCP *
(51) MTL HCP *
(52) ARMED *
(53) POSS. DESTINATION LOCATION *
(54) WARRANT ISSUED: YES * / NO
(55) CHARGES
ATN

**ADDITIONAL SUBJECT DESCRIPTORS (CIRCLE ONE NO. FOR EACH SUBJECT)**

(56) HAIR LENGTH — SUBJ. NO. 1 2: 1 1 LONG (circled); 2 2 MEDIUM; 3 3 SHORT; 4 4 BALD/BALDING; 5 5 OTHER; 6 6 UNK.

(57) HAIR STYLE — SUBJ. NO. 1 2: 1 1 AFRO; 2 2 WAVY; 3 3 SHAG; 4 4 STRAIGHT (circled); 5 5 BRAIDED; 6 6 OTHER; 7 7 UNK.

(58) FACIAL HAIR — SUBJ. NO. 1 2: 1 1 FULL BEARD; 2 2 GOATEE; 3 3 MUSTACHE; 4 4 SIDEBURNS (UNUSUAL); 5 5 OTHER UNK.; 6 6 NONE (circled)

(59) GLASSES — SUBJ. NO. 1 2: 1 1 SUNGLASSES; 2 2 GLASSES; 3 3 CONTACTS; 4 4 OTHER/UNK.; 5 5 NONE (circled)

(60) TATTO — SUBJ. NO. 1 2: 1 1 EXTREMITY; 2 2 BODY; 3 3 FACE; 4 4 PICTURES; 5 5 NAME/INITIALS; 6 6 OTHER; 7 7 UNK./NONE (circled)

(61) GEN'L APPEARANCE — SUBJ. NO. 1 2: 1 1 NEAT WELL DRESSED (circled); 2 2 DIRTY/RAGGED; 3 3 UNIFORMED; 4 4 MOD/UNUSUAL; 5 5 UNUSUAL JEWELRY; 6 6 OTHER; 7 7 UNK.

(62) SPEECH — SUBJ. NO. 1 2: 1 1 PROFANE/ABUSIVE; 2 2 SOFT/POLITE; 3 3 APOLOGETIC; 4 4 ACCENT; 5 5 STUTTER; 6 6 DEEP/RASPY; 7 7 HIGH; 8 8 EFFEMINATE; 9 9 LISP; 10 10 OTHER (circled); 11 11 UNK.

(63) TEETH — SUBJ. NO. 1 2: 1 1 GOLD; 2 2 GOLD DESIGN; 3 3 MISSING/CAPS; 4 4 PROTRUDING; 5 5 DECAYED/DIRTY; 6 6 BROKEN; 7 7 VERY WHITE; 8 8 OTHER (circled)

(64) COMPLEXION — SUBJ. NO. 1 2: 1 1 LIGHT; 2 2 MEDIUM (circled); 3 3 DARK; 4 4 ACNE; 5 5 FRECKLED; 6 6 RUDDY; 7 7 OTHER; 8 8 UNK.

(65) SCARS-BIRTHMARKS — SUBJ. NO. 1 2: 1 1 HEAD; 2 2 NECK; 3 3 HAND; 4 4 ARM; 5 5 BODY; 6 6 OTHER; 7 7 UNK. (circled)

(66) EYES — SUBJ. NO. 1 2: 1 1 MISSING; 2 2 CROSSED; 3 3 BULGING; 4 4 SQUINT; 5 5 BLINK; 6 6 AFFLICTED EYE; 7 7 OTHER (circled); 8 8 UNK.

(67) SUBJECT WORE — SUBJ. NO. 1 2: 1 1 SKI MASK; 2 2 STOCKING MASK; 3 3 CAP, HAT; 4 4 COAT/JACKET; 5 5 BAND-AIDS; 6 6 WIG; 7 7 GLOVES; 8 8 OTHER (circled); 9 9 UNK.

(68) R-L HANDED — SUBJ. NO. 1 2: 1 1 RIGHT; 2 2 LEFT; 3 3 UNK. (circled)

(69) BUILD — SUBJ. NO. 1 2: 1 1 LIGHT; 2 2 MEDIUM (circled); 3 3 HEAVY; 4 4 UNK.

☐ SUBJECT NO. 1 HAS BEEN ☐ ENTERED ☐ REMOVED FROM ☐ APSIN ☐ NCIC — FPDIN — DATE AND TIME — ATTACH PRINTOUTS TO SERVICE'S COPY

**NARRATIVE**

SYNOPSIS:
ON 8-13-93 OFFICERS RING AND STEPP RESPONDED TO THE FNSB SCHOOL DISTRICT OFFICES ON COMPLAINT THAT A WOMAN, NADA RAAD, WAS REFUSING TO LEAVE AND HAD POSSIBLY MADE A THREAT TO BLOW UP THE

* EXPLAIN DETAILS: ADDITIONAL DESCRIPTIONS INCLUDING SPECIFIC CLOTHING, DATE, TIME AND LOCATION LAST SEEN.
☒ CONTINUED ON SUPPLEMENTAL REPORT FORM 2A

