FAIRBANKS NORTH STAR BOROUGH SCHOOL DISTRICT

# MEMORANDUM

DATE: September 3, 1993

TO: All Building Administrators

FROM: Julia Gallentine
Director of Personnel & Employee Relations

RE: Employment of Nada Raad

Effectively immediately, no school is authorized to call Ms. Nada Raad for employment with the Fairbanks North Star Borough School District.

Exhibit 22 page 1



000284