# RECOMMENDATION TO HIRE

## (FOR CERTIFIED VACANCY)

_____( Patricia Cromer )_____
NAME   Tanana

Initial if you have
reviewed this
recommendation

_____*LR*_____         APPROVING OFFICIAL

                       Personnel Director

_____*CE*_____         EEO/AA Coordinator

_____*[signature]*_____   Asst. Superintendent

_____       Beth, Personnel

Exhibit 23 page 1

000292


# RECOMMENDATION TO HIRE

## (FOR CERTIFIED VACANCY)

___Ken Cole___
NAME

APPROVING OFFICIAL

_____  Personnel Director

_____  EEO/AA Coordinator

_____  Assoc/Asst. Superintendent

___S. Lovell_____  Personnel

Exhibit 23 page 2

403
120656