

# FAIRBANKS NORTH STAR BOROUGH SCHOOL DISTRICT

P.O. Box 71250 · Fairbanks, Alaska 99707-1250 · (907) 452-2000

---

This is in regards to the following endorsement:

_Science - Bio / Math_

July 1993

Dear Teacher Applicant:

Thank you for your participation in the Fairbanks North Star Borough School District's teacher applicant screening and interviewing process. The purpose of this letter is to provide some feedback relative to your rating in our screening process for the 1993-94 school year and the status of projected vacancies.

It is unlikely that the district will be hiring a large number of new elementary and secondary teachers for the 1993-94 school year. Vacancies which do occur will probably not be filled until mid-August or after the start of the school year.

Among all teacher applicants on file, your rating places you in a group of applicants who may be considered for further interviews for 1993-94 teaching vacancies as openings become available. Before principals and supervisors make final selections, they will interview applicants to find the teacher who will best meet the needs of their particular building or program. Please keep your application package updated as changes occur.

I appreciate your patience in working through our process. It is a major effort to bring about the best education for the students in Fairbanks - through hiring the best possible teachers.

Sincerely,

_[signature]_

Anita Gallentine, Director
Personnel & Employee Relations

Exhibit 24 page 1

PLAINTIFF'S EXHIBIT

00520