```
 1                IN THE UNITED STATES DISTRICT COURT
 2                        DISTRICT OF ALASKA
 3   NADA RAAD,                    )
                                   )
 4                  Plaintiff,     )
                                   )
 5   vs.                           )
                                   )
 6   FAIRBANKS NORTH STAR BOROUGH  )
     SCHOOL DISTRICT,              )
 7                                 )
                    Defendant.     )
 8                                 )
     Case No. F97-0068 CV (HRH)
 9
              DEPOSITION OF GWENDOLYN J. HOFFMAN
10
     APPEARANCES:
11
         FOR THE PLAINTIFF:        MR. ROBERT SPARKS
12                                 Attorney at Law
                                   1552 Noble Street
13                                 Fairbanks, AK  99701
                                   (907) 451-0875
14
         FOR THE DEFENDANT:        MR. PETER PARTNOW
15                                 Foster, Pepper, Rubini
                                     & Reeves
16                                 601 W. 5th Avenue, Ste. 500
                                   Anchorage, AK  99501
17                                 (907) 222-7100

18   ALSO PRESENT (for Deponent):  MR. PAUL EWERS
                                   Office of the City Attorney
19                                 800 Cushman Street
                                   Fairbanks, Alaska  99701
20                                 (907) 459-6758

21                         * * * * * *
22
23
24
25
```



Exhibit 25 page 1



R & R COURT REPORTERS
709 Second Avenue
Fairbanks, Alaska 99701
(907) 452-3589

```
 1            Those are all questions we ask when someone calls us
 2            and, you know, obviously this call is transferred to
 3            dispatch for an officer to respond.  So we get the
 4            person's name, what's going on, where is it at, what's
 5            your phone number, and that information taken from the
 6            caller is all captured in those different locations.
 7      Q     Do you know if Exhibit 2 is a true and accurate copy of
 8            information that's contained in the Fairbanks Police
 9            Department 911 computer system?
10      A     It looks as -- it's familiar, it looks as if it is,
11            yes.
12      Q     And do you know who prepared -- who entered this --
13            does the log, Exhibit 2, indicate who -- what
14            dispatcher en -- entered this information into the
15            computer?
16      A     Well, my initials are there, but I don't remember
17            specifically this call, so I couldn't say it was me or
18            another dispatcher, but I couldn't say it wasn't mine,
19            because it was a long time ago.
20      Q     And would it be your custom or practice if you prepared
21            a -- a record such as the statement a Lebanese woman
22            was rejected as an applicant at, and then there is an
23            up arrow sign comma, it looks like PERS, period, OFC
24            comma 3rd floor, room 320 comma, refuses to leave, and
25            says she's going to blow the -- it looks like building
```



```
 1             up, and then it says underneath that she left -- is --
 2             would that have been information that you obtained from
 3             the caller?
 4   A         Yes.
 5   Q         And after you -- wou -- would your custom or practice
 6             to be to enter that information on the computer, and
 7             then it would -- would stay the same or would that
 8             information ever be changed?
 9   A         That information would stay as the dispatcher typed it
10             in.  When the -- when this is printed out, the shift
11             commander looks at everything and have block-out --
12             it's at his discretion, I'm not sure what they block
13             out -- they block out information.  I know some
14             juvenile information is blocked out if there are names
15             in there.  When we take the call we have to get -- if
16             there is a disorderly person, we try to get the name of
17             the person, we try to run wants and warrants on the
18             person before the officer leaves the station so they
19             know, you know, what kind of -- what they're going to,
20             what to expect on the call.  But apparently it doesn't
21             look like anything was changed on this synopsis.
22   Q         If -- if there was something changed, were there be an
23             indication there that it -- that it had been changed on
24             the record itself?
25   A         Well, if the shift commander looks at what's in there,
```



|    |   |                                                                 |
|----|---|-----------------------------------------------------------------|
| 1  |   | and doesn't, you know, wants names or anything                  |
| 2  |   | recorded, very rarely do they come and say change what          |
| 3  |   | you put in there. They will take a marker and block it          |
| 4  |   | out. And I see it looked like on Exhibit 1 where that           |
| 5  |   | -- there is a little slash mark, it looks like they             |
| 6  |   | blocked that out there.....                                     |
| 7  | Q | And.....                                                        |
| 8  | A | .....it's like an example.                                      |
| 9  | Q | .....can you tell you us what time Exhibit -- Exhibit           |
| 10 |   | 2, what time that call came in?                                 |
| 11 | A | This call was stacked in the computer at 9:57.                  |
| 12 | Q | So what's that indicate to you?                                 |
| 13 | A | At 9:57 is what time you tap the computer and it would          |
| 14 |   | record the time and it -- this call started to be ta --         |
| 15 |   | taken in. It looks like it was dispatched at 10:05,             |
| 16 |   | and an officer arrived at 10:07, and completed at               |
| 17 |   | 10:35.                                                          |
| 18 | Q | If there had been a -- what did you call it, a wants            |
| 19 |   | and warrants check.....                                         |
| 20 | A | Uh-hum (affirmative).                                           |
| 21 | Q | .....would that information be reflected on this                |
| 22 |   | computer log someplace?                                         |
| 23 | A | It would if there was a name of the person in the               |
| 24 |   | synopsis. If there was a person's name other than it            |
| 25 |   | just saying the woman. It would be recorded in there            |

R & R COURT REPORTERS
709 Second Avenue
Fairbanks, Alaska 99701
(907) 452-3589



Exhibit 25 page 4