```
 1                IN THE UNITED STATES DISTRICT COURT
 2                         DISTRICT OF ALASKA
 3  NADA RAAD,                     )
                                   )
 4              Plaintiff,         )
                                   )
 5  vs.                            )
                                   )
 6  FAIRBANKS NORTH STAR BOROUGH   )
    SCHOOL DISTRICT,               )
 7                                 )
                Defendant.         )
 8  _____)
    Case No. F97-0068 CV (HRH)
 9
            DEPOSITION OF DETECTIVE CLIFFORD AARON RING
10
    APPEARANCES:
11
        FOR THE PLAINTIFF:         MR. ROBERT SPARKS
12                                 Attorney at Law
                                   1552 Noble Street
13                                 Fairbanks, AK  99701
                                   (907) 451-0875
14
        FOR THE DEFENDANT:         MR. PETER PARTNOW
15                                 Foster, Pepper, Rubini
                                      & Reeves
16                                 601 W. 5th Avenue, Ste. 500
                                   Anchorage, AK  99501
17                                 (907) 222-7100

18      ALSO PRESENT (for Deponent):  MR. PAUL EWERS
                                   Office of the City Attorney
19                                 800 Cushman Street
                                   Fairbanks, Alaska  99701
20                                 (907) 459-6758

21                       * * * * * *
22
23
24
25
```

Exhibit 26 page   1

R & R COURT REPORTERS
709 Second Avenue
Fairbanks, Alaska 99701
(907) 452-3589



SS4
000752

```
 1  A        Not  thing specific that I   n recall now.
 2  Q        Did she say whether she was the one that had asked the
 3           other people to call the police?  Well, cancel that
 4           question.  Did she say whether she was the one that had
 5           originally called the police or not?
 6  A        I don't think so.
 7  Q        And based on your knowledge of the Fairbanks Police
 8           Department procedures, do you know if Exhibit 1 or 2
 9           indicates that Ms. Gallantine was the one that called
10           the police regarding the incident involving Ms. Raad?
11  A        No, it looks -- looks as if Pam Hallberg initially
12           called the police.  Anita Gallantine came to the
13           station.  I don't believe this is a phone call.  I
14           believe she was at the station, and I was dispatched to
15           meet her at the front counter there.
16  Q        And did you tape record any conversations with Ms.
17           Gallantine?
18  A        I don't think so.
19  Q        Why not?
20  A        There was no reason to.  I believe she made a
21           statement, a written statement.
22  Q        How about Mr. Moore?
23  A        Any tape recording?
24  Q        Any tape recorded.....
25  A        No, he was there with Ms. Gallantine.
```

R & R COURT REPORTERS
709 Second Avenue
Fairbanks, Alaska 99701
(907) 452-3589



000753

Exhibit 26 page 2

```
 1  Q     Do you have any idea where the information on Exhibit 2
 2        to Ms. Hoffman's deposition, that says a Lebanese woman
 3        was rejected as an applicant, came from?
 4  A     I assume that must have come from the person that
 5        called in, Pam Hallberg.
 6  Q     And you didn't add that to the log notes, did you?
 7  A     I don't believe I did, no.
 8  Q     Do you know if Officer Stepp would have added that to
 9        the log notes or not?
10  A     No, I don't know.
11  Q     Turn back to the second page of the incident report.
12        It says -- I don't know, I might have those out of
13        order -- but the page that says subject report.....
14  A     Yes.
15  Q     .....at the top.  You have some information there about
16        Nada Raad.....
17  A     Yes.
18  Q     .....and, for example, like it says drivers license
19        number, there is like a U, what -- why -- do you know
20        why there is a U there?
21  A     It was unknown to me at the time.
22  Q     And what about the information about her address, where
23        would you have gotten that at, you know?
24  A     Possibly from her, possibly it was in APSIN -- Alaska
25        Public Safety Information Network.  There's a phone
```

R & R COURT REPORTERS
709 Second Avenue
Fairbanks, Alaska 99701
(907) 452-3589

Exhibit 26 page 3

000754

