

AUG 1 3 2007

CLERK, U.S. DISTRICT COURT
FAIRBANKS, AK

Nada Raad
1300 Viewpointe
Fairbanks, Alaska 99709
Tel: 907-479-9122

IN THE UNITED STATES DISTRICT COURT OF ALASKA

NADA I. RAAD            )
    Plaintiff       )
  v.                    )
                      )
FAIRBANKS NORTH STAR    )
BOROUGH SCHOOL          )
DISTRICT                )
        Defendant ) United States District Court
                      ) of Alaska
                      ) Case No. 97-0068CV (RRB)
_____)

**ORDER DENYING DEFENDANT MOTION TO RELEASE FUNDS TO DEFENDANT PURSUANT TO DEFENDANT'S WRIT OF EXECUTION**

PLANINTIFF Nada Raad, pro se, having moved this Court for denying Defendant Motion To Release Funds To Defendant Pursuant To Defendant's Writ Of Execution. IT

Page 1 of 2
Nada Raad v. Fairbanks North Star Borough School District

IS HEREBY ORDERED that denying Defendant Motion To Release Funds To Defendant Pursuant To Defendant's Writ Of Execution is granted.

DATED THIS ___ DAY OF _____, 2007

_____

THE HONORABLE Ralph R. Beistline
United States District Court Judge