

AUG 1 3 2007

**CLERK, U.S. DISTRICT COURT**
**FAIRBANKS, AK**

Nada Raad
1300 Viewpointe
Fairbanks, Alaska 99709
Tel: 907-479-9122

IN THE UNITED STATES DISTRICT COURT OF ALASKA

| | |
|---|---|
| NADA I. RAAD ) | |
| ) | |
| Plaintiff-Appellant ) | |
| v. ) | |
| ) | |
| FAIRBANKS NORTH STAR ) | |
| BORROUGH SCHOOL ) | |
| DISTRICT ) | United States District |
| ) | Court of Alaska |
| Defendant-Appellee ) | Case No. 97-0068CV (RRB) |
| ) | |
| _____ ) | |

## AFFIDAVIT OF NADA RAAD

State of Alaska          )

Fourth Judicial District )

Nada Raad being first duly sworn upon oath deposes and states as follow:

Page 1 of 3

Nada Raad vs. Fairbanks North Star Borough School District

1- I respectfully asking the court for exoneration of the bond in response Docket 531 dated July 9, 2007.

2- I depended on debt to pay the bond that caused more hardship to me.

3- I need the bond money to pay back this borrowed money.

4- I went in more debt when I deposed the bond and needed to pay the debt that accumulated over the years for not being employed for full time job. (See affidavit of Nada Raad).

5- The Ninth Circuit Memorandum Not for Publication dated August 24, 2006

6- Rehearing and rehearing en banc was denied by the United States Court of Appeals for the Ninth Circuit on the following Date September 28, 2006.

Page 2 of 3

Nada Raad vs. Fairbanks North Star Borough School District

7- The US Supreme Court denied the writ of certiorari on February 26, 2007.

8- On April 30, 2007, the U.S. Supreme Court denied petition of rehearing for Writ of certiorari.

DATED THIS  9  DAY OF August, 2007

_____
Nada Raad, pro se

---

State of  ALASKA
County of  Fairbanks N.S.B
Subscribed and sworn to (affirmed) before me this  9  day of  August,
20 07  By  Nada Raad

_____
Notary Public

My Commission expires  12/7/07

[Notary seal: SUNCHA DUTTON, NOTARY PUBLIC, STATE OF ALASKA]

---

Nada Raad vs. Fairbanks North Star Borough School District