Peter C. Partnow, ASBA No. 7206029
Lane Powell LLC
301 W. Northern Lights Blvd., Suite 301
Anchorage, Alaska 99503-2648
Tel:  907-277-9511
Fax:  907-276-2631
PartnowP@LanePowell.com

Counsel for Defendant Fairbanks
North Star Borough School District

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| NADA I. RAAD,<br><br>                          Plaintiff,<br><br>v.<br><br>FAIRBANKS NORTH STAR BOROUGH SCHOOL DISTRICT,<br><br>                          Defendant. | Case No. 4:97-cv-0068-RRB<br><br>**OPPOSTION TO**<br>**(1) PLAINTIFF'S MOTION FOR RELIEF FROM JUDGMENT**<br>**AND**<br>**(2) PLAINTIFF'S MOTION TO <u>EXONERATE THE BOND</u>** |

Plaintiff has filed a lengthy Motion for Relief from Judgment (Docket Number 536) and a Motion to Exonerate the Bond (Docket Number 538).  These motions should be summarily denied and defendants' Amended Motion to Release Funds to Defendant (Docket Number 535), which motion is incorporated by reference in this opposition, should be granted.

Plaintiff provides no basis for her request for this court to ignore and overturn the jury verdict, the final judgment of this court, or the affirmance on appeal by the Ninth Circuit.  Instead, she again asserts her version of facts which have already been considered and rejected at every level in this litigation.  While purporting to seek relief from a clerical mistake, pursuant to Rule 60(a),

plaintiff fails to identify any such clerical error, but instead seeks to reargue the merits of her case. (She also ignores the fact that Rule 60 does not make provision for correction of an alleged clerical error where, as here, all appeals have been concluded.)

In her motion to exonerate the bond, plaintiff simply argues that she could use the $10,000 currently being held by the court. She provides no legal basis for rejecting defendant's request that these funds be released to the defendant to partially satisfy the much larger final judgment amount due and owing to the defendant.

In the absence of any basis for either of plaintiff's motions, and in the further absence of any basis for denying defendant's motion to release the $10,000 to defendant, plaintiff's motion should be denied and defendant's motion to release the funds should be granted.

DATED this 13th day of August, 2007.

LANE POWELL LLC
Attorneys for Defendant

By s/ Peter C. Partnow
Peter C. Partnow, ASBA No. 7206029
301 W. Northern Lights Blvd., Suite 301
Anchorage, Alaska 99503-2648
Tel: 907-277-9511
Fax: 907-276-2631
Email: PartnowP@LanePowell.com

I certify that on August 13, 2007, a copy of the foregoing was served by mail on:

Nada Raad, 1300 Viewpointe Dr.
Fairbanks, AK 99709

s/ Peter C. Partnow

119496.0001/161417.1

**LANE POWELL LLC**
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone 907.277.9511  Facsimile 907.276.2631

**Opposition to (1) Plaintiff's Motion for Relief from Judgment
and (2) Plaintiff's Motion to Exonerate the Bond**
*Raad v. Fairbanks North Star Borough School District* (Case No. 4:97-cv-0068-RRB)   Page 2 of 2