Peter C. Partnow, ASBA No. 7206029
Lane Powell LLC
301 W. Northern Lights Blvd., Suite 301
Anchorage, Alaska 99503-2648
Tel: 907-277-9511
Fax: 907-276-2631
PartnowP@LanePowell.com

Counsel for Defendant Fairbanks
North Star Borough School District

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| NADA I. RAAD,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>FAIRBANKS NORTH STAR BOROUGH SCHOOL DISTRICT,<br><br>　　　　　　　Defendant. | Case No. 4:97-cv-0068-RRB<br><br>*proposed*<br>**ORDER** |

　　　THIS COURT, having considered Plaintiff's Motion to Exonerate the Bond; and any opposition thereto;

　　　IT IS HEREBY ORDERED that the motion is DENIED.

　　　DATED this _____ day of _____, 2007.

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　The Honorable Ralph R. Beistline
　　　　　　　　　　　　　　　　　　　　　　　　United States District Court Judge

I certify that on August 13, 2007, a copy of the foregoing was served by mail on:

Nada Raad, 1300 Viewpointe Dr.
Fairbanks, AK 99709

s/ Peter C. Partnow

119496.0001/161440.1

**LANE POWELL LLC**
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska  99503-2648
Telephone 907.277.9511  Facsimile 907.276.2631