

RECEIVED

AUG 17 2007

CLERK, U.S. DISTRICT COURT
FAIRBANKS, AK

Nada Raad

1300 Viewpointe

Fairbanks, Alaska 99709

Tel: 907-479-9122


IN THE UNITED STATES DISTRICT COURT OF ALASKA

| | |
|---|---|
| NADA I. RAAD ) | |
| Plaintiff ) | |
| v. ) | |
| ) | |
| FAIRBANKS NORTH STAR ) | |
| BOROUGH SCHOOL ) | |
| DISTRICT ) | United States District |
| ) | Court of Alaska |
| Defendant ) | Case No. 97-0068CV (RRB) |
| ) | |
| ) | |

**REPLY TO DEFENDAT OPPOSITION TO MOTON FOR RELIEF FROM THE JUDGMENT DUE TO CLERICAL ERROR UPON FRCP 60(A)**

    Hereby Come Plaintiff Raad, Pro se, respectfully asking this Court to deny defendant opposition for Plaintiff Relief from Judgment from attorney fees and cost. Plaintiff pointed to the clerical errors with emphasis on attorney fees DUE TO CLERICAL ERROR UPON FRCP 60(a).

Page 1 of 3

Plaintiff presented cases showing clerical error in her argument. Exhibit 1 unpublished memorandum in Plaintiff Motion for relief was based on assumption of majority and not facts to award attorney fess to defendant (Exhibit 1). The dissenting part of the memorandum at the Ninth Circuit explained why attorney fees should not be awarded to Defendant and cited many cases to support the argument. Plaintiff pointed to the clerical errors in her brief contrary to what Defendant is claming in the opposition.

Defendant failed to respond to Plaintiff brief. Clerical error was brought to Plaintiff attention in exhibit 1. Defendant forgot that Jury, Court and Court of appeals ruled on death penalty and were founded innocent after years either due to clerical errors or new evidence was discovered as what happened in State of Illinois in the recent years. In civil cases clerical errors were brought to the attention of the Court too. In this case, a clerical error is brought to the attention of this Court by plaintiff. Plaintiff is not an attorney but she is filing motion for relief from the judgment due to clerical error upon FRCP 60(a) in a good faith.

Plaintiff is asking this Court to deny opposition of defendant opposition to Plaintiff motion for relief from the judgment due to clerical error upon FRCP 60(a) and deny defendant opposition to plaintiff's motion to exonerate the bond. Plaintiff is asking this court to

grant plaintiff motion for relief from the judgment due to clerical error upon FRCP 60 (a).

Respectfully submitted.

DATED THIS _17__ DAY OF August, 2007

_____
Nada Raad, pro se

CERTIFICATE OF SERVICE
I hereby certify that a true copy of
the above document and attachments were [x] mailed
[ ] faxed [] hand delivered to:
Peter C. Partnow at:
Lane Powell Spears Lubersky LIP
301 W. Northern Lights Blvd., Suite 301
Anchorage, Alaska 99503-2648
and a courtesy copy was mailed to Robert Sparks
at 1552 Noble Street
Fairbanks, Alaska 99701
this 17 day of August, 2007

_____
Nada Raad, pro se