

AUG 17 2007
CLERK, U.S. DISTRICT COURT
FAIRBANKS, AK

Nada Raad
1300 Viewpointe
Fairbanks, Alaska 99709
Tel: 907-479-9122

IN THE UNITED STATES DISTRICT COURT OF ALASKA

| | |
|---|---|
| NADA I. RAAD ) | |
| Plaintiff ) | |
| v. ) | |
| ) | |
| FAIRBANKS NORTH STAR ) | |
| BOROUGH SCHOOL ) | |
| DISTRICT ) | United States District |
| ) | Court of Alaska |
| Defendant ) | Case No. 97-0068CV (RRB) |
| ) | |
| _____ ) | |

### REPLY TO DEFENDAT OPPOSITION TO MOTON FOR EXONERATION OF THE BOND

Hereby Come Plaintiff Raad, Pro se, respectfully asking this Court to deny defendant opposition for Plaintiff Relief Motion For Exoneration Of The Bond. Plaintiff respectfully asking the Court for exoneration of the bond to Plaintiff Nada Itani Raad in response to Docket 531 dated July 9, 2007

Plaintiff is confused about defendant's argument. The bond money should be return to Plaintiff Nada Raad. Plaintiff presented cases showing clerical error in her argument (see Docket 536). Unpublished memorandum in Plaintiff Motion for relief (Docket 536) was based on assumption of majority and not facts to award attorney fess to defendant (Exhibit 1). The dissenting part of the memorandum at the Ninth Circuit explained why attorney fees should not be awarded to Defendant and cited many cases to support the argument. Plaintiff pointed to the clerical errors in her brief contrary to what Defendant is claming in the opposition.

Defendant failed to respond to Plaintiff brief. Clerical error was brought to Plaintiff attention in exhibit 1. Defendant forgot that Jury, Court and Court of appeals ruled on death penalty and were founded innocent after years either due to clerical errors or new evidence was discovered as what happened in State of Illinois in the recent years. In civil cases clerical errors were brought to the attention of the Court too. In this case, a clerical error is brought to the attention of this Court by plaintiff. Plaintiff is not an attorney but she is filing motion for relief from the judgment due to clerical error upon FRCP 60(a) in a good faith (docket 536).

Plaintiff is asking this Court to deny opposition of defendant opposition to motion for relief from the judgment due to clerical error upon FRCP 60(a) and deny

defendant opposition to plaintiff's motion to exonerate the bond. Plaintiff is asking this court to grant plaintiff motion Exoneration of the Bond.

Respectfully submitted.

DATED THIS _17__ DAY OF August, 2007

Nada Raad, pro se

CERTIFICATE OF SERVICE
I hereby certify that a true copy of
the above document and attachments were [x] mailed
[ ] faxed [] hand delivered to:
Peter C. Partnow at:
Lane Powell Spears Lubersky LIP
301 W. Northern Lights Blvd., Suite 301
Anchorage, Alaska 99503-2648
and a courtesy copy was mailed to Robert Sparks
at 1552 Noble Street
Fairbanks, Alaska 99701
this 17 day of August, 2007.

Nada Raad, pro se