

AUG 17 2007

CLERK, U.S. DISTRICT COURT
FAIRBANKS, AK

Nada Raad
1300 Viewpointe
Fairbanks, Alaska 99709
Tel: 907-479-9122

IN THE UNITED STATES DISTRICT COURT OF ALASKA

| | |
|---|---|
| NADA I. RAAD | ) |
| Plaintiff | ) ) ) |
| v. | ) ) ) |
| FAIRBANKS NORTH STAR BORROUGH SCHOOL DISTRICT | ) ) ) ) ) United States District Court |
| Defendant | ) of Alaska ) Case No. 97-0068CV (RRB) |

### ORDER DENYING DEFENDANT OPPOSITION MOTION TO PLAINTIFF MOTION FOR EXONERATION OF THE BOND

PLANINTIFF Nada Raad, pro se, having moved this Court for To deny DEFENDANT OPPOSITION Motion to Plaintiff Motion for Exoneration of the Bond.

  IT IS HEREBY ORDERED that denying Defendant Opposition Motion to Plaintiff Motion for Exoneration of the Bond.


DATED THIS ___ DAY OF _____, 2007

_____
THE HONORABLE Ralph R. Beistline
United States District Court Judge

CERTIFICATE OF SERVICE
I hereby certify that a true copy of
the above document and attachments were [x] mailed to:
Peter C. Partnow at Lane Powell Spears Lubersky LIP
301 W. Northern Lights Blvd., Suite 301
Anchorage, Alaska 99503-2648
and a courtesy copy was mailed to Robert Sparks
at 1552 Noble Street
Fairbanks, Alaska 99701
this 17 day of August, 2005.
_____
Nada Raad, pro se


Page 1 of 1
Nada Raad v. Fairbanks North Star Borough School District