IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| NADA I. RAAD,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>FAIRBANKS NORTH STAR BOROUGH SCHOOL DISTRICT,<br><br>　　　　Defendant. | Case No. 4:97-cv-0068-RRB<br><br>**ORDER REGARDING**<br>**PENDING MOTIONS** |

　　　　The Court has attempted in the past to explain the outcome of this case to Plaintiff, but to no avail. Plaintiff will not hear. Plaintiff was not discriminated against because of her ethnicity or her religion or for anything else. She did not get the job in question because it was offered to a more qualified applicant. This is exactly what the jury concluded when it returned a verdict in favor of the Defendant after listening to all the relevant evidence. Had Plaintiff remained calm when not selected for the job in question and waited a few weeks, she would have very likely been hired for another teaching position, for she was generally qualified and well regarded by the School District.

Instead, Plaintiff pursued litigation - litigation that proved to be frivolous and very expensive. The law now requires that Plaintiff pay a portion of the costs and fees that were generated by the School District in defending against Plaintiff's unfounded allegations. This is nothing more than the consequence of Plaintiff's actions.

Before the Court are a number of motions. Plaintiff's Motion for Over-length Response at Docket 542 is hereby **GRANTED.**

Plaintiff's Motion for Relief from Judgment at Docket 536 is hereby **DENIED.** The Judgment was entered pursuant to a jury verdict and applicable Alaska law.

Plaintiff's Motion for Exoneration of the Bond at Docket 538 is **DENIED.** The purpose of a bond is to partially compensate an opposing party if the appeal proves unsuccessful.

Defendant's Amended Motion to Release Funds to Defendant Pursuant to Defendant's Writ of Execution at Docket 535 is hereby **GRANTED.**

The pleadings regarding the above are extensive and oral argument is not necessary. The Request for Hearing at Docket 540 is therefore **DENIED.**

    **IT IS SO ORDERED.**

ENTERED this 23rd day of August, 2007.

                            S/RALPH R. BEISTLINE
                            UNITED STATES DISTRICT JUDGE