

RECEIVED

AUG 23 2007

**CLERK, U.S. DISTRICT COURT**
**FAIRBANKS, AK**

Nada Raad

1300 Viewpointe

Fairbanks, Alaska 99709

Tel: 907-479-9122


IN THE UNITED STATES DISTRICT COURT OF ALASKA

| | |
|---|---|
| NADA I. RAAD ) | |
| Plaintiff ) | |
| v. ) | |
| FAIRBANKS NORTH STAR ) | |
| BOROUGH SCHOOL ) | |
| DISTRICT ) | United States District |
| ) | Court of Alaska |
| Defendant ) | Case No. 97-0068CV (RRB) |
| ) | |

## MOTION FOR OVERLENGTH RESPOND TO RESPOND TO DEFENDANT MOTION TO PROPOSED WRIT OF EXECUTION ON PERMANENT FUND DIVIDEND

Hereby Come Plaintiff Raad, Pro se, respectfully asking this Court to grant Plaintiff OVERLENGTH RESPOND To Defendant Motion To Proposed Writ Of Execution On Permanent Fund Dividend.

Plaintiff filed a motion for a relief from Judgment Docket 524 on August 9, 2007. Plaintiff filed Respond To Defendant Motion To Release Funds To Defendant Pursuant To Defendant's Writ Of Execution filed on

Page 1 of 2

August 13, 2007. Plaintiff used similar argument in Respond To Defendant Motion To Proposed Writ Of Execution On Permanent Fund Dividend. Plaintiff is confused whether to refer the argument in this motion to other arguments in other motions filed previously.

Total number of pages is 20 and total number of words is 4582 words in Plaintiff Respond To Defendant Motion To Proposed Writ Of Execution On Permanent Fund Dividend.

Plaintiff is asking this Court to grant over length motion to Respond To Defendant Motion To Proposed Writ Of Execution On Permanent Fund Dividend.

Affidavit and Order are attached

Respectfully submitted.

DATED THIS 23 DAY OF August, 2007

Nada Raad, pro se

CERTIFICATE OF SERVICE
I hereby certify that a true copy of
the above document and attachments were [x] mailed
[ ] faxed [ ] hand delivered to:
Peter C. Partnow at:
Lane Powell Spears Lubersky LIP
301 W. Northern Lights Blvd., Suite 301
Anchorage, Alaska 99503-2648
and a courtesy copy excluding exhibits
that are the same as motion for relief from
Judgment was mailed to Robert Sparks
at 1552 Noble Street
Fairbanks, Alaska 99701
this 23 day of August, 2007.

Nada Raad, pro se