

AUG 23 2007

CLERK, U.S. DISTRICT COURT
FAIRBANKS, AK

Nada Raad
1300 Viewpointe
Fairbanks, Alaska 99709
Tel: 907-479-9122

IN THE UNITED STATES DISTRICT COURT OF ALASKA

| | |
|---|---|
| NADA I. RAAD ) | |
| Plaintiff ) | |
| v. ) | |
| ) | |
| FAIRBANKS NORTH STAR ) | |
| BORROUGH SCHOOL ) | |
| DISTRICT ) | |
| Defendant ) | United States District Court |
| ) | of Alaska |
| ) | Case No. 97-0068CV (RRB) |
| ) | |

## ORDER GRANTING OVER LENGTH MOTION TO REPLY TO DEFENDANT MOTION TO PROPOSED WRIT OF EXECUTION ON PERMANENT FUND DIVIDEND

PLANINTIFF Nada Raad, pro se, having moved this Court for granting over length Plaintiff replying motion To Defendant Motion To Proposed Writ Of Execution On Permanent Fund Dividend

IT IS HEREBY ORDERED that over length Plaintiff replying motion to Defendant Motion To Proposed Writ Of Execution On Permanent Fund Dividend is granted.

DATED THIS ___ DAY OF _____, 2007

_____

THE HONORABLE Ralph R. Beistline
United States District Court Judge

Page 1 of 1
Nada Raad v. Fairbanks North Star Borough School District