

RECEIVED
AUG 23 2007
CLERK, U.S. DISTRICT COURT
FAIRBANKS, AK

Nada Raad
1300 Viewpointe
Fairbanks, Alaska 99709
Tel: 907-479-9122

IN THE UNITED STATES DISTRICT COURT OF ALASKA

| | |
|---|---|
| NADA I. RAAD ) | |
| ) | |
| Plaintiff-Appellant ) | |
| v. ) | |
| ) | |
| FAIRBANKS NORTH STAR ) | |
| BOROUGH SCHOOL ) | |
| DISTRICT ) | United States District |
| ) | Court of Alaska |
| Defendant-Appellee ) | Case No. 97-0068CV (RRB) |
| ) | |
| _____ ) | |

## AFFIDAVIT OF NADA RAAD

State of Alaska             )

Fourth Judicial District )

Nada Raad being first duly sworn upon oath deposes and states as follow:

1- I filed a motion for a relief from Judgment Docket 524 on August 9, 2007. I filed Respond To Defendant Motion To Release Funds To Defendant Pursuant To Defendant's Writ Of Execution filed on August 13, 2007.

Page 1 of 2

Nada Raad vs. Fairbanks North Star Borough School District

I used similar argument in Respond To Defendant Motion To Proposed Writ Of Execution On Permanent Fund Dividend. I am confused whether to refer the argument in this motion to other arguments in other motions filed previously.

DATED THIS 23 DAY OF August, 2007

_____
Nada Raad, pro se

State of Alaska
County of Fairbanks North Star Borough
Subscribed and sworn to (affirmed) before me this 23 day of August, 20 07 By Nada Raad

_____
Notary Public

My Commission expires 10-13-08

[Notary Public Seal: Roxanne M. Foster, Notary Public, State of Alaska]

Page 2 of 2

Nada Raad vs. Fairbanks North Star Borough School District