# RECOMMENDATION TO HIRE

## (FOR CERTIFIED VACANCY)

_Annis Stack_
NAME

CONFIDENTIAL

APPROVING OFFICIAL

_____  Personnel Director

_____  EEO/AA Coordinator

_____  Asst. Superintendent
Cynthia Terres

_____  Personnel



PLAINTIFF'S EXHIBIT

121830

Exhibit 2 page 1

**APPLICANT FLOW CHART**

DATE: 6/14/93
POSITION: 1/2 GT 4 Resour.  CERTIFIED: _____
LOCATION: Be S.H.S.  CLASSIFIED: CONFIDENTIAL
PREVIOUSLY FILLED BY: 1/2 GT Hotshots  EXEMPT: _____

| DATE | NAME | SEX | RACE | YES/NO | REASON FOR SELECTION/REJECTION |
|---|---|---|---|---|---|
| 6/14/93 | Danii Stark | F | W | Yes | |
| | | | | | |
| | | | | | |
| | | | | | |

PERSON RECOMMENDED FOR POSITION: Danii Stark
DATE: 6/14/93

SIGNATURE OF PRINCIPAL OR DEPARTMENT HEAD: [signature]
DATE: 6/14/93   TITLE: Gen.rel

Exhibit 2 page 2

PERSONNEL REFERENCE CHECK SHEET

C O N F I D E N T I A L

CANDIDATES NAME: _____                    CONFIDENTIAL

| Name of Last Immediate Supervisor: | Phone: |
|---|---|
| Professional Relationship to Candidate: | |
| Dates of Professional Contact: From _____ to _____ | |

Comments:

*only candidate*

signature of inquirer: _____     date: 92-93

| Name of Reference: | Phone: |
|---|---|
| Professional Relationship to Candidate: | |
| Dates of Professional Contact: From _____ to _____ | |

Comments:

*temp contract*

signature of inquirer: _____     date: _____

| Name of Reference: | Phone: |
|---|---|
| Professional Relationship to Candidate: | |
| Dates of Professional Contact: From _____ to _____ | |

Comments:




signature of inquirer: _____     date: _____

Note: If the candidate's last immediate supervisor was not contacted, explain on reverse.

121882

Exhibit 2 page 3

# RECOMMENDATION TO HIRE

# (FOR CERTIFIED VACANCY)

STACK, Annis
NAME

CONFIDENTIAL

APPROVING OFFICIAL

_____
Personnel Director

_____
EEO/AA Coordinator

_____
Asst. Superintendent

Sharon
_____
Personnel



Exhibit 2 page 4

FAIRBANKS NORTH STAR BOROUGH SCHOOL DISTRICT

## APPLICANT FLOW CHART

CONFIDENTIAL

DATE: 12-18-92

POSITION: Special Education Teacher         CERTIFIED: X

LOCATION: Chena-Birch-Woods                 CLASSIFIED: ___

PREVIOUSLY FILLED BY: Jim Tanabe            EXEMPT: ___

| DATE | NAME | SEX | RACE | YES/NO | REASON FOR SELECTION/REJECTION |
|---|---|---|---|---|---|
| 12-12-92 | Annis Stark | F | | yes | outstanding candidate - currently employed in District |
| 12-12-92 | Susan Brown | F | | no | not top candidate |
| 12-15-92 | Tess Nott | F | | no | not top candidate |
| | | | | | |
| | | | | | |
| | | | | | |

PERSON RECOMMENDED FOR POSITION: Annis Stark

SIGNATURE OF PRINCIPAL OR DEPARTMENT HEAD: Monica Augunsen

DATE: 12-18-92   TITLE: Program Manager-Special Ed

APPROVED BY: [signature] 12-21-92

121088

Exhibit 2 page 5

PERSONNEL REFERENCE CHECK SHEET

C O N F I D E N T I A L

CANDIDATES NAME: Annis Stack                                    CONFIDENTIAL

Name of Last
Immediate Supervisor: Russ Griffin           Phone: 456-5762

Professional Relationship to Candidate: principal

Dates of Professional Contact: From Fall 92 to _____

Comments: Is as great as "they" come! thinks ahead; does not want to lose her

signature of inquirer: Monica Ferguson         date: 12-18-92

Name of Reference: Sandi Jamieson            Phone: 456-5762

Professional Relationship to Candidate: supervising teacher

Dates of Professional Contact: From Fall 92 to _____

Comments: strength is organizational ability; committed to her job beyond call of duty; students relate well to her; (negative - fast rate of speech); able to pull lesson together; deserves clsrm position

signature of inquirer: Monica Ferguson         date: 12-18-92

Name of Reference: Lory McManus              Phone: NA

Professional Relationship to Candidate: principal (sub)

