```
FROM 08/13/93 TO 08/13/93 HRS: 09:57 - 09:57                              PAGE    1
=====================================================================================
93039529    DC              520/5THAV                        L5      C=         Tr=0967 Ta=1007
93/08/13    HALLBERG,PAM    4522000 C  NRP Ct=GJC  Dp=GJC    8       T/Tm   R   Td=1005 Tc=1035
Unit 026    Offcr1 JFS     Offcr2    Q/Tm                                   N/Tm   28

R LEBANESE WOMAN WAS REJECTED AS AN APPLICANT AT 4, PERS. OFC, 3RD
FLOOR ROOM 320, REFUSED TO LEAVE AND SAYS SHE IS GOING TO BLOW THE
BLDG UP
SHE LEFT

REPORT TYPE:   Daily Activity Log

FROM 08/13/93 TO 08/13/93 HRS: 10:09 - 10:09          "              PAGE   1
=====================================================================================
93039531    DC              520/5THAV                        L5      C=         Tr=1009 Ta=1009
93/08/13    HALLBERG,PAM    4522000 A  NRP Ct=GJC  Dp=GJC    0       T/Tm   0   Td=1009 Tc=1034
Unit 019    Offcr1 CAR     Offcr2    Q/Tm                                   W/Tm   25
```

RECEIVED
JUN 2 2 1998
LPSL



EXHIBIT 94

1-309

000072

Exhibit 4 page 1