IN THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

NADA RAAD,                              )
                                        )
                 Plaintiff,             )
                                        )
     vs.                                )
                                        )
FAIRBANKS NORTH STAR BOROUGH            )
SCHOOL DISTRICT and JOHN                )
MONAHAN, in his capacity as             )
Superintendent of the FAIRBANK          )
NORTH STAR BOROUGH SCHOOL               )
DISTRICT,                               )
                                        )
                 Defendants.            )
----------------------------------------

Case No. F97-0068 CV (HRH)


     The telephonic video evidence deposition of DEBORAH KERR, called by the Defendant, for examination, pursuant to notice, and pursuant to the provisions of the Federal Code of Civil Procedure and the Rules of the Supreme Court pertaining to the taking of depositions for the purpose of evidence, taken before Debra L. Zeit, CSR, RMR, at 128 North West Street, Waukegan, Illinois, on the 26th day of October, 1998, at the hour of 11:31 a.m.

EXHIBIT 63

INDEPENDENT COURT REPORTERS    WAUKEGAN, IL
(847) 244-8121

Exhibit 7 page 1

1   Q.   Do you know if there was a separate
2   pool at that central office for applicants that
3   were certified in life science?
4   A.   I don't know if there was a separate pool,
5   but there were individuals that I would be able to
6   look at in terms of to be considered for the
7   interview pool.
8   Q.   And what documents would there be?
9        What documents would be in the
10  folders that you looked at?
11  A.   Resumes, recommendations, other
12  artifacts containing work experiences or other
13  experiences that lent well to the field of
14  teaching. And also the applicant's completed
15  application to the school district. It was a
16  pretty elaborate application as I recall, several
17  pages. And perhaps a writing sample. I can't
18  recall everything but that's the gist of it.
19  Q.   Was there any preliminary interviews?
20  A.   Would there be any preliminary interviews,
21  is that what you're asking?
22  Q.   My understanding is the preliminary
23  interview process where people were interviewed
24  by principals from the school district is part of

1   a screening process.
2               And my question is, in your
3   review of the files when you were doing hiring
4   for teaching positions at Tanana Middle School
5   whether there was -- any of the files you
6   reviewed had copies of the documents from the
7   preliminary screening interviews?
8       A.   Yeah.  I believe so.  I can't, you
9   know, answer for sure but I believe so.  There
10  were some documentation of that and so forth.
11  But not all candidates always had that
12  information I believe.  So I can't answer for
13  sure.
14              (Discussion off the record.)
15  BY MR. SPARKS:
16      Q.   And was it your -- in working at
17  Tanana Middle School did you ever meet a person
18  named Nada Raad?
19      A.   Yes.  I came to know her as a parent
20  first.
21      Q.   Okay.  And she had children in school?
22      A.   Yes.  I believe she had a son in the
23  school.
24      Q.   And at some point did you hire

46

1   Q.   Is Sarah Swift also Caucasian?

2   A.   Yes.

3   Q.   She's also blond, isn't she?

4   A.   I don't recall.

5   Q.   And in Exhibit 1 it says that the
6   reason for her selection was content area of
7   expertise?

8   A.   Yes.

9   Q.   What did you mean "content area of
10  expertise?"

11  A.   Working with students in the arena of
12  life science or science experiment curriculum.

13  Q.   And how was it different than the
14  other applicants?

15  A.   Middle school specialists take more of a
16  generalist approach and a more integrated approach to
17  life science or physical science or earth sciences.
18  And also Ms. Swift had experience in teaching middle
19  school, and I thought that was a criteria for the job
20  as we were making the transition from traditional
21  junior high to middle school. And in fact we were
22  the last school in the district to make that change.

23  Q.   Did Ms. Swift have any experience with
24  team teaching?

INDEPENDENT COURT REPORTERS   WAUKEGAN, IL

Exhibit 7 page 4

1   A.   I don't recall but I believe she did
2   work in a middle school. And so most middle
3   schools, the major element of the middle school
4   philosophy is working with a team of teachers.
5   Q.   And the next thing it says,
6   consortium or consortium? What is that in
7   reference to?
8   A.   I believe that was a teacher training
9   program that Ms. Swift had participated in that I
10  thought would lend well to the varied strategies
11  that I thought were required of middle school
12  teachers to possess.
13  Q.   Do you recall what type of class it
14  was?
15  A.   I can't recall what type of class, if
16  it was from the university or some -- something
17  from field experiences. I can't recall.
18  Q.   Is there any other reason you hired
19  Ms. Swift other than the content area of
20  expertise and consortium training and her
21  experience in middle school?
22  A.   Like I said previously, I thought she
23  would be the best person for the job knowing the
24  position she needed to fill in with the team and

