```
 1                IN THE UNITED STATES DISTRICT COURT

 2                         DISTRICT OF ALASKA

 3    NADA RAAD,                           )
                                           )
 4              Plaintiff,                 )
                                           )
 5         vs.                             )
                                           )
 6    FAIRBANKS NORTH STAR BOROUGH         )
      SCHOOL DISTRICT and JOHN MONAHAN,    )
 7    in his capacity as Superintendent    )
      of the FAIRBANKS NORTH STAR          )
 8    BOROUGH SCHOOL DISTRICT,             )
                                           )
 9              Defendants.                )
                                           )
10    Case No. F97-0068 CV

11              VIDEO DEPOSITION OF PAMELA HALLBERG

12    APPEARANCES:

13         FOR THE PLAINTIFF:      MR. ROBERT A. SPARKS
                                   Law Offices of Robert A. Sparks
14                                 Attorneys at Law
                                   1552 Noble Street
15                                 Fairbanks, Alaska  99701
                                   (907) 451-0875
16

17         FOR THE DEFENDANT:      MS. ANN STOLOFF BROWN
                                   Lane Powell Spears Lubersky
18                                 Attorneys at Law
                                   250 Cushman Street
19                                   Suite 4H
                                   Fairbanks, Alaska  99701
20                                 (907) 457-8001

21         Also present:           Ms. Bett Schaffhauser
                                   Ms. Nada Raad
22

23                              * * * *

24

25
```

R & R COURT REPORTERS

EXHIBIT 282

Exhibit 9 page 1

| | | |
|---|---|---|
| 1 | | named Nada Raad? |
| 2 | A | Yes. |
| 3 | Q | And where do you know her from? |
| 4 | A | She was an applicant to the school district who came to |
| 5 | | the superintendent's office. |
| 6 | Q | And how did you know she was coming to the -- well, |
| 7 | | turning back to -- I assume that you were -- were you |
| 8 | | working on August 13th, 1993? |
| 9 | A | Yes. |
| 10 | Q | And when were you first aware that Ms. Raad was in the |
| 11 | | building? |
| 12 | A | That morning. |
| 13 | Q | And who did you hear that from? |
| 14 | A | Lynda Sather. |
| 15 | Q | And what did Ms. Sather tell you? |
| 16 | A | Ms. Sather said that the personnel office had called to |
| 17 | | say that there was an unhappy applicant, and that they |
| 18 | | thought she would be coming to the superintendent's |
| 19 | | office and just wanted us to know. |
| 20 | Q | And was that unusual that they would call and give you a |
| 21 | | warning like that? |
| 22 | A | No. |
| 23 | Q | Did that happen very often? |
| 24 | A | Not often, but it's not unusual. |
| 25 | Q | How many times has that occurred? |



|   |   |   |
|---|---|---|
| 1 |   | Sather.  Here's the reception area.  And now I'm right |
| 2 |   | here. |
| 3 | Q | Was there a counter in the reception area? |
| 4 | A | Uh-huh (affirmative).  And this door is here, and this |
| 5 |   | door is here, and then there's a door here, and actually |
| 6 |   | there's a door over here, too. |
| 7 | Q | Can we put number 1 where you were at when you first |
| 8 |   | talked with Ms. Sather?  Okay.  And then what -- what |
| 9 |   | did Ms. Sather tell you at that time? |
| 10 | A | What I just said, that the personnel office had called, |
| 11 |   | and that there was an unhappy applicant, and they |
| 12 |   | thought she was coming to the superintendent's office. |
| 13 | Q | And what time of the day was that? |
| 14 | A | In the morning. |
| 15 | Q | Do you know what time? |
| 16 | A | No. |
| 17 | Q | Do you know why they called?  What were you supposed to |
| 18 |   | do? |
| 19 | A | Well, we were shorthand .... |
| 20 |   | MS. BROWN:  Object to the form of the question. |
| 21 | Rule 602.  You can answer it. | |
| 22 | A | Oh.  The superintendent's secretary actually sits here, |
| 23 |   | and there wasn't a person in that job at the time, so I |
| 24 |   | was moving between the places.  And so if a person came |
| 25 |   | in, then there wouldn't be anybody at the reception |

