```
 1                IN THE UNITED STATES DISTRICT COURT

 2                        DISTRICT OF ALASKA

 3   NADA RAAD,                        )
                                       )
 4            Plaintiff,               )
                                       )
 5       vs.                           )
                                       )
 6   FAIRBANKS NORTH STAR BOROUGH      )
     SCHOOL DISTRICT and JOHN MONAHAN, )
 7   in his capacity as Superintendent )
     of the FAIRBANKS NORTH STAR       )
 8   BOROUGH SCHOOL DISTRICT,          )
                                       )
 9            Defendants.              )
     _____)
10   Case No. F97-0068 CV

11             VIDEO DEPOSITION OF LYNDA SATHER

12   APPEARANCES:

13        FOR THE PLAINTIFF:    MR. ROBERT A. SPARKS
                                Law Offices of Robert A. Sparks
14                              Attorneys at Law
                                1552 Noble Street
15                              Fairbanks, Alaska  99701
                                (907)  451-0875
16

17        FOR THE DEFENDANT:    MS. ANN STOLOFF BROWN
                                Lane Powell Spears Lubersky
18                              Attorneys at Law
                                250 Cushman Street
19                                Suite 4H
                                Fairbanks, Alaska  99701
20                              (907) 457-8001

21        Also present:         Ms. Bett Schaffhauser
                                Ms. Nada Raad
22

23                              * * * *

24

25
```

R & R COURT REPORTERS
709 Second Avenue
Fairbanks, Alaska 99701
(907) 452-3589

485
000010

Exhibit 10 page 1

8

| | | |
|---|---|---|
| 1 | A | Yes, I do. |
| 2 | Q | And how do you know her? |
| 3 | A | I first met her when she came into our office in 1993. |
| 4 | Q | And that was the first time you'd ever met her? |
| 5 | A | Yes. |
| 6 | Q | And was this the August 13th time that she was at the office, or prior to that? |
| 8 | A | That was the time. |
| 9 | Q | And what happened that day? |
| 10 | A | I was working, and we had no secretary at the time in the outer office, so when she came -- Nada Raad came in, I left my office to see if I could help her, or to see what she needed. And she was insisting that she needed to see the superintendent right away, right then and there. And I tried to ask her why or what she needed, what the problem was, was there somebody else that could help her. And she kept insisting, no, she needed to see the superintendent. He was on a long-distance call at the time. You know, I checked. I asked if we could make an appointment. She was welcome to come back. She wasn't getting me any more information or telling me what the problem was so I could refer her to someone that could help her. And since I wasn't making any headway with her, I went and got Pam Hallberg, who is the school board secretary, but also has a lot of |

R & R COURT REPORTERS
709 Second Avenue
Fairbanks, Alaska 99701
(907) 452-3589



486

Exhibit 10 page 2

experience as the superintendent's secretary, to see if maybe Pam could help her out. So Pam came back over into the area and, you know, was asking Nada what she wanted, what we could do. That she couldn't see the superintendent right away, but we'd make an appointment. And she was just very upset and wouldn't make an appointment. I believe she said she'd wait until he could see her. So she waited for a while. I went back to my office and Pam stayed out in the outer office. Nada Raad came back and started getting very hostile and belligerent with Pam. So I came back out of my office and I stood at the end of the counter. And Pam was saying that, you know, we'd be happy to make an appointment but she couldn't see the superintendent right that minute. And Nada said, well, it's an emergency. And Pam said, what do you mean, an emergency? You know, life and death? Is that what you mean? And she said, yes, it's a matter of life and death. If I can't see the superintendent right now, I'll blow up the building. And we were both just very shocked. And we were trying to find out still what she was so upset about, what she wanted. You know, could we help her. And she ended up leaving the office. And we went and talked to Rick and told him what she had said. And he said, well, then you need to call the police. So



