FOUNDATION.

COURT REPORTER: WE'RE WORKING ON GETTING THE TAPE TO PLAY.

MS. BROWN: I HAVE ANOTHER OBJECTION, BUT I'LL REGISTER IT AFTER YOU GET YOURSELVES SET UP.

MS. STEPP: WE ARE GETTING THE TAPE READY.

MS. BROWN: RIGHT, AND RIGHT BEFORE YOU PLAY IT FOR THE WITNESS PURSUANT TO COUNSEL'S REQUEST, IF YOU COULD JUST LET ME MAKE MY OBJECTION.

MR. SPARKS: WELL, MAKE IT NOW, ANN; WHY WAIT?

MS. STEPP: YES, WE'RE READY TO PLAY IT, SO GO AHEAD.

MS. BROWN: THE OBJECTION I HAD WAS THAT I BELIEVED THAT WE REQUESTED ORIGINAL TAPES IN DISCOVERY AND THIS ONE WAS NOT PRODUCED. THANKS.

MS. STEPP: OKAY, HERE'S THE TAPE.

MS. STEPP: CALLS BY OFFICER RING TO THE FAIRBANKS NORTH STAR SCHOOL DISTRICT REGARDING FPD CASE NUMBER 93-4224. THIS CALL WAS MADE ON 8-13-93 AT 11:21 A.M. REGARDING TERRORISTIC THREATS BY NADA RAAD, R-A-A-D.

OPERATOR: OPERATOR, SWITCHBOARD.

OFFICER RING: GOOD MORNING, THIS IS OFFICER RING AT THE FAIRBANKS POLICE DEPARTMENT, AND I NEED TO SPEAK WITH EITHER PAM HALLBERG OR LINDA SATHER.

OPERATOR: OKAY, THANK YOU.



PAM HALLBERG: SCHOOL DISTRICT, THIS IS PAM.

OFFICER RING: HI PAM, THIS IS OFFICER RING OF THE FAIRBANKS POLICE DEPARTMENT?

PAM HALLBERG: YES.

OFFICER RING: CAN YOU TELL ME WHAT YOU OVERHEAD MRS. RAAD SAY THIS MORNING THAT UPSET THE LADY ABOUT HER TEACHING POSITION?

PAM HALLBERG: YES. SHE CAME IN HERE AND SHE TALKED TO ME DIRECTLY.

OFFICER RING: OKAY.

PAM HALLBERG: AND SHE WANTED TO SEE THE SUPERINTENDENT--

OFFICER RING: UH-HUH?

PAM HALLBERG: AND--WELL, SHE CAME IN HERE TWICE ACTUALLY. THE FIRST TIME SHE CAME IN HERE SHE WANTED TO SEE THE SUPERINTENDENT AND HE WAS ON THE PHONE; AND I ASKED HER WHAT IT WAS THAT SHE WANTED, AND SHE SAID THAT SHE WOULDN'T TALK TO ME AND THAT IT WAS AN EMERGENCY. I SAID, "DOES THAT MEAN IT'S A MATTER OF LIFE OR DEATH," AND SHE SAID, "YES." AND THEN SHE WAS PACING BACK AND FORTH AND SHE WAS PRETTY AGITATED. THEN SHE CAME AND SHE SAID, "WELL, WHAT DID HE SAY?" AND I SAID, "WELL, HE'S STILL ON THE PHONE, AND I HAVEN'T HAD A CHANCE TO ASK HIM IF HE CAN SEE YOU." AND THEN SHE SAID, WELL THAT--SHE SAID THAT SHE WOULD STAY HERE, AND THAT SHE HAD TO SEE HIM, AND THAT IT WAS AN EMERGENCY AND





THAT IF SHE DIDN'T GET TO SEE HIM THAT SHE WOULD--SHE SAID THAT SHE WOULD BLOW UP THE BUILDING.

OFFICER RING: OKAY, SHE SAID THAT DISTINCTLY?

PAM HALLBERG: YES.

OFFICER RING: I KNOW THAT SHE HAD SOMEWHAT OF AN ACCENT, AND WHAT SHE HAD TOLD THE OFFICER WAS THAT SHE HAD SAID SOMETHING ABOUT HERSELF BLOWING UP, MEANING HER TEMPER.

