On Friday, August 13, 1993, Lynda Sather informed me that personnel had called to tell her that an unhappy applicant may be coming into the area. I took some work over to the superintendent's area and worked for a while but the person did not show up. I returned to my own desk and a short while later Lynda came back to say the applicant was in the superintendent's area and that she, Lynda, could not calm her down and could I come over and help.

I went to the superintendent's secretary's desk and asked the lady what her name was and the nature of her request for seeing the superintendent. She said her name was Nada Raad and that she wasn't going to talk to me about her reason because she was very upset and that it was an emergency. I said an emergency was a matter of life and death. She said it was a matter of life and death to her. She also said that she would wait in the building all day long to see him and that if she did not see him she would blow up the building. I said the superintendent was on the phone but I would see what could be done.

Ms. Raad paced the floor and was visibly agitated. Before the superintendent even got off the phone, Ms. Raad approached me again and asked when she could see him. I said he was still on the phone and that she would have to wait. Then she left the office without saying anything as to where she was going or whether she would return. She appeared very agitated pushing the door very hard.

I called Sharon Lovell in the personnel office to find out what the problem was. She said Ms. Raad was in Mr. Moore's office and that Ms. Raad was unhappy because she was not offered a teaching job. I informed the superintendent about the situation. He asked me to call the police to report the threat about blowing up the building. I called the city policy department and explained the situation. The dispatcher asked for a description of the lady and whether or not I thought the lady might be carrying any weapons on her. I did not think the lady was armed with anything dangerous. The dispatcher said she would send someone over.

Ms. Raad returned to our office again. I informed her the superintendent would not be able to see her. She asked if that was the way we treated people and said she would be meeting with her attorney shortly. She said she wanted to see the superintendent before meeting with her attorney. I said in that case she should go see her attorney but that the superintendent would not be able to see her that morning. Ms. Raad was very upset with my response and leaned over the counter to get as close to my face as possible to again ask if this was how we treated people. Lynda Sather came out of her office and said that there was nothing else we could do for Ms. Raad at this point and that Ms. Raad should probably leave the office.

Ms. Raad left the office in what I thought was a very agitated state banging on the door quite hard.

Pam Hallberg
Secretary to the Board

PLAINTIFFS EXHIBIT 392 F97-0068

EXHIBIT 25
Page 1 of 1

379

Exhibit 12 page 1