# INCIDENT REPORT
## FAIRBANKS POLICE DEPARTMENT
### FAIRBANKS, ALASKA

REPORTS: ☐ INCI ☒ SUPP
☐ 1L ☐ DWI ☐ IMPOUND
☐ D/PROP ☒ SUBJ ☐ CIT. ARR.
☐ R ANALYSIS ☐ STMT. ☐ DEATH

**(1) CASE NUMBER:** 9 3 b 0 4 2 3 4

**(2) CROSS REFERENCE CASE NUMBER**

| (3) JUV | ALCO | DRUG | COMP | CITY | MIL | DV | RSVI |
|---------|------|------|------|------|-----|----|------|
|         |      |      |      | X    |     |    |      |

### INCIDENT

| NO. 1 | (4) INCIDENT CODE | (5) TITLE OF PRIMARY INCIDENT: TERR. THREATS | (5A) STATUS: A C | LOCATION OF INCIDENT: 520 5TH AVE. FNSB SCHOOLS | (6A) LOC. CODE: 11 |

| (7) DAY(S) OF INCIDENT: FRI | (8) DATE(S) OF INCIDENT: 93-08-13 | (9) HOUR(S) OF INCIDENT: / | (10) TEMP.—WEATHER AT TIME OF INCIDENT: + 60 CLOUDY |

| NO. 2 | (11) INCIDENT CODE | (12) TITLE OF SECONDARY INCIDENT | (12A) STATUS: A C | (13) LOCATION OF INCIDENT | (13A) LOC. CODE |

| (14) DAY(S) OF INCIDENT: / | (15) DATE(S) OF INCIDENT: / | (16) HOUR(S) OF INCIDENT: / | (17) TEMP.—WEATHER AT TIME OF INCIDENT |

### INDIVIDUALS

| NO. 1 | (18) ROLE: C | (19) LAST NAME, FIRST NAME, M.I.: GALLENTINE ANETA R. | (20) RACE | (21) SEX | (22) AGE | (23) DATE OF BIRTH | (24) DRIVERS LICENSE / I.D. NO. | STATE |

| (25) AKA | (26) RESIDENCE ADDRESS: (FORM 6) | (26A) ZIP | (27) RESIDENCE PHONE NO. | (28) PLACE OF BIRTH | STATE |

| (29) TITLE/OCCUPATION | (30) PLACE OF EMPLOYMENT/SCHOOL | (31) EMPSCH PHONE NO. | SHIFT DSM | (32) SSN |

LINKING

| NO. 2 | (33) ROLE: C | (34) LAST NAME, FIRST NAME, M.I.: MOORE CHARLES E. | (35) RACE | (36) SEX | (37) AGE | (38) DATE OF BIRTH | (39) DRIVERS LICENSE / I.D. NO. | STATE |

| (40) AKA | (41) RESIDENCE ADDRESS: (FORM 6) | (41A) ZIP | (42) RESIDENCE PHONE NO. | (43) PLACE OF BIRTH | STATE |

| (44) TITLE/OCCUPATION | (45) PLACE OF EMPLOYMENT/SCHOOL | (46) EMPSCH PHONE NO. | SHIFT DSM | (47) SSN |

LINKING

| NO. 3 | (48) ROLE: W | (49) LAST NAME, FIRST NAME, M.I.: HALLBERG PAMELA L. | (50) RACE | (51) SEX | (52) AGE | (53) DATE OF BIRTH | (54) DRIVERS LICENSE / I.D. NO. |

| (55) AKA | (56) RESIDENCE ADDRESS | | |

| (59) TITLE/OCCUPATION | (60) PLACE OF EMPLOYMENT/SCHOOL | (61) EMPSCH PHONE NO. | SHIFT |

| NO. 4 | (63) ROLE: W | (64) LAST NAME, FIRST NAME, M.I.: SATHER LYNDA B. | (65) RACE | (66) SEX | (67) AGE | (68) DATE OF BIRTH |

| (70) AKA | (71) RESIDENCE ADDRESS | |

| (74) TITLE/OCCUPATION | |

LINKING

### VEHICLE

| NO. 1 | (78) VEHICLE STATUS: ☐ OBJECT OF ATTACK ☐ RECOVERED ☐ IMPOUNDED REPORT ATTACHED (ONE PER CASE NO.) ☐ STOLEN ☐ SUSPECT ☐ LOCATE ☐ ABANDONED ☐ INVOLVED VEHICLE |

| (79) YEAR | (80) MAKE | (81) MODEL | (82) STYLE | (83) LICENSE NO. | STATE | YEAR | (84) COLOR CODE TOP/BOTTOM/SOLID: | (85) SECOND COLOR CODE: | (86) EST. VALUE |

| (87) VIN | (88) OTHER DESCRIPTORS |

| (89) LOCATION OF RECOVERY/IMPOUND | (90) CONDITION OF RECOVERY: ☐ DAMAGED % = 0 ☐ BURNED ☐ STRIPPED ☐ NO VISIBLE DAMAGE NOTED ☐ UNKNOWN LIST MISSING/STRIPPED ITEMS IN NARRATIVE |

| (91) DISPOSITION OF RECOVERY: ☐ IMPOUNDED ☐ RELEASED TO | PERS NO. | DATE / / | TIME / / | BY AUTHORITY OF: |

### PROPERTY/EVIDENCE

| (92) PROPERTY STOLEN $ | (93) PROPERTY RECOVERED $ | (94) PROPERTY DAMAGE EST LOSS | (95) VEHICLE 1 ENTERED ☐ APSIN / ☐ NCIC FROM / DATE AND TIME / BY (ATTACH PRINTOUTS TO SERVICE'S COPY) |

| EVIDENCE SEIZED? Y/NO | PROCESSING REQUIRED? Y/NO | PHOTOS TAKEN? Y/N | PHOTO PRINTS REQUIRED? Y/N | COMMENTS: |

### SOLVABILITY FACTORS

| | | |
|---|---|---|
| 1. IS A SUSPECT NAMED? | [10] ___ | 7. IS THERE A USEFUL SUSPECT VEHICLE DESCRIPTION? [5] ___ |
| 2. CAN THE SUSPECT BE IDENTIFIED? | [10] ___ | 8. ARE THERE A LIMITED NUMBER OF POSSIBLE SUSPECTS? [5] ___ |
| 3. IS THE SUSPECT'S LOCATION KNOWN? | [10] ___ | 9. ARE THERE RELATED/SIMILAR INCIDENTS? [5] ___ |
| 4. IS THE SUSPECT VEHICLE LICENSE KNOWN? | [10] ___ | 10. IS THERE USEFUL PHYSICAL EVIDENCE? [2] ___ |
| 5. ARE THERE ANY UNCONTACTED WITNESSES? | [10] ___ | 11. IS THE STOLEN PROPERTY TRACEABLE? [2] ___ |
| 6. IS THERE A USEFUL SUSPECT DESCRIPTION? | [5] ___ | 12. IS THERE A SIGNIFICANT M.O.? [2] ___ |

