RE: NADA RAAD

On Friday, August 13, someone from Personnel called to let us know one of their applicants was very angry and may be on her way to see us. Nothing happened for a while. Then, later in the morning, a woman stormed into the office. Her voice was shaking and she was angry and upset. She demanded to see the superintendent. I said he was busy, could someone else see her or could I help her? She said no, only the superintendent. She said her name was Nada Raad and she would wait here as long as it took to see the superintendent. But she was irrational and incoherent and couldn't or wouldn't explain why she needed to see him or what the problem was. She got angrier and angrier. She was difficult to understand because she was so emotional. She leaned over the counter and paced back and forth like she was about to barge right into Rick's office. She had a very belligerent manner.

I asked Pam to come and see if she could help her. She still wouldn't tell us what was the matter, why she wanted to see the superintendent or anything. She wouldn't talk to us or explain herself. She just kept insisting on seeing the superintendent right then and there. She became more and more agitated. It was clear to me that she was out of control and that nothing we could say or do was making any impression on her. I thought she was a basket case.

I went in to see Rick but he was tied up long distance on the phone. So, Pam and I tried again to calm her down. Offered to make an appointment for later but nothing would calm her down. She said it was an emergency. Pam said emergencies mean life or death and was she saying this was a life or death situation? She said it was life or death to her and that she wasn't going to leave until she saw the superintendent. She was irrational and incoherent. She wouldn't listen to anything we said. I thought to myself, this lady has lost it, she's completely unhinged. Finally, she said that if she couldn't see the superintendent she was going to blow up the building. She was acting so crazy I thought she might really mean it. Especially when she stormed out the door. I thought to myself, this is the way crazy people act when they shoot people in fast food restaurants or post offices, like you read in the paper.

She returned awhile later. When I saw her walk in the door I wondered if she was going to do something violent. I was afraid of what she might do, she was acting so unbalanced and irrational. She said she had an appointment with her lawyer at 11:00 and we'd better let her see the superintendent before then. We said no way and encouraged her to leave the office and go see the lawyer. She finally left again and I was afraid of where she was going next or what she might do. We called around the building to find out where she was and what she was doing. We had already called the police and it took them about 20 minutes to get here. I was worried about what she might do before they got here. I heard they escorted her out of the building and I was relieved. But I still worried about what she might do next.

We get quite a few angry and upset people in this office, but not like that. Usually, you can talk with them and reason with them. Not Ms. Raad. Based on my observations, she was mentally unstable and threatening. I would not trust her if I were to see her again.

PLAINTIFFS EXHIBIT 395
F97-0068

378

Exhibit 17 page 1