43

1    Q.    And the call to the police occurred after the
2  threat of blowing up the building?
3    A.    Definitely. I'm not in the habit of calling the
4  police because people are upset or because they want to
5  see the superintendent. It was the threat and the manner
6  in which it seemed that she really might mean it that
7  made us call the police.
8        MS. GALLENTINE: Okay. That's all I have.
9        MR. HOUTS: Anything else? Okay. Thanks.
10       MS. GALLENTINE: I have one more witness.
11       MR. HOUTS: Okay.
12       (Pause.)
13           PAM HALLBERG,
14  called as a witness on behalf of the School District,
15  testified as follows:
16           DIRECT EXAMINATION
17  BY MS. GALLENTINE:
18    Q.    Pam, for the sake of everyone in the room, if
19  you could just give your name for the record. And tell
20  us your position with the District and how long you've
21  been employed by the District.
22    A.    It's Pam Hallberg, H-A-L-L-B-E-R-G. And I'm the
23  secretary to the Board of Education, and I've worked here
24  for 18 years.
25    Q.    Pam, were you in the superintendent's -- were



44

```
 1   you working on Friday, August 13th?
 2        A.   Yes.
 3        Q.   That you recall?
 4        A.   Uh-huh.
 5        Q.   And were you working in your office area that
 6   particular morning?
 7        A.   I was sort of working between both because the
 8   superintendent didn't have a secretary and I was
 9   alternating, but I was in the office, yes.
10        Q.   Do you specifically recall Lynda Sather calling
11   you to ask you to come over to help with a situation that
12   was occurring in the outer office of the superintendent's
13   area?
14        A.   Yes.  She walked into my office.
15        Q.   Was Miss Nada Raad in that office area?
16        A.   Yes.  When I walked over to the superintendent's
17   office, she was there.
18        Q.   Can you tell me what you remember that happened
19   that morning, and why Lynda Sather had called you over?
20        A.   Lynda called me over because she wasn't exactly
21   sure, you know, how to handle Ms. Raad.  And so I went
22   over there and asked her, you know, what her name was and
23   if I could help her.  And she said she wanted to see the
24   superintendent.
25             And I said what's the -- I asked her her name,
```



45

1   and the nature of her -- you know, why she wanted to see
2   the superintendent. And she gave me her name. And she
3   said that she wasn't going to tell me what it was about,
4   and that it was an emergency.
5        And I said an emergency is a matter of life and
6   death. And she said this is a matter of life and death
7   to me. And that she would wait in the building all day
8   long if she had to to see the superintendent, and if she
9   didn't get to see him, she would blow up the building.
10   Q.   Was it real clear to you that she said she was
11  going to blow up the building?
12   A.   Yes.
13   Q.   Could you possibly have misunderstood her to
14  where she might have said she was going to blow her
15  temper?
16   A.   No.
17   Q.   It was blow up the building?
18   A.   Yes.
19   Q.   What happened then?
20   A.   I told her that she would have to wait a while
21  because the superintendent was on the telephone, and when
22  he was off the phone, I would see what I could do. She
23  didn't wait for him to get off the phone, and she left
24  the office.
25   Q.   Did she leave agitated?

HEARTLAND COURT REPORTERS 907-452-6727

382

Exhibit 18 page 3

46

```
 1      A.   I -- yeah, she was very physically upset.
 2      Q.   Did you feel threatened in any way by her
 3  presence and her actions?
 4      A.   Well, I have to say for the first time in 18
 5  years, yes, I felt very threatened, I was for the first
 6  time ever concerned for my life.  I was very worried.
 7      Q.   Did she get into your face?  Did she get close
 8  to you?
 9      A.   As close as possible.  There's a counter, if you
10  look at the superintendent's office, there's kind of a
11  work station and there's a higher counter and she leaned
12  over the counter to talk to me.
13      Q.   And you were sitting down?
14      A.   And then I stood up after that.
15      Q.   Yes.
16      A.   And she kind of straightened up, too.
17      Q.   Did you then call the police?
18      A.   I informed Mr. Cross what the conversation was,
19  and he said to, you know, call the police.
20      Q.   Did you specifically call them?
21      A.   Yes, I did.
22      Q.   Did I ask you to provide a written statement as
23  to what occurred that particular morning?
24      A.   Uh-huh.  Yes.
25      Q.   This is the statement that you provided me?
```

HEARTLAND COURT REPORTERS 907-452-6727



Exhibit 18 page 4

47

```
 1      A.   Yes.
 2      Q.   It has your signature at the bottom?
 3      A.   Yes.
 4           MS. GALLENTINE:  I would like to introduce this
 5   to the record.
 6           MR. HOUTS:  We'll call that Exhibit 2.
 7   BY MS. GALLENTINE:
 8      Q.   Do you recall Miss Nada Raad coming into the
 9   office more than once that morning?
10      A.   Yes, she did.  Yes, she did come back a second
11   time.
12      Q.   Okay.  So she was in the office the first time?
13      A.   Uh-huh.  She asked to see the superintendent.
14   He was not off the phone and she left, but she did come
15   back.
16      Q.   When she came back the second time, is that when
17   she made the threat?
18      A.   No.  The first time.
19      Q.   She made the threat the first time?
20      A.   Yes.
21      Q.   So in between the first and second time that she
22   was in the office, the police had been called?
23      A.   Right.
24           MS. GALLENTINE:  That's all the questions I
25   have.
```

HEARTLAND COURT REPORTERS 907-452-6727



384

Exhibit 18 page 5

```
 1            MR. HOUTS:  Would you like to time to read that?
 2            MR. SCHENDEL:  Yeah, please.
 3            (Pause.)
 4                      CROSS-EXAMINATION
 5   BY MR. SCHENDEL:
 6       Q.   Miss Hallberg, to the best of your recollection
 7   today, what words do you recall Mrs. Raad using when you
 8   believed that she threatened to blow up the building?
 9       A.   That she was going to wait in the building all
10   day long until she could see the superintendent, and if
11   she didn't get to see him, she would blow up the
12   building.
13       Q.   But she, of course, didn't say "she"?
14       A.   Right.  "I."  She used a proper noun.
15       Q.   So to rephrase it to the way you recall
16   Mrs. Raad saying it --
17       A.   I will blow up the building.
18       Q.   All right.  And she preceded that by saying that
19   she would wait in the building all day long?
20       A.   Right.
21       Q.   All right.  So as best as you can, say that
22   whole sentence for us, the way that you remember
23   Mrs. Raad saying that whole thing.
24       A.   I will wait in the building all day long in
25   order to see the superintendent, and if I do not get to,
```

```
 1   I will blow up the building.
 2      Q.   What kind of accent, if any, does Mrs. Raad
 3   have?
 4      A.   I guess it would be like East Indian.
 5      Q.   All right.  Do you recall Mrs. Raad repeating
 6   herself at all during any part of her conversation that
 7   you had with her, or that you heard?
 8      A.   Not repeating that phrase, no.
 9      Q.   All right.  Do you recall her repeating any part
10   of the conversation that she had, either with you or with
11   Lynda Sather?
12      A.   Not to me.
13      Q.   Okay.  Did you hear her repeat any part of her
14   conversation with Lynda Sather, though?
15      A.   I guess I don't understand your question.  You
16   mean before when she was talking to Lynda alone?
17      Q.   Right.  Well, I mean did Mrs. Raad talk to Lynda
18   Sather in your presence?
19      A.   No.
20      Q.   The only thing you heard Mrs. Raad say was words
21   that she was speaking directly to you?
22      A.   Correct.
23      Q.   All right.  About how much time passed between
24   when Mrs. Raad left and when she returned?
25      A.   (Inaudible) yeah, I mean not too terribly long,
```


386

50

1    but I mean it was maybe about that. I don't -- I can't
2    remember how many minutes. I didn't really -- I don't
3    look at clocks very often, but it was a little while but
4    not a long time.
5        Q.    And when she returned for the second and last
6    time that you heard her that day, about how long was she
7    in the superintendent's area office?
8        A.    A very short time, probably five minutes.
9        Q.    All right. Tell us again when it was that you
10   called the police department.
11       A.    After her first visit.
12       Q.    Did you call from the lobby area or did you go
13   into an office or --
14       A.    The superintendent's secretary's desk.
15       Q.    I'm not familiar with that layout. Is that an
16   open area?
17       A.    Yes.
18       Q.    Who else would have been present during that
19   phone call to the police department?
20       A.    The two people who could have overheard me
21   calling would have been the superintendent and Lynda
22   Sather.
23       Q.    All right. Okay. When you -- let's see. Did
24   you later talk with the police officers when -- when
25   Gunn, for instance, came to the building? Did he

HEARTLAND COURT REPORTERS 907-452-6727

Exhibit 18 page 8


387

```
 1   interview you then?
 2       A.   No.  An officer called me on the telephone.
 3       Q.   Okay.  When?
 4       A.   I don't know.  It was the same day.
 5       Q.   And did you give a written statement to the
 6   police department?
 7       A.   No, I gave a statement (inaudible).
 8       Q.   Right.  And the police department decided not to
 9   press the matter, didn't they?
10.      A.   I don't know.
11       Q.   All right.  Do you know of any criminal
12   prosecution that's ever been brought against Mrs. Raad?
13       A.   I don't know.
14            MS. SCHENDEL:  All right.  Thank you.  I have no
15   further questions.
16            MR. HOUTS:  Anything else?
17            MS. GALLENTINE:  Just one question, Pam.
18                      REDIRECT EXAMINATION
19   BY MS. GALLENTINE:
20       Q.   Do you have any idea why Miss Raad left the
21   superintendent's office area the first time?  Did she say
22   I'm leaving and then came back or --
23       A.   No, she didn't say.  She just left.
24       Q.   She just left and then came back a few minutes
25   later, five or ten minutes later?
```

52

1    A.    Right.
2          MS. GALLENTINE:  Okay.  Thank you.
3          MR. HOUTS:  All right.  Thanks.
4          (Pause.)
5          (End of Side 1 of Tape 2.)
6          (Beginning of Side 2 of Tape 1.)
7          MR. SCHENDEL:  Part of the record is Mrs. Raad's
8    letter stating that she intended to confess the September
9    3rd --
10         MR. HOUTS:  I have a copy of that here also.
11         MR. SCHENDEL:  Then there's my September 20th
12   letter to you.
13         MR. HOUTS:  Let me see.  I have a letter dated
14   from September 14th.
15         MR. SCHENDEL:  Right.
16         MR. HOUTS:  From Mrs. Gallen -- it's dated
17   September 14th up here but it says I received --
18         MR. SCHENDEL:  Right.
19         MR. HOUTS:  Okay.
20         MR. SCHENDEL:  From Mrs. Raad.  Then there's
21   your September 15th letter and my September 20th
22   response.
23         MR. HOUTS:  Correct.  I have the September 20th
24   response here.
25                    MRS. NADA RAAD,

HEARTLAND COURT REPORTERS 907-452-6727

389

Exhibit 18 page 10