32

```
 1                  REDIRECT EXAMINATION
 2   BY MS. GALLENTINE:
 3        Q.   Charles, in the years that you've been doing
 4   your position and you stated that you've met with
 5   hundreds of applicants in various states of emotion, have
 6   you ever had an applicant threaten to do bodily harm or
 7   harm to the facility to where the police had to be
 8   called?
 9        A.   No.  No.
10             MR. HOUTS:  For my purposes of clarification,
11   Ms. Raad came to your building, to your office, she left
12   to go somewhere, the superintendent's office, came back
13   to your office, left to go somewhere else.
14             THE WITNESS:  And came back.
15             MR. HOUTS:  And came back again.
16             THE WITNESS:  Yes.
17             MR. HOUTS:  And then at that point is when --
18             THE WITNESS:  Yes.
19             MR. HOUTS:  Do you want to ask anything else?
20             MR. SCHENDEL:  No.  Thank you.
21             MR. HOUTS:  At this point, do you have anyone
22   else?
23             MS. GALLENTINE:  Yes.  My next witness is Lynda
24   Sather.
25   /
```

HEARTLAND COURT REPORTERS 907-452-6727

390

Exhibit 18 page 11

```
 1                    LYNDA SATHER,
 2   called as a witness on behalf of the School District,
 3   testified as follows:
 4                   DIRECT EXAMINATION
 5   BY MS. GALLENTINE:
 6       Q.   Linda, for the sake of others who are in the
 7   room, could you just give your name for the record and
 8   what your position is and how long you've been with the
 9   District.
10       A.   My name is Linda Sather.  I'm executive
11   assistant to the superintendent, and I've been working
12   for the Fairbanks School District since 1986.
13       Q.   Were you in your office on Friday, August 13th,
14   when Miss Raad arrived and demanded to see the
15   superintendent?
16       A.   Yes, I was.
17       Q.   What actually occurred when she came to the
18   office that you can remember from that date?
19       A.   Rick's secretary was not there so I came out of
20   my office to see if I could help her.  She was demanding
21   to see the superintendent, but she wouldn't give me her
22   name or tell me why she wanted to see the superintendent.
23            I tried to get some information out of her.  She
24   was clearly distraught and upset and would not cooperate
25   with giving me the information that I could use to assist
```



1   her.

2         I told her that the superintendent was busy,
3   which he was, and could somebody else help you, what was
4   the problem, that kind of thing, that I normally ask
5   people when they come in. And she was not willing to
6   give me any information.

7         So I thought well, I'll see if Pam Hallberg can
8   help her. She's had experience in being the
9   superintendent's secretary and whatnot, maybe she can
10  make more progress with her than I could. So I went and
11  got Pam.

12        Pam came out and tried to talk with her, again
13  she was not giving any information but she said she
14  insisted upon seeing the superintendent right then and
15  there. We offered to make an appointment later,
16  whatever, try to help her, and she wouldn't have anything
17  to do with that.

18        She stormed out of the office and she came in
19  later, reiterated her demands and she said that she
20  was -- she couldn't -- first Pam asked, she said it was a
21  matter of life and death and Pam asked her, you know, if
22  it was an emergency, she said it was an emergency, she
23  had to see the superintendent, and Pam said well, an
24  emergency is life and death, was she saying it was life
25  and death. And she said yes, it was, and that kind of

1  shocked me that she would answer that way.
2           And then later she said if she couldn't see the
3  superintendent, she would blow up the building, and that
4  also took me aback. And she left. I was rather shaken
5  by the whole thing and surprised by it.
6      Q.  What did you do after she left the office, I
7  take it, the second time when she -- after she had made
8  the threat of blowing up the building and left the
9  office, then what did you do?
10     A.  I talked to the superintendent and told him that
11 she had made this threat, and he told us to call the
12 police, which we did. It took them a while to respond.
13 Meanwhile, she had left our office, but I was seriously
14 concerned of what she might do in the interim.
15     Q.  Did you have any problem understanding the
16 statement when she said she was going to blow up the
17 building? Was it clear to you that she was going to blow
18 up the building?
19     A.  It was clear to me because I was so shocked that
20 she would say that.
21     Q.  You've had other jobs prior to the School
22 District and I take it you've worked with the general
23 public in some capacity for a number of years.
24     A.  Yeah. Before I came to work for the School
25 District I worked for the Legislative Information Office

36

```
 1   for two and a half years, and we get a lot of upset
 2   people there, too.  And I've been in this position since
 3   then, I'm used to dealing with people that are upset or
 4   angry or, you know, whatever --
 5        Q.   Do you think --
 6        A.   -- strong feelings about things.
 7        Q.   Do you think this particular incident was
 8   different than others you've encountered?
 9        A.   I'm really used to people that are mad or angry
10   or upset, and I've never before actually feared for the
11   safety of the -- of myself or of Pam who was also trying
12   to deal with her.
13        Q.   Did you fear for your safety that particular day
14   when Miss Raad was in the office?
15        A.   When she came back the second time, I seriously
16   wondered if the desk between me and her would offer
17   adequate protection if she had something in her hands.  I
18   also checked to see if she was wearing a coat because I
19   was so freaked by her threat and by her behavior that she
20   might carry it out, and I'm not easily shaken.  I deal
21   with upset people all the time, but it really caused my
22   mind to wonder what she might be carrying or what she
23   might plan on doing next.
24        Q.   A couple of weeks ago did I ask you to write up
25   a statement on what occurred that particular day?
```

1    A.    Yes.

2    Q.    This is the statement I asked you to write and
3    is that your signature at the bottom?

4    A.    Yes, it is.

5          MS. GALLENTINE:  I would like to enter this as
6    our District evidence Exhibit 1, if you need to mark
7    exhibits.

8    BY MS. GALLENTINE:

9    Q.    Is there anything that you would like to add,
10   other than entering this exhibit as what occurred on, on
11   the 13th of August?

12   A.    No.

13         MS. GALLENTINE:  Those are all the questions I
14   have.

15         MR. SCHENDEL:  We'll need an opportunity to read
16   this.

17         (Pause.)

18                    CROSS-EXAMINATION

19   BY MR. SCHENDEL:

20   Q.    Miss Sather, can we start at the beginning of
21   August 13th, as it relates to Mrs. Raad.  Do you recall
22   about what time it was when she first came to your
23   office?

24   A.    I want to say it was around ten o'clock.

25   Q.    10:00 in the morning?  Okay.  And about how long

38

```
 1   was she there that first time she visited you?
 2       A.   I didn't look at my -- at the clock.
 3       Q.   Was it something like 2 minutes or 20 minutes
 4   or --
 5       A.   I would say in the range of 10 minutes.
 6       Q.   Okay.  And in that first time, did she talk to
 7   just you or did she talk to you and Pam Hallberg?
 8       A.   Me and -- Pam and I.
 9       Q.   Okay.  Pardon?
10       A.   It may have been longer because she did wait for
11   a little while and then she left.
12       Q.   And then I understand that she left; is that
13   right?
14       A.   Uh-huh.
15       Q.   About how long was she gone for?
16       A.   It's hard to say because I was doing other work
17   in between times.  But I know it all occurred before
18   lunch.
19       Q.   Yeah.  But do you think that she was gone for as
20   long as the time that she had spent there, or was it just
21   a couple of minutes or --
22       A.   No.  It was 10, 15 minutes, 20 minutes.
23       Q.   Okay.
24       A.   I mean I went back in my office and did some
25   work.
```

HEARTLAND COURT REPORTERS 907-452-6727     396

Exhibit 18 page 17

39

1   Q.   Okay.  So she was gone for 10 to 20 minutes; is
2   that right?  Pardon?
3   A.   To the best of my recollection, keeping in mind
4   I was doing other work.
5   Q.   Right.  All right.  And you don't know where she
6   went during that period, do you?
7   A.   She went to some other part -- I know she was
8   still in the building and I think she talked to Charles
9   Moore at the personnel office.  I know she was going
10  between personnel and the EEO and us.
11  Q.   And then after that 10 to 20 minute absence from
12  your office, she returned; is that right?
13  A.   Right.
14  Q.   And how long was that second conversation, then,
15  that you had with her?
16  A.   It seemed 5 to 10 minutes.
17  Q.   Now, you mentioned that, as you put it in your
18  next to the last paragraph, we had already called the
19  police.  Who is -- who actually called the police?  Which
20  one of you?
21  A.   I believe it was Pam.
22  Q.   You would have remembered if it had been you,
23  wouldn't you?
24  A.   This was a long time ago and at the time I
25  didn't give it a whole lot of importance.  I had no idea

HEARTLAND COURT REPORTERS 907-452-6727     ~~397~~

Exhibit 18 page   18

1   that six weeks later I would be testifying.

2   Q.   And when was it that Pam made that phone call to
3   the police?  Were you present when she made the phone
4   call?

5   A.   I don't recall.

6   Q.   Do you know if it was before or after
7   the -- Mrs. Raad had been gone for 10 to 20 minutes?  And
8   if you can answer the questions without looking at your
9   statement, I would appreciate it.

10      MS. GALLENTINE:  Well, you're referring to the
11  statement to ask her questions.

12      MR. SCHENDEL:  I'm trying to establish whether
13  or not she presently recalls things or if she has to look
14  at her statement.

15  BY MR. SCHENDEL:

16  Q.   Do you recall now when that call to the police
17  department was made?

18  A.   It was after the first time she was in our
19  office when it was clear that she wasn't going to be
20  willing to make another appointment.

21  Q.   Was it during the time that she made the first
22  visit or was it after she had left?

23  A.   It was after she had left.  It was after she had
24  threatened to blow up the building.

25  Q.   And do you now recall whether or not it was you



41

1  or Pam who had made the phone call?
2      A.   No, I don't.
3      Q.   Had you met Mrs. Raad before?
4      A.   (No audible response).
5      Q.   Can you describe her manner of speaking, her
6  accent, her diction, her pronunciation?
7      A.   Describe it?
8      Q.   Uh-huh.  Does Mrs. Raad have any kind of accent?
9      A.   She has an accent, I didn't know and I still
10 don't know what it was --
11     Q.   Do you --
12     A.   -- or is.
13     Q.   Did you have any difficulty understanding her at
14 all at any time on August 13th?
15     A.   She repeated herself several times so that I was
16 able to understand her.
17     Q.   Did you ask her to repeat herself?
18     A.   I asked her to spell her name, I know, at one
19 point.
20     Q.   But do you remember asking her to repeat any of
21 the substance of what she was saying at any time?
22     A.   No.  What I was repeating was asking her to
23 provide us with some information, but I wasn't asking her
24 to repeat what she said.  I was repeating what I was
25 asking her, not asking her to repeat herself.

HEARTLAND COURT REPORTERS 907-452-6727  

Exhibit 18 page 20

42

1  Q.  Was there any part of what she told you at any
2  time during August 13th that was difficult for you to
3  understand?
4  A.  I don't remember having any difficulty
5  understanding her, and I remember clearly hearing her say
6  that she would blow up the building and that it was a
7  matter of life and death.
8  Q.  Okay.  Do you see in the first paragraph the
9  third to the last sentence where you say she was
10 difficult to understand?
11 A.  Yes, I do.
12 Q.  Now, when you understood her to say that she had
13 threatened to blow up the building, what do you recall to
14 the best of your recollection now being the particular
15 words that she used?
16 A.  She said, if I can't see the superintendent, I'm
17 going to blow up the building.
18      MR. SCHENDEL:  Okay.  Thank you.
19      MR. HOUTS:  Do you have any other questions?
20           REDIRECT EXAMINATION
21 BY MS. GALLENTINE:
22 Q.  Was Miss Raad crying when she was outside the
23 office area?  When she was outside your area, was she
24 crying?
25 A.  No.

HEARTLAND COURT REPORTERS 907-452-6727                 400

Exhibit 18 page  21

43

1  Q.  And the call to the police occurred after the
2  threat of blowing up the building?
3  A.  Definitely.  I'm not in the habit of calling the
4  police because people are upset or because they want to
5  see the superintendent.  It was the threat and the manner
6  in which it seemed that she really might mean it that
7  made us call the police.
8       MS. GALLENTINE:  Okay.  That's all I have.
9       MR. HOUTS:  Anything else?  Okay.  Thanks.
10      MS. GALLENTINE:  I have one more witness.
11      MR. HOUTS:  Okay.
12      (Pause.)
13              PAM HALLBERG,
14 called as a witness on behalf of the School District,
15 testified as follows:
16              DIRECT EXAMINATION
17 BY MS. GALLENTINE:
18  Q.  Pam, for the sake of everyone in the room, if
19 you could just give your name for the record.  And tell
20 us your position with the District and how long you've
21 been employed by the District.
22  A.  It's Pam Hallberg, H-A-L-L-B-E-R-G.  And I'm the
23 secretary to the Board of Education, and I've worked here
24 for 18 years.
25  Q.  Pam, were you in the superintendent's -- were

