# STATE OF ALASKA

WALTER J. HICKEL, GOVERNOR

## HUMAN RIGHTS COMMISSION

800 A STREET, SUITE 204
ANCHORAGE, ALASKA 99501-3669
PHONE:   (907) 274-4692 / 276-7474
TTY/TDD: (907) 276-3177
FAX:     (907) 278-8588

September 23, 1993

Personnel Director
Fairbanks North Star Borough School District
Box 71250
Fairbanks AK  99707

Re:  **Nada I. Raad v. Fairbanks North Star Borough School District**
     ASCHR No.  C-93-246

Dear Respondent:

The attached complaint which alleges that you have violated Alaska Human Rights Law, AS 18.80.010, et seq., has been filed with the Alaska State Commission for Human Rights (hereinafter Commission). The Commission is the state agency charged with enforcing this statute.

I regret to inform you that no investigator is currently assigned to investigate this complaint. During the past two years complaint filings have risen dramatically. At the same time the Commission has fewer staff than in years past. As a result, the Commission's inventory of open cases has grown at a disproportionate rate to the number of investigators available to conduct the investigations.

In order to manage our inventory, we must hold this case and other new cases in a suspense cabinet. We will assign held cases in order of receipt as investigators' case load allows. At this writing most of our cases have been assigned an investigator within three to four months. I will notify you in writing when I assign an investigator.

You are welcome to submit for the case file a response to the allegations in the complaint and to attach documents you believe are relevant to the case. If your response is on file when the case is assigned, investigation can promptly begin and additional delays avoided. Your early response to the complaint allows the investigator to gain a better understanding of the issues in the case and prepare a more focused investigative plan. In your response, please provide the name and title of the individual whom commission staff should contact during the investigation.

373

Toll Free
In Alaska (800) 478-4692

Exhibit 19 page 1

September 23, 1993  
Page 2

C-93-246

As an alternative to full investigation, the commission encourages voluntary settlement of complaints. In this case, the complainant's desired relief is **an offer of a full-time position as a teacher**. If you are willing to accept this proposal or wish to make a counteroffer, I will present this information to the complainant even before it is assigned to an investigator. If settlement efforts do not resolve this complaint, we will proceed with an investigation as soon as an investigator is available.

Please direct your response and any questions you may have about this case to me. My telephone extension number is 223.

Sincerely,

Evelyn A. Ramos  
Director of Investigations

EAR/sll

Enclosures:   Complaint of Discrimination  
              Authorization to Release Information

374

Exhibit 19 page 2

**Receipt for Certified Mail**
No Insurance Coverage Provided
Do not use for International Mail
(See Reverse)

UNITED STATES POSTAL SERVICE

Sent to: Personnel Director
Street and No.: FB N. Star Borough Sch
P.O., State and ZIP Code: P O Box 71250

| Postage | $ |
|---|---|
| Certified Fee | |
| Special Delivery Fee | |
| Restricted Delivery Fee | |
| Return Receipt Showing to Whom & Date Delivered | |
| Return Receipt Showing to Whom, Date, and Addressee's Address | |
| TOTAL Postage & Fees | $ |

Postmark or Date: srv hld ltr to R
C-93-246

PS Form 3800, June 1991

---

**SENDER:**
- Complete items 1 and/or 2 for additional services.
- Complete items 3, and 4a & b.
- Print your name and address on the reverse of this form so that we can return this card to you.
- Attach this form to the front of the mailpiece, or on the back if space does not permit.
- Write "Return Receipt Requested" on the mailpiece below the article number.
- The Return Receipt will show to whom the article was delivered and the date delivered.

I also wish to receive the following services (for an extra fee):
1. ☐ Addressee's Address
2. ☐ Restricted Delivery

Consult postmaster for fee.

3. Article Addressed to:
Personnel Director
Fairbanks North Star Borough
School District
Box. 71250
Fairbanks AK 99707
srv hld ltr C-93-246

4a. Article Number
P 317 978 521

4b. Service Type
☐ Registered
☒ Certified
☐ Express Mail
☐ Insured
☐ COD
☐ Return Receipt for Merchandise

7. Date of Delivery: 9/21/93

5. Signature (Addressee)
6. Signature (Agent) [signature]
8. Addressee's Address (Only if requested and fee is paid)

PS Form 3811, December 1991 ☆ U.S.G.P.O.: 1992-307-530
**DOMESTIC RETURN RECEIPT**

Thank you for using Return Receipt Service.

Exhibit 19 page 3

375
000402

STATE COMMISSION FOR HUMAN RIGHTS

| | |
|---|---|
| COMPLAINT OF DISCRIMINATION | ASCHR NO. C-93-246 |

I would also like this complaint filed with **EEOC** and **N/A**

COMPLAINANT: Nada I. Raad
TELEPHONE NUMBER: (907) 479-9122 (DAY) / (NIGHT)
ADDRESS: 1300 Viewpointe
CITY: Fairbanks  STATE: AK  ZIP: 99709

RESPONDENT: Fairbanks North Star Borough School District
TELEPHONE NUMBER: 907 452-2000
ADDRESS: Box 71250
CITY: Fairbanks  STATE: AK  ZIP: 99707

DATE OF MOST RECENT OR CONTINUING DISCRIMINATION: 9/8/93
RESPONDENT EMPLOYS: +15 EMPLOYEES

On August 13 1993, I was told that I was not hired for a full-time teacher position for 1993/1994 school year. On September 8, 1993, I received a letter from respondent which indicated I would not be hired as a substitute teacher during the 1993/1994 school year.

I was told by Jerry Hartsock, Principal at Lathrop School, I was not selected for the Science Teacher position because an applicant with 5 years experience in chemistry was hired. The letter I received with my rejection as a substitute teacher stated that I threatened to "blow up" respondent's building and that I threatened an employee that "somebody is going to get hurt".

I allege that respondent has discriminated against me on the basis of my National Origin (Lebanese), my religion (Moslem), and in retaliation for opposing discrimination because of my National Origin and my religion in violation of AS 18.80.220, and Title VII of the Civil Rights Act of 1964, as amended, for the following reasons:

1. I applied for a full-time teacher position for the previous 2 years as well as this school year as a science or math teacher.

2. I was qualified for the positions in that I have a MS degree in science and have a certification from the state to teach science and math.

3. I worked for 3 school years as a substitute teacher for respondent.

continued pg 2—

I pledge to inform the Human Rights Commission and any other agency listed above of any change in my address or telephone number and will cooperate fully with them in the processing of this complaint.

I swear or affirm that I have read the above complaint and that it is true to the best of my knowledge, information and belief.

SIGNATURE OF COMPLAINANT: [signed]   DATE: 9/16/93

Subscribed and Sworn to me this 16th day of September, 1993 at Fairbanks, AK
SIGNATURE OF NOTARY PUBLIC/POSTMASTER: [signed]
MY COMMISSION EXPIRES: May 13, 1997

If no notary public or postmaster is available please certify below.

A notary public or other official empowered to administer oaths is not available. Therefore, I swear and certify under penalty of perjury that the above complaint is true to the best of my knowledge, information and belief.

SIGNATURE OF COMPLAINANT: ___  DATE: ___
(Town or Village and State)

ASCHR FORM NO. 85-09

000264   376   09-16-88

Exhibit 19 page 4

RE: Nada I. Raad v. Fairbanks North Borough School District

PAGE 2

4. I received letters of recommendation from teachers I worked with as a substitute.

5. On September 23, 1992, I spoke with Charles Moore, EEO Officer for respondent, after I was not hired as a full-time teacher for the 1992/1993 school year. I told Moore that I felt I was not hired because of my National Origin and my religion. Moore told me that I was very qualified and that I would be hired for the following school year as a full-time teacher at Lathrop. On August 13, 1993, he denied that he made the commitment to me.

6. I deny that I threatened to blow up respondent's building or threatened to harm anyone. I was emotional and said that I personally was about to "blow" and that I did not want anyone to "get hurt" because of this situation. It was not a threat. These accusations were based on words and sentences taken out of context and on a stereotype of my religion and National Origin.

I pledge to inform the Human Rights Commission and any other agency listed above of any change in my address or telephone number and will cooperate fully with them in the processing of this complaint.

I swear or affirm that I have read the above complaint and that it is true to the best of my knowledge, information and belief.

SIGNATURE OF COMPLAINANT: [signed] Nada I. Raad
DATE: 9/16/93

Subscribed and Sworn to me this 16th day of September, 1993 at Fairbanks, AK

SIGNATURE OF NOTARY PUBLIC/POSTMASTER: [signed]

MY COMMISSION EXPIRES: May 13, 1997

If no notary public or postmaster is available please certify below.

A notary public or other official empowered to administer oaths is not available. Therefore, I swear and certify under penalty of perjury that the above complaint is true to the best of my knowledge, information and belief.

SIGNATURE OF COMPLAINANT                DATE

PLACE (City, Town or Village and State)

ASCHR FORM NO. 85-09    4/18/86

000205

Exhibit 19 page 5