**FAIRBANKS NORTH STAR BOROUGH SCHOOL DISTRICT**

P.O. Box 71250     Fairbanks, Alaska 99707-1250     (907) 452-2000

September 3, 1993

Ms. Nada Itani Raad
1300 View Pointe
Fairbanks, Alaska 99709

Dear Ms. Raad:

We are in receipt of your application for a teaching position with the Fairbanks North Star Borough School District. The district will not offer you a position as a full-time teacher or employ you as a substitute teacher during the 1993-94 school term.

We have decided to reject your application. The reasons for this action include your outburst just outside the superintendent's office on Friday, August 13, 1993, where you threatened to blow up the building which we believe is sufficient grounds on its own. Furthermore, you made a threatening statement to a district employee that "somebody is going to get hurt". We do not intend to bow to such intimation nor do we intend to have a teacher on our staff who exercises such extreme poor judgement.

Sincerely,

Anita Gallentine, Director
Personnel & Employee Relations

DATE: 6-16-98   EXH# 17
WITNESS: Lynda Sayher

SHARON GAUNT   709 SECOND AVENUE
R&R COURT REPORTERS, INC. FAIRBANKS, AK 99701
(907) 452-3589

356

000283

Exhibit 20 page 1