# RECOMMENDATION TO HIRE

## (FOR CERTIFIED VACANCY)

( _Patricia Cromer_ )
### NAME _Tanana_

**Initial if you have
reviewed this
recommendation**

**APPROVING OFFICIAL**

_LAR_

Personnel   Director

_CEO_

EEO/AA   Coordinator

_signature_

Asst.   Superintendent

Beth,   Personnel

Exhibit 23 page   1





000292

121513

402

# RECOMMENDATION TO HIRE

## (FOR CERTIFIED VACANCY)

_Ken Cole_
### NAME

<u>**APPROVING OFFICIAL**</u>

_____

Personnel   Director

_____

EEO/AA   Coordinator

_____

Assoc/Asst.   Superintendent

_____

Personnel

Exhibit 23 page  2