```
 1                IN THE UNITED STATES DISTRICT COURT
 2                        DISTRICT OF ALASKA
 3   NADA RAAD,                    )
                                   )
 4                 Plaintiff,      )
                                   )
 5   vs.                           )
                                   )
 6   FAIRBANKS NORTH STAR BOROUGH  )
     SCHOOL DISTRICT,              )
 7                                 )
                   Defendant.      )
 8   _____)
     Case No. F97-0068 CV (HRH)
 9
           DEPOSITION OF DETECTIVE CLIFFORD AARON RING
10
     APPEARANCES:
11
         FOR THE PLAINTIFF:          MR. ROBERT SPARKS
12                                   Attorney at Law
                                     1552 Noble Street
13                                   Fairbanks, AK  99701
                                     (907) 451-0875
14
         FOR THE DEFENDANT:          MR. PETER PARTNOW
15                                   Foster, Pepper, Rubini
                                       & Reeves
16                                   601 W. 5th Avenue, Ste. 500
                                     Anchorage, AK  99501
17                                   (907) 222-7100

18       ALSO PRESENT (for Deponent):  MR. PAUL EWERS
                                       Office of the City Attorney
19                                     800 Cushman Street
                                       Fairbanks, Alaska  99701
20                                     (907) 459-6758

21                        * * * * * *

22

23

24

25
```

Exhibit 26 page   1

R & R COURT REPORTERS
709 Second Avenue
Fairbanks, Alaska  99701
(907) 452-3589



```
 1  A        Nothing specific that I can recall now.
 2  Q        Did she say whether she was the one that had asked the
 3           other people to call the police?  Well, cancel that
 4           question.  Did she say whether she was the one that had
 5           originally called the police or not?
 6  A        I don't think so.
 7  Q        And based on your knowledge of the Fairbanks Police
 8           Department procedures, do you know if Exhibit 1 or 2
 9           indicates that Ms. Gallantine was the one that called
10           the police regarding the incident involving Ms. Raad?
11  A        No, it looks -- looks as if Pam Hallberg initially
12           called the police.  Anita Gallantine came to the
13           station.  I don't believe this is a phone call.  I
14           believe she was at the station, and I was dispatched to
15           meet her at the front counter there.
16  Q        And did you tape record any conversations with Ms.
17           Gallantine?
18  A        I don't think so.
19  Q        Why not?
20  A        There was no reason to.  I believe she made a
21           statement, a written statement.
22  Q        How about Mr. Moore?
23  A        Any tape recording?
24  Q        Any tape recorded.....
25  A        No, he was there with Ms. Gallantine.
```

R & R COURT REPORTERS
709 Second Avenue
Fairbanks, Alaska 99701
(907) 452-3589



000753

Exhibit 26 page 2

```
 1  Q    Do you have any idea where the information on Exhibit 2
 2       to Ms. Hoffman's deposition, that says a Lebanese woman
 3       was rejected as an applicant, came from?
 4  A    I assume that must have come from the person that
 5       called in, Pam Hallberg.
 6  Q    And you didn't add that to the log notes, did you?
 7  A    I don't believe I did, no.
 8  Q    Do you know if Officer Stepp would have added that to
 9       the log notes or not?
10  A    No, I don't know.
11  Q    Turn back to the second page of the incident report.
12       It says -- I don't know, I might have those out of
13       order -- but the page that says subject report.....
14  A    Yes.
15  Q    .....at the top.  You have some information there about
16       Nada Raad.....
17  A    Yes.
18  Q    .....and, for example, like it says drivers license
19       number, there is like a U, what -- why -- do you know
20       why there is a U there?
21  A    It was unknown to me at the time.
22  Q    And what about the information about her address, where
23       would you have gotten that at, you know?
24  A    Possibly from her, possibly it was in APSIN -- Alaska
25       Public Safety Information Network.  There's a phone
```

R & R COURT REPORTERS
709 Second Avenue
Fairbanks, Alaska 99701
(907) 452-3589



000754

Exhibit 26 page 3