

AUG 23 2007

CLERK, U.S. DISTRICT COURT
FAIRBANKS, AK

Nada Raad
1300 Viewpointe
Fairbanks, Alaska 99709
Tel: 907-479-9122

IN THE UNITED STATES DISTRICT COURT OF ALASKA

| | |
|---|---|
| NADA I. RAAD )<br>　　　Plaintiff )<br>　v. )<br>　 )<br>FAIRBANKS NORTH STAR )<br>BORROUGH SCHOOL )<br>DISTRICT )<br>　　　　Defendant ) | United States District Court<br>of Alaska<br>Case No. 97-0068CV (RRB) |

**<u>ORDER DENYING DEFENDANT MOTION TO PROPOSED WRIT OF
EXECUTION ON PERMANENT FUND DIVIDEND</u>**

PLANINTIFF Nada Raad, pro se, having moved this Court for denying Defendant Motion To Proposed Writ Of Execution On Permanent Fund Dividend.
IT IS HEREBY ORDERED that denying Defendant Motion To Proposed Writ Of Execution On Permanent Fund Dividend is granted.

DATED THIS ___ DAY OF _____, 2007

_____
THE HONORABLE Ralph R. Beistline
United States District Court Judge