

Nada Raad
1300 Viewpointe
Fairbanks, Alaska 99709
Tel: 907-479-9122

AUG 23 2007

CLERK, U.S. DISTRICT COURT
FAIRBANKS, AK

IN THE UNITED STATES DISTRICT COURT OF ALASKA

| | |
|---|---|
| NADA I. RAAD )<br>)<br>   Plaintiff-Appellant )<br>v. )<br>)<br>FAIRBANKS NORTH STAR )<br>BOROUGH SCHOOL )<br>DISTRICT )<br>)<br>   Defendant-Appellee )<br>)<br>_____ ) | United States District<br>Court of Alaska<br>Case No. 97-0068CV (RRB) |

**AFFIDAVIT OF NADA RAAD**

State of Alaska            )

Fourth Judicial District )

Nada Raad being first duly sworn upon oath deposes and states as follow:

Page 1 of 2

Nada Raad vs. Fairbanks North Star Borough School District

1-I needed to pay my bills and debt that accumulated over the years for not being employed for full-time job.

DATED THIS 23 DAY OF August, 2007

Nada Raad, pro se SUBSCRIBED AND SWORN TO before me this 23 DAY OF AUGUST, 2007

State of Alaska
County of Fairbanks North Star Borough
Subscribed and sworn to (affirmed) before me this 23 day of August, 20 07 By Nada Raad

Notary Public

My Commission expires 10-13-08



Page 2 of 2

Nada Raad vs. Fairbanks North Star Borough School District