UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CIVIL DOCKET ENTRIES FOR CASE F97-0068--CV (RRB)
"NADA RAAD V FNSB SCHOOL DISTRICT"

For filing dates on or after 07/14/04

```
Presiding Judge: The Honorable Ralph R. Beistline, U.S. District Judge
Magistrate Judge:
  Referral Rule:
          Filed: 10/14/97
         Closed: 03/19/04

   Jurisdiction: (3) Federal Question (US Govt not a Party)
  PLF Diversity:
  DEF Diversity:

 Nature of Suit: (442) Jobs
                 CIVIL RIGHTS
         Origin: (1) Original Proceeding
         Demand:
     Filing fee: Paid $150.00 on 10/14/97 receipt # 40098208
       Trial by: Jury
```

| Document # | | Filed | Docket text |
|---|---|---|---|
| 572 - | 1 | 07/14/04 | RRB Order granting motion for attorney's fees against attorney Robert A. Sparks (543-1); crt assess nominal sanctions &/or partial costs against Mr. Sparks in the amt of $1,000 to be paid to the School District w/in 30 days. cc: cnsl |
| 573 - | 1 | 07/15/04 | DEF 1 motion & memo in support for bond on appeal. |
| 74 - | 1 | 07/16/04 | PLF 1 corrected notice of appeal to 9CCA of (562-1) filed 06/17/04. cc:cnsl, Judge, 9CCA |
| 575 - | 1 | 07/16/04 | PLF 1 Transcript Designation Form re: notice of appeal (574-1). cc:ecr |
| 576 - | 1 | 07/26/04 | ZZZ 2 motion for reconsideration of Ct's Order awarding atty's fees to FNSBSD at Dkt. 572. |
| 577 - | 1 | 07/28/04 | RRB Minute Order the parties have until the COB of 8/9/04, to brief the mot for reconsideration re: whether modification of the fee awarded is required. |
| 578 - | 1 | 08/03/04 | PLF 1 motion on shortened time for clarification of MO at Dkt 577. |
| 579 - | 1 | 08/09/04 | DEF 1 opposition to ZZZ 2 motion for reconsideration of Ct's Order awarding atty's fees to FNSBSD at Dkt. 572 (576-1). |
| 580 - | 1 | 08/09/04 | PLF 1 Supplement re: PLF 1 motion on shortened time for clarification of MO at Dkt 577 w/exhibits 1 & 2 att (578-1). |
| 580 - | 2 | 08/09/04 | PLF 1 Response to Order dated 7/28/04. |
| 581 - | 1 | 08/12/04 | RRB Minute Order the court reaffirms its earlier decision with regard to the award of atty fees against plf in this matter in the amount of $150,000 at dkt 562. Def has until the COB 8/23/04 to file a response to Mr. Sparks mot for reconsideration. Terminating in light of this order: motion on shortened time for clarification of MO at Dkt 577 (578-1). cc: cnsl |
| 582 - | 1 | 08/16/04 | DEF 1 Notice of filing designation of transcript necessary for appeal w/att exh. |

```
                  UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                      CIVIL DOCKET ENTRIES FOR CASE F97-0068--CV (RRB)
                            "NADA RAAD V FNSB SCHOOL DISTRICT"

                          For filing dates on or after 07/14/04
```

| Document # | | Filed | Docket text |
|---|---|---|---|
| 583 - | 1 | 08/17/04 | DEF 1 reply to opposition to ZZZ 2 motion for reconsideration of Ct's Order awarding atty's fees to FNSBSD at Dkt. 572 (576-1). |
| 583A- | 1 | 08/20/04 | PLF 1 Notice to the court of appellant's certification of not ordering a transcript in response to 9CCA order dated 08/02/04. cc: 9cca |
| 584 - | 1 | 08/23/04 | RRB Minute Order denying motion for reconsideration of Ct's Order awarding atty's fees to FNSBSD (576-1).and reaffirms its ofder of 7/14/04 at dkt 572.  cc: cnsl |
| 585 - | 1 | 08/24/04 | RRB Minute Order granting motion & memo in support for bond on appeal (573-1) in the amount of $10,000. cc: csnl, 9CCA |
| 586 - | 1 | 08/24/04 | ZZZ 2 motion for ext of time until 8-26-04 to file reply to def's opp to mot for reconsidation w/attorney aff att. |
| 587 - | 1 | 08/26/04 | RRB Order denying motion for ext of time until 8-26-04 to file reply to def's opp to mot for reconsideration (586-1).  Replies not permitted on motions to reconsider.  cc: cnsl |
| 588 - | 1 | 08/27/04 | ZZZ 2 (Corrected) Certificate of service re: ZZZ 2 motion for ext of time (586-1). |
| 589 - | 1 | 08/30/04 | PLF 1 Notice of filing a motion for relief with the 9CCA re: Appeal Bond. |
| 589 - | 2 | 08/30/04 | PLF 1 motion for clarification and request for conference re: Jurisdiction of USDC re appeal bond w affidavit of Nada Raad in support. |
| 590 - | 1 | 09/01/04 | ZZZ 2 Certificate of Service. |
| 591 - | 1 | 09/02/04 | ZZZ 2 motion and Memorandum in Support of Motion for Reconsideration of Denial of Extension of Time to File Mr. Sparks Reply to Defendant's Opposition. |
| 592 - | 1 | 09/03/04 | Clerk's Taxation of costs in the amount of $23,274.26. cc: cnsl |
| 593 - | 1 | 09/03/04 | RRB Minute Order granting motion and Memorandum in Support of Motion for Reconsideration of Denial (591-1); Reply to the mot to reconsider at dkt 576 shall be filed by the COB 9/10/04; reinstating motion for reconsideration of Ct's Order awarding atty's fees to FNSBSD at (576-1). cc: cnsl |
| 594 - | 1 | 09/07/04 | DEF 1 non-opposition to ZZZ 2 motion for reconsideration of Ct's Order awarding atty's fees to FNSBSD at Dkt 572 (576-1). |
| 595 - | 1 | 09/08/04 | PLF 1 motion for relief to vacate the clerk's taxation of costs if this court had jurisdiction in this matter. |
| 596 - | 1 | 09/10/04 | ZZZ 2 reply to opposition to ZZZ 2 motion for reconsideration of Ct's Order awarding atty's fees to FNSBSD at Dkt. 572 (576-1). |
| 597 - | 1 | 09/29/04 | RRB Order denying motion for reconsideration of Ct's Order awarding atty's fees to FNSBSD (576-1).  Court reaffirms sanctions and orders sanctions be paid as previously set forth w/in 30 days. cc: cnsl |
| 598 - | 1 | 09/29/04 | RRB Order denying motion for clarification and request for conference re: Jurisdiction of (589-2), motion for relief to vacate the clerk's |

| | | |
|---|---|---|
| | | UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA |
| | | CIVIL DOCKET ENTRIES FOR CASE F97-0068--CV (RRB) |
| | | "NADA RAAD V FNSB SCHOOL DISTRICT" |
| | | For filing dates on or after 07/14/04 |

| Document # | Filed | Docket text |
|---|---|---|
| | | taxation of costs and denies relief from bond (595-1). Oral argument is denied. cc: cnsl, 9CCA |