

**AUG 27 2007**

**CLERK, U.S. DISTRICT COURT**
**FAIRBANKS, AK**

Nada Raad
1300 Viewpointe
Fairbanks, Alaska 99709
Tel: 907-479-9122

IN THE UNITED STATES DISTRICT COURT OF ALASKA

| | |
|---|---|
| NADA I. RAAD<br><br>   Plaintiff<br>v.<br><br>FAIRBANKS NORTH STAR<br>BORROUGH SCHOOL<br>DISTRICT<br><br>Defendant | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) United States District Court<br>) of Alaska<br>) Case No. 97-0068CV (RRB)<br>) |

### ORDER GRANTING RELIEF FROM JUDGMENT

PLANINTIFF Nada Raad, pro se, having moved this Court for To Grant Relief from Judgment including attorney fees of an amount of $150,000 Docket and the cost of deposition that occurred in another proceeding.

IT IS HEREBY ORDERED that granting relief from Judgment including attorney fees of an amount of $150,000 Docket

and the cost of deposition that occurred in another proceeding.

DATED THIS ___ DAY OF _____, 2007

_____

THE HONORABLE Ralph R. Beistline
United States District Court Judge