

AUG 27 2007

CLERK, U.S. DISTRICT COURT
FAIRBANKS, AK

Nada Raad
1300 Viewpointe
Fairbanks, Alaska 99709
Tel: 907-479-9122

IN THE UNITED STATES DISTRICT COURT OF ALASKA

| | |
|---|---|
| NADA I. RAAD ) | |
| ) | |
| Plaintiff-Appellant ) | |
| v. ) | |
| ) | |
| FAIRBANKS NORTH STAR ) | |
| BOROUGH SCHOOL ) | |
| DISTRICT ) | United States District |
| ) | Court of Alaska |
| Defendant-Appellee ) | Case No. 97-0068CV (RRB) |
| ) | |
| _____ ) | |

### AFFIDAVIT OF NADA RAAD

State of Alaska            )

Fourth Judicial District )

Nada Raad being first duly sworn upon oath deposes and states as follow:

1- I respectfully asking the court for exoneration of the bond to me in response Docket 531 dated July 9, 2007.

Page 1 of 2

Nada Raad vs. Fairbanks North Star Borough School District

2- I did not threaten to blow up the building on August 13, 2007.

DATED THIS 27 DAY OF August, 2007

*[signature]*

Nada Raad, pro se SUBSCRIBED AND SWORN TO before me this 27 DAY OF AUGUST, 2007

---

State of Alaska

County of Fairbanks North Star Borough

Subscribed and sworn to (affirmed) before me this 27 day of August, 20 07 By Nada I. Raad

*[signature]*
Notary Public

My Commission expires 10-13-08

*[Notary seal: Roxanne M. Foster, NOTARY PUBLIC, STATE OF ALASKA]*

---

Page 2 of 2

Nada Raad vs. Fairbanks North Star Borough School District