

AUG 27 2007

CLERK, U.S. DISTRICT COURT
FAIRBANKS, AK

Nada Raad
1300 Viewpointe
Fairbanks, Alaska 99709
Tel: 907-479-9122

IN THE UNITED STATES DISTRICT COURT OF ALASKA

| | |
|---|---|
| NADA I. RAAD ) | |
| Plaintiff ) | |
| v. ) | |
| ) | |
| FAIRBANKS NORTH STAR ) | |
| BORROUGH SCHOOL ) | |
| DISTRICT ) | United States District |
| ) | Court of Alaska |
| Defendant ) | Case No. 97-0068CV (RRB) |
| ) | |
| _____ ) | |

### NOTICE OF CLERICAL ERROR

Hereby Come Plaintiff Raad, Pro se, is notifying the Court of an error of docket number stated in her Replay to defendant Opposition to Motion for Exoneration of the bond of a typo error in the docket numbers stated in her motion. The Docket numbers were copied from

Page 1 of 2

Defendant Opposition to Motion for Exoneration of the bond

Respectfully submitted.

DATED THIS 27 DAY OF August, 2007

*[signature]*

Nada Raad, pro se

CERTIFICATE OF SERVICE
I hereby certify that a true copy of
the above document and attachments were [x] mailed:
Peter C. Partnow at:
Lane Powell Spears Lubersky LIP
301 W. Northern Lights Blvd., Suite 301
Anchorage, Alaska 99503-2648
and a courtesy copy was mailed to Robert Sparks
at 1552 Noble Street
Fairbanks, Alaska 99701
this 27 day of August, 2007.

*[signature]*

Nada Raad, pro se