Peter C. Partnow, ASBA No. 7206029
Lane Powell LLC
301 W. Northern Lights Blvd., Suite 301
Anchorage, Alaska 99503-2648
Tel: 907-277-9511
Fax: 907-276-2631
PartnowP@LanePowell.com

Counsel for Defendant Fairbanks
North Star Borough School District

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| NADA I. RAAD,<br><br>                    Plaintiff,<br><br>v.<br><br>FAIRBANKS NORTH STAR BOROUGH SCHOOL DISTRICT,<br><br>                    Defendant. | Case No. 4:97-cv-0068-RRB<br><br>**REPLY IN SUPPORT OF<br>PROPOSED WRIT OF EXECUTION<br><u>ON PERMANENT FUND DIVIDEND</u>** |

Defendant Fairbanks North Star Borough School District, by and through its counsel of record, Lane Powell LLC, and files this reply in support of its proposed Writ of Execution on Permanent Fund Dividend (Docket 541). In her Motion for Overlength Respond (sic) (Docket 552), Ms. Raad admits she is making the same argument she previously advanced with regards to exoneration of the bond funds held by the court. Just as the court rejected her argument on that issue (Docket 550), it should also reject her opposition to the issuance of the writ to allow execution of her Alaska Permanent Fund dividend.

DATED this 4th day of September, 2007.

LANE POWELL LLC
Attorneys for Defendant

By  s/ Peter C. Partnow
    Peter C. Partnow, ASBA No. 7206029
    301 W. Northern Lights Blvd., Suite 301
    Anchorage, Alaska 99503-2648
    Tel: 907-277-9511
    Fax: 907-276-2631
    Email: PartnowP@LanePowell.com

I certify that on September 4, 2007, a copy of the foregoing was served by mail on:

Nada Raad, 1300 Viewpointe Dr.
Fairbanks, AK 99709

 s/ Peter C. Partnow

119496.0001/161542.1