IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| NADA I. RAAD,<br><br>    Plaintiff,<br><br>vs.<br><br>FAIRBANKS NORTH STAR<br>BOROUGH DISTRICT,<br><br>    Defendant. | Case No. 4:97-CV-0068-RRB<br><br>**WRIT OF EXECUTION**<br>**ON PERMANENT FUND DIVIDEND** |

       Before the Court is Defendant Fairbanks North Star Borough School District ("Defendant") with an Application and Affidavit for Issuance of Writ of Execution on Permanent Fund Dividend (Docket 541). The application is opposed at Docket 554.

       On March 18, 2004, a judgment was entered in favor of Defendant as judgment creditor, and against Plaintiff Nada I. Raad ("Plaintiff") as judgment debtor, for $173,274.26.

       Whereas, it appears that further sums have accrued since the entry of judgment, to wit: $6,782.81 accrued interest on principal judgment, and $0.00 accrued costs; credit must be given

WRIT OF EXECUTION ON PERMANENT FUND DIVIDEND - 1
4:97-CV-0068-RRB

for payments and partial satisfaction in the total amount of $0.00, which is to be first credited against the total accrued interest and accrued costs, with any excess credited against the judgment as entered, leaving a net balance of $180,106.66 actually due on this date. Of this total, $173,274.26 is the amount of the original judgment as entered and still remaining due, and bearing interest at 1.16%, in the amount of $5.51 per day, from this date.

Therefore, in the name of the United States of America, and for good cause shown, Defendant is hereby commanded to levy upon, seize, and/or take into execution the Alaska Permanent Fund Dividend of Plaintiff, sufficient, subject to execution, to satisfy said judgment, interest and increased interests, costs and increased costs.

Having thus resolved the aforesaid matter, Defendant shall have until **Monday, September 17, 2007,** to address Plaintiff's request regarding the amount of attorney fees assessed.[1]

Entered at Anchorage, Alaska, this 6th day of September 2007.

/s/ Ralph R. Beistline
RALPH R. BEISTLINE
UNITED STATES DISTRICT JUDGE

---

[1] See Docket 556 at 7-8.

WRIT OF EXECUTION ON PERMANENT FUND DIVIDEND - 2
4:97-CV-0068-RRB