

SEP 11 2007

CLERK, U.S. DISTRICT COURT
FAIRBANKS, AK

Nada Raad
1300 Viewpointe
Fairbanks, Alaska 99709
Tel: 907-479-9122

IN THE UNITED STATES DISTRICT COURT OF ALASKA

| | |
|---|---|
| NADA I. RAAD ) | |
| Plaintiff ) | |
| v. ) | |
| FAIRBANKS NORTH STAR ) | |
| BORROUGH SCHOOL ) | |
| DISTRICT ) | United States District |
| ) | Court of Alaska |
| Defendant ) | Case No. 97-0068CV (RRB) |
| _____ ) | |

### MOTION FOR RECONSIDERATION REGARDING COURT ORDER DATED SEPTEMBER 6, 2007 WRIT OF EXECUTION ON PERMANENT FUND DIVIDEND

Hereby Come Plaintiff Raad, Pro se, respectfully asking this Court to reconsider order dated September 6, 2007 WRIT OF EXECUTION ON PERMANENT FUND DIVIDEND. On September 10, 2007 Plaintiff brought to the attention of the Clerk of Court regarding the error in numbering the Dockets. All recent Dockets filed in this court

should exceed the 598 number[1]. The Court is not explaining to Plaintiff why this case is frivolous although the applicable law stated the opposite See Plaintiff RESPOND TO DEFENDANT MOTION TO PROPOSED WRIT OF EXECUTION ON PERMANENT FUND DIVIDEND filed on August 23, 2007. The interest should not be counted. Plaintiff can not pay.

Plaintiff had no clue why the Court is saying that this case is Frivolous and it contradict what the law as stated in her respond dated August 23, 2007. The Court ignored previously the inability for Plaintiff to pay any fees. The Court is aware that Plaintiff was represented by a counselor who argued the legal basic of this case. The Court found that this case had a merit and is not frivolous. Plaintiff believed that the Court is wrong in calculating the interest since the U.S. Supreme Court denied petition of rehearing for <u>Writ of certiorari on April 30, 2007.</u> Plaintiff should not be punished because she was represented by counselor who argued this case. At no point during the litigation of this case there was any indication from the Court that the case was frivolous or had no foundation. The District Court did not find that any of the discoveries sought by Plaintiff was vexatious, frivolous or sought in bad faith. (District court

---

[1] On 9/10/07 Plaintiff brought to the attention of the clerk of the court the error in the number of Dockets. The last docket number was 598 filed on 9/29/04. The recent dockets filed in 2007 had the same number as previous Dockets. The clerk of Court indicated that this error will be corrected.

docket 269). Plaintiff established prima facie case and went to trial Raad v. Fairbanks North Star Borough School District, 323 F. 3d 1185, 1187 (9th cir. 2003). In Warren v. City of Carlsbad, 58 F.3d 439, 443 (9th Cir. 1995), "Suggesting that a plaintiff who makes out a prima facie case under Title VII cannot be found to have presented a claim that is "Frivolous, unreasonable or groundless Id. At 445. In so stating the Ninth Circuit has reference to the case of Marguart v. Lodge 837, Int'l Ass'n of Machinists, 26 F.3d 842, 853 (8th Circuit 1994). Furthermore, the U.S. Supreme Court's ruling that Civil Rights plaintiff's do not need any direct evidence of discrimination and can proceed to trial if they establish a prima facie case of discrimination and present evidence showing that the employer's excuse is a pretext. See Reeves v. Sanderson Plumbing Products. Inc., 4 U.S (99-536) 530 U.S. 133 (2000) 197 F. 3d 688.

    The district court did note after awarding attorney fees to Defendant that Plaintiff presented one "legitimate jury issue" namely, "that she was disciplined inordinately because of her race and or religion after the incident in the superintendent's office." Docket 572 (see footnote 1) . The District Court failed to reverse awarding attorney fees for Defendant after admitting that Plaintiff presented one "legitimate jury issue". Docket 572. This indicated that this case does not lack a reasonable or arguable

basis in law of fact which in return make it not frivolous or lack of foundation. The U.S. Supreme Court stated that "A claim is frivolous if it lacks a reasonable or arguable basis in law or fact. Neitzke v. Williams, 490 U.S. 319, 325,109 S.Ct. 1827, 1831, 104 L.Ed.2d 338, 347 (1989)".

The district court did not give an explanation for any unusual development at trial referring to AFSMCE v. County of Nassau, 96 F. 3d 644 (2d Cir 1996) The District Court did not give any adequate explanation why the fee award was justified. "A fee award without adequate justification cannot stand". See Tutor-Saliba Corp. v. City of Hailey, 452 F. 3d 1055, 1065 (9th Cir. 2006); Benton v. Or. Student Assitance Comm'n , 421 F. 3d 901, 904 (9th Cir. 2005); Cummings v. Connell, 402, F. 3d 936, 947 (9th Cir. 2005).

Plaintiff met all the criteria that showed that her case is not frivolous and had foundation and merits and had rational basis for Plaintiff allegation of discrimination and retaliation. Plaintiff is asking this Court to reconsider her opposition. Plaintiff is asking this Court to consider the same argument in her motion for reconsideration filed on 8/27/2007. For the reasons stated above Plaintiff is asking this Court to reverse and vacate awarding attorney fees without justification and any cost absent that disposition, Plaintiff is asking this court for an explanation both as for the reason for the awarding

attorney fees that contradict the law as discussed above and as stated in Plaintiff motion for reconsideration filed on 8/27/2007. Plaintiff respectfully asking this court denying Defendant Motion To Proposed Writ Of Execution On Permanent Fund Dividend.

Respectfully submitted.

DATED THIS 11 DAY OF September, 2007

Nada Raad, pro se

CERTIFICATE OF SERVICE
I hereby certify that a true copy of
the above document and attachments were [x] mailed
[ ] faxed [] hand delivered to:
Peter C. Partnow at:
Lane Powell Spears Lubersky LIP
301 W. Northern Lights Blvd., Suite 301
Anchorage, Alaska 99503-2648
and a courtesy copy was mailed to Robert Sparks
at 1552 Noble Street
Fairbanks, Alaska 99701
this __11__ day of September, 2007

Nada Raad, pro se