UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

  NADA RAAD    v.    FAIRBANKS NORTH STAR BOROUGH SCHOOL DISTRICT

THE HONORABLE RALPH R. BEISTLINE

Deputy Clerk                                CASE NO.  4:97-CV-00098-RRB

  CAROLYN BOLLMAN

PROCEEDINGS: **MINUTE ORDER FROM CHAMBERS**   DATE: September 11, 2007

      Effective January 3, 2006, this court began using the Electronic Case Filing System (ECF). In order to track the plaintiff's appeal to the Ninth Circuit Court of Appeals, the Judgment and Notice of Appeal from 2004 were entered into ECF. At the time the Notice of Appeal was entered, the ECF assigned docket number of 538 was inadvertently not changed to reflect docket number 538, which was assigned by this Court's previous docketing system. Subsequent filings entered into ECF continued in sequence until this inadvertent misnumbering was just brought to the Court's attention.

      The ECF docket begins with the Judgment at 524 and continues through 560 at this time. In order to assist the parties in this matter, a copy of the ACMS docket has been uploaded to ECF. That docket begins October 14, 1997 at docket 1 and ends January 20, 2005 at docket 603.

      In order to avoid confusion, the parties are advised to refer to documents filed prior to January 20, 2005 by the name of the document rather than the ACMS docket number. Numbering in the ECF system will continue.

[Minute Order re Numbering Problem in Raad]{IA.WPD*Rev.12/96}