Peter C. Partnow, ASBA No. 7206029
Lane Powell LLC
301 W. Northern Lights Blvd., Suite 301
Anchorage, Alaska 99503-2648
Tel:  907-277-9511
Fax:  907-276-2631
PartnowP@LanePowell.com

Counsel for Defendant Fairbanks
North Star Borough School District

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| NADA I. RAAD,<br><br>            Plaintiff,<br><br>v.<br><br>FAIRBANKS NORTH STAR BOROUGH SCHOOL DISTRICT,<br><br>            Defendant. | Case No. 4:97-cv-0068-RRB<br><br>**OPPOSTION TO<br>MOTION FOR RECONSIDERATION** |

   By order of September 6, 2007 (Docket No. 560), the court invited defendant to address a portion of plaintiff's Motion for Reconsideration (Docket No. 556).  Specifically, the court invited further briefing on plaintiff's apparent assertion that she is entitled to "humanitarian" relief from collection of any portion of the judgment entered against her by this court, affirmed on appeal by the Ninth Circuit panel and en banc, and left undisturbed by the United States Supreme Court.  Plaintiff's asserted entitlement to "humanitarian" relief from paying any portion of the judgment entered against her is not well taken.

**LANE POWELL LLC**
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone 907.277.9511 Facsimile 907.276.2631

Initially, it should be noted that the record contains no factual support for plaintiff's assertions (1) that it was her former attorney, not her, who was responsible for any wrong doing and (2) that her financial situation does not permit her to satisfy any portion of the adverse judgment.

With regards to the first issue, while plaintiff's former counsel no doubt added unnecessary cost to this litigation, there is no basis in the record to conclude that all or even most of the extensive costs of this litigation were solely the result of wrongdoing by plaintiff's former counsel. To the contrary, plaintiff's continuing action as a *pro se* litigant, both before the Ninth Circuit and during the recent proceeding before this court evidence precisely the same unyielding, uncompromising, unreasonable approach which has been the unfortunate hallmark of this litigation from the outset.

With regards to the second point, there has been no judgment debtor examination, no bankruptcy filing, and no other evidence submitted to the court by plaintiff to support her bald allegations of indebtedness or dire financial straights. Indeed, to the best of counsel's recollection, the only evidence of plaintiff's financial condition was evidence submitted by defendant in support of its motions for attorneys' fees after the trial in this matter. Plaintiff has provided no evidence from which it could reasonably be concluded that she is entitled to be completely exonerated from the judgment which was entered against her.

Plaintiff's current argument appears to boil down to a plea that since the court did not impose the full requested financial award against her former counsel, that the court should now excuse her from satisfying any portion of the judgment entered against her. This plea is not well taken for a number of reasons. First, the court did not at any point reduce the judgment against

**LANE POWELL LLC**
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone 907.277.9511  Facsimile 907.276.2631

plaintiff's former counsel—rather it awarded an amount significantly less then was requested and subsequently, without modifying that award, recognized that a higher award should perhaps have been made.

Second, with regards to plaintiff, the post trial judgment entered by this court (and affirmed on appeal) was likewise significantly less than the massive costs which this litigation has imposed on the school district.

Further, ever since plaintiff commenced representing herself (as well as on multiple occasions prior to that time when plaintiff was represented by counsel), defendant has repeatedly offered to resolve this litigation on terms which would be favorable to plaintiff.  Defendant's goal has been to put an end to this protracted litigation (and related litigation which plaintiff has continued to pursue before the Alaska State Commission for Human Rights), litigation in which defendant has prevailed and assuredly will continue to prevail, but which continues to be a drain on the defendants' time and financial resources.  Plaintiff has at every point flatly refused such overtures, has adamantly maintained that she has been correct, has at no point made any effort to even consider any type of reasonable settlement, and has persisted with her aggressive pursuit of her baseless claims, despite the conclusions and findings of the jury, this court, and the appeals courts.

Under these circumstances, her plea for "humanitarian" treatment appears nothing more than a request to allow her to continue her wrongheaded pursuit of baseless charges without financial consequences to herself and at continuing expense to the defendant.  There is simply no basis either

**LANE POWELL LLC**
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone 907.277.9511   Facsimile 907.276.2631

on the facts in the record, or on any equitable principle, to grant plaintiff's motion for reconsideration and excuse her from satisfying the judgment which has been entered against her.[1]

The motion for reconsideration should be denied.

DATED this 17th day of September, 2007.

> LANE POWELL LLC
> Attorneys for Defendant
>
> By  s/ Peter C. Partnow
>     Peter C. Partnow, ASBA No. 7206029
>     301 W. Northern Lights Blvd., Suite 301
>     Anchorage, Alaska 99503-2648
>     Tel:  907-277-9511
>     Fax:  907-276-2631
>     Email:  PartnowP@LanePowell.com

I certify that on September 17, 2007, a copy of the foregoing was served by mail on:

Nada Raad, 1300 Viewpointe Dr.
Fairbanks, AK 99709

 s/ Peter C. Partnow

119496.0001/161704.1

---

[1] It might also be noted that defendant's effort to satisfy the outstanding judgment has been limited to (1) attaching the $10,000 which was placed in the court registry years ago and (2) the current effort to execute on plaintiff's 2007 Permanent Fund Dividend.  It should also be noted that despite the extensive costs imposed in responding to plaintiff's briefing and related actions before the various appeals courts, defendant refrained from "piling on" by not seeking further award of costs and fees incurred at the appellate level.

**Opposition to Motion for Reconsideration**
*Raad v. Fairbanks North Star Borough School District* **(Case No. 4:97-cv-0068-RRB)**          Page 4 of 4

**LANE POWELL LLC**
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone 907.277.9511   Facsimile 907.276.2631