

SEP 20 2007

CLERK, U.S. DISTRICT COURT
FAIRBANKS, AK

Nada Raad

1300 Viewpointe

Fairbanks, Alaska 99709

Tel: 907-479-9122

IN THE UNITED STATES DISTRICT COURT OF ALASKA

| | |
|---|---|
| NADA I. RAAD ) | |
| Plaintiff ) | |
| v. ) | |
| FAIRBANKS NORTH STAR ) | |
| BORROUGH SCHOOL ) | |
| DISTRICT ) | United States District |
| ) | Court of Alaska |
| Defendant ) | Case No. 97-0068CV (RRB) |
| ) | |

**RESPOND TO DEFENDANT OPPOSITION TO PLAINTIFF MOTION FOR RECONSIDERATION REGARDING COURT ORDER DATED SEPTEMBER 6, 2007 WRIT OF EXECUTION ON PERMANENT FUND DIVIDEND**

Hereby Come Plaintiff Raad, Pro se, respectfully opposed To Defendant Opposition To Plaintiff Motion For Reconsideration Regarding Court Order Dated September 6, 2007 Writ Of Execution On Permanent Fund Dividend. Respondent is ignoring the legal argument of denying attorney fees against Plaintiff. Defendant is deviating from responding to Plaintiff legal argument.

Page 1 of 5

Plaintiff informed the Court before she appealed to the Ninth circuit about her financial situation and recently submitted affidavit regarding her inability to pay. This Court recently denied Plaintiff's request for a hearing to support her argument (Docket Order Regarding Pending Motions dated August 23, 2007). The Court reduced the sanction to $ 1000 as stated in Docket "Order Awarding Attorney Fees" filed on Jul 14, 2004. The Court did not explain why this case is frivolous although the applicable law stated the opposite (See Plaintiff Respond To Defendant Motion To Proposed Writ Of Execution On Permanent Fund Dividend filed on August 23, 2007 and Docket Relief from Judgment filed on August 9, 2007).

Respondent is ignoring the cases cited by This Court and by the Ninth Circuit supporting Plaintiff argument that this case is not frivolous and attorney fees against Plaintiff should be denied. Respondent is raising issues that this Court did not allow to be part of this case. The Court asked Respondent to submit again attorney Fees by June 17, 2007. Respondent failed to do that. Respondent did not even oppose Plaintiff reconsideration that she filed on August 27, 2007. Plaintiff honestly believed and still believed that Defendant discriminated and retaliated against her because of her national origin and religion. Plaintiff submitted enough evidence to support her believes as the Court should find in the record. Plaintiff submitted to this Court evidence showing Defendant

misrepresented information to this Court. Plaintiff appealed this Case to the Ninth Circuit. The outcome was unpublished memorandum that clarified legal arguments supporting the case as not frivolous where Defendant is still ignoring this issue.

Plaintiff still had no clue why this Court is saying that this case is Frivolous and it contradict what the law as stated in her respond dated August 23, 2007 and what this Court stated before. The Court ignored previously the inability for Plaintiff to pay any fees. The Court is aware that Plaintiff was represented by a counselor who argued the legal basic of this case. The Court found that this case had a merit and is not frivolous. Plaintiff believed that the Court is wrong in calculating the interest since the U.S. Supreme Court denied petition of rehearing for <u>Writ of certiorari on April 30, 2007.</u> Plaintiff should not be punished because she was represented by counselor who argued this case. At no point during the litigation of this case there was any indication from the Court that the case was frivolous or had no foundation. The District Court did not find that any of the discoveries sought by Plaintiff was vexatious, frivolous or sought in bad faith. (District court docket 269). Plaintiff established prima facie case and went to trial <u>Raad v. Fairbanks North Star Borough School District</u>, 323 F. 3d 1185, 1187 (9th cir. 2003). In <u>Warren v. City of Carlsbad</u>, 58 F.3d 439, 443 (9th Cir. 1995), "Suggesting that a plaintiff who makes out

a prima facie case under Title VII cannot be found to have presented a claim that is "Frivolous, unreasonable or groundless Id. At 445. In so stating the Ninth Circuit has reference to the case of Marquart v. Lodge 837, Int'l Ass'n of Machinists, 26 F.3d 842, 853 (8th Circuit 1994). Furthermore, the U.S. Supreme Court's ruling that Civil Rights plaintiff's do not need any direct evidence of discrimination and can proceed to trial if they establish a prima facie case of discrimination and present evidence showing that the employer's excuse is a pretext. See Reeves v. Sanderson Plumbing Products. Inc., 4 U.S (99-536) 530 U.S. 133 (2000) 197 F. 3d 688.

    The District Court failed to reverse awarding attorney fees for Defendant after admitting that Plaintiff presented one "legitimate jury issue". Docket 572. This indicated that this case does not lack a reasonable or arguable basis in law of fact which in return make it not frivolous or lack of foundation. The U.S. Supreme Court stated  that "A claim is frivolous if it lacks a reasonable or arguable basis in law or fact. Neitzke v. Williams, 490 U.S. 319, 325,109 S.Ct. 1827, 1831, 104 L.Ed.2d 338, 347 (1989)".

    The District Court did not give an explanation for any unusual development at trial referring to AFSMCE v. County of Nassau, 96 F. 3d 644 (2d Cir 1996)  The District Court did not give any adequate explanation why the fee award was justified. "A fee award without adequate justification cannot stand".  See Tutor-

Saliba Corp. v. City of Hailey, 452 F. 3d 1055, 1065 (9th Cir. 2006); Benton v. Or. Student Assitance Comm'n, 421 F. 3d 901, 904 (9th Cir. 2005); Cummings v. Connell, 402, F. 3d 936, 947 (9th Cir. 2005).

Defendant caused financial hardship and emotional pain to Plaintiff because of the discrimination and retaliation against her. If Defendant had the good intention, Defendant could resolve this issue 14 years ago by apologizing and offering plaintiff a full time teaching job rather than dragging her through many years of pain. Instead, Defendant continued to ignore the misrepresentation of Defendant's employees and continued to cause hardship to Plaintiff. Plaintiff strongly believed that her case is not frivolous and had merits.

Plaintiff is reasonable to ask this Court to deny any attorney Fees against Plaintiff. Plaintiff respectfully is asking this court to deny Defendant opposition to Plaintiff reconsideration.

Respectfully submitted.
DATED THIS 20 DAY OF September, 2007

_____
Nada Raad, pro se

CERTIFICATE OF SERVICE
I hereby certify that a true copy of
the above document and attachments were [x] mailed
[ ] faxed [] hand delivered to:
Peter C. Partnow at:
Lane Powell Spears Lubersky LIP
301 W. Northern Lights Blvd., Suite 301
Anchorage, Alaska 99503-2648
and a courtesy copy was mailed to Robert Sparks
at 1552 Noble Street
Fairbanks, Alaska 99701
this 20 day of September, 2007.
_____
Nada Raad, pro se