IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| NADA I. RAAD,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>FAIRBANKS NORTH STAR<br>BOROUGH DISTRICT,<br><br>　　　　Defendant. | Case No. 4:97-CV-0068-RRB<br><br>**ORDER DENYING PLAINTIFF'S<br>MOTIONS FOR RECONSIDERATION** |

　　　　At Docket 556 is Plaintiff Nada I. Raad with a request for "humanitarian" relief from collection of any portion of the judgment entered against her by this Court, affirmed on appeal by a Ninth Circuit panel and en banc, and left undisturbed by the United States Supreme Court.[1]  Plaintiff's request is opposed at Docket 563 and, for the reasons articulated by Defendant, is hereby **DENIED**.

---

　　[1]　　Docket 563 at 1.

ORDER RE MOTIONS FOR RECONSIDERATION - 1
4:97-CV-0068-RRB

At Docket 561, Plaintiff filed a Motion for Reconsideration regarding the Writ of Execution, which is also **DENIED.**

The Clerk is hereby ordered to deny all pending motions, if any, and close this case. It is further ordered that the Clerk is directed to accept no further submissions in this closed case. Plaintiff may, of course, proceed on appeal to the extent permitted by the appellate court.

Entered at Anchorage, Alaska, this 25th day of September 2007.

> S/RALPH R. BEISTLINE
> UNITED STATES DISTRICT JUDGE