Nada Raad
1300 Viewpointe
Fairbanks, Alaska 99709
Tel: 907-479-9122



SEP 28 2007

**CLERK, U.S. DISTRICT COURT**
**FAIRBANKS, AK**

IN THE UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT

| | |
|---|---|
| NADA I. RAAD ) | |
| ) | |
| Plaintiff -Appellant, ) | |
| v. ) | |
| ) | |
| FAIRBANKS NORTH STAR ) | |
| BORROUGH SCHOOL ) | |
| DISTRICT ) | |
| ) United States District Court of | |
| ) Alaska | |
| Defendant-Appellee, ) Case No. 97-0068CV (RRB) | |
| ) | |

### Notice of Appeal

Notice is hereby given that Appellant Nada Raad, pro se, hereby appeals to United States Court of Appeals for the Ninth Circuit following the United States District Court's entry in Fairbanks, Alaska of an order denying Plaintiff from relief from Judgment dated August 23, 2007 upon Judgment dated March 19, 2004, Plaintiff order to release bond to defendant dated August 23,

2007 and denying Plaintiff motions for reconsideration dated September 29, 2007 for denying attorney fees against Plaintiff.

Respectfully submitted.

DATED THIS 28 DAY OF SEPTEMBER, 2007

_____
Nada Raad, pro se

CERTIFICATE OF SERVICE

I hereby certify that a true copy of
the above document was [x] mailed
[ ] faxed [ ] hand delivered to:
Peter C. Partnow at:
Lane Powell Spears Lubersky LIP
301 W. Northern Lights Blvd., Suite 301
Anchorage, Alaska 99503-2648

this 28 day of September, 2007.
And a courtesy copy was mailed to Robert Sparks at:
1552 Noble Street Fairbanks, Alaska 99701
Nada Raad, Appellant
_____
Nada Raad, pro se

Page 1 of 2
Nada Raad v. Fairbanks North Star Borough School District
Notice of Appeal to United States Court of Appeals for the Ninth Circuit