```
        UNITED STATES
       DISTRICT COURT
        District of Alaska
       FAIRBANKS Division

       # 40101674 - SM
       September 28, 2007

Code      Case #      Qty        Amount

006900-F                         105.00 CH
510000-C                         150.00 CH
006400 R                         200.00 CH


TOTAL→                           455.00



FROM: NADA RAAD
      NOTICE OF APPEAL
      4970068CV-RRB
```