Peter C. Partnow, ASBA No. 7206029
Lane Powell LLC
301 W. Northern Lights Blvd., Suite 301
Anchorage, Alaska 99503-2648
Tel: 907-277-9511
Fax: 907-276-2631
PartnowP@LanePowell.com

Counsel for Defendant Fairbanks
North Star Borough School District

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| NADA I. RAAD,<br><br>                          Plaintiff,<br><br>v.<br><br>FAIRBANKS NORTH STAR BOROUGH SCHOOL DISTRICT,<br><br>                          Defendant. | Case No. F97-0068 CV (RRB)<br><br>**MOTION AND MEMORANDUM<br>IN SUPPORT OF<br><u>MOTION FOR BOND ON APPEAL</u>** |

      Under Fed. R. Civ. P. 7, the district court may require an appellant to file a bond or provide other security in any form and amount necessary to ensure payment of costs on appeal. In the instant case, appellee is reasonably likely to incur costs and recoverable fees in the range of $4,000 (Four Thousand Dollars), which would include matters such as copying and binding of appellate briefs, other copying and printing costs, and additional attorneys fees as may be awarded on appeal.

      As the court has noted in its order denying plaintiff's motions for reconsideration, Docket 565, plaintiff's continued appeal (even assuming arguendo there is an appealable action) is frivolous. Nonetheless, the continued actions by Ms. Raad impose on the public school school district

**LANE POWELL LLC**
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone 907.277.9511  Facsimile 907.276.2631

defendant still additional costs and fees.  Given the history of this litigation, it is unlikely defendant will be able to recover the incremental costs of responding to Ms. Raad's most recent appeal absent appropriate security.

Appellee respectfully requests the court to order appellant to post bond pursuant to Fed. R.Civ. P. 7 in the form required under Fed. R. Civ. P. 8(b) or other security in the amount of $4,000.

DATED this 28 day of September, 2007

                    LANE POWELL LLC
                    Attorneys for Defendant

                    By s/ Peter C. Partnow
                    Peter C. Partnow, ASBA No. 7206029
                    301 W. Northern Lights Blvd., Suite 301
                    Anchorage, Alaska 99503-2648
                    Tel:  907-277-9511
                    Fax:  907-276-2631
                    Email:  PartnowP@LanePowell.com

I certify that on September 28, 2007, a copy of the foregoing was served by mail on:

Nada Raad, 1300 Viewpointe Dr.
Fairbanks, AK 99709

s/ Peter C. Partnow

119496.0001/161807.1

**Bond on Appeal Motion 2007**
*Raad v. Fairbanks North Star Borough School District* **(Case No. 4:97-cv-0068-RRB)**    Page 2 of 2