Peter C. Partnow, ASBA No. 7206029
Lane Powell LLC
301 W. Northern Lights Blvd., Suite 301
Anchorage, Alaska 99503-2648
Tel: 907-277-9511
Fax: 907-276-2631
PartnowP@LanePowell.com

Counsel for Defendant Fairbanks
North Star Borough School District

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| NADA I. RAAD,<br><br>                              Plaintiff,<br><br>v.<br><br>FAIRBANKS NORTH STAR BOROUGH SCHOOL DISTRICT,<br><br>                              Defendant. | Case No. F97-0068 CV (RRB)<br><br>**ORDER RE**<br>**MOTION AND MEMORANDUM**<br>**IN SUPPORT OF**<br>**MOTION FOR BOND ON APPEAL**<br>**(PROPOSED)** |

Pursuant to Fed. R. Civ. P. 7, IT IS HEREBY ORDERED that within seven (7) working days of this order, Appellant must obtain and file with the court an appeal bond or other acceptable security in the amount of $4,000 for costs and fees on appeal.

ORDERED this ____ day of September, 2007.

_____
Ralph R. Beistline
United States District Court Judge

I certify that on September 28, 2007, a copy of the foregoing was served by mail on:

Nada Raad, 1300 Viewpointe Dr.
Fairbanks, AK 99709

 s/ Peter C. Partnow
119496.0001/161811.1