

RECEIVED

OCT 1 2007

CLERK, U.S. DISTRICT COURT
FAIRBANKS, AK

## UNITED STATES DISTRICT COURT
## DISTRICT OF ALASKA
### TRANSCRIPT DESIGNATION FORM

U.S. Court of Appeals # _9 Circuit_          U.S. District Court # _4c97 CV-00068 RRB_

Short Case Title _10 / 14 /07_

Date Notice of Appeal Filed by Clerk of District Court_____

**Section A - To Be completed by Party Ordering Transcript**

| HEARING DATE | COURT REPORTER | PROCEEDINGS |
|---|---|---|
| | | VOIR DIRE |
| | | OPENING STATEMENTS |
| | | SETTLEMENT INSTRUCTIONS |
| | | CLOSING ARGUMENTS |
| | | JURY INSTRUCTIONS |
| | | PRE-TRIAL PROCEEDINGS |
| | | OTHER |

**(Attach Additional Page for Designations if Necessary)**

( ) As retained counsel I have designated the portion(s) of transcript(s) and will notify all
counsel of this intention. As retained counsel (or litigant proceeding in pro per), I
request a copy of the transcript and guarantee payment to the reporter of the cost
thereof upon demand. I further agree to pay for work done prior to cancellation of this
order. I have attached a completed AO-435, Transcript Order Form, to this designation
for purposes of ordering the transcript(s).

( ) I have designated the portion(s) of transcript(s) and will notify all counsel of
this intention. The transcripts have previously been produced and are already on
file with the court.

(X) I do not intend to designate any portion of the transcript and will notify
counsel of this intention.

( ) As appointed counsel I certify that an appropriate order, i.e., CJA-24, authorizing
preparation of the transcript at the expense of the United States has been, or within 5
days hereof will be, obtained and delivered to the Court. I agree to recommend payment
for work done prior to cancellation of this order.

Date Transcript Ordered _____ Estimated Date for Completion _____

Signature of Attorney _____ Phone Number _907- 479- 9122_
          Nada Raad pro se
Address _____130 View point____

          _Fairbanks Alaska 99709_

**Section B - To Be Completed by Court Reporter**

I, _____, have received this designation.          (
      (Signature of Court Reporter)

( ) Arrangements for payment were made on _____

( ) Arrangements for payment have not been made pursuant to FRAP 10(b).

      Approximate Number of Pages _____   Due Date _____

**Section C - To Be Completed by Court Reporter**

      Date Transcript Filed _____ Court Reporter's Signature _____