UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT
NOTICE OF APPEAL NOTIFICATION FORM
Please Fill Out Completely

RECEIVED OCT 0 9 2007
CLERK, U.S. DISTRICT COURT
ANCHORAGE, A.K.

07-35815

**CASE INFORMATION:**
Short Case Title: Raad v Fairbanks North Star Borough School District
Court of Appeals No. (leave blank if unassigned):
U.S. District Court Judge Name and Case No.: Ralph R. Beistline - 4:97-cv-00068-RRB
Date Complaint/Indictment/Petition Filed: 10/14/1997
Date Appealed Order/Judgment *entered*: 9/28/2007
Date NOA *filed*: 9/28/2007
COA Status (check one):
__granted in full (attach order)   __denied in full (send record)
__granted in part (send record)   __pending

Court Reporter(s) Name and Phone Number:  Sherry Mons - (907) 451-5792

Magistrate Judge's Order?  If so, please attach.

---

**FEE INFORMATION:**
Date Docket Fee paid:  9/28/2007          Date Docket Fee billed: __
Date FP granted: __                        Date FP denied: __
Is FP pending? __                          Was FP Limited/Revoked? __
US Government Appeal?  __
Companion Cases?  Please list: __
Please attach copy of any order granting, denying or revoking FP.

---

**COUNSEL INFORMATION:** (please include e-mail address and fax number)
Appellant Counsel:                         Appellee Counsel:
Nada Raad - Pro Se                         Peter C. Partnow
1300 Viewpointe                            Lane Powell LLC
Fairbanks, Alaska  99709                   301 W. Northern Lights Blvd., Suite 301
Telephone: 907-479-9122                    Anchorage, AK  99503-2648
                                           Email: partnowp@lanepowell.com
                                           Fax: (907) 276-2631

__retained   __CJA   __FPD   __FPD   __Other        Please attach Appointment Order.

---

**DEFENDANT INFORMATION:**
Prisoner ID: __            Address: __
Custody: __
Bail: __

---

**AMENDED NOTIFICATION INFORMATION:**
Fees Paid: __         9th Circuit Docket Number: __

---

Name and phone number of person completing this form:  Sherry Mons - (907) 451-5792