

OCT 16 2007

**CLERK, U.S. DISTRICT COURT**
**FAIRBANKS, AK**

Nada Raad

1300 Viewpointe

Fairbanks, Alaska 99709

Tel: 907-479-9122


IN THE UNITED STATES DISTRICT COURT OF ALASKA

| | |
|---|---|
| NADA I. RAAD           ) | |
| Plaintiff ) | |
| v.                     ) | |
| FAIRBANKS NORTH STAR   ) | |
| BOROUGH SCHOOL         ) | |
| DISTRICT               ) | United States District |
| ) | Court of Alaska |
| Defendant ) | Case No. 97-0068CV (RRB) |
| ) | |

### RESPOND TO DEFENDANT MOTION AND MEMORANDUM IN SUPPORT OF MOTION FOR BOND ON APPEAL

Hereby Come Plaintiff Raad, Pro se, respectfully responding to the Court order dated October 4, 2007. Plaintiff is asking this Court to deny Defendant motion and memorandum in support of motion for bond on appeal. Plaintiff's Notice of Appeal to United State Court of Appeal for the Ninth Circuit was filed on September 28, 2007 for a good cause. Defendant motion is about the cost of this appeal knowingly that the cost can be pursued for the prevailing party in according to Fed.

Page 1 of 2

R. App. p 39 and 9th Cir. R.39-1 through the Ninth Circuit. Defendant should not file this motion for bond on appeal. Defendant action is causing more hardship on Plaintiff. Plaintiff filed her appeal in a good faith.

For the reasons stated above, Plaintiff is asking this Court to deny defendant motion and memorandum in support of motion for bond on appeal.

Order is attached.

Respectfully submitted.

DATED THIS 16 DAY OF October, 2007

_____
Nada Raad, pro se

CERTIFICATE OF SERVICE
I hereby certify that a true copy of
the above document and attachments were
mailed to:
Peter C. Partnow at:
Lane Powell Spears Lubersky LIP
301 W. Northern Lights Blvd., Suite 301
Anchorage, Alaska 99503-2648
and Courtesy copy was mailed to:
Robert Sparks 1552 Noble street,
Fairbanks, Alaska 99701
this 16 day of October, 2007.

_____
Nada Raad, pro se