

RECEIVED
OCT 16 2007
CLERK, U.S. DISTRICT COURT
FAIRBANKS, AK

Nada Raad
1300 Viewpointe
Fairbanks, Alaska 99709
Tel: 907-479-9122


IN THE UNITED STATES DISTRICT COURT OF ALASKA


| | |
|---|---|
| NADA I. RAAD )<br>)<br>    Plaintiff )<br>v. )<br>)<br>FAIRBANKS NORTH STAR )<br>BORROUGH SCHOOL )<br>DISTRICT )<br>) United States District Court<br>Defendant ) of Alaska<br>) Case No. 97-0068CV (RRB)<br>) | |

## ORDER DENYING DEFENDANT MOTION AND MEMORANDUM IN SUPPORT OF MOTION FOR BOND ON APPEAL

Defendant MOTION AND MEMORANDUM IN SUPPORT OF MOTION FOR BOND ON APPEAL is denied.

DATED THIS ___ DAY OF _____, 200

_____

THE HONORABLE Ralph R. Beistline
United States District Court Judge


Page 1 of 1
Nada Raad v. Fairbanks North Star Borough School District