Peter C. Partnow, ASBA No. 7206029
Lane Powell LLC
301 W. Northern Lights Blvd., Suite 301
Anchorage, Alaska 99503-2648
Tel: 907-277-9511
Fax: 907-276-2631
PartnowP@LanePowell.com

Counsel for Defendant Fairbanks
North Star Borough School District

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| NADA I. RAAD,<br><br>        Plaintiff,<br><br>v.<br><br>FAIRBANKS NORTH STAR BOROUGH SCHOOL DISTRICT,<br><br>        Defendant. | Case No. F97-0068 CV (RRB)<br><br>**REPLY<br>IN SUPPORT OF<br>MOTION FOR BOND ON APPEAL** |
|---|---|

  Ms. Raad correctly notes in her opposition that it is the Court of Appeals, not this court, which, under Fed. R. App. P. 39 assesses costs on appeal. However, Ms. Raad ignores the point of defendant's motion, namely the posting of security under Fed. R. App. P. 7. Ms. Raad challenges neither defendant's reasonable belief that security should be required nor the amount of security suggested by defendant.

  For the reasons stated, defendant's motion for bond on appeal should be granted.

  DATED this 16th day of October, 2007

                LANE POWELL LLC
                Attorneys for Defendant

                By  s/ Peter C. Partnow
                  Peter C. Partnow, ASBA No. 7206029
                  301 W. Northern Lights Blvd., Suite 301
                  Anchorage, Alaska 99503-2648
                  Tel: 907-277-9511
                  Fax: 907-276-2631
                  Email: PartnowP@LanePowell.com

I certify that on October 28, 2007, a copy of the foregoing was served by mail on:

Nada Raad, 1300 Viewpointe Dr.
Fairbanks, AK 99709

 s/ Peter C. Partnow
119496.0001/161922.1

**LANE POWELL LLC**
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone 907.277.9511  Facsimile 907.276.2631