## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

RAAD   v.   FAIRBANKS NORTH STAR BOROUGH SCHOOL DISTRICT

DATE:   October 18, 2007       CASE NO.   4:97-CV-0068-RRB

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:   **MINUTE ORDER FROM CHAMBERS REGARDING BOND ON APPEAL**

---

Before the Court is Defendant's Motion for Bond on Appeal at Docket 569, Plaintiff's Response at Docket 573, and Defendant's Reply at Docket 574.

The testimony at trial established that Plaintiff suffers from a narcissistic personality disorder. This has been borne out by Plaintiff's continued efforts to pursue this matter on appeal, despite clear guidance by this Court (as well as the jury) that her position lacks merit. Unfortunately, Plaintiff's course of action comes at great cost to both Plaintiff and Defendant. This Court has remedied the matter by prohibiting Plaintiff from initiating any further motion practice in this case at the trial court level. Given the aforesaid personality disorder, the Court is hesitant to sanction Plaintiff further and will not require Plaintiff to post a bond at this time. It will be for the Appellate Court to determine how it wishes to deal with Plaintiff's incessant efforts to litigate and re-litigate this matter.

**IT IS SO ORDERED.**

M.O. RE BOND ON APPEAL