Peter C. Partnow, ASBA No. 7206029
Lane Powell LLC
301 W. Northern Lights Blvd., Suite 301
Anchorage, Alaska 99503-2648
Tel: 907-277-9511
Fax: 907-276-2631
PartnowP@LanePowell.com

Counsel for Defendant Fairbanks
North Star Borough School District

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| NADA RAAD,<br><br>       Plaintiff,<br><br>v.<br><br>FAIRBANKS NORTH STAR BOROUGH SCHOOL DISTRICT,<br><br>       Defendant. | Case No. 4:97-CV-00068-RRB<br><br>**MOTION TO RELEASE PERMANENT FUND DIVIDEND FUNDS TO DEFENDANT PURSUANT TO DEFENDANT'S WRIT OF EXECUTION** |

  Defendant Fairbanks North Star Borough School District ("the School District") respectfully requests that the Court release plaintiff's garnished permanent fund dividend funds of $1,323.20, to defendant's counsel Lane Powell, LLC. These funds were deposited with the U.S. District Court on the 19th of November 2007, see Docket 577, as a partial satisfaction of the Writ of Execution entered at Docket No. 524.

  DATED this 26th day of November, 2007.

            LANE POWELL LLC
            Attorneys for Defendant

            By  s/ Peter C. Partnow
            Peter C. Partnow, ASBA No. 7206029
            301 W. Northern Lights Blvd., Suite 301
            Anchorage, Alaska 99503-2648
            Tel: 907-277-9511
            Fax: 907-276-2631

I certify that on November 26, 2007, a copy of the foregoing was served by mail on:

Nada Raad, 1300 Viewpointe Dr.
Fairbanks, AK 99709

s/ Peter C. Partnow
119496.0001/162231.1

LANE POWELL LLC
301 W. Northern Lights Blvd., Suite 301
Anchorage, Alaska 99503-2648
Telephone 907.277.9511 Facsimile 907.276.2631

Email:  PartnowP@LanePowell.com

**LANE POWELL LLC**
301 W. Northern Lights Blvd., Suite 301
Anchorage, Alaska  99503-2648
Telephone  907.277.9511   Facsimile  907.276.2631