Peter C. Partnow, ASBA No. 7206029
Lane Powell LLC
301 W. Northern Lights Blvd., Suite 301
Anchorage, Alaska 99503-2648
Tel: 907-277-9511
Fax: 907-276-2631
PartnowP@LanePowell.com

Counsel for Defendant Fairbanks
North Star Borough School District

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| NADA RAAD,<br><br>      Plaintiff,<br><br>v.<br><br>FAIRBANKS NORTH STAR BOROUGH SCHOOL DISTRICT,<br><br>      Defendant. | Case No. 4:97-CV-00068-RRB<br><br>[proposed]<br>**<u>ORDER</u>** |

  Pursuant to the motion of Defendant Fairbanks North Star Borough School District and any opposition thereto, and the writ of execution served by the Defendant Fairbanks North Star Borough School District,

  IT IS HEREBY ORDERED that the Court release plaintiff's garnished permanent fund dividend funds of $1,323.20, see Docket 577, to defendant's counsel, Lane Powell, LLC, as a partial satisfaction of the Writ of Execution entered at Docket No. 524, and any interest which may have been earned thereon while held by the court.

  ORDERED this ___ day of _____, 2007.

I certify that on November 26, 2007, a copy
of the foregoing was served by mail on:

Nada Raad, 1300 Viewpointe Dr.
Fairbanks, AK 99709

 s/ Peter C. Partnow

Honorable Ralph R. Beistline
United States District Court Judge

**LANE POWELL LLC**
301 W. Northern Lights Blvd., Suite 301
Anchorage, Alaska 99503-2648
Telephone 907.277.9511  Facsimile 907.276.2631

119496.0001/162257.1

**LANE POWELL LLC**
301 W. Northern Lights Blvd., Suite 301
Anchorage, Alaska 99503-2648
Telephone 907.277.9511   Facsimile 907.276.2631