

RECEIVED

AUG 19 2008

CLERK, U.S. DISTRICT COURT
FAIRBANKS, AK

Peter C. Partnow, ASBA No. 7206029
Lane Powell LLC
301 W. Northern Lights Blvd., Suite 301
Anchorage, Alaska 99503-2648
Tel:  907-277-9511
Fax:  907-276-2631
PartnowP@LanePowell.com

Counsel for Defendant Fairbanks
North Star Borough School District

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

NADA I. RAAD,

                  Plaintiff,

v.

FAIRBANKS NORTH STAR BOROUGH
SCHOOL DISTRICT,

                  Defendant.

Case No. 4:97-cv-0068-RRB

**APPLICATION AND AFFIDAVIT FOR
ISSUANCE OF WRIT OF EXECUTION ON
PERMANENT FUND DIVIDEND**

STATE F ALASKA          )
                        ) ss.
THIRD JUDICIAL DISTRICT     )

I, Peter C. Partnow, hereby states on oath:

1.      Judgment for $173,274.26 was entered on March 18, 2004, in the docket of the

above-entitled court and action, in favor of the Fairbanks North Star Borough School District as

judgment creditor and against NADA I. RAAD as judgment debtor.

2.      I am the attorney for said judgment creditor and I request issuance of a Writ of

Execution on the judgment.

3.      The judgment debtor was represented through trial by counsel Robert A. Sparks.

LANE POWELL LLC
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone 907.277.9511  Facsimile 907.276.2631

4.    The judgment entered is not a default judgment.

5.    ACCURED since the entry of judgment is the following sums:

$8,720.44 accrued interest on the judgment computed at 1.16% (See attached Exhibit A),

$0 Accrued costs.

6.    CREDIT must be given for payments and partial satisfaction in the total amount of $11,323.20 which is to be first credited against the total accrued interest and accrued costs, with any excess credited against the judgment as entered, leaving a net balance of $170,671.50 ACTUALLY DUE on this date. Of this total, $173,274.26 is the amount of the original judgment as entered still remaining due and bearing interest at 1.16% in the amount of $5.15 per day from this date.

7.    Lane Powell LLC seeks to satisfy the balance owing on the judgment by levying against the Alaska Permanent Fund Dividend and the Alaska "resource rebate", which is to be issued to the above-named plaintiff.

8.    The Alaska Permanent Fund dividend is subject to attachment pursuant to the provisions of Alaska Statue 43.23.065. The "resource rebate" is also subject to garnishment in the same manner as the Alaska Permanent Fund Dividend except, to the undersigned's understanding, it is not subject to the same 80% limitation.

9.    This levy may attach a maximum of 80% of the annual Permanent Fund Dividend payable to this debtor, pursuant to AS 43.23.065 and 100% of the "resource rebate".

**LANE POWELL LLC**
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone 907.277.9511  Facsimile 907.276.2631

DATED at Anchorage, Alaska this 18th day of August, 2008.

LANE POWELL LLC
Attorneys for Defendant

By _____
Peter C. Partnow, ASBA No. 7206029
301 W. Northern Lights Blvd., Suite 301
Anchorage, Alaska 99503-2648
Tel:  907-277-9511
Fax:  907-276-2631
Email:  PartnowP@LanePowell.com

SUBSCRIBED AND SWORN TO before me this _18th_ day of August, 2008, at Anchorage, Alaska.

_Fredricka Wagner_
NOTARY PUBLIC
State of Alaska
My Commission Expires: 2/14/09

I certify that on August _18th_, 2008, a copy
of the foregoing was served by mail on:

Nada Raad, 1300 Viewpointe Dr.
Fairbanks, AK 99709

5311 Mockingbird Drive, Apt #319
Anchorage, AK 99507

_Freddie Wagner_
119496.0001/165771.1

LANE POWELL LLC
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone 907.277.9511  Facsimile 907.276.2631

**Application and Affidavit for Issuance of Writ of Execution on Permanent Fund Dividend**
*Raad v. Fairbanks North Star Borough School District* **(Case No. 4:97-cv-0068-RRB)**

**Page 3 of 3**

*Raad v. Fairbanks North Star Borough School District*
Case No. 4:97-cv-00068-RRB
**Final Judgment Prejudgment Calculations at 1.16%**
**Postjudgment Interest Start Date March 18, 2004**
**Postjudgment Interest Through Date August 18, 2008**

| | | No. Days | Daily Rate |
|---|---|---|---|
| **Judgment Prinicple** | $173,274.26 | | |
| Payment Cost Bond | -$10,000.00 | | |
| | $163,274.26 | | |
| Payment PFD | -$1,323.20 | | |
| | $161,951.06 | | |
| Interest 03/18/04 through 08/09/07 | $6,782.81 | 1231 | |
| Interest 08/10/07 through 08/28/07 | $104.50 | 19 | $5.51 |
| Interest 08/29/07 through 12/28/07 | $633.18 | 122 | $5.19 |
| Interest 12/29/07 through 08/18/08 | $1,199.95 | 233 | $5.15 |
| **Total Judgment** | $170,671.50 | | |

EXHIBIT ___A___
PAGE__l__ OF _l_