Peter C. Partnow, ASBA No. 7206029
Lane Powell LLC
301 W. Northern Lights Blvd., Suite 301
Anchorage, Alaska 99503-2648
Tel: 907-277-9511
Fax: 907-276-2631
PartnowP@LanePowell.com

Counsel for Defendant Fairbanks
North Star Borough School District

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| NADA I. RAAD, | |
|---|---|
| Plaintiff, | |
| v. | Case No. 4:97-cv-0068-RRB |
| FAIRBANKS NORTH STAR BOROUGH SCHOOL DISTRICT, | **ORDER TO RELEASE PFD FUNDS** |
| Defendant. | |

   Defendant's motion to release attached Permanent Fund Dividend funds is hereby GRATNED.

   The attached funds, in the amount of _____ be released from the Registry by the Clerk of Court by check made payable to the law firm of Lane Powell LLC and forwarded to the offices of Lane Powell, LLC as payment towards plaintiff's judgment debt.

   IT IS SO ORDERED.

   DATED at _____, Alaska this ___ day of _____, 2008.

By _____
Ralph R. Beistline
Judge U.S. District Court

I certify that on August 18th, 2008, a copy of the foregoing was served by mail on:

Nada Raad, 1300 Viewpointe Dr.
Fairbanks, AK 99709

5311 Mockingbird Drive, Apt #319
Anchorage, AK 99507

/Freddie Wagner/

119496.0001/165779.1

LANE POWELL LLC
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone 907.277.9511  Facsimile 907.276.2631