Peter C. Partnow, ASBA No. 7206029
Lane Powell LLC
301 W. Northern Lights Blvd., Suite 301
Anchorage, Alaska 99503-2648
Tel: 907-277-9511
Fax: 907-276-2631
PartnowP@LanePowell.com

Counsel for Defendant Fairbanks
North Star Borough School District

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| NADA I. RAAD,<br><br>              Plaintiff,<br><br>v.<br><br>FAIRBANKS NORTH STAR BOROUGH SCHOOL DISTRICT,<br><br>              Defendant. | Case No. 4:97-cv-0068-RRB<br><br>**PROPOSED WRIT OF EXECUTION**<br>**ON PERMANENT FUND DIVIDEND** |

TO THE UNITED STATES MARSHAL FOR THE DISTRICT OF ALASKA:

On March 18, 2004, a judgment was entered in the docket of the above-entitled court and action, in favor of the Fairbanks North Star Borough School District as judgment creditor and against NADA I. RAAD as judgment debtor, for $173,274.26 JUDGMENT AS ENTERED.

WHEREAS, according to an affidavit or memorandum of costs after judgment filed herein, it appears that further sums have accrued since the entry of judgment, to-wit:

$8,720.44 accrued interest on judgment principal, and

$0 accrued costs.

CREDIT must be given for payments and partial satisfaction in the total amount of $11,323.20 which is to be first credited against the total accrued interest and accrued costs, with any excess credited against the judgment as entered, leaving a net balance of $170,671.50 ACTUALLY DUE on this date. Of this total, $173,274.26 is the amount of the original judgment as entered still remaining due and bearing interest at 1.16% in the amount of $5.15 per day from this date.

THEREFORE, IN THE NAME OF THE UNITED STATES OF AMERICA, you are hereby commanded to levy upon and seize and take into execution the Alaska Permanent Fund Dividend of the said debtor, sufficient, subject to execution, to satisfy said judgment, interest and increased interests, costs and increased costs.

HEREIN FAIL NOT, and have you then and there this writ.

DATED at _____, Alaska this ___ day of _____, 2008.

        Clerk of Court

By _____
   Deputy Clerk

LANE POWELL LLC
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone 907.277.9511  Facsimile 907.276.2631

119496.0001/165778.1