**ADMIN. ACTION**

(70) DATE-TIME PREPARED: 93-08-13 1150
(71) REPORTING MEMBER - TITLE - FPDIN: C.A. RING / PTM / CAR
(72) APPROVING SUPERVISOR - TITLE - FPDIN: [signature] / 1 LT / KJS
(73) DATE APPROVED: 930813

CASE STATUS: ( ) UNCHANGED

(74) OPEN: ✓ PATROL — CITY ATTY. — INVEST — DIST. ATTY. — SERVICE — JUV. INTK. — ADMIN. — CORONER — LAB — OTHER:

(75) SUSPENDED: — INACTIVE — INDEFINITE

(76) CLOSED: — UNFOUNDED — PROS. DECL — ARREST — EXCEPTIONAL — SERVICE RENDERED — TOT:

(77) DISTRIBUTION: ORIGINAL TO RECORDS
COPIES TO: — PATROL — CITY ATTY. — METRO — FBI — INVEST ✓ DIST. ATTY. — AST — MIL — SERVICES — CORONER — DFYS — ANIMAL CONTROL — ADMIN. — JUV. INTK. — ABC — EVIDENCE
✓ OTHER: DAO / PRESS SCREENING

(78) STATUS UPDATED BY: FPDIN
(79) NAMES INDEXED BY: FPDIN
(80) DIST COPY BY: FPDIN

FPD FORM 2

THIS REPORT IS CONFIDENTIAL & FOR OFFICIAL USE ONLY

# SUPPLEMENTAL REPORT

FAIRBANKS POLICE DEPARTMENT
FAIRBANKS, ALASKA

(1) CASE NUMBER 93-000 42 214
(2) CROSS REFERENCE CASE NUMBER
(2A) USE RAD NO. FOR FPD WARRANTS R—

HEADING

(3) PRIMARY INCIDENT TITLE: TERRORISTIC THREAT
(4) COMPLAINANT (LAST NAME, FIRST, M.I.): GALLENTINE, ANITA

NARRATIVE

BUILDING. UPON ARRIVAL NADA RAAD WAS FOUND IN THE OFFICE OF FNSB E.E.O. OFFICER, CHARLES MOORE. RAAD WAS NOT IN POSSESSION OF ANY EXPLOSIVE DEVICE AND STATED THAT SHE HAD ONLY MADE MENTION OF HER "ANGER BLOWING UP." RAAD SPEAKS IN ACCENTED ENGLISH.

MOORE STATED THAT HAD DONE ALL HE COULD FOR RAAD AND NOW WANTED HER TO LEAVE.

OFFICER STEPP ASKED RAAD TO LEAVE AND SHE DID SO. IT WAS EXPLAINED TO THE OFFICERS THAT RAAD HAD APPLIED FOR A HIGH SCHOOL TEACHING POSITION AND WAS UPSET WHEN SHE WAS NOT SELECTED.

A SHORT TIME LATER CHARLES MOORE AND THE PERSONNEL DIRECTOR, ANITA GALLENTINE, RESPONDED TO F.P.D. TO FILE CHARGES AGAINST RAAD BECAUSE AFTER TALKING TO THE SUPERINTENDANT'S SECRETARY AND RECEPTIONIST WHERE THE THREAT WAS MADE THEY DETERMINED IT WAS POSSIBLY A SERIOUS THREAT.

OFFICER RING THEN SPOKE WITH BOTH PAMELA HALLBERG AND LYNDA SATTER. BOTH STATED THAT RAAD HAD COME UP TO RICK CROSS'S OFFICE DEMANDING TO SEE HIM. RAAD STATED THAT IT WAS AN EMERGENCY. WHEN TOLD THAT SHE COULD NOT SEE CROSS BUT COULD MAKE AN APPOINTMENT, RAAD STATED THAT IF SHE DID NOT GET TO SEE CROSS SHE WOULD BLOW UP THE BUILDING. RAAD EVENTUALLY DID LEAVE AND ACCORDING TO HALLBERG SHE WAS NOT CARRYING ANY BAGS OR PACKAGES. BOTH

☒ CONTINUED ON ADDITIONAL SUPPLEMENTAL REPORT FORM 2A

| (12) DATE AND TIME PREPARED | (13) REPORTING MEMBER - TITLE - FPDIN | (14) APPROVING SUPERVISOR - TITLE - FPDIN | (15) DATE APPROVED |
|---|---|---|---|
| 93-08-13 1200 | Ring / PTMICAN | [signature] DICT 1KJS | 930823 |

FORM 2A

THIS REPORT IS CONFIDENTIAL & FOR OFFICIAL USE ONLY

PAGE ____ OF ____

# SUPPLEMENTAL REPORT

FAIRBANKS POLICE DEPARTMENT
FAIRBANKS, ALASKA

(1) CASE NUMBER: 93-010427
(2) CROSS REFERENCE CASE NUMBER:
(2A) USE RAD NO. FOR FPD WARRANTS: R–

HEADING.

(3) PRIMARY INCIDENT TITLE: TERRORISTIC THREATS
(4) COMPLAINANT (LAST NAME, FIRST, M.I.): GALLENTINE, ANITA

NARRATIVE

HALLBERG AND SATTER STATED THAT RAAD SPECIFICALLY STATED SHE WOULD BLOW UP THE BUILDING AND THAT THEY DID NOT MISUNDERSTAND HER.

GALLENTINE EXPRESSED SOME CONCERN THAT BECAUSE OF RAAD'S KNOWLEDGE OF CHEMISTRY, (SHE WAS APPLYING FOR A H.S. CHEMISTRY TEACHING POSITION) SHE COULD POSSIBLY HAVE THE KNOWLEDGE NECESSARY TO CONSTRUCT AN EXPLOSIVE DEVICE.

REQUEST D.A.O. SCREENING.

☐ CONTINUED ON ADDITIONAL SUPPLEMENTAL REPORT FORM 2A

| (12) DATE AND TIME PREPARED | (13) REPORTING MEMBER - TITLE - FPDIN | (14) APPROVING SUPERVISOR - TITLE - FPDIN | (15) DATE APPROVED |
|---|---|---|---|
| 93-08-13 1205 | [signature] / PTM / CAN | [signature] / LT / IKJS | 930813 |

3

RM 2A

THIS REPORT IS CONFIDENTIAL & FOR OFFICIAL USE ONLY

PAGE ____ OF ____



# SUPPLEMENTAL REPORT

FAIRBANKS POLICE DEPARTMENT
FAIRBANKS, ALASKA

(1) CASE NUMBER 9 3 0 0 4 2 2 4

(2) CROSS REFERENCE CASE NUMBER

(3) PRIMARY INCIDENT TITLE: Suspicious Threats

(4) COMPLAINANT (LAST NAME, FIRST, M.I.): GALLENTINE, A

SHORT FORM

☐ CONTACTED COMPLAINANT. NO ADDITIONAL INFO/LEADS.
(5) DATE / TIME

☐ CONTACTED WITNESSES LISTED. NO ADDITIONAL INFO/LEADS.
(6) DATE / TIME

☐ UNABLE TO CONTACT COMPLAINANT AND/OR WITNESSES LISTED.
(7) DATE / TIME

☐ UNABLE TO CONTACT SUSPECT. LOCATE/WARRANT ISSUED (COPY ATTACHED).
(8) DATE / TIME

☐ ACCEPTED FOR PROSECUTION. COPY OF SIGNED COMPLAINANT ATTACHED.
(9) DATE / TIME

☒ PROSECUTION DECLINED. COMPLAINANT NOTIFIED.
(10) 9-20-93 / 0830
DATE / TIME

☐ THE INDIVIDUALS/ITEMS SPECIFICALLY IDENTIFIED BELOW HAVE BEEN REMOVED FROM ☐ APSIN / ☐ NCIC. (PRINTOUTS ARE ATTACHED TO THE SERVICE'S COPY)
(11) DATE / TIME

NARRATIVE

CASE DECLINED AT DAO

☐ CONTINUED ON ADDITIONAL SUPPLEMENTAL REPORT FORM 2A

| (12) DATE – TIME PREPARED | (13) REPORTING MEMBER – TITLE – FPDIN | (14) APPROVING SUPERVISOR – TITLE – FPDIN | (15) DATE APPROVED |
|---|---|---|---|
| 93-09-20 0830 | C. A. RING / PTM / CAR | [signature] / Sgt / JEB | 930920 |

ADM. ACTION

CASE STATUS: ( ) UNCHANGED

| (16) OPEN | (17) SUSPENDED | (18) CLOSED |
|---|---|---|
| — PATROL — CITY ATTY. | — INACTIVE | ✓ UNFOUNDED |
| — INVEST — DIST. ATTY. | — INDEFINITE | — PROS. DECL |
| — SERVICE — JUV. INTK. | | — ARREST |
| — ADMIN. — CORONER | | — EXCEPTIONAL |
| — LAB | | — SERVICE RENDERED |
| — OTHER: | | — TOT: |

(19) DISTRIBUTION: ORIGINAL TO RECORDS

COPIES TO: — PATROL — CITY ATTY. — METRO — FBI — PRESS — INVEST — DIST. ATTY. — AST — MIL — SERVICES — CORONER — DFYS — ANIMAL CONTROL — ADMIN. — JUV. INTK. — ABC — EVIDENCE

— OTHER:

(20) STATUS UPDATED BY: FPDIN | (21) NAMES INDEXED BY: FPDIN | (22) DIST COPY BY: [initials] FPDIN

8

FORM 2

THIS REPORT IS CONFIDENTIAL & FOR OFFICIAL USE ONLY

RELATED REPORTS: ☐ INCI ☒ SUPP ☐ COLL ☐ DWI ☐ IMPOUND ☐ EVID/PROP ☒ SUBJ ☐ CIT. ARR ☐ CR ANALYSIS ☐ STMT. ☐ DEATH

# INCIDENT REPORT

FAIRBANKS POLICE DEPARTMENT
FAIRBANKS, ALASKA

(1) CASE NUMBER: 9 3 6 0 4 2 2 4
(2) CROSS REFERENCE CASE NUMBER

JUV | ALCO | DRUG | COMP | CITY X | NL | SV | RST

## INCIDENTS

NO. 1 — (4) INCIDENT CODE — (5) TITLE OF PRIMARY INCIDENT: TERR. THREATS — (5A) STATUS: A (C) — (6) LOCATION OF INCIDENT: 520 5TH AVE. FNSB SCHOOLS. — (6A) LOC. CODE: 11
(7) DAY(S) OF INCIDENT: FR / — (8) DATE(S) OF INCIDENT: 93-08-13 / — (9) HOUR(S) OF INCIDENT: / — (10) TEMP.-WEATHER AT TIME OF INCIDENT: / +60 CLOUDY

NO. 2 — (11) INCIDENT CODE — (12) TITLE OF SECONDARY INCIDENT — (12A) STATUS: A C — (13) LOCATION OF INCIDENT — (13A) LOC. CODE
(14) DAY(S) OF INCIDENT: / — (15) DATE(S) OF INCIDENT: / — (16) HOUR(S) OF INCIDENT: / — (17) TEMP.-WEATHER AT TIME OF INCIDENT: /

## INDIVIDUALS

NO. 1 — (18) ROLE: C — (19) LAST NAME, FIRST NAME, M.I.: GALLENTINE ANITA R. — (20) RACE — (21) SEX — (22) AGE — (23) DATE OF BIRTH — (24) DRIVERS LICENSE / I.D. NO. / STATE: /
(25) AKA — (26) RESIDENCE ADDRESS: (FORM 6) — (26A) ZIP — (27) RESIDENCE PHONE NO. — (28) PLACE OF BIRTH / STATE: /
(29) TITLE/OCCUPATION — (30) PLACE OF EMPLOYMENT/SCHOOL — (31) EMP/SCH PHONE NO. — SHIFT DSN — (32) SSN
UNKNG

NO. 2 — (33) ROLE: C — (34) LAST NAME, FIRST NAME, M.I.: MOORE CHARLES E. — (35) RACE — (36) SEX — (37) AGE — (38) DATE OF BIRTH — (39) DRIVERS LICENSE / I.D. NO. / STATE: /
(40) AKA — (41) RESIDENCE ADDRESS: (FORM 6) — (41A) ZIP — (42) RESIDENCE PHONE NO. — (43) PLACE OF BIRTH / STATE: /
(44) TITLE/OCCUPATION — (45) PLACE OF EMPLOYMENT/SCHOOL — (46) EMP/SCH PHONE NO. — SHIFT DSN — (47) SSN
UNKNG

NO. 3 — (48) ROLE: W — (49) LAST NAME, FIRST NAME, M.I.: HALLBERG PAMELA L. — (50) RACE: W — (51) SEX: F — (52) AGE: 43 — (53) DATE OF BIRTH: 6-5-50 — (54) DRIVERS LICENSE / I.D. NO.: 0476516 — STATE: AK
(55) AKA — (56) RESIDENCE ADDRESS: 850 REESE RD. — (56A) ZIP: 99705 — (57) RESIDENCE PHONE NO.: " — (58) PLACE OF BIRTH: GRANTSBURG — STATE: WI
(59) TITLE/OCCUPATION: SECRETARY — (60) PLACE OF EMPLOYMENT/SCHOOL: FNSB SCHOOL DISTRICT — (61) EMP/SCH PHONE NO.: 452-2000 — SHIFT DSN — (62) SSN: 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
UNKNG

NO. 4 — (63) ROLE: W — (64) LAST NAME, FIRST NAME, M.I.: SATHER LYNDA B. — (65) RACE: W — (66) SEX: F — (67) AGE: 40 — (68) DATE OF BIRTH: 7-24-53 — (69) DRIVERS LICENSE / I.D. NO.: 0654694 — STATE: AK
(70) AKA — (71) RESIDENCE ADDRESS: 453 VALLEY VIEW DR. — (71A) ZIP: 99712 — (72) RESIDENCE PHONE NO.: " — (73) PLACE OF BIRTH: LOS ANGELES — STATE: CA
(74) TITLE/OCCUPATION — (75) PLACE OF EMPLOYMENT/SCHOOL: FNSB SCHOOL DISTRICT — (76) EMP/SCH PHONE NO.: 452-2000. — SHIFT DSN — (77) SSN: 558-44-347[illegible]
UNKNG

## VEHICLE

NO. 1 — (78) VEHICLE STATUS: ☐ OBJECT OF ATTACK ☐ RECOVERED ☐ IMPOUNDED (REPORT ATTACHED) (ONE PER CASE NO.) ☐ STOLEN ☐ SUSPECT ☐ LOCATE ☐ ABANDONED ☐ INVOLVED VEH.
(79) YEAR — (80) MAKE — (81) MODEL — (82) STYLE — (83) LICENSE NO. / STATE / YEAR: / / — (84) COLOR CODE TOP/SOLID — (85) SECOND COLOR CODE — (86) EST. VALUE $
(87) VIN — (88) OTHER DESCRIPTORS
(89) LOCATION OF RECOVERY/IMPOUND — (90) CONDITION OF RECOVERY: ☐ NO VISIBLE DAMAGE NOTED ☐ UNKNOWN ☐ DAMAGED ☐ BURNED ☐ STRIPPED — LIST MISSING/STRIPPED ITEMS IN NARRATIVE
(91) DISPOSITION OF RECOVERY: ☐ IMPOUNDED ☐ RELEASED TO — PERS NO. — DATE / / — TIME : — BY AUTHORITY OF:

## PROPERTY & EVIDENCE

(92) PROPERTY STOLEN $ — (93) PROPERTY RECOVERED $ — (94) PROPERTY DAMAGE EST. LOSS $ 0 — (95) VEHICLE 1 ENTERED ☐ APSIN / ☐ NCIC FROM DATE AND TIME BY / / / : ATTACH PRINTOUTS TO SERVICE'S COPY
EVIDENCE SEIZED? Y/N — PROCESSING REQUIRED? Y/N — PHOTOS TAKEN? Y/N — PHOTO PRINTS REQUIRED? Y/N — COMMENTS:

## SOLVABILITY FACTORS

1. IS A SUSPECT NAMED? [10] ____
2. CAN THE SUSPECT BE IDENTIFIED? [10] ____
3. IS THE SUSPECT'S LOCATION KNOWN? [10] ____
4. IS THE SUSPECT VEHICLE LICENSE KNOWN? [10] ____
5. ARE THERE ANY UNCONTACTED WITNESSES? [10] ____
6. IS THERE A USEFUL SUSPECT DESCRIPTION? [5] ____
7. IS THERE A USEFUL SUSPECT VEHICLE DESCRIPTION? [5] ____
8. ARE THERE A LIMITED NUMBER OF POSSIBLE SUSPECTS? [5] ____
9. ARE THERE RELATED/SIMILAR INCIDENTS? [5] ____
10. IS THERE USEFUL PHYSICAL EVIDENCE? [2] ____
11. IS THE STOLEN PROPERTY TRACEABLE? [2] ____
12. IS THERE A SIGNIFICANT M.O.? [2] ____

(96) TOTAL SCORE: ____
(97) RECOMMENDED ACTION: ☐ - INITIAL SUSPENSION ☐ - EVID. PROCESS ONLY ☐ - PATROL FOLLOW-UP ☐ - INVEST. FOLLOW-UP ☐ - OTHER

## ADM.

(97) DATE: 93-08-13 — AND TIME PREPARED: 1140 — (99) REPORTING MEMBER: [signature] — TITLE: / PTM / — FROM: CAN — (100) APPROVING SUPERVISOR: [signature] — TITLE: Lt — FROM: KTT — (101) DATE APPROVED: 930823

FPD FORM REV 12/98 — 007889 — THIS REPORT IS CONFIDENTIAL & FOR OFFICIAL USE ONLY — PAGE ____ OF ____

ROLE CODE
S - SUSPECT
D - DEFENDANT
R - RUNAWAY (ONE PER CASE NUMBER)
M - MISSING PERSON (ONE PER CASE NUMBER)

# SUBJECT REPORT

FAIRBANKS POLICE DEPARTMENT
FAIRBANKS, ALASKA

(1) CASE NUMBER: 93-010-4 22
(2) CROSS REFERENCE CASE NUMBER
(2A) USE RAD NO. FOR FPD WARRANTS R-

**REPORT HEADINGS**

(3) PRIMARY INCIDENT TITLE: TERRORISTIC THREAT
(4) COMPLAINANT (LAST NAME, FIRST, M.I.): GALLENTINE ANITA R.
(4A) PHONE: 452-2000
(3A) WARRANT ARREST
LOCATION OF ARREST
(4A) DATE & TIME OF ARREST
USE NEW CASE NUMBER FOR OTHER AGENCY'S ARREST

**SUBJECTS**

NO. 1 — (5) ROLE: S — (6) LAST NAME, FIRST NAME, M.I.: RAAD NADA — (7) RACE: W — (8) SEX: F — (9) APX AGE: 37 — (10) DATE OF BIRTH: 8-1-56 — (11) DRIVERS LICENSE: U
(12) AKA — (13) RESIDENCE ADDRESS: 1300 VIEWPOINT — (13A) ZIP: 94709 — (14) RESIDENCE PHONE NO.: 479-9122 — (15) PLACE OF BIRTH: LEBANON
(16) TITLE OCCUPATION: TEACHER — (17) PLACE OF EMPLOYMENT SCHOOL — (18) EMP SCH PHONE NO. — (19) SHIFT — (20) SSN: 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
(21) APX HT: 66" — (22) APX WT: 130 — (23) HAIR COL: BLK — (24) EYE COL: BRO — (25) PHY —O — (26) VEH —O — (27) ARMED — (28) POSS. DESTINATION LOCATION — (29) WARRANT ISSUED
(30) CHARGES: AS 11.56.810(a) TERRORISTIC THREATENING — ATN

NO. 2 — (31) ROLE — (32) LAST NAME, FIRST NAME, M.I. — (33) RACE — (34) SEX — (35) APX AGE — (36) DATE OF BIRTH — (37) DRIVERS LICENSE
(38) AKA — (39) RESIDENCE ADDRESS — ZIP — (40) RESIDENCE PHONE NO. — (41) PLACE OF BIRTH
(42) TITLE OCCUPATION — (43) PLACE OF EMPLOYMENT SCHOOL — (44) EMP SCH PHONE NO. — SHIFT — (45) SSN
(46) APX HT — (47) APX WT — (48) HAIR COL — (49) EYE COL — (50) PHY —O — (51) VEH —O — (52) ARMED — (53) POSS. DESTINATION LOCATION — (54) WARRANT ISSUED
(55) CHARGES — ATN

**ADDITIONAL SUBJECT DESCRIPTORS (CIRCLE ONE NO. FOR EACH SUBJECT)**

(56) HAIR LENGTH: (1 circled) 1 LONG, 2 MEDIUM, 3 SHORT, 4 BALD/BALDING, 5 OTHER, 6 UNK.
(57) HAIR STYLE: 1 AFRO, 2 WAVY, 3 SHAG, (4 circled) 4 STRAIGHT, 5 BRAIDED, 6 OTHER, 7 UNK.
(58) FACIAL HAIR: 1 FULL BEARD, 2 GOATEE, 3 MUSTACHE, 4 SIDEBURNS (UNUSUAL), 5 OTHER/UNK., (6 circled) 6 NONE
(59) GLASSES: 1 SUNGLASSES, 2 GLASSES, 3 CONTACTS, 4 OTHER/UNK., (5 circled) 5 NONE
(60) TATTOO: 1 EXTREMITY, 2 BODY, 3 FACE, 4 PICTURES, 5 NAME, INITIALS, 6 OTHER, (7 circled) 7 UNK., NONE
(61) GEN'L APPEARANCE: (1 circled) 1 NEAT WELL DRESSED, 2 DIRTY/RAGGED, 3 UNIFORMED, 4 MOD/UNUSUAL, 5 UNUSUAL JEWELRY, 6 OTHER, 7 UNK.
(62) SPEECH: 1 PROFANE/ABUSIVE, 2 SOFT POLITE, 3 APOLOGETIC, 4 ACCENT, 5 STUTTER, 6 DEEP RASPY, 7 HIGH, 8 EFFEMINATE, 9 LISP, (10 circled) 10 OTHER, 11 UNK.
(63) TEETH: 1 GOLD, 2 GOLD DESIGN, 3 MISSING/CAPS, 4 PROTRUDING, 5 DECAYED/DIRTY, 6 BROKEN, 7 VERY WHITE, (8 circled) 8 OTHER
(64) COMPLEXION: 1 LIGHT, (2 circled) 2 MEDIUM, 3 DARK, 4 ACNE, 5 FRECKLED, 6 RUDDY, 7 OTHER, 8 UNK.
(65) SCARS-BIRTHMARKS: 1 HEAD, 2 NECK, 3 HAND, 4 ARM, 5 BODY, 6 OTHER, (7 circled) 7 UNK.
(66) EYES: 1 MISSING, 2 CROSSED, 3 BULGING, 4 SQUINT, 5 BLINK, 6 AFFLICTED EYE, (7 circled) 7 OTHER, 8 UNK.
(67) SUBJECT WORE: 1 SKI MASK, 2 STOCKING MASK, 3 CAP, HAT, 4 COAT/JACKET, 5 BAND-AIDS, 6 WIG, 7 GLOVES, (8 circled) 8 OTHER, 9 UNK.
(68) R/L HANDED: 1 RIGHT, 2 LEFT, (3 circled) 3 UNK.
(69) BUILD: 1 LIGHT, (2 circled) 2 MEDIUM, 3 HEAVY, 4 UNK.

**NARRATIVE**

☐ SUBJECT NO. 1 HAS BEEN ☐ ENTERED ☐ REMOVED FROM ☐ APSIN ☐ NCIC — FPOIN — DATE AND TIME — ATTACH PRINTOUTS SERVICE'S COPY

SYNOPSIS:

ON 8-13-93 OFFICERS RING AND STEPP RESPONDED TO THE FNSB SCHOOL DISTRICT OFFICES ON COMPLAINT THAT A WOMAN, NADA RAAD, WAS REFUSING TO LEAVE AND HAD POSSIBLY MADE A THREAT TO BLOW UP THE

*EXPLAIN DETAILS/ADDITIONAL DESCRIPTIONS INCLUDING SPECIFIC CLOTHING, DATE, TIME AND LOCATION LAST SEEN.
☑ CONTINUED ON SUPPLEMENTAL REPORT FORM

**ADMIN. ACTION**

(70) DATE - TIME PREPARED: 93-08-13 1150
(71) REPORTING MEMBER - TITLE - FPOIN: C.A. RING/ PTM/CAR
(72) APPROVING SUPERVISOR - TITLE - FPOIN: [signature] 1 LT IKJS
(73) DATE APPROVED: 930813

CASE STATUS: ( ) UNCHANGED

(74) OPEN: ✓ PATROL — CITY ATTY. — INVEST — DIST. ATTY. — SERVICE — JUV. INTK. — ADMIN. — CORONER — LAB — OTHER:
(75) SUSPENDED: — INACTIVE — INDEFINITE
(76) CLOSED: — UNFOUNDED — PROS. DECL. — ARREST — EXCEPTIONAL — SERVICE RENDERED — TOT

(77) DISTRIBUTION: ORIGINAL TO RECORDS
COPIES TO: — PATROL — CITY ATTY. — METRO — FBI — PRESS — INVEST ✓ DIST. ATTY. — AST — MIL — SERVICES — CORONER — DFYS — ANIMAL CONTROL — AD — JU — AB — EV
✓ OTHER: DAO/ SCREENING

(78) STATUS UPDATED BY: — FPOIN — (79) NAMES INDEXED BY: — FPOIN — (80) DIST COPY BY:

FPD FORM 2 — 007890

THIS REPORT IS CONFIDENTIAL & FOR OFFICIAL USE ONLY

321

PAGE ___ OF ___

# SUPPLEMENTAL REPORT

FAIRBANKS POLICE DEPARTMENT
FAIRBANKS, ALASKA

(1) CROSS REFERENCE CASE NUMBER: 93-007667
(2A) USE RAO NO. FOR FPD WARRANTS: R–

(3) PRIMARY INCIDENT TITLE: TERRORISTIC THREAT
(4) COMPLAINANT (LAST NAME, FIRST, M.I.): GALLENTINE, ANITA

REPORT HEADINGS

NARRATIVE

BUILDING. UPON ARRIVAL NADA RAAD WAS FOUND IN THE OFFICE OF FNSB E.E.O. OFFICER CHARLES MOORE. RAAD WAS NOT IN POSSESSION OF ANY EXPLOSIVE DEVICE AND STATED THAT SHE HAD ONLY MADE MENTION OF HER "ANGER BLOWING UP". RAAD SPEAKS IN ACCENTED ENGLISH.

MOORE STATED THAT HE HAD DONE ALL HE COULD FOR RAAD AND NOW WANTED HER TO LEAVE. OFFICER STEPP ASKED RAAD TO LEAVE AND SHE DID SO. IT WAS EXPLAINED TO THE OFFICERS THAT RAAD HAD APPLIED FOR A HIGH SCHOOL TEACHING POSITION AND WAS UPSET WHEN SHE WAS NOT SELECTED.

A SHORT TIME LATER CHARLES MOORE AND THE PERSONNEL DIRECTOR, ANITA GALLENTINE, RESPONDED TO F.P.D. TO FILE CHARGES AGAINST RAAD BECAUSE AFTER TALKING TO THE SUPERENTENDANT'S SECRETARY AND RECEPTIONIST WHERE THE THREAT WAS MADE THEY DETERMINED IT WAS POSSIBLY A SERIOUS THREAT.

OFFICER KING THEN SPOKE WITH BOTH PAMELA HAILBERG AND LYNDA SATHER. BOTH STATED THAT RAAD HAD COME UP TO RICK CROSS'S OFFICE DEMANDING TO SEE HIM. RAAD STATED THAT IT WAS AN EMERGENCY. WHEN TOLD THAT SHE COULD NOT SEE CROSS BUT COULD MAKE AN APPOINTMENT, RAAD STATED THAT IF SHE DID NOT GET TO SEE CROSS SHE WOULD BLOW UP THE BUILDING. RAAD EVENTUALLY DID LEAVE AND ACCORDING TO HALLBERG SHE WAS NOT CARRYING ANY BAGS OR PACKAGES. BOTH

☒ CONTINUED ON ADDITIONAL SUPPLEMENTAL REPORT FORM

(12) DATE AND TIME PREPARED: 93-0820 1200 | (13) REPORTING MEMBER: King | TITLE: PATROLMAN | FPDIN | (14) APPROVING SUPERVISOR: [signature] | TITLE: PLT | FPDIN: 1K75 | (15) DATE APPROVED: 930823

PAGE ___ OF ___

THIS REPORT IS CONFIDENTIAL & FOR OFFICIAL USE ONLY

FPD FORM REV 12/89

2A 007891 322

# SUPPLEMENTAL REPORT

FAIRBANKS POLICE DEPARTMENT
FAIRBANKS, ALASKA

(2) CROSS REFERENCE CASE NUMBER

(2A) USE RAO NO. FOR FPO WARRANTS R–

REPORT HEADINGS

(3) PRIMARY INCIDENT TITLE: TERRORISTIC THREATS

(4) COMPLAINANT (LAST NAME, FIRST, M.I.): GALLENTINE, ANITA

NARRATIVE

HALLBERG AND SATHER STATED THAT RAAD SPECIFICALLY STATED SHE WOULD BLOW UP THE BUILDING AND THAT THEY DID NOT MISUNDERSTAND HER.

GALLENTINE EXPRESSED SOME CONCERN THAT BECAUSE OF RAAD'S KNOWLEDGE OF CHEMISTRY, (SHE WAS APPLYING FOR A H.S. CHEMISTRY TEACHING POSITION) SHE COULD POSSIBLY HAVE THE KNOWLEDGE NECESSARY TO CONSTRUCT AN EXPLOSIVE DEVICE.

REQUEST D.A.O. SCREENING.

323

☐ CONTINUED ON ADDITIONAL SUPPLEMENTAL REPORT FORM

| (12) DATE AND TIME PREPARED | (13) REPORTING MEMBER - TITLE - FPDIN | (14) APPROVING SUPERVISOR - TITLE - FPDIN | (15) DATE APPROVED |
|---|---|---|---|
| 93-08-13 1205 | [signature] / PTM / C[illegible] | [signature] / LT / [illegible] | 930813 |

FPD FORM 2A 007892

THIS REPORT IS CONFIDENTIAL & FOR OFFICIAL USE ONLY

# SUPPLEMENTAL REPORT

FAIRBANKS POLICE DEPARTMENT
FAIRBANKS, ALASKA

(2) CROSS REFERENCE CASE NUMBER

(3) PRIMARY INCIDENT TITLE: Suspicious Threats

(4) COMPLAINANT (LAST NAME, FIRST, M.I.): GALLENTINE, A

**SHORT FORM**

☐ CONTACTED COMPLAINANT. NO ADDITIONAL INFO/LEADS.
(5) DATE / TIME

☐ CONTACTED WITNESSES LISTED. NO ADDITIONAL INFO/LEADS.
(6) DATE / TIME

☐ UNABLE TO CONTACT COMPLAINANT AND/OR WITNESSES LISTED.
(7) DATE / TIME

☐ UNABLE TO CONTACT SUSPECT. LOCATE/WARRANT ISSUED (COPY ATTACHED).
(8) DATE / TIME

☐ ACCEPTED FOR PROSECUTION. COPY OF SIGNED COMPLAINANT ATTACHED.
(9) DATE / TIME

☒ PROSECUTION DECLINED. COMPLAINANT NOTIFIED.
(10) DATE 9-20-93 / TIME 0830

☐ THE INDIVIDUALS/ITEMS SPECIFICALLY IDENTIFIED BELOW HAVE BEEN REMOVED FROM ☐ APSIN / ☐ NCIC (PRINTOUTS ARE ATTACHED TO THE SERVICE'S COPY)
(11) DATE / TIME

**NARRATIVE**

CASE DECLINED AT DAO

324

☐ CONTINUED ON ADDITIONAL SUPPLEMENTAL REPORT FORM

**ADMIN. ACTION**

| (12) DATE – TIME PREPARED | (13) REPORTING MEMBER – TITLE – FPDIN | (14) APPROVING SUPERVISOR – TITLE – FPDIN | (15) DATE APPROVED |
|---|---|---|---|
| 93-09-20 0830 | C. A. Ring / Ptm / CAR | [signature] / Sgt / JEB | 930920 |

CASE STATUS: ( ) UNCHANGED

(16) OPEN: — PATROL — CITY ATTY. — INVEST — DIST. ATTY. — SERVICE — JUV. INTK. — ADMIN. — CORONER — LAB — OTHER:

(17) SUSPENDED: — INACTIVE — INDEFINITE

(18) CLOSED: — UNFOUNDED — PROS. DECL. — ARREST — EXCEPTIONAL — SERVICE RENDERED — TOT

(19) DISTRIBUTION: ORIGINAL TO RECORDS

COPIES TO: — PATROL — CITY ATTY. — METRO — FBI — PRESS — INVEST — DIST. ATTY. — AST — MIL — SERVICES — CORONER — DFYS — ANIMAL CONTROL — ADMI — JUV. I — ABC — EVIDE

— OTHER:

(20) STATUS UPDATED BY: FPDIN | (21) NAMES INDEXED BY: FPDIN | (22) DIST COPY BY: [initials]

FPD FORM

007893

THIS REPORT IS CONFIDENTIAL & FOR OFFICIAL USE ONLY