Dates of Professional Contact: From Fall 92 to Spring 92

Comments: thorough; conscientious; takes care of details; flexible; always prepared; concrete sequential; mingled well with staff.

signature of inquirer: Monica Ferguson         date: 12-18-92

Note: If the candidate's last immediate supervisor was not contacted, explain on reverse.

121329

Exhibit 2 page 6

State of Alaska
Division of Retirement and Benefits
P.O. Box CR, Juneau, Alaska 99811-0203
Phone (907) 465-4460

# BENEFICIARY DESIGNATION

☐ Public Employees' Retirement System (PERS)
☒ Teachers' Retirement System (TRS)
☐ Initial Designation ☐ Change

## Section I. Personal Data

Employee's Name (Last, First, M.I.): **Ponder, Teresa A.**
Social Security Number: **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**
Page ___ of ___ (Use only if additional forms are attached)

Mailing Address (City, State, ZIP): **28 Skyridge Dr. Fairbanks, AK 99712**
Work Phone Number: ( )

Marital Status: ☒ Married  ☐ Single  ☐ Widowed  ☐ Divorced
Date of Birth: **06-11-57**
Home Phone Number: **(907) 457-3387**

Employer: **FNSBSD**
Employer Number:

## Section II. Beneficiary Designation

Note: If you are married, your spouse is your 100% primary beneficiary under AS 39.35.490. If you wish to designate someone other than your spouse as 100% primary beneficiary, your must have your spouse's consent by completing Section III of the back of this form.

Designate each beneficiary as either primary or contingent. Contingent beneficiaries receive benefits in the event of a primary's death.

Indicate the percentage of the benefit each beneficiary should receive. Be sure that percentages allocated to primary and contingent beneficiaries each total 100%.

You must sign the form and have it witnessed by someone other than a named beneficiary.

PRIMARY ☒ / CONTINGENT ☐
Last Name, First, M.I.: **Ponder, Roy K.**
Percentage: **100%**
Relationship: **Spouse**
Address: **28 Skyridge Dr. Fairbanks, AK 99712**
Beneficiary address change only, check here ☐

PRIMARY ☐ / CONTINGENT ☒
Last Name, First, M.I.: **Clark, Kristen L.**
Percentage: **50%**
Relationship: **daughter**
Address: **P.O. Box 731 Princeton, WV 24740**

PRIMARY ☐ / CONTINGENT ☒
Last Name, First, M.I.: **Clark, Ryan A.**
Percentage: **50%**
Relationship: **son**
Address: **P.O. Box 731 Princeton, WV 24740**

PRIMARY ☐ / CONTINGENT ☐
Last Name, First, M.I.:
Percentage:
Relationship:
Address:

PRIMARY ☐ / CONTINGENT ☐
Last Name, First, M.I.:
Percentage:
Relationship:
Address:

I certify that all information given is true and correct to the best of my knowledge. I understand that any deliberate misrepresentation for the purpose of obtaining benefits is an offense punishable by law and could result in forfeiture of benefits.

Signature of Employee: **Teresa A. Ponder**  Date: **06/14/93**
Signature of Witness or Employer: [signature]  Date: **6/14/93**

12/89

Exhibit 2 page 7

State of Alaska
Division of Retirement and Benefits
TEACHERS' RETIREMENT SYSTEM (TRS)
P.O. Box CR, Juneau, Alaska 99811-0203
(907) 465-4460

## NOTIFICATION OF EMPLOYMENT

Original [X]   Change [ ]

**Personal Data**

Employee's Name — Last: **Ponder**  First: **Teresa**  M.I.: **A.**  Prior: ___
Social Security Number: **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**

Mailing Address — Street or P.O. Box: **328 Skyridge Drive**  City: **Fairbanks**  State: **AK**  ZIP: **99712**

Telephone Number: HM **457-3387**  WK **452-2000**
Employer (Alaska School or District): **FBNSBSD**

Date of Birth (Month/Day/Year): **26/11/57**
Marital Status: Single [ ]  Married [X]  Divorced [ ]  Widowed [ ]
Sex: Male [ ]  Female [X]

**For Employer Use Only**

Date of Hire or Change (Mo/Day/Yr): **6-15-93**
Contract Salary: **2245 / 38819**
District Code: **06**
Location Code: ___
Status: Full-Time [X]  Part-Time [ ]  Sabbatical [ ]  Leave Without Pay (Active) [ ]  Leave Without Pay (Inactive) [ ]

Employer Signature: _(signed)_  Date: **6-28-93**

## Supplemental Contributions Election

Only members first hired under the TRS before July 1, 1982, are eligible to participate in the 1% Supplemental Contributions provision. In addition, an election to participate must be made within 90 days of:

(1) your initial hire under the TRS; or
(2) rehire, if at least twelve months has elapsed since you were a member in the TRS or;
(3) your marriage (copy of marriage certificate must be attached); or
(4) the birth or adoption of a child dependent upon you (copy of birth certificate or adoption papers must be attached).

Place an "X" in the appropriate box below and enter the date. The Supplemental Contributions provision is designed for members who are married and/or have minor children and wish to provide a spouse's pension or a survivor's allowance upon the member's death. If supplemental contributions are elected, your employer must deduct and transmit to the TRS the additional 1% of your gross monthly salary. Once this option has been elected, it remains in effect even if you change employers. You can discontinue supplemental contributions by signing and submitting to the TRS a Waiver of Supplemental Contributions Election (Form 02-818).

Please Note: There are other death benefits provided under the occupational and nonoccupational death and joint and survivor provisions for members who are not participating in the 1% Supplemental Contributions provision. You should review those provisions before electing to make supplemental contributions.

[ ] Yes  I hereby elect supplemental contributions and authorize my employer to deduct such contributions from my regular paycheck
effective ___ Month ___ Day ___ Year

[ ] No  I do not want to make supplemental contributions.
___ Month ___ Day ___ Year

Spouse's Name: ___
Spouse's Birthdate (Mo/Day/Yr): ___   Social Security Number: ___
Number of Dependent Children: ___   Birthdate of Youngest Child (Mo/Day/Yr): ___

Employee's Signature: **Teresa A. Ponder**   Date: **06/14/93**

(7/90)     Original—TRS Copy     Yellow—Employer Copy     19/11/forms/02-809.pm4

10231

Exhibit 2 page 8



Exhibit 2 page 9

599061

# FAIRBANKS NORTH STAR BOROUGH SCHOOL DISTRICT

## APPLICANT FLOW CHART

DATE: 2-22-93

POSITION: PE

LOCATION: Pennell/Taylor

PREVIOUSLY FILLED BY: Jeannie Hounares

CERTIFIED: ✓

CLASSIFIED: ___

EXEMPT: ___

| DATE | NAME | SEX | RACE | YES/NO | REASON FOR SELECTION/REJECTION |
|------|------|-----|------|--------|-------------------------------|
| 2/18/93 | Teresa Ponder | F | Cauc | Yes | Meets educational requirements to continuing current program |
| 2/18/93 | Michael Menefee | M | Cauc | No | Didn't meet current needs of program |
| 2/18/93 | Lisa Kennedy | F | Cauc | No | Declined interview |
| 2/18/93 | Carrie White | F | Cauc | No | Declined interview |
| 2/22/93 | Nora Simmons | F | Cauc | No | Lacking experience. Didn't meet current needs of program |

PERSON RECOMMENDED FOR POSITION: Teresa Ponder

SIGNATURE OF PRINCIPAL OR DEPARTMENT HEAD: [signature]    TITLE: Principal

DATE: 2-22-93

APPROVED BY: [signature]  2/23/93

Exhibit 2 page 10

PERSONNEL REFERENCE CHECK SHEET

C O N F I D E N T I A L

**CANDIDATES NAME:** _____

---

Name of Last Immediate Supervisor: Sandy Lanning   Phone:

Professional Relationship to Candidate: Assistant Principal

Dates of Professional Contact: From 1992 to 93

Comments: Long term Sub at N.P.M.S. - Outstanding. Don't want her to leave. Full Time Sub. Wonderful Teacher.

signature of inquirer: [signature]   date: 2-22-93

---

Name of Reference: Ron Funkhouser   Phone:

Professional Relationship to Candidate: Counselor

Dates of Professional Contact: From 92 to 93

Comments: Outstanding Proffessional

signature of inquirer: [signature]   date: 2-22-93

---

Name of Reference: Kathy Bumgartner   Phone:

Professional Relationship to Candidate: Co Worker

Dates of Professional Contact: From 92 to 93

Comments: Excellent Sub in my Class

signature of inquirer: [signature]   date: 2-22-93

**Note:** If the candidate's last immediate supervisor was not contacted, explain on reverse.

Exhibit 2 page 11

FAIRBANKS NORTH STAR BOROUGH SCHOOL DISTRICT

EMPLOYMENT RECOMMENDATION

I hereby recommend the following individual for employment with the placement specifications as shown below:

NAME: Teresa Ponder

POSITION: PE

LOCATION: Pennell/Taylor

PREVIOUSLY FILLED BY: Jeannie Holmberg

☐ PERMANENT                          ☑ TEMPORARY

☑ FULL-TIME                          ☐ SUBSTITUTE FOR _____
☐ PART-TIME                          ☐ SPECIAL PROJECT _____
☑ TO END OF SCHOOL YEAR ONLY         ☐ ANTICIPATED TERMINATION DATE:
                                         _____ NOT TO EXCEED 90 DAYS.

NUMBER OF MONTHS: _____           EFFECTIVE DATE: 3-15-93

DAYS OF WORK: S (M T W T F) S        ASN: _____

HOURS OF WORK: From 7:30 to 3:00 Total 7½

COMMENTS: _____

NOTE: PLEASE ATTACH A FLOW CHART FOR ALL PERMANENT ASSIGNMENTS AS WELL AS A CONFIDENTIAL REFERENCE CHECK FORM. (Screening forms must be attached for all permanent classified positions.)

286

2/22/93
DATE                                 PRINCIPAL/SUPERVISOR

Exhibit 2 page 12

FAIRBANKS NORTH STAR BOROUGH SCHOOL DISTRICT

EMPLOYMENT RECOMMENDATION

I hereby recommend the following individual for employment with the placement specifications as shown below:

NAME: *Teresa Ponder*

POSITION: *Curric. Implementation Coordinator*

LOCATION: *C.O.*

PREVIOUSLY FILLED BY: *New*                                *Grade 6*

| ☒ PERMANENT | ☐ TEMPORARY |
|---|---|
| ☒ FULL-TIME | ☐ SUBSTITUTE FOR _____ |
| ☐ PART-TIME | ☐ SPECIAL PROJECT _____ |
| ☐ TO END OF SCHOOL YEAR ONLY | ☐ ANTICIPATED TERMINATION DATE: _____ NOT TO EXCEED 90 DAYS. |
| NUMBER OF MONTHS: *12* | EFFECTIVE DATE: _____ |
| DAYS OF WORK: S M T W T F S | ASN: _____ |
| HOURS OF WORK: From ____ to ____ Total _____ | |

COMMENTS: _____

NOTE: PLEASE ATTACH A FLOW CHART FOR ALL PERMANENT ASSIGNMENTS AS WELL AS A CONFIDENTIAL REFERENCE CHECK FORM. (Screening forms must be attached for all permanent classified positions.)

*June 2, 1993*
DATE                                    PRINCIPAL/SUPERVISOR

Exhibit 2 page 13

## FAIRBANKS NORTH STAR BOROUGH SCHOOL DISTRICT
### Teacher Evaluation Instrument
### Appendix C

Please Read Teacher Evaluation Handbook Before Completing This Instrument

**Neither this evaluation document nor any notes, comments or other information used in its preparation is a matter of public record.**

FAIRBANKS SCHOOL DISTR. PERSONNEL

MAY 19 1993

RECEIVED

| Name: Teresa Ponder | Building: Taylor Elementary | |
|---|---|---|
| Present Assignment: Physical Education | Grade Level: 5/6 grades | Content Area: |

**************************************************

SCALE: C - Competent   R - Requires Improvement   U - Unsatisfactory   NO - Not Observed

**************************************************

| | C | R | U | NO |
|---|---|---|---|---|
| **PLANNING, PREPARATION & EVALUATION** | | | | |
| 1. Prepares lesson plans on a weekly basis and provides same to building supervisor or designee upon request | ☒ | ☐ | ☐ | ☐ |
| 2. Devises and uses appropriate evaluation measures and procedures for the assessment of student performance | ☒ | ☐ | ☐ | ☐ |
| 3. Is responsible for implementing instruction within the current framework as delineated in the district curriculum guide | ☒ | ☐ | ☐ | ☐ |
| 4. Returns, within a reasonable time frame, corrected student assignments to insure their utility as pertinent learning tools | ☒ | ☐ | ☐ | ☐ |
| **CLASSROOM PRESENTATION & DELIVERY** | | | | |
| 1. Is primarily responsible for creating an environment for learning | ☒ | ☐ | ☐ | ☐ |
| 2. Provides the student with clearly stated instructional objectives | ☒ | ☐ | ☐ | ☐ |
| 3. Uses standard English in all spoken and written communications | ☒ | ☐ | ☐ | ☐ |
| 4. Selects printed, audio visual and other support materials which are appropriate for attaining the instructional objectives and/or educational objectives and/or educational needs of the student | ☒ | ☐ | ☐ | ☐ |
| 5. Develops and maintains open communications with the student to encourage maximization of the learning environment | ☒ | ☐ | ☐ | ☐ |
| **CLASSROOM MANAGEMENT** | | | | |
| 1. Develops and maintains a classroom environment which is guided in a positive and effective manner | ☒ | ☐ | ☐ | ☐ |
| 2. Promotes maximum growth of each student by identifying and providing for individual differences | ☒ | ☐ | ☐ | ☐ |

_____   _____
Signature of Principal (Evaluator)   Signature of Teacher (Evaluatee)**
  5-17-93                            17 May '93
Date                                 Date

**Does not necessarily indicate agreement with evaluation

3-15-88 pkr                Page 1 of 2

35

Exhibit 2 page 14

Teacher Evaluation Instrume
## CONTINUATION SHEET
Appendix C

|  | C | R | U | NO |
|---|---|---|---|---|
| **PROFESSIONAL BEHAVIORS** | | | | |
| 1. Maintains a positive rapport with students, parents, staff and administrators | ☒ | ☐ | ☐ | ☐ |
| 2. Encourages and maintains open communications with parents by providing appropriate student progress reports | ☒ | ☐ | ☐ | ☐ |
| 3. Participates in inservice workshops and other developmental programs | ☒ | ☐ | ☐ | ☐ |
| 4. Maintains a professional attitude and appearance which does not detract from the learning objective | ☒ | ☐ | ☐ | ☐ |
| 5. Shares in the supervision of school activities during the teacher work day, and serves on building and/or district level committees during the work day | ☒ | ☐ | ☐ | ☐ |
| 6. Attends open house and staff meetings as scheduled by the building administrator consistent with the provisions of the negotiated agreement | ☒ | ☐ | ☐ | ☐ |
| 7. Exercises reasonable care of the facilities and equipment for which the teacher is responsible, and promptly reports problems, damage, and/or safety hazards to the supervisor, principal and designee | ☒ | ☐ | ☐ | ☐ |
| **COMPLIANCE WITH SCHOOL DISTRICT POLICIES** | | | | |
| 1. Demonstrates a knowledge of the following:<br>  a. Alaska Compiled School Laws a<br>  b. Administrative Directives<br>  c. Building Policies/Handbook<br>  d. Curriculum Guides<br>  e. Negotiated Agreement<br>  f. Rules and Regulations of the Department of Education<br>  g. School Board Policies and Regulations<br>  h. Student Rights and Responsibilities<br>  i. Evaluation Handbook<br>  j. PTPC Code of Ethics | ☒ | ☐ | ☐ | ☐ |

*******************************************************************

Overall Comments  Teresa has been an outstanding addition to our staff.  From the moment she took control of her classes, kids were on task and learning.  She is excellent with kids and it is obvious from observations that she loves her craft. Her positive attitude with students and staff has been a definite asset to our building.

RECOMMENDATION: Check only one when appropriate (See Evaluation Handbook)
Satisfactory Status ☒
Undetermined Status (Nontenured Only) ☐
Questionable Status ☐
Non-Retention ☐

*******************************************************************

Signature of Principal (Evaluator)  
5-17-93  
Date

Signature of Teacher (Evaluatee)**  Teresa A. Ponder
17 May 93  
Date

Evaluator's or Evaluatee's Comments are Optional. Continuation Sheet may be used
** Does not necessarily indicate agreement with evaluation
5-88 pkr       White: Personnel       Pink: Evaluatee       Yellow: Evaluator

Page 2 of 2
36

Exhibit 2 page 15