48

```
 1    how her strategies would complement the other
 2    teachers on her team, and looking at my entire
 3    staff in general.  So that's why she was selected
 4    for the job.
 5         Q.   Is there anything specific you can say
 6    that was better about her qualifications than
 7    Ms. Raad?
 8         A.   Only those that are listed.
 9         Q.   Ms. Raad didn't have any content area
10    of expertise?
11              MR. PARTNOW:  Objection.
12    Mischaracterizes testimony.
13              THE WITNESS:  Like I said, her
14    content area of expertise was a better fit for
15    our school in our situation working with the
16    adults on the team and with the rest of my staff.
17              MR. SPARKS:  Tell you what, can you go
18    off the record for a second and, Madam Court
19    Reporter, can you get a document that's numbered
20    6131, Fairbanks North Star Borough School
21    District, interview report, confidential at the
22    top.  The number in the lower left-hand corner is
23    006131.  Looking at my stack it looks like it's
24    kind of in the middle towards the front.
```

58

1   school district but also there was a like a central
2   office bulletin board that would list different
3   postings that came open throughout the year. And as
4   a principal I got those all throughout the year for
5   different positions such as clerical staff,
6   non-certified staff, custodians, cafeteria workers,
7   et cetera.
8        Q.   So it's your testimony that the school
9   district maintained some central location where
10  job applicants could find out what positions were
11  available or would be -- were going to become
12  available in schools in the Fairbanks North Star
13  Borough School District?
14       A.   Yes.  That's my understanding because
15  that's how I find out about a teaching job
16  available in the district myself, so yes.
17       Q.   What teaching job would that be that
18  you found out about?
19       A.   It was a physical education position
20  that became open when I first moved to Fairbanks.
21       Q.   Where did you get that information?
22       A.   By going to the personnel office and
23  finding out about a possible opening.  There had
24  been a last minute transfer done by the

1   superintendent at that time.

2       Q.   The bulletin board or something?

3       A.   Yeah.  There was a -- I'm not sure
4   what they have now or exactly the location but
5   there was a board listing all job vacancies in
6   the district.

7       Q.   Other than the time that you reviewed
8   it is there any other time that you have specific
9   personal knowledge that there was this listing of
10  jobs that were available at the central office
11  for teaching positions?

12      A.   Yes.  I mean, I think it was our
13  procedure to not only post these but, you know,
14  central office played a part in that too in
15  posting vacancies.

16      Q.   Do you have any specific personal
17  knowledge that there was someplace at central
18  office during let's say 1992 that positions such
19  as your life science teaching, seventh grade life
20  science teaching position would be posted for job
21  applicants to learn of the opening?

22      A.   I did not personally observe any posting
23  at that time.  But I also wasn't in central office
24  looking so.

60

1   Q.   The only time you were in central office
2   looking was when you saw the PE position?
3   A.   Yeah. That was, you know, eight years
4   ago when I first moved to Alaska.
5   Q.   So that would have been in about 1981
6   or so?
7   A.   No. I think it's a little later than
8   that. I would have to look on my calendar.
9   Q.   What year was it, can you recall,
10  that you saw this posting?
11  A.   Give me a minute. I will map it out
12  here. I believe it was in 1983.
13  Q.   1983. Would that have been the only
14  time that you had personal knowledge that that
15  posting existed there?
16  A.   Yes. Because I would go to the personnel
17  office and inquire about any vacancies open. Yes.
18  Q.   After you were hired by the school
19  district you didn't have any reason to go down
20  and look and see if this job posting was still
21  available, did you?
22  A.   No. But I had frequently seen job
23  postings, you know, on the board. But no, I
24  didn't go and check every time I had a job

INDEPENDENT COURT REPORTERS   WAUKEGAN, IL
(847) 244-8121

Exhibit 7 page 9

61

1   opening, no.

2   Q.    You testified you had frequently seen job
3   openings. And my question is, are you saying
4   teaching job openings or just job openings?

5   A.    Any job openings in the district were
6   posted.

7   Q.    That's your understanding of this
8   board that they had in the central office?

9   A.    That's my understanding, yes.

10  Q.    Do you have any personal knowledge
11  that the teaching positions were also posted on
12  this board during the time period from 1990 to
13  1993?

14  A.    I believe all positions were posted
15  whether they were teaching, clerical, non-certs
16  or whatever.

17  Q.    Looking at the time period from 1990
18  to 1993, how would you know that teaching job
19  positions were posted on this board during that
20  time period?

21  A.    I might have observed them. But I can't
22  recall, you know, going there to specifically look at
23  the board. But principals did receive openings, you
24  know, that were listed through the personnel office.