R & R COURT REPORTERS
709 Second Avenue
Fairbanks, Alaska  99701
(907) 452-3589



000033

Exhibit 9 page 3

```
 1              emergency?
 2   A    Yes.  Well, actually, I said, you know, an emergency is
 3        a matter of life and death.  And she said it was a
 4        matter of life and death to her, and that if she didn't
 5        get to see him she would blow up the building.  And she
 6        was very agitated, and she was pacing back and forth.
 7        And so I explained the superin- -- and I asked her what
 8        it was regarding and she would not tell me.  And I then
 9        said the superintendent was on the telephone and she
10        would have to wait until he was off of the phone before
11        I could ask him.
12   Q    So what happened next?
13   A    She paced the office for a few minutes, maybe three or
14        four or something, and then she left, and she did not
15        wait for the superintendent to get off the phone.
16   Q    Did you tell her anything else before she left?
17   A    No, she didn't make eye contact or speak to me, and she
18        just simply exited the office area.  She went out the
19        door to the hallway.
20   Q    Did she speak with an accent?
21   A    I -- I guess, yeah.  Yeah, she has a dialect or ....
22   Q    When was the next time you saw Ms. Raad?
23   A    She did come back that same morning.
24   Q    How much later?
25   A    I don't remember how much later; maybe 30, 40 -- I don't
```

R & R COURT REPORTERS
709 Second Avenue
Fairbanks, Alaska 99701
(907) 452-3589



Exhibit 9 page 4

```
1              know, 30, 40 minutes, maybe.
2    Q         What makes you think it was 30, 40 minutes?
3    A         Nothing, except that this all happened in one morning,
4              and it was a while, but it wasn't too terribly long.
5    Q         Did you do anything between the time that she -- she
6              left and the time that she came back?
7    A         Uh-huh (affirmative).  The superintendent did get off
8              the telephone, and I explained that there was a
9              person -- an unhappy applicant who wished to see him,
10             and that she was quite angry, and that she had
11             threatened to blow up the building if she didn't get to
12             see him, and he said to call the police.
13   Q         Did you call the police?
14   A         Yes, I did.
15   Q         Did you call 911, or what number did you call?
16   A         911.
17   Q         Did you talk to anybody else before you called the
18             police?
19   A         Just the superintendent.
20   Q         Did you speak with Ms. Gallentine before you called the
21             police?
22   A         No.
23   Q         Do you know if anyone from the school district went to
24             the police department?
25   A         I don't know.
```



```
 1         Q    What else did you talk about with her?
 2         A    I believe she said they would send someone over to the
 3              building.
 4         Q    What happened next, then?
 5         A    As far as the police?
 6         Q    Well, as far as what -- what did you do next, then?
 7         A    Well, after calling the police, then I worked at the
 8              superintendent's reception area, and Mrs. Raad came back
 9              the second time.
10         Q    What did you do in the meantime, then?
11         A    In the meantime ....
12         Q    Yeah.
13         A    .... after calling the police?  I went back doing my
14              work.
15         Q    Okay.  And where was that?  Were you back in your ....
16         A    I stayed at the reception area.
17         Q    What work were you working on?  Do you recall?
18         A    School district work.
19         Q    What type?
20         A    I don't know.
21         Q    Some kind of a record keeping thing, or can you recall
                specifically what you were working on?
           A    No.  I mean, I was possibly typing minutes.  I could
                have been typing an agenda or correspondence or writing
                letters or ....
```



Case 4:97-cv-00068-RRB   Document 554-12   Filed 08/23/2007   Page 7 of 12

28

Q    When Ms. Raad came into the office the first time that you talked with her, would you agree that she was upset but she was not out of control?

A    I would not agree with that.

Q    She wasn't screaming or yelling was she? Raising her voice?

A    She wasn't screaming. She was talking loudly, but I guess not yelling like I think of my children. But she was very angry, very upset.

Q    She didn't make any threats, did she, other than the statement ....

A    Other than ....

Q    .... that you say that she -- said she was going to blow up the building?

A    No, sir, she did not.

Q    She talked about seeing an attorney, taking legal action, didn't she?

A    Yes.

Q    She didn't have anything that could be considered a bomb with her, correct?

A    Not on her person that I could detect, no.

Q    Do you agree with Ms. Sather's statement in her 9/2/93 statement, Exhibit 1, that Ms. Raad -- it's right here, she was difficult to understand because she was so emotional?

R & R COURT REPORTERS
709 Second Avenue
Fairbanks, Alaska 99701
(907) 452-3589

Exhibit 9 page 7

| | | |
|---|---|---|
| 1 | A | No, I don't agree with that. I don't think she was |
| 2 | | difficult -- I did not think she was difficult to |
| 3 | | understand, nor do I today. And she was emotional, yes. |
| 4 | Q | You didn't think she was making a bomb threat, did you? |
| 5 | A | Did I? |
| 6 | Q | Uh-huh (affirmative). |
| 7 | A | I thought she was -- she was probably one of the most |
| 8 | | angry people I've ever witnessed in my life and I wasn't |
| 9 | | sure. |
| 10 | Q | You didn't leave the building, did you? |
| 11 | A | No, I did not. |
| 12 | Q | The building wasn't evacuated, was it? |
| 13 | A | No. |
| 14 | Q | You didn't ask Ms. Raad to leave on either occasion she |
| 15 | | came to the office, did you? You didn't ask her to |
| 16 | | leave the building? |
| 17 | A | No, I only called the police. |
| 18 | Q | You told the police when you called them that she |
| 19 | | refused to leave? |
| 20 | A | Did I tell them that? |
| 21 | Q | Uh-huh (affirmative). |
| 22 | A | Are you asking me .... |
| 23 | Q | Yeah, .... |
| 24 | A | .... or are you saying I did? |
| 25 | Q | .... I'm asking you. Did you tell -- tell the police |



| | | |
|---|---|---|
| 1 | | that she refused to leave? |
| 2 | A | I don't believe I said that. |
| 3 | Q | As far as you knew, Ms. Raad hadn't refused to leave the |
| 4 | | building, had she? |
| 5 | A | I did not ask her to leave. |
| 6 | Q | Well, as far as you knew, no one else had asked her to |
| 7 | | leave and she'd refused, correct? |
| 8 | A | I wouldn't know that. I don't know if anybody else |
| 9 | | asked her to leave. |
| 10 | Q | To your knowledge, no one else asked her to leave and |
| 11 | | she refused, correct? |
| 12 | A | Correct, to my knowledge. |
| 13 | Q | And no one else has told you that she -- they asked her |
| 14 | | to leave the building? |
| 15 | A | No, no one else has discussed this. |
| 16 | Q | In fact, you're not aware if anyone else -- else asked |
| 17 | | her to leave the building, are you? |
| 18 | A | No. |
| 19 | Q | The statement that you prepared for Anita Gallentine |
| 20 | | doesn't reference that Ms. Raad was raising her voice or |
| 21 | | yelling at anyone, does it? |
| 22 | | MS. BROWN: You're talking about Exhibit 3? |
| 23 | A | Mine? |
| 24 | Q | Yeah. |
| 25 | A | No, I don't believe I referred to anything like that. |



Q   Other than talking with Officer Ring on the phone, you didn't -- did you talk with anyone else from the Police Department other than the original call?

A   No.

Q   Did you go home at your normal time that day?

A   Yes.

Q   You didn't miss any time that week?

A   That whole week?

Q   Yeah.

A   We'd have to ask for the payroll record.

Q   Well, you can't recall missing any time that week?

A   No, sir.

Q   What did you tell the superintendent about the situation?

A   That we had an unhappy applicant, and that she wanted to see him, and that she had said if she could not see him she would blow up the building.

Q   Did you ever tell Ms. Raad -- did you ever use the phrase when you were talking to Ms. Raad that the superintendent would not see an unsuccessful applicant?

A   That -- that was -- yes.

Q   And why was that? Had you talked to him?

A   That's the case. The superintendent did not see -- did not make appointments to see unsuccessful applicants.

Q   Did someone tell you that Ms. Raad was Lebanese?



| | | |
|---|---|---|
| 1 | A | No. |
| 2 | Q | Did you ever find out that she was Lebanese after this |
| 3 | | incident occurred? |
| 4 | A | Since then, yes. |
| 5 | Q | Who -- how did you find out? |
| 6 | A | When I read a transcript of the school district's |
| 7 | | hearing, and Mrs. Raad's testimony was that she was born |
| 8 | | in Beirut, Lebanon. |
| 9 | Q | And when did you read that transcript? |
| 10 | A | Yesterday. |
| 11 | Q | Did -- did you mention to someone else that -- did you |
| 12 | | ever make the statement to someone at the Human Rights |
| 13 | | Commission that you believed Ms. Raad was from Lebanon |
| 14 | | prior to yesterday? |
| 15 | A | I don't recall. |
| 16 | Q | Were you interviewed by someone from the Alaska Human |
| 17 | | Rights Commission? |
| 18 | A | Yes. |
| 19 | Q | Do you know who it was? |
| 20 | A | No. |
| 21 | Q | Do you know how long ago it was? |
| 22 | A | A couple of years. |
| 23 | Q | How well do you know Anita Gallentine? |
| 24 | A | Anita Gallentine. |
| 25 | Q | Gallentine. |

ections to the Deposition of __Pamela Hallberg__

Name: __Raad v. FNSBSD, et al__

Number: __F97-0068 Civil__

| | Line | Correction and Explanation |
|---|---|---|
| 3 | 1 | I do not recall |
| 5 | 4 | yes |
| 3 | 6-8 | At the current time, my first recollection of being aware of information pertaining to Mrs. Raad's nationality was after the school district hearing. I did not know for certain until I read a transcript of the school district's hearing, and Mrs. Raad's testimony was that she was born in Beirut, Lebanon. |
| 0 | 18 | I do not recall |



Exhibit 9 page 12