13

| | | |
|---|---|---|
| 1 | Q | There nowhere in that statement that you say that she was yelling at anyone, is there? |
| 3 | A | No, I didn't say that she was yelling at anyone. |
| 4 | Q | One of the statements you'd made was, talked -- she'd talked about seeing an attorney and taking legal action, wasn't it? |
| 7 | A | Yes. |
| 8 | Q | She didn't have anything with her that -- that you considered to be a possibility she could have a bomb with her, did she? |
| 11 | A | No, and I checked to make sure the second time when she came back in the office. |
| 13 | Q | You never asked her to leave -- to leave the building, did you? |
| 15 | A | I personally did not. I believe others asked her to. |
| 16 | Q | You weren't present when they asked her to, though, were you? |
| 18 | A | No. |
| 19 | Q | Do you recall if Ms. Raad speaks with an accent? |
| 20 | A | I recall that she does. |
| 21 | Q | And did you state in your statement of September 2nd, 1993 that she was difficult to understand at that time? |
| 24 | A | Yes, I said that. |
| 25 | Q | I was wondering if you could draw us a little drawing of |

488
000519

R & R COURT REPORTERS
709 Second Avenue
Fairbanks, Alaska 99701
(907) 452-3589


Exhibit 10 page 4

```
 1   A    From this outer office around the corner, 20 feet.
 2   Q    And did you tell Ms. Hallberg why -- why you were -- why
 3        she needed to come out and help you?
 4   A    Oh, I probably said there was a woman out here that
 5        insisted on seeing the superintendent, and I couldn't
 6        help her, and maybe Pam could.
 7   Q    And she'd indicated she was -- she was not happy with
 8        being rejected for a job?
 9   A    No, I didn't even understand that that was what her
10        problem was at the time.  She wasn't communicating.  She
11        wasn't telling us why she wanted to see the
12        superintendent.  She was just insisting on seeing him.
13   Q    It's my understanding at one -- one point she -- she
14        maintains that she was told that the superintendent
15        wouldn't see unsuccessful applicants.  Do you remember
16        if anyone made a statement like that to her?
17             MS. BROWN:  I'll object to the form of the
18   question.
19   A    Could you repeat it?
20   Q    It's my understanding that at one point someone told her
21        that superintendent -- the superintendent would not see
22        unsuccessful applicants.  Do you recall if anyone made a
23        statement like that to Ms. Raad?
24   A    No, I don't recall that.
25   Q    So after she made the statement in the office, what
```



```
           back in my office, but I know the whole thing took place
           before 11 in the morning, when she said she had her
           meeting with the lawyer.
    Q      At no time did you -- did you tell her to leave the
           administration building, did you?
    A      No.
    Q      And Ms. Hallberg didn't tell Ms. Raad to leave while you
           were there, did she?
    A      Not that I heard, no.
    Q      Did you make a statement to the police, Fairbanks Police
           Department, about the incident?
    A      They called afterwards, if that's what you mean.
    Q      Uh-huh.  Do you know who you talked to?
    A      No, I don't.
                MR. SPARKS:  Would you mark that as the next
    exhibit?
                COURT REPORTER:  The diagram is Number 2?  Is that
    correct?
                MR. SPARKS:  Yeah.  This -- you can mark this 2.
                       (Deposition Exhibits 2 and 3 marked)
                MS. BROWN:  I didn't see what Exhibit 3 is.
                MR. SPARKS:  I'll show you.  There should be a
    copy.  Maybe we could go off the record just for a minute so
    she can look over that.
                (Off record)
```



Q    I'd like to ask you some questions about your part of this tape. I think -- so let me -- I'm just going to play the rest of this tape and ask you -- ask you if you can identify your voice on the tape.

(Whereupon, a portion of a cassette tape of a telephone conversation was played.)

Q    (By Mr. Sparks) I don't think that that's part of that -- part of that interview. Did you recognize either of those voices on the second part of the tape that we've played as your voice?

A    Well, your voice never sounds like it does to yourself on a tape, but that's my voice.

Q    So the time Ms. Raad came up to the administrative offices, you'd already been told by Ms. Gallentine that she was an unsuccessful applicant, correct?

A    That she was unhappy, yeah. And actually, I don't know that Anita told me her name in the morning. I think we were just alerted that somebody might be coming up. I -- and a while passed, so I didn't necessarily associate the two right away. I did later.

Q    Would you look at page 41 of the transcript, at the question on line 13, Mr. Schendel asked: Did you have any difficulty understanding her at all at any time on August 13th? And your answer was: She repeated herself several times so that I was able to understand her.

|   |   |   |
|---|---|---|
| 1 |   | Question: Did you ask her to repeat herself? Answer: |
| 2 |   | I asked her to spell her name, I know, at one point. |
| 3 |   | Question: But do you remember asking her to repeat any |
| 4 |   | of the substance of what she was saying at that time? |
| 5 |   | Answer: No. What I was repeating was asking her to |
| 6 |   | provide us with some information, but I wasn't asking |
| 7 |   | her to repeat what she said. I was repeating what I was |
| 8 |   | asking her, not asking her to repeat herself. And then |
| 9 |   | the question was: Was there any part of what she told |
| 10 |   | you at any time during August 13th that was difficult |
| 11 |   | for you to understand? Answer: I don't remember having |
| 12 |   | any difficulty understanding her, and I remember |
| 13 |   | clearly -- clearly hearing her say that she would blow |
| 14 |   | up the building and that it was a matter of life and |
| 15 |   | death. Was that your testimony at the prior hearing, |
| 16 |   | ma'am? |
| 17 | A | Yes. |
| 18 |   | MS. BROWN: Object to the form of the question. |
| 19 | Q | But she didn't say it was a matter of life and death. |
| 20 |   | She didn't state it in that manner, that she would blow |
| 21 |   | up the building and that it was a matter of life and |
| 22 |   | death, did she? Ms. Raad didn't make that statement, |
| 23 |   | did she? |
| 24 | A | Yes. I testified that I heard Ms. Raad say that it was |
| 25 |   | a matter of life and death, and if she couldn't see the |



```
         superintendent, she was going to blow up the building.
   Q     Well, didn't she say that it was a matter of life and
         death because Ms. Hallberg had explained that when
         Ms. Raad said it was an emergency, that Ms. Hallberg
         said, oh, an emergency is a matter of life and death?
   A     I don't know why. I don't know the -- you asked why
         they said that. I don't know why they said that.
   Q     You can't remember Ms. Hallberg making that statement to
         Ms. Raad?
   A     I remember Ms. Hallberg making that statement to
         Ms. Raad.
   Q     And you didn't -- you didn't ask Ms. Raad to clarify
         herself about what she meant?
   A     It was pretty clear.
   Q     But you went back in your office and continued working,
         correct?
   A     After Ms. Raad left?
   Q     Uh-huh (affirmative).
   A     Yes.
   Q     Do you keep a diary and notes of events that occur at
         your work?
   A     No, I don't.
   Q     Is there any reason you didn't prepare a written
         statement on August 13th, the day that the incident was
         alleged to have happened, instead of more than two weeks
```



| | | |
|---|---|---|
| 1 | | later? |
| 2 | A | I had no idea at the time that one would be needed. |
| 3 | Q | And who told you that one was needed? |
| 4 | A | When I wrote this one that's dated September 2nd, 1993, |
| 5 | | I can't recall if Anita or Rick Cross asked me to, but |
| 6 | | one of them asked me to jot down my impressions of the |
| 7 | | incident in case we needed it later. |
| 8 | Q | Didn't Ms. Gallentine tell you that she needed that |
| 9 | | statement because she wanted to keep Ms. Raad from |
| 10 | | obtaining employment with the school district? |
| 11 | A | No, she did not tell me that. |
| 12 | | MR. SPARKS:  Mark that as the next exhibit. |
| 13 | | Here's a copy of it. |
| 14 | | MS. BROWN:  This is 6? |
| 15 | | COURT REPORTER:  Yes, it is. |
| 16 | | (Deposition Exhibit 6 marked) |
| 17 | Q | (By Mr. Sparks)  Have you seen that before? |
| 18 | A | No, I haven't. |
| 19 | Q | I'll represent to you that that's a memorandum that |
| 20 | | Ms. Gallentine sent out to all building administrators |
| 21 | | in the Fairbanks North Star Borough School district on |
| 22 | | September 3rd, 1993.  Did she tell you that she was |
| 23 | | going to take any action against Ms. Raad, and that's |
| 24 | | what she needed a statement for? |
| 25 | A | No, she did not. |



```
 1  Q    Were you aware that Ms. Raad had been banned by the --
 2       by the school district from employment after -- well, on
 3       September 3rd?
 4  A    No.
 5  Q    Do you recall if Ms. Raad made a statement that
 6       somebody -- that somebody is going to get hurt during
 7       the incident at the school district office?
 8  A    No.  I recalled her saying that she was going to blow up
 9       the building.  She did not say, quote, I'm going to hurt
10       somebody.
11            MS. BROWN:  Object to 602.
12            MR. SPARKS:  Okay, mark this as the next exhibit.
13            MS. BROWN:  7?
14            COURT REPORTER:  Yes.
15                      (Deposition Exhibit 7 marked)
16  Q    (By Mr. Sparks)  In the next to the last sentence in
17       that letter, it says, Furthermore, you made a
18       threatening statement to a district employee that,
19       quote, somebody is going to get hurt, close quote.  Does
20       that refresh your recollection?
21            MS. BROWN:  Object to improper refreshment and
22  object to lack of personal knowledge.
23  A    What's the question?
24  Q    It's your testimony that Ms. Raad didn't make a
25       statement in your presence on August 13th that, quote,
```

R & R COURT REPORTERS
709 Second Avenue
Fairbanks, Alaska 99701
(907) 452-3589



000526

Exhibit 10 page 11

| | | |
|---|---|---|
| 1 | A | No. |
| 2 | Q | Did you ever find out that she was Lebanese after this incident occurred? |
| 4 | A | Since then, yes. |
| 5 | Q | Who -- how did you find out? |
| 6 | A | When I read a transcript of the school district's hearing, and Mrs. Raad's testimony was that she was born in Beirut, Lebanon. |
| 9 | Q | And when did you read that transcript? |
| 10 | A | Yesterday. |
| 11 | Q | Did -- did you mention to someone else that -- did you ever make the statement to someone at the Human Rights Commission that you believed Ms. Raad was from Lebanon prior to yesterday? |
| 15 | A | I don't recall. |
| 16 | Q | Were you interviewed by someone from the Alaska Human Rights Commission? |
| 18 | A | Yes. |
| 19 | Q | Do you know who it was? |
| 20 | A | No. |
| 21 | Q | Do you know how long ago it was? |
| 22 | A | A couple of years. |
| 23 | Q | How well do you know Anita Gallentine? |
| 24 | A | Anita Gallentine. |
| 25 | Q | Gallentine. |

<mark>34</mark>

A    No, I didn't.

Q    And you continue to maintain that you didn't speak with Anita Gall- -- Gallentine that morning either, other than the -- ....

A    Well, I ....

Q    .... other than the call where she told you that -- to expect an unsuccessful applicant to come and see Charles Moore?

    MS. BROWN: I'll object. If we're calling for the testimony that we've never ever talked to Anita and Charles before, but as long as it pertains to this incident.

Q    (By Mr. Sparks) So your testimony is that after Ms. Gallentine called you in the morning and told you to expect an unsuccessful applicant, that you didn't talk with her the rest of that morning about Ms. Raad?

A    I don't recall talking to her. I recall some phone calls going back and forth as people were trying to find out where she was and let folks know that the police had been called, but I can't recall this long ago if I talked to Anita or talked to someone in personnel or -- or what it was. I can't recall.

Q    Did anyone tell you that Ms. Raad was -- was from the Middle East?

A    No.

Q    Are you aware of an incident where a lady named Ruth