PAM HALLBERG: NO. THAT WASN'T THE IMPRESSION I GOT, BECAUSE SHE JUST SAID EITHER I'LL BLOW UP THIS PLACE, OR I'LL BLOW UP THIS BUILDING.

OFFICER RING: WELL, WHICH?

PAM HALLBERG: WELL I REMEMBER--YEAH--I REMEMBER THAT SHE WOULD BLOW UP THIS BUILDING. AND I KIND OF LEFT IT AT--YOU KNOW--I MEAN, SHE DIDN'T HAVE ON A JACKET; SHE DIDN'T HAVE ANYTHING ELSE ON; THAT'S HOW I WASN'T IMMEDIATELY WORRIED ABOUT MY SAFETY BUT--AND THEN SHE DID LEAVE HERE, AND THEN SHE CAME BACK, AND SHE WAS EVEN MORE AGITATED.

OFFICER RING: OKAY. DID SHE SAY ANYTHING FURTHER LIKE THAT?

PAM HALLBERG: NO, NOTHING THREATENING LIKE THAT; SHE JUST--JUST HER BODY LANGUAGE WAS THREATENING, BUT THAT WAS ALL. I HAVE A COUNTER HERE AND SHE KIND OF LEANED ACROSS IT, YOU KNOW, TO TALK TO ME AND STUFF LIKE THAT; BUT SHE DIDN'T--YOU KNOW, SHE DIDN'T THREATEN WITH ANY OTHER KIND OF WEAPON OR ANYTHING.





OFFICER RING: OKAY, IS LYNDA THERE, WHERE I COULD SPEAK WITH HER?

PAM HALLBERG: UH-HUH. HANG ON. IF I CUT YOU OFF, BECAUSE WE HAVE A NEW PHONE SYSTEM, JUST CALL RIGHT BACK.

OFFICER RING: OKAY.

PAM HALLBERG: HANG ON.

OFFICER RING: HELLO.

LYNDA SATHER: HI, THIS IS LYNDA.

OFFICER RING: HI, THIS IS OFFICER RING WITH THE FAIRBANKS POLICE DEPARTMENT.

LYNDA SATHER: UH-HUH.

OFFICER RING: I WAS CALLING TO SPEAK WITH YOU ABOUT MRS. RAAD, WHO CAME IN THIS MORNING UPSET ABOUT THE TEACHING POSITION?

LYNDA SATHER: UH-HUH?

OFFICER RING: WHAT HAPPENED WITH THAT?

LYNDA SATHER: WELL, WE HAD A CALL FROM ANITA GALLANTINE EARLIER IN THE MORNING, THAT THERE WAS A LITTLE UPSET APPLICANT WHO HAD SEEN HER AND CHARLES AND STILL WASN'T SATISFIED AND WAS SAYING THAT SHE WANTED TO COME UP AND SEE THE SUPERINTENDENT. AND THEN A WHILE LAPSED, AND I KIND OF DIDN'T THINK ABOUT IT ANYMORE. AND THEN THE WOMAN CAME HERE AND SAID SHE HAD TO SEE THE SUPERINTENDENT; I SAID, HE WAS BUSY, HAD APPOINTMENTS, WOULD SHE LIKE TO MAKE AN





APPOINTMENT? BUT NO, SHE HAD TO SEE HIM RIGHT NOW, SHE'D SIT HERE AND WAIT; AND I SAID, "WELL, I'M NOT SURE HE'LL SEE YOU, IF YOU WANT TO HAVE A SEAT OVER THERE I'LL SEE WHAT I CAN DO." AND SHE WOULDN'T SIT DOWN, BUT I WENT AND GOT PAM--YOU KNOW, RICK WAS ON THE PHONE; I GOT PAM, THE SECRETARY, AND SHE CAME BACK AND TALKED TO THE LADY. AND THEN I CAME OUT OF MY OFFICE AGAIN, BECAUSE THE LADY WASN'T CALMING DOWN OR GOING AWAY; AND SHE SAID IT WAS AN EMERGENCY; AND PAM SAID, "WELL DO YOU MEAN IT'S A LIFE AND DEATH EMERGENCY"; AND SHE SAID, "YES, IT'S A MATTER OF LIFE AND DEATH," AND SHE WAS GOING TO STAY HERE UNTIL THE SUPERINTENDENT SEES HER; AND IF HE DOESN'T, THEN SHE WAS GOING TO BLOW UP THE BUILDING. AND THAT SNAPPED MY HEAD UP AND I SAID, "WELL, THIS WOMAN IS OUT OF CONTROL."

OFFICER RING: WHAT WORDS DID SHE USE EXACTLY?

LYNDA SATHER: WELL, I REMEMBER HER SAYING SHE WAS GOING TO BLOW UP THE BUILDING, IF SHE DIDN'T SEE THE SUPERINTENDENT, SHE WAS GOING TO BLOW UP THE BUILDING; BECAUSE UP UNTIL THEN--I MEAN, WE GET UPSET PEOPLE HERE ALL THE TIME, BUT I THOUGHT IT WAS A THREAT, BUT SHE DIDN'T HAVE ANY PACKAGES IN HER HAND OR ANYTHING, SO I WASN'T WORRIED ABOUT IT IMMEDIATELY. BUT THEN SHE TURNED AND LEFT, AND I THOUGHT, GEEZ, (SIC) IS THIS A WACKO THAT'S GOING TO COME BACK AND START, YOU KNOW, BLASTING AWAY WITH A GUN OR SOMETHING. AND THEN A WHILE LATER SHE RETURNED, AND SHE WAS





STILL UPSET; WE TOLD HER SHE COULDN'T SEE THE SUPERINTENDENT, THAT SHE WOULD HAVE TO GO AWAY AND CALM DOWN; SHE COULD MAKE AN APPOINTMENT FOR LATER. RAAD SAID SHE WAS GONG TO SEE A LAWYER; I SAID I THINK THAT'S A GOOD IDEA; HAVE YOUR LAWYER CALL US. YOU KNOW, YOU SHOULD BE TALKING TO CHARLES--SHE FELT LIKE IT WAS A MATTER OF BEING DISCRIMINATED AGAINST, WELL THEN YOU NEED TO TALK TO CHARLES. AND SHE LOOKS UPSET, A LOT OF CRYING AND START THAT AGAIN.

MR. RING: OKAY, I APPRECIATE IT, THANK YOU.

LYNDA SATHER: ALL RIGHT.

POLICE DEPARTMENT: FAIRBANKS POLICE AND FIRE.

CALLER: COULD I TALK TO TOM BRUCE, PLEASE? I THINK HE'S THERE; HE JUST CALLED ME.

POLICE DEPARTMENT: YOU THINK HE'S HERE, YOU THINK HE JUST CALLED YOU?

CALLER: YES. WELL, MAYBE HE CALLED ME FROM SOMEWHERE ELSE; I DON'T KNOW.

POLICE DEPARTMENT: I DON'T SEE HIM. HE'S ON HIS WAY HERE, BUT HE HASN'T GOTTEN HERE YET.

ANN STEPP: THAT APPEARS TO BE THE END OF THE TAPE.

Q. WHY DON'T WE STOP THE TAPE THEN?

A. I DID.

Q. DO YOU RECOGNIZE THAT TAPE, ANN?

A. ALTHOUGH I WAS SPEAKING IN A MUCH HIGHER VOICE





FROM 08/13/93 TO 08/13/93 HRS: 09:57 - 09:57 PAGE 1

93039529 DC 520/5THAV . L5 C* Tr=0957 Ta=1007
93/08/13 HALLBERG,PAM 4522000 C NRP Ct=GJC Dp=GJC Td=1005 Tc=1036
Unit 026 Offcr1 JFS Offcr2 Q/Tm 8 T/Tm 2 W/Tm 28

A LEBANESE WOMAN WAS REJECTED AS AN APPLICANT AT †, PERS. OFC, 3RD FLOOR ROOM 320, REFUSES TO LEAVE AND SAYS SHE IS GOING TO BLOW THE BLDG UP
SHE LEFT

REPORT TYPE: Daily Activity Log

FROM 08/13/93 TO 08/13/93 HRS: 10:09 - 10:09 " PAGE 1

93039531 DC 520/5THAV L5 C* Tr=1009 Ta=1009
93/08/13 HALLBERG,PAM 4522000 A NRP Ct=GJC Dp=GJC Td=1009 Tc=1034
Unit 019 Offcr1 CAK Offcr2 Q/Tm 0 T/Tm 0 W/Tm 25

RECEIVED
JUN 22 1998
LPSL

1 309

PLAINTIFF'S EXHIBIT

EXHIBIT 94

000072