**(96) TOTAL SCORE:** ___
**(97) RECOMMENDED ACTION:**
☐ ~ INITIAL SUSPENSION
☐ ~ EVID. PROCESS ONLY
☐ ~ PATROL FOLLOW-UP
☐ ~ INVEST. FOLLOW-UP
☐ ~ OTHER

| (97) DATE: 93-08-13 | TIME: 1140 | (98) REPORTING MEMBER: RING | TITLE: PTM | FROM / | (99) APPROVING SUPERVISOR | TITLE: | FROM | (100) DATE APPROVED: 930813 |

THIS REPORT IS CONFIDENTIAL & FOR OFFICIAL USE ONLY     PAGE ___ OF ___

FORM 1

PLAINTIFFS EXHIBIT

Exhibit 16 page 1

**SUBJECT REPORT**
FAIRBANKS POLICE DEPARTMENT
FAIRBANKS, ALASKA

ROLE CODE

- SUSPECT
- DEFENDANT
- RUNAWAY (ONE PER CASE NUMBER)
- MISSING PERSON (ONE PER CASE NUMBER)

(1) CASE NUMBER: 9 3 0 0 4 2 2 4
(2) CROSS REFERENCE CASE NUMBER
(2A) USE RAD NO. FOR FPD WARRANTS R-

**REPORT HEADINGS**

(3) PRIMARY INCIDENT TITLE: TERRORISTIC THREAT
(4) COMPLAINANT (LAST NAME, FIRST, M.I.): GALLENTINE ANETA R
(4A) PHONE: 457-2000

(3A) WARRANT ☐ ARREST    LOCATION OF ARREST    (4) DATE & TIME OF ARREST /    USE NEW CASE NUMBER FOR OTHER AGENCY'S ARREST

**SUBJECTS**

NO. 1 ☑ | (5) ROLE: S | (6) LAST NAME, FIRST NAME, M.I.: RAAB NADA | (7) RACE: W | (8) SEX: F | (9) APX HGT: 37 | (10) DATE OF BIRTH: 8-1-56 | (11) DRIVERS LICENSE I.D. NO.: U | STATE
(12) AKA | | (16) RESIDENCE ADDRESS: 1300 VIEWPOINT | (17) RESIDENCE PHONE NO.: 479-9122 | (18) PLACE OF BIRTH: LEBANON | STATE
(16) TITLE OCCUPATION: TEACHER | (17) PLACE OF EMPLOYMENT/SCHOOL | | (18) EMP SCH PHONE NO. | (19) SHIFT: DSM | (20) SSN: 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
(21) APX HT: 66" | (21) APX WT: 130 | (22) HAIR COL: BLK | (24) EYE COL: BRO | (25) PHY +C? •1 | (26) MTL •C? • | (27) ARMED •1 | (28) POSS. DESTINATION LOCATION * | | (29) WARRANT ISSUED: YES • / NO ☑
(30) CHARGES: AS 11.56.810 (a) TERRORISTIC THREATENING | ATN |

NO. 2 ☐ | (31) ROLE | (32) LAST NAME, FIRST NAME, M.I. | | | (33) RACE | (34) SEX | (35) APX AGE | (36) DATE OF BIRTH | (37) DRIVERS LICENSE I.D. NO. | STATE
(38) AKA | | (39) RESIDENCE ADDRESS | | (39A) ZIP | (40) RESIDENCE PHONE NO. | (41) PLACE OF BIRTH | STATE
(42) TITLE OCCUPATION | (43) PLACE OF EMPLOYMENT/SCHOOL | | | (44) EMP SCH PHONE NO. | SHIFT | (45) SSN
(46) APX HT | (47) APX WT | (48) HAIR COL | (49) EYE COL | (50) PHY •C? • | (51) MTL •C? • | (52) ARMED • | (53) POSS. DESTINATION LOCATION * | | (54) WARRANT ISSUED: YES • / NO
(55) CHARGES | | | ATN |

**ADDITIONAL SUBJECT DESCRIPTORS (CIRCLE ONE NO. FOR EACH SUBJECT)**

| (56) HAIR LENGTH SUBJ. NO. 1 2 | (57) HAIR STYLE SUBJ. NO. 1 2 | (58) FACIAL HAIR SUBJ. NO. 1 2 | (59) GLASSES SUBJ. NO. 1 2 | (60) TATTO SUBJ. NO. 1 2 | (61) GEN'L APPEARANCE SUBJ. NO. 1 2 | (62) SPEECH SUBJ. NO. 1 2 |
|---|---|---|---|---|---|---|
| 1 1 LONG | 1 1 AFRO | 1 1 FULL BEARD | 1 1 SUNGLASSES | 1 1 EXTREMITY | 1 1 NEAT | 1 1 PROFANE/ABUSIVE |
| 2 2 MEDIUM | 2 2 WAVY | 2 2 GOATEE | 2 2 GLASSES | 2 2 BODY | WELL DRESSED | 2 2 SOFT/POLITE |
| 3 3 SHORT | 3 3 SHAG | 3 3 MUSTACHE | 3 3 CONTACTS | 3 3 FACE | 2 2 DIRTY/RAGGED | 3 3 APOLOGETIC |
| 4 4 BALD/ | 4 4 STRAIGHT | 4 4 SIDEBURNS | 4 4 OTHER/UNK. | 4 4 PICTURES | 3 3 UNIFORMED | 4 4 ACCENT |
| BALDING | 5 5 BRAIDED | (UNUSUAL) | 5 5 NONE | 5 5 NAME/ | 4 4 MOD/UNUSUAL | 5 5 STUTTER |
| 5 5 OTHER | 6 6 OTHER | 5 5 OTHER/UNK. | | INITIALS | 5 5 UNUSUAL | 6 6 DEEP/RASPY |
| 6 6 UNK. | 7 7 UNK. | 6 6 NONE | | 6 6 OTHER | JEWELRY | 7 7 HIGH |
| | | | | UNK./NONE | 6 6 OTHER | 8 8 EFFEMINATE |
| | | | | | 7 7 UNK. | 9 9 LISP |
| | | | | | | 10 OTHER |
| | | | | | | 11 UNK. |

| (63) TEETH SUBJ. NO. 1 2 | (64) COMPLEXION SUBJ. NO. 1 2 | (65) SCARS-BIRTHMARKS SUBJ. NO. 1 2 | (66) EYES SUBJ. NO. 1 2 | (67) SUBJECT WORE SUBJ. NO. 1 2 | (68) R-L HANDED SUBJ. NO. 1 2 |
|---|---|---|---|---|---|
| 1 1 GOLD | 1 1 LIGHT | 1 1 HEAD | 1 1 MISSING | 1 1 SKI MASK | 1 1 RIGHT |
| 2 2 GOLD DESIGN | 2 2 MEDIUM | 2 2 NECK | 2 2 CROSSED | 2 2 STOCKING MASK | 2 2 LEFT |
| 3 3 MISSING/CAPS | 3 3 DARK | 3 3 HAND | 3 3 BULGING | 3 3 CAP. HAT | 3 3 UNK. |
| 4 4 PROTRUDING | 4 4 ACNE | 4 4 ARM | 4 4 SQUINT | 4 4 COAT/JACKET | |
| 5 5 DECAYED/ | 5 5 FRECKLED | 5 5 BODY | 5 5 BLINK | 5 5 BAND-AIDS | (69) BUILD SUBJ. NO. 1 2 |
| DIRTY | 6 6 RUDDY | 6 6 OTHER | 6 6 AFFLICTED EYE | 6 6 WIG | |
| 6 6 BROKEN | 7 7 OTHER | 7 7 UNK. | 7 7 OTHER | 7 7 GLOVES | 1 1 LIGHT |
| 7 7 VERY WHITE | 8 8 UNK. | | 8 8 UNK. | 8 8 OTHER | 2 2 MEDIUM |
| 8 8 OTHER | | | | 9 9 UNK. | 3 3 HEAVY |
| | | | | | 4 4 UNK. |

**NARRATIVE**

☐ SUBJECT NO. 1 HAS BEEN    ☐ ENTERED    ☐ REMOVED FROM    ☐ APSIN    ☐ NCIC    FPDIN    DATE AND TIME    ☐ ATTACH PRINTOUTS TO SERVICE'S COPY

Synopsis:

ON 8-13-93 OFFICERS RING AND STEPP RESPONDED TO THE FNSB SCHOOL DISTRICT OFFICES ON COMPLAINT THAT A WOMAN, NADA RAAB, WAS REFUSING TO LEAVE AND HAD POSSIBLY MADE A THREAT TO BLOW UP THE

* EXPLAIN DETAILS/ADDITIONAL DESCRIPTIONS INCLUDING SPECIFIC CLOTHING, DATE, TIME AND LOCATION LAST SEEN.    ☑ CONTINUED ON SUPPLEMENTAL REPORT FORM 2A

**ADMIN. ACTION**

(70) DATE -TIME PREPARED: 93-08-13 1150
(71) REPORTING MEMBER - TITLE - FPDIN: C.A. ROUGIPINICAR
(72) APPROVING SUPERVISOR - TITLE - FPDIN: 1LT IKJS
(73) DATE APPROVED: 93013

CASE STATUS: ( ) UNCHANGED

| (74) OPEN | (75) SUSPENDED | (76) CLOSED |
|---|---|---|
| ☑ PATROL — CITY ATTY. | — INACTIVE | — UNFOUNDED |
| — INVEST — DIST. ATTY. | — INDEFINITE | — PROS. DECL |
| — SERVICE — JUV. INTK. | | — ARREST |
| — ADMIN. — CORONER | | — EXCEPTIONAL |
| — LAB | | — SERVICE RENDERED |
| — OTHER: | | — TOT |

(77) DISTRIBUTION: ORIGINAL TO RECORDS

COPIES TO: — PATROL / — INVEST — SERVICES — ADMIN.
— CITY ATTY. ☑ DIST. ATTY. — CORONER — JUV. INTK.
— METRO — AST — DFYS — ABC
— FBI — MIL — ANIMAL — EVIDENCE
☑ OTHER: DAO/SCREENING    CONTROL

(78) STATUS UPDATED BY: FPDIN
(79) NAMES INDEXED BY: FPDIN
(80) DIST COPY BY:

THIS REPORT IS CONFIDENTIAL & FOR OFFICIAL USE ONLY    PAGE ___ OF ___

Exhibit 16 page 2

# SUPPLEMENTAL REPORT

## FAIRBANKS POLICE DEPARTMENT
### FAIRBANKS, ALASKA

| (1) CASE NUMBER | 93 0 0 4 2 2 4 |
| --- | --- |

(2) CROSS REFERENCE CASE NUMBER

(2A) USE RAD NO. FOR FPD WARRANTS
R —

| (3) PRIMARY INCIDENT TITLE | (4) COMPLAINANT (LAST NAME, FIRST, M.I.) |
| --- | --- |
| TERRORISTIC THREAT | GALLENTINE, ANETA |

BUILDING. UPON ARRIVAL NADA RAAD WAS FOUND IN THE OFFICE OF FNSB E.E.O. OFFICER CHARLES MOORE. RAAD WAS NOT IN POSSESSION OF ANY EXPLOSIVE DEVICE AND STATED THAT SHE HAD ONLY MADE MENTION OF HER "ANGER BLOWING UP". RAAD SPEAKS IN ACCENTED ENGLISH.

MOORE STATED THAT HAD DONE ALL HE COULD FOR RAAD AND NOW WANTED HER TO LEAVE. OFFICER STEPP ASKED RAAD TO LEAVE AND SHE DID SO. IT WAS EXPLAINED TO THE OFFICERS THAT RAAD HAD APPLIED FOR A HIGH SCHOOL TEACHING POSITION AND WAS UPSET WHEN SHE WAS NOT SELECTED.

A SHORT TIME LATER CHARLES MOORE AND THE PERSONNEL DIRECTOR, ANETA GALLENTINE, RESPONDED TO F.P.D. TO FILE CHARGES AGAINST RAAD BECAUSE AFTER TALKING TO THE SUPERINTENDANT'S SECRETARY AND RECEPTIONIST WHERE THE THREAT WAS MADE THEY DETERMINED IT WAS POSSIBLY A SERIOUS THREAT.

OFFICER KING THEN SPOKE WITH BOTH PAMELA HALLBERG AND LYNDA SATTER. BOTH STATED THAT RAAD HAD COME UP TO RICK CROSS'S OFFICE DEMANDING TO SEE HIM. RAAD STATED THAT IT WAS AN EMERGENCY. WHEN TOLD THAT SHE COULD NOT SEE CROSS BUT COULD MAKE AN APPOINTMENT, RAAD STATED THAT IF SHE DID NOT GET TO SEE CROSS SHE WOULD BLOW UP THE BUILDING. RAAD EVENTUALLY DID LEAVE AND ACCORDING TO HALLBERG SHE WAS NOT CARRYING ANY BAGS OR PACKAGES. BOTH

CONTINUED ON ADDITIONAL SUPPLEMENTAL REPORT FORM 2A

| (12) DATE AND TIME PREPARED | (13) REPORTING MEMBER — TITLE — FPDIN | (14) APPROVING SUPERVISOR — TITLE — FPDIN | (15) DATE APPROVED |
| --- | --- | --- | --- |
| 93-04-13    1200 | King    PTRLMAN | Reisner    DIET    IKS | 93 023 |

FORM 2A    THIS REPORT IS CONFIDENTIAL & FOR OFFICIAL USE ONLY    PAGE ____ OF ____

Exhibit 16 page 3

## SUPPLEMENTAL REPORT

FAIRBANKS POLICE DEPARTMENT
FAIRBANKS, ALASKA

(1) CASE NUMBER 9 3 0 0 4 2 7
(2) CROSS REFERENCE CASE NUMBER
(2A) USE RAD NO. FOR FPD WARRANTS
R-|

(3) PRIMARY INCIDENT TITLE
TERRORISTIC THREATS

(4) COMPLAINANT (LAST NAME, FIRST, M.I.)
GALLENTONE, ANITH

HALBERG AND SATHER STATED THAT RAAD SPECIFICALLY STATED SHE WOULD BLOW UP THE BUILDING AND THAT THEY DID NOT MISUNDERSTAND HER.

GALLENTONE EXPRESSED SOME CONCERN THAT BECAUSE OF RAAD'S KNOWLEDGE OF CHEMISTRY, (SHE WAS APPLYING FOR A H.S. CHEMISTRY TEACHING POSITION) SHE COULD POSSIBLY HAVE THE KNOWLEDGE NECESSARY TO CONSTRUCT AN EXPLOSIVE DEVICE.

REQUEST D.A.O. SCREENING.

☐ CONTINUED ON ADDITIONAL SUPPLEMENTAL REPORT FORM 2A

(12) DATE AND TIME PREPARED: 93-08-13 1205
(13) REPORTING MEMBER - TITLE - FPDIN: 1PTM/CM
(14) APPROVING SUPERVISOR - TITLE - FPDIN: 1 LT
(15) DATE APPROVED: 930813

RM 2A

THIS REPORT IS CONFIDENTIAL & FOR OFFICIAL USE ONLY

PAGE _____ OF _____

Exhibit 16 page 4



# SUPPLEMENTAL REPORT
### FAIRBANKS POLICE DEPARTMENT
### FAIRBANKS, ALASKA

(1) CASE NUMBER  9 3 0 0 4 2 2 4
(2) CROSS REFERENCE CASE NUMBER

(3) PRIMARY INCIDENT TITLE  Suspicious Threats

(4) COMPLAINANT (LAST NAME, FIRST, M.I.)  Gallentine , A

SHORT FORM

☐ (5) CONTACTED COMPLAINANT.
NO ADDITIONAL INFO/LEADS.
    DATE / TIME

☐ (6) CONTACTED WITNESSES LISTED.
NO ADDITIONAL INFO/LEADS.
    DATE / TIME

☐ (7) UNABLE TO CONTACT COMPLAINANT
AND/OR WITNESSES LISTED.
    DATE / TIME

☐ (8) UNABLE TO CONTACT SUSPECT.
LOCATE/WARRANT ISSUED (COPY ATTACHED).
    DATE / TIME

☐ (9) ACCEPTED FOR PROSECUTION,
COPY OF SIGNED COMPLAINANT ATTACHED.
    DATE / TIME

☒ (10) PROSECUTION DECLINED.
COMPLAINANT NOTIFIED.
    9-20-93 / 0830
    DATE / TIME

☐ (11) THE INDIVIDUALS/ITEMS SPECIFICALLY IDENTIFIED BELOW HAVE BEEN REMOVED FROM ☐ APSIN / ☐ NCIC.
(PRINTOUTS ARE ATTACHED TO THE SERVICE'S COPY)
    DATE / TIME

NARRATIVE

CASE DECLINED AT DA'O

☐ CONTINUED ON ADDITIONAL SUPPLEMENTAL REPORT FORM 2A

ADM. ACTION

(12) DATE--TIME PREPARED  93-01-20 0830

(13) REPORTING MEMBER — TITLE — FPDIN  C. A. Ring 1PM ICAR

(14) APPROVING SUPERVISOR — TITLE — FPDIN  Bauer  1Sgt 1JEB

(15) DATE APPROVED  930920

CASE STATUS: ( ) UNCHANGED

| (16) OPEN | (17) SUSPENDED | (18) CLOSED |
|---|---|---|
| — PATROL — CITY ATTY. | — INACTIVE | — UNFOUNDED |
| — INVEST — DIST. ATTY. | — INDEFINITE | ✓ PROS. DECL |
| — SERVICE — JUV. INTK. | | — ARREST |
| — ADMIN. — CORONER | | — EXCEPTIONAL |
| — LAB | | — SERVICE RENDERED |
| — OTHER: | | — TOT |

(19) DISTRIBUTION: ORIGINAL TO RECORDS

COPIES TO:
— PATROL  — INVEST  — SERVICES  — ADMIN.
— CITY ATTY.  — DIST. ATTY.  — CORONER  — JUV. INTK.
— METRO  — AST  — DFYS  — ABC
— FBI  — MIL  — ANIMAL  — EVIDENCE
— PRESS  CONTROL
— OTHER:

(20) STATUS UPDATED BY:  FPDIN
(21) NAMES INDEXED BY:  FPDIN
(22) DIST COPY BY:  FPDIN

# INCIDENT REPORT
FAIRBANKS POLICE DEPARTMENT
FAIRBANKS, ALASKA

RELATED REPORTS: ☐ INCI ☒ SUPP ☐ COLL ☐ DWI ☐ IMPOUND ☐ EVID.PROP ☒ SUBJ ☐ CIT. ARR. ☐ CR ANALYSIS ☐ STMT. ☐ DEATH

(1) CASE NUMBER: 9 3 0 0 4 2 2 4

(2) CROSS REFERENCE CASE NUMBER

## INCIDENTS

| | NO. 1 | (4) INCIDENT CODE | (5) TITLE OF PRIMARY INCIDENT | (5A) STATUS | (6) LOCATION OF INCIDENT | (6A) LOC CODE |
|---|---|---|---|---|---|---|
| | | | TERR. THREATS | A C | 520 5TH AVE. FNSB SCHOOLS | 11 |
| | (7) DATE(S) OF INCIDENT | FR 1 | 93-08-13 | (8) HOUR(S) OF INCIDENT / | (10) TEMP.-WEATHER AT TIME OF INCIDENT 1 T60 CLOUDY | |
| | NO. 2 | (4) INCIDENT CODE | (11) TITLE OF SECONDARY INCIDENT | (12A) STATUS A C | (13) LOCATION OF INCIDENT | (13A) LOC CODE |
| | (14) DATE(S) OF INCIDENT | | (15) DATE(S) OF INCIDENT / | (16) HOUR(S) OF INCIDENT / | (17) TEMP.-WEATHER AT TIME OF INCIDENT | |

## INDIVIDUALS

**NO. 1** (18) ROLE: C (19) LAST NAME, FIRST NAME, M.I.: GALLENTINE ANITA R.
(25A) AKA: (FORM C)
(20) TITLE OCCUPATION

**NO. 2** (18) ROLE: C (19) LAST NAME, FIRST NAME, M.I.: MOORE CHARLES E.
(25A) AKA: (FORM C)
(20) TITLE OCCUPATION

**NO. 3** (18) ROLE: W (19) LAST NAME, FIRST NAME, M.I.: HALLBERG PAMELA L.
(20) RACE: W (21) SEX: F (22) AGE: 43 (23) DATE OF BIRTH: 6-5-50 (24) DRIVERS LICENSE: 0476516 STATE: IA
(25A) AKA:
(26) RESIDENCE ADDRESS: 850 RESSE LA. (26A) ZIP: 99705 (27) RESIDENCE PHONE NO. (28) PLACE OF BIRTH: GRANTSBURG STATE: WI
(29) TITLE OCCUPATION: SECRETARY (30) PLACE OF EMPLOYMENT/SCHOOL: FNSB SCHOOL DISTRICT (30) EMP/SCH PHONE NO. 452-2000 SHIFT DSM (32) SSN: 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

**NO. 4** (18) ROLE: W (19) LAST NAME, FIRST NAME, M.I.: SATHER LYNDA B.
(20) RACE: W (21) SEX: F (22) AGE: 40 (23) DATE OF BIRTH: 7-2453 (24) DRIVERS LICENSE: 0654694 STATE: AK
(25A) AKA:
(26) RESIDENCE ADDRESS: 453 VALLEY VIEW DR. (26A) ZIP: 99712 (27) RESIDENCE PHONE NO. (28) PLACE OF BIRTH: LOS ANGELES STATE: CA
(29) TITLE OCCUPATION (30) PLACE OF EMPLOYMENT/SCHOOL: FNSB SCHOOL DISTRICT (30) EMP/SCH PHONE NO. 452-2000 SHIFT DSM (32) SSN: 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

## VEHICLE

**NO. 1** (78) VEHICLE STATUS: ☐ OBJECT OF ATTACK ☐ RECOVERED ☐ IMPOUNDED REPORT ATTACHED (ONE PER CASE NO.) ☐ STOLEN ☐ SUSPECT ☐ LOCATE ☐ ABANDONED ☐ INVOLVED VEHICLE

| (79) YEAR | (80) MAKE | (81) MODEL | (81.2) STYLE | (83) LICENSE NO. | STATE | YEAR | (84) COLOR CODE TOP/SOLID | (85) SECOND COLOR CODE | (86) EST. VALUE |
|---|---|---|---|---|---|---|---|---|---|

(87) VIN (88) OTHER DESCRIPTORS

(89) LOCATION OF RECOVERY/IMPOUND (90) CONDITION OF RECOVERY: ☐ DAMAGED N = 0 ☐ BURNED ☐ STRIPPED   NO VISIBLE DAMAGE NOTED ☐ UNKNOWN   LIST MISSING/STRIPPED ITEMS IN NARRATIVE

(91) DISPOSITION OF RECOVERY ☐ IMPOUNDED ☐ RELEASED TO   PERS NO.   DATE   TIME   BY AUTHORITY OF:

## PROPERTY & EVIDENCE

| (92) PROPERTY STOLEN | (93) PROPERTY RECOVERED | (94) PROPERTY DAMAGE EST. LOSS | (95) VEHICLE 1 ENTERED ☐ APSIN / ☐ NCIC |
|---|---|---|---|
| $ | $ | $ | FROM (DATE and TIME) : BY (ATTACH PRINTOUTS TO SERVICE'S COPY!) |

(EVIDENCE SEIZED? Y: N) (PROCESSING REQUIRED? T: N) (PHOTOS TAKEN? T: N) (PHOTO PRINTS REQUIRED? T: N) COMMENTS:

## SOLVABILITY FACTORS

| | | | |
|---|---|---|---|
| 1. IS A SUSPECT NAMED? | [10] ___ | 7. IS THERE A USEFUL SUSPECT VEHICLE DESCRIPTION? | [5] ___ |
| 2. CAN THE SUSPECT BE IDENTIFIED? | [10] ___ | 8. ARE THERE A LIMITED NUMBER OF POSSIBLE SUSPECTS? | [5] ___ |
| 3. IS THE SUSPECT'S LOCATION KNOWN? | [10] ___ | 9. ARE THERE RELATED/SIMILAR INCIDENTS? | [5] ___ |
| 4. IS THE SUSPECT VEHICLE LICENSE KNOWN? | [10] ___ | 10. IS THERE USEFUL PHYSICAL EVIDENCE? | [2] ___ |
| 5. ARE THERE ANY UNCONTACTED WITNESSES? | [10] ___ | 11. IS THE STOLEN PROPERTY TRACEABLE? | [2] ___ |
| 6. IS THERE A USEFUL SUSPECT DESCRIPTION? | [5] ___ | 12. IS THERE A SIGNIFICANT M.O.? | [2] ___ |

(96) TOTAL SCORE:
(97) RECOMMENDED ACTION:
☐ 0 - INITIAL SUSPENSION
☐ 1 - EVID. PROCESS ONLY
☐ 2 - PATROL FOLLOW-UP
☐ 3 - INVEST. FOLLOW-UP
☐ 9 - OTHER

**ADM.** (97) DATE: 93-08-13 (98) TIME PREPARED: 1140 (99) REPORTING MEMBER: Rine TITLE: 1 PTM 1 FROM CANT... TITLE: SGT FROM: 1KJT (99) DATE APPROVED: 930813

Exhibit 16 page 6

**ROLE CODE**

S – SUSPECT
D – DEFENDANT
R – RUNAWAY ONE PER CASE NUMBER
M – MISSING PERSON ONE PER CASE NUMBER

## SUBJECT REPORT
FAIRBANKS POLICE DEPARTMENT
FAIRBANKS, ALASKA

(1) CASE NUMBER: 9 3 0 0 4 2 2
(2) CROSS REFERENCE CASE NUMBER:
(2A) USE RAD NO. FOR FPD WARRANTS: R –

**REPORT HEADINGS**

(3) PRIMARY INCIDENT TITLE: TERRORISTIC THREAT
(4) COMPLAINANT (LAST NAME, FIRST, M.I.): GALLENTINE, AWETA R
(4A) PHONE: 452-2000
(3A) WARRANT ☐    ARREST ☐    LOCATION OF ARREST    (4A) DATE & TIME OF ARREST /    USE NEW CASE NUMBER FOR OTHER AGENCY'S ARREST

**SUBJECTS**

NO.1 (5) ROLE: S   (6) LAST NAME, FIRST NAME, M.I.: RAAD NADA   (7A) RACE: W   (7B) SEX: F   (7B) APX AGE: 37   (8) DATE OF BIRTH: 8-1-56   (9) DRIVERS LICENSE: NC   (10) : U   / :
(11A) AKA   (11D) RESIDENCE ADDRESS: 1300 VIEWPOINT   (12A) ZIP: 99709   (14) RESIDENCE PHONE NO.: 479-9122   (15) PLACE OF BIRTH: LEBANON   / :
(16 TITLE) OCCUPATION: TEACHER   (17) PLACE OF EMPLOYMENT/SCHOOL:   (18) EMP SCH PHONE NO.:   (19) SHIFT: J S V   (20) SSN: 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
(21) APX HT: 6'0"   (22) APX WT: 130   (23) HAIR COL: BLK   (24) EYE COL: BRO   (25) APX-1: -0   (26) VTR: -0   (27) ARMED:   (28) POSS. DESTINATION/LOCATION *   (54) ALFRANT ISSUE: -18 *   / :
(30) CHARGES: AS 11.56.810(a) TERRORISTIC THREATENING   ATN

NO.2 (5) ROLE:   (6) LAST NAME, FIRST NAME, M.I.:   (33) RACE:   (34) SEX:   (35) APX AGE:   (36) DATE OF BIRTH:   (37) DRIVERS LICENSE: NC   / :
(38) AKA   (39) RESIDENCE ADDRESS:   (43A) ZIP:   (40) RESIDENCE PHONE NO.:   (41) PLACE OF BIRTH:   / :
(42 TITLE) OCCUPATION:   (43) PLACE OF EMPLOYMENT/SCHOOL:   (44) EMP SCH PHONE NO.:   SHIFT: J S V   (45) SSN:
(46) APX HT:   (47) APX WT:   (48) HAIR COL:   (49) EYE COL:   (50) APX-1: -0 *   (51) VTR: -0 *   (52) ARMED:   (53) POSS. DESTINATION/LOCATION *   (54) ALFRANT ISSUE: -18 *   / :
(55) CHARGES:   ATN

**ADDITIONAL SUBJECT DESCRIPTORS (CIRCLE ONE NO. FOR EACH SUBJECT)**

| (56) HAIR LENGTH SUBJ. NO. 1 2 | (57) HAIR STYLE SUBJ. NO. 1 2 | (58) FACIAL HAIR SUBJ. NO. 1 2 | (59) GLASSES SUBJ. NO. 1 2 | (60) TATTO SUBJ. NO. 1 2 | (61) GEN'L APPEARANCE SUBJ. NO. 1 2 | (62) SPEECH SUBJ. NO. 1 2 |
|---|---|---|---|---|---|---|
| ① 1 LONG | 1 1 AFRO | 1 1 FULL BEARD | 1 1 SUNGLASSES | 1 1 EXTREMITY | ① 1 NEAT | 1 1 PROFANE/ABUSIVE |
| 2 2 MEDIUM | 2 2 WAVY | 2 2 GOATEE | 2 2 GLASSES | 2 2 BODY | 1 1 WELL DRESSED | 2 2 SOFT POLITE |
| 3 3 SHORT | 3 3 SHAG | 3 3 MUSTACHE | 3 3 CONTACTS | 3 3 FACE | 2 2 DIRTY/RAGGED | 3 3 APOLOGETIC |
| 4 4 BALD/ | ④ 4 STRAIGHT | 4 4 SIDEBURNS | 4 4 OTHER/UNK. | 4 4 PICTURES | 3 3 UNIFORMED | 4 4 ACCENT |
| BALDING | 5 5 BRAIDED | 5 5 OTHER(UNUSUAL) | 5,5 NONE | 5 5 NAME, | 4 4 MOD/UNUSUAL | 5 5 STUTTER |
| 5 5 OTHER | 6 6 OTHER | ⑤ 5 OTHER(UNUSUAL) | | INITIALS | 5 5 UNUSUAL | 6 6 DEEP RASPY |
| 6 6 UNK. | 7 7 UNK. | ⑥ 6 NONE | | 6 6 OTHER | JEWELRY | 7 7 HIGH |
| | | | | ⑦ 7 UNK. NONE | 6 6 OTHER | 8 8 EFFEMINATE |
| | | | | | 7 7 UNK. | 9 9 LISP? |
| | | | | | | ⑩ 10 OTHER |
| | | | | | | 11 11 UNK. |

| (63) TEETH SUBJ. NO. 1 2 | (64) COMPLEXION SUBJ. NO. 1 2 | (65) SCARS-BIRTHMARKS SUBJ. NO. 1 2 | (66) EYES SUBJ. NO. 1 2 | (67) SUBJECT WORE SUBJ. NO. 1 2 | (68) R-L HANDED SUBJ. NO. 1 2 |
|---|---|---|---|---|---|
| 1 1 GOLD | 1 1 LIGHT | 1 1 HEAD | 1 1 MISSING | 1 1 SKI MASK | 1 1 RIGHT |
| 2 2 GOLD DESIGN | ② 2 MEDIUM | 2 2 NECK | 2 2 CROSSED | 2 2 STOCKING MASK | 2 2 LEFT |
| 3 3 MISSING/CAPS | 3 3 DARK | 3 3 HAND | 3 3 BULGING | 3 3 CAP. HAT | ③ 3 UNK. |
| 4 4 PROTRUDING | 4 4 ACNE | 4 4 ARM | 4 4 SQUINT | 4 4 COAT/JACKET | |
| 5 5 DECAYED? | 5 5 FRECKLED | 5 5 BODY | 5 5 BLANK | 5 5 BAND-AIDS | (69) BUILD SUBJ. NO. 1 2 |
| 6 6 DIRTY | 6 6 RUDDY | 6 6 OTHER | 6 6 AFFLICTED EYE | 6 6 WIG | |
| 7 7 BROKEN | 7 7 OTHER | ⑦ 7 UNK. | ⑦ 7 OTHER | 7 7 GLOVES | 1 1 LIGHT |
| 7 7 VERY WHITE | 8 8 UNK. | | 8 8 UNK. | ⑧ 8 OTHER | ② 2 MEDIUM |
| ⑧ 8 OTHER | | | | 9 9 UNK. | 3 3 HEAVY |
| | | | | | 4 4 UNK. |

☐ SUBJECT NO. 1 HAS BEEN   ☐ ENTERED   ☐ REMOVED FROM   ☐ APSIN   ☐ NCIC   FPOIN _____   DATE AND TIME _____   ATTACH PRINTOUT'S TO SERVICE'S COPY ☐

**NARRATIVE**

SYNOPSIS:

ON 8-13-93 OFFICERS RING AND STEPP RESPONDED TO THE FNSB SCHOOL DISTRICT OFFICES ON COMPLAINT THAT A WOMAN, NADA RAAD, WAS REFUSING TO LEAVE AND HAD POSSIBLY MADE A THREAT TO BLOW UP THE

* EXPLAIN DETAILS/ADDITIONAL DESCRIPTIONS INCLUDING SPECIFIC CLOTHING, DATE, TIME AND LOCATION LAST SEEN.    ☒ CONTINUED ON SUPPLEMENTAL REPORT FORM

**ADMIN. ACTION**

(70) DATE – TIME PREPARED: 93-08-13 1150   (71) REPORTING MEMBER – TITLE: C.A. RING/PTRL CAR   (72) APPROVING SUPERVISOR – TITLE: _____   1 LT IKJS   (73) DATE APPROVED: 930813

CASE STATUS: ( ) UNCHANGED

| (74) OPEN | (75) SUSPENDED | (76) CLOSED |
|---|---|---|
| ✓ PATROL — CITY ATTY. | — INACTIVE | — UNFOUNDED |
| — INVEST — DIST. ATTY. | — INDEFINITE | — PROS. DECL |
| — SERVICE — JUV. INTK. | | — ARREST |
| — ADMIN. — CORONER | | — EXCEPTIONAL |
| — LAB | | — SERVICE RENDERED |
| — OTHER: | | — TOT |

(77) DISTRIBUTION: ORIGINAL TO RECORDS

COPIES TO:  — PATROL   — INVEST   — SERVICES   — ADMIN
            — CITY ATTY.   ✓ DIST. ATTY.   — CORONER   — JUV.
            — METRO   — AST   — DFYS   — ABC
            — FBI   — MIL   — ANIMAL   — EVID
            ✓ OTHER: DA/ SCREENING   PRESS   CONTROL

(78) STATUS   FPOIN _____   (79) NAMES   FPOIN _____   (80) DIST
UPDATED BY: _____   INDEXED BY: _____   COPY BY: _____

FPO FORM 2   007890   THIS REPORT IS CONFIDENTIAL & FOR OFFICIAL USE ONLY   321   PAGE ___ OF ___

## Exhibit 16 page 7

## SUPPLEMENTAL RE...
### FAIRBANKS POLICE DEPARTMEN.
### FAIRBANKS, ALASKA

| | | 12A) USE RAD NO. FOR |
|---|---|---|
| | | R— | | | |

**REPORT HEADINGS**

| (13) PRIMARY INCIDENT TITLE | (4) COMPLAINANT (LAST NAME, FIRST, M.I.) |
|---|---|
| TERRORIST THREAT | GALLENTINE, ANETA |

**NARRATIVE**

BUILDING. UPON ARRIVAL NADA RAAD WAS FOUND IN THE OFFICE OF FNSB E.E.O. OFFICER CHARLES MOORE. RAAD WAS NOT IN POSSESSION OF ANY EXPLOSIVE DEVICE AND STATED THAT SHE HAD ONLY MADE MENTION OF HER "ANGER BLOWING UP." RAAD SPEAKS IN ACCENTED ENGLISH.

MOORE STATED THAT HAD DONE ALL HE COULD FOR RAAD AND NOW WANTED HER TO LEAVE.

OFFICER STEPP ASKED RAAD TO LEAVE AND SHE DID SO. IT WAS EXPLAINED TO THE OFFICERS THAT RAAD HAD APPLIED FOR A HIGH SCHOOL TEACHING POSITION AND WAS UPSET WHEN SHE WAS NOT SELECTED.

A SHORT TIME LATER CHARLES MOORE AND THE PERSONNEL DIRECTOR, ANETA GALLENTINE, RESPONDED TO F.P.D. TO FILE CHARGES AGAINST RAAD BECAUSE AFTER TALKING TO THE SUPERINTENDANT'S SECRETARY AND RECEPTIONIST WHERE THE THREAT WAS MADE THEY DETERMINED IT WAS POSSIBLY A SERIOUS THREAT.

OFFICER RING THEN SPOKE WITH BOTH PAMELA HALLBERG AND LYNDA SATHER. BOTH STATED THAT RAAD HAD COME UP TO RICK CROSS'S OFFICE DEMANDING TO SEE HIM. RAAD STATED THAT IT WAS AN EMERGENCY. WHEN TOLD THAT SHE COULD N. SEE CROSS BUT COULD MAKE AN APPOINTMENT, RA STATED THAT IF SHE DID NOT GET TO SEE CRO SHE WOULD BLOW UP THE BUILDING. RAAD EVENTUALLY DID LEAVE AND ACCORDING TO HALLBERG SHE W NOT CARRYING ANY BAGS OR PACKAGES. BOTH

**CONTINUED ON ADDITIONAL SUPPLEMENTAL REPORT**

| (12) DATE AND TIME PREPARED | (11) REPORTING MEMBER — TITLE — FPD IN | (14) APPROVING SUPERVISOR — TITLE — FPD IN | (15) DATE APPROVED |
|---|---|---|---|
| 93-09-13  1200 | Ring          1PTHCAR | ......... Pier   1K73 | 930913 |

# SUPPLEMENTAL REPORT
## FAIRBANKS POLICE DEPARTMENT
### FAIRBANKS, ALASKA

| (3) PRIMARY INCIDENT TITLE | (4) COMPLAINANT (LAST NAME, FIRST, M.I.) |
|---|---|
| TERRORISTIC THREATS | GALLENTONE, ANITH |

ITAUBERG AND SATTLER STATED THAT RAAD SPECIFICALLY STATED SITE WOULD BLOW UP THE BUILDING AND THAT THEY DID NOT MISUNDERSTAND HER.

GALLENTINE EXPRESSED SOME CONCERN THAT BECAUSE OF RAAD'S KNOWLEDGE OF CHEMISTRY, (SITE WAS APPLYING FOR A H.S. CHEMISTRY TEACHING POSITION) SHE COULD POSSIBLY HAVE THE KNOWLEDGE NECESSARY TO CONSTRUCT AN EXPLOSIVE DEVICE.

REQUEST D.A.O. SCREENING.

**323**

| (12) DATE AND TIME PREPARED | (13) REPORTING MEMBER - TITLE - FPOIN | (14) APPROVING SUPERVISOR - TITLE - FPOIN | (15) DATE APPROVED |
|---|---|---|---|
| 93-04-13  1205 | King  IPImICml | Leuze  1 LT  1KTW | 930413 |

FPO FORM 2A

007892

THIS REPORT IS CONFIDENTIAL & FOR OFFICIAL USE ONLY

PAGE _____ OF _____

Exhibit 16 page 9

# SUPPLEMENTAL REPORT

**FAIRBANKS POLICE DEPARTME**
**FAIRBANKS, ALASKA**

CROSS REFERENCE CASE NUMBER

| (3) PRIMARY INCIDENT TITLE | (4) COMPLAINANT (LAST NAME, FIRST, M.I.) |
|---|---|
| Suspicious Threats | GALLENTINE A |

**SHORT FORM**

(5) ☐ CONTACTED COMPLAINANT, NO ADDITIONAL INFO/LEADS.   ___/___ DATE / TIME

(6) ☐ CONTACTED WITNESSES LISTED. NO ADDITIONAL INFO/LEADS.   ___/___ DATE / TIME

(7) ☐ UNABLE TO CONTACT COMPLAINANT AND/OR WITNESSES LISTED.   ___/___ DATE / TIME

(8) ☐ UNABLE TO CONTACT SUSPECT. LOCATE/WARRANT ISSUED (COPY ATTACHED).   ___/___ DATE / TIME

(9) ☐ ACCEPTED FOR PROSECUTION. COPY OF SIGNED COMPLAINANT ATTACHED.   ___/___ DATE / TIME

(10) ☒ PROSECUTION DECLINED, COMPLAINANT NOTIFIED.   9-20-93 / 0830 DATE / TIME

(11) ☐ THE INDIVIDUALS/ITEMS SPECIFICALLY IDENTIFIED BELOW HAVE BEEN REMOVED FROM ☐ APSIN / ☐ NCIC. (PRINTOUTS ARE ATTACHED TO THE SERVICE'S COPY)   ___/___ DATE / TIME

**NARRATIVE**

CASE DECLINED AT DAO

324

C CONTINUED ON ADDITIONAL SUPPLEMENTAL REPORT FORM 2

**ADMIN. ACTION**

| (12) DATE–TIME PREPARED | (13) REPORTING MEMBER – TITLE – FPDIN | (14) APPROVING SUPERVISOR – TITLE – FPDIN | (15) DATE APPROVED |
|---|---|---|---|
| 93-01-20 0830 | C. A. RINGLPIN ICAR | Bruce  1Sgt 1JEB | 930920 |

CASE STATUS: ( ) UNCHANGED

(19) DISTRIBUTION: ORIGINAL TO RECORDS

| (16) OPEN | (17) SUSPENDED | (18) CLOSED | COMES TO: |
|---|---|---|---|
| — PATROL — CITY ATTY. | — INACTIVE | — UNFOUNDED | — PATROL — INVEST — SERVICES — ADMIN. |
| — INVEST — DIST. ATTY. | — INDEFINITE | — PROS. DECL | — CITY ATTY. — DIST. ATTY. — CORONER — JUV. INT |
| — SERVICE — JUV. INTK. | | — ARREST | — METRO — AST — DFYS — ABC |
| — ADMIN. — CORONER | | — EXCEPTIONAL | — FBI — NRL — ANIMAL — EVIDENC |
| — LAB | | — SERVICE RENDERED | — PRESS — CONTROL |
| — OTHER: | | — TOT | — OTHER: |

| (20) STATUS UPDATED BY: | FPDIN | (21) NAMES INDEXED BY: | FPDIN | (22) DIST COPY BY: | FPDI |
|---|---|---|---|---|---|

FPD FORM 2   007893   THIS REPORT IS CONFIDENTIAL & FOR OFFICIAL USE ONLY   PAGE ___ OF ___

Exhibit